ORIGINAL

FILED
MAR 2 4 2004
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

M G CONSTRUCTION, Inc.

Plaintiff,

vs.

THE UNITED STATES,

Defendant.

No. 04- 473C

COMPLAINT

1. This court has jurisdiction pursuant to the Contract Disputes Act, 41 U.S.C. Section 601, et. seq. and 28 U.S.C. Section 1491(a)(2).

2. Plaintiff is an Oregon Corporation with its principal place of business in Salem, Oregon.

3. On or about June 29,2001 the United States, by and through the United States Air Force, awarded plaintiff a contract to perform roofing work at FE Warren AFB.

4. The contract was a unit price contract.

5. The plaintiff has claims in the amount of $571,315 that have been pending before the contracting officer for over 6 months. Of the foregoing amount, $429,725 is disputed. On the remaining amounts the contracting officer continues to negotiate or promise to pay.

6. The plaintiff has certified his claims and demanded contracting officer's decisions, time and again.

7. The contracting officer has refused to act and refused to issue his decision.

8. The contracting officer's refusal to either act or pay any portion of the claims is tantamount to a denial of the claims.

9. The plaintiff is entitled to payment of the claims in the full amount, with CDA interest from the date the claims were certified.

**WHEREFORE**, plaintiff prays for a judgment in the amount of $571,315 with interest from the date of certification until paid, plus costs and attorney fees incurred herein, pursuant to the Equal Access to Judgment Act.

DATED this 23 day of March, 2004.

Joseph A. Yazbeck, Jr.
YAZBECK, CLORAN & HANSON, LLC
1300 SW 5th Av.
Suite 2750
Portland, Oregon 97201
(503) 227-1428
Attorney of Record for Plaintiff