IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M G CONSTRUCTION, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-473C |
| v. | ) | (Judge Horn) |
| | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Brent M. McBurney as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

BRENT M. MCBURNEY
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.

s/ Brent M. McBurney

BRENT M. MCBURNEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 307-0277
Fax: (202) 514-8624
E-mail: Brent.McBurney@usdoj.gov

April 6, 2004