IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M G CONSTRUCTION, Inc. | ) | |
| | ) | No. No. 04-473C |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

CERTIFICATION

Pursuant to RCFC 7.1, plaintiff certifies that it is not owned by a parent corporation, own 10% or more of its stock.

DATED this 11th day of March, 2004.

"s/ Joseph A. Yazbeck, Jr"
Joseph A. Yazbeck, Jr.
YAZBECK, CLORAN & HANSON, LLC
1300 SW 5th Av.
Suite 2750
Portland, Oregon 97201
(503) 227-1428
Attorney of Record for Plaintiff