**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| M. G. CONSTRUCTION, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-473C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S ANSWER**

For its answer to the complaint, defendant, the United States, admits, denies, and alleges as follows:

1. The allegations contained in paragraph 1 constitute conclusions of law and plaintiff's characterization of its case to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

2. Denies the allegations contained in paragraph 2 for lack of knowledge or information sufficient to form a belief as to the truth of the matter asserted.

3. Admits the allegations contained in paragraph 3 to the extent supported by the contract, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 3.

4. Admits the allegations contained in paragraph 4 to the extent supported by the contract, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 4.

5. Admits the allegations in paragraph 5 to the extent supported by the claims and decision cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 5 for lack of knowledge or information sufficient to form a belief as to

their truth.

6. The allegations contained in paragraph 6 constitute conclusions of law and plaintiff's characterization of its case to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

7. Denies the allegations contained in paragraph 7.

8. The allegations contained in paragraph 8 constitute conclusions of law and plaintiff's characterization of its case, to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

9. Denies that the plaintiff is entitled to the relief requested in paragraph 9, or to any relief whatsoever.

10. Denies each and every allegation not previously admitted or otherwise qualified.

DEFENSES AND AFFIRMATIVE DEFENSES

11. M G Construction's claims are barred to the extent of payments previously made by defendant.

12. M G Construction's claims are barred to the extent executed releases discharged the government from any further payment or obligation.

WHEREFORE, defendant requests that the Court enter judgment in its favor, that the complaint be dismissed, and that defendant be granted such other and further relief as the Court may deem just and proper.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ James M. Kinsella

JAMES M. KINSELLA
Deputy Director

s/ Brent M. McBurney

BRENT M. MCBURNEY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: (202) 307-0277
Fax: (202) 514-8624
E-mail: brent.mcburney@usdoj.gov

OF COUNSEL:
Maj. Lawrence M. Anderson
Trial Attorney
AFLSA/JACN
1501 Wilson Blvd, Room 606
Arlington, VA 22209-2403

Attorneys for Defendant

May 24, 2004