DEPARTMENT OF THE AIR FORCE
90TH SPACE WING (AFSPC)

05 DEC 2003

MEMORANDUM FOR MG CONSTRUCTION
Attn: Miguel Garcia
3850 Mainline Drive NE
Salem, OR 97303

FROM: 90 CONS/LCGAR
7505 Marne Loop
F.E. Warren AFB, WY 82005-2860

SUBEJCT: Contract F84608-01-D-0008, MG Construction, Request For Equitable Adjustment (REA)

1. Reference: (a) MG Construction REA, 25 Nov 02
✓(b) 90CONS/LGCAR Response, 09 Dec 02
✓(c) MG Construction Letter of Certification, 16 Dec 02
(d) Tele-Conference Memo w/MG Construction, 3 Feb 03
✓(e) MG Construction Letter requesting Final Decision, 24 Feb 03
✓(f) Statement of Work, Nov 2000

2. In accordance with your request for a final contracting officer decision (references 1.), the final decision on the submitted REA is hereby rendered.

3. 90CONS/LGCAR acknowledged receipt of your REA (reference 1.b.), which contends that subject contract should be modified to reflect additional work performed in the amount of $332,495.29. You allege, "The amount requested accurately reflects the contract adjustment for which the Contractor believes the Government is liable." And you seek a "course of action as per FAR 52.233-1 for extra work completed on work orders." Any review and resulting decision by the Government was based on the documents provided by either 90th Civil Engineering or the 90th Contracting Squadron teleconference meeting.

4. The subject contract, awarded on 29 June 2001, required MG Construction to furnish all labor, equipment and materials (unless otherwise specified) necessary to perform roofing requirements at FE Warren AFB, complete and in accordance with the Statement of Work and applicable Technical exhibits which listed the tasks and frequency of performance. The basic contract period was from 29 June 2001 to 28 June 2002 with two one option year periods.

5. MG Construction alleges they performed work beyond the scope of Delivery Orders in question. MG Construction alleges the installation of additional metal flashing and the removal of aggregate surfaces. According to the Statement of Work (reference (f)), Division 07, 07530, 1.1A, page 40 of 59, the manufacturer is required to give a material labor warranty of 15 years on all components of the roofing system to comply with this requirement. The manufacturer required installation of one type 2 Metal Flashing in question. The gravel referenced in the contract under CLINS 0001AC; 1001AC; 2001AC, "Remove BURS Roof" included the gravel as a complete component of the roofing system (reference (f)), Division 07, 07510, 1.4A, page 32 of 59. The amount $191,384.29 is denied as being a requirement of the contract.

6. After careful review of the remaining $141,111.00 on the REA which, of this $5,593.59 is a credit due to the Government from the MG Construction; the documents provided, and the merits of the REA considered, the Contracting Officer has determined to be fair and reasonable an equitable adjustment in the amount of $135,517.41 which is based upon technical review by Civil Engineering and negotiations held with MG Construction.

7. This is the final decision of the Contracting Officer. You may appeal this decision to the agency board of contract appeals. If you decide to appeal, you must, within 90 days from the date you receive this decision, mail or otherwise furnish written notice to the agency board of contract appeals (Armed Services Board of Contract Appeals, Skyline 6, 7th Floor, 5109 Leesburg Pike, Falls Church, VA 22041-3208) and provide a copy to the Contracting Officer from whose decision this appeal is taken. The notice shall indicate that an appeal is intended, reference this decision, and identify the contract by number. With regard to appeals to the agency board of contract appeals, you may, solely at your election, proceed under the board's small claim procedure for claims of $50,000 or less or its accelerated procedure for claims of $100,000 or less. Instead of appealing to the agency board of contract appeals, you may bring an action directly in the United States Court of Federal Claims (except as provided in the Contract Disputes Act of 1978, 41 U.S.C. 603, regarding Maritime Contracts) within 12 months of the date you receive this decision (FAR 33.211 (a)(4)(v)).

8. Please address any questions or comments concerning this matter to the undersigned at (307) 773-3689, fax (307) 773-4636.

Carroll M. Vye

CARROLL M. VYE
Contract Officer

Exhibit 1
Page 2 of 2