IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M G CONSTRUCTION, INC.<br><br>Plaintiff,<br>vs.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-cv-00473-MBH<br>(Judge Horn) |

**AMENDED COMPLAINT**

1. This court has jurisdiction pursuant to the Contract Disputes Act, 41 U.S.C. Section 601, et. seq. and 28 U.S.C. Section 1491(a)(2).

2. Plaintiff is an Oregon Corporation with its principal place of business in Salem, Oregon.

3. On or about June 29, 2001 the United States, by and through the United States Air Force, awarded plaintiff a contract to perform roofing work at FE Warren AFB.

First Claim for Relief

4. On 5 December 2003, Defendant issued its Contracting Officers Decision, attached hereto as Exhibit 1, denying plaintiff's claim in the amount of $332,495.29, except for the payment of $135,517.41.

5. Plaintiff claims for the $191,384.29 were unjustifiably denied by the Air Force Contracting Officer.

6. Plaintiff's claims were for addition work ordered by the Contracting Officer and for the performing gravel removal that had been underestimated in the contract unit quantities by approximately 1000%. The item was entitled "Remove Aggregate Surfacing."

7. Plaintiff did not have the opportunity to review the site before placing his bid because the Air Force did not allow bidders onto the base prior to selecting a contractor for security reasons.

8. Plaintiff claims for its fees incurred herein pursuant to the Equal Access to Justice Act and to interest pursuant to the CDA.

Second Claim for Relief

9. Plaintiff has other claims that include directed work by the contracting officer for which no payment was made and additional gravel removal.

10. These claims total $238,041.43. These are claims for work done in 2003.

11. The plaintiff certified his claims and demanded contracting officer's decisions, on February 13, 2004.

12. The contracting officer has refused to act and refused to issue his decision.

13. The contracting officer's refusal to either act or pay any portion of the claims is tantamount to a denial of the claims.

14. The plaintiff is entitled to payment of the claims in the full amount, with CDA interest from the date the claims were certified and for its cost and fees pursuant to the Equal Access to Justice Act.

**WHEREFORE,** plaintiff prays for a judgment in the amount of $191,384.29 on its first claim for relief, for $238,04143 on its second claim for relief, and for interest from the date of certification until paid, plus costs and attorney fees incurred herein, pursuant to the Equal Access to Judgment Act on both claims.

DATED this 22nd day of June, 2004.

______________________________

Joseph A. Yazbeck, Jr.
YAZBECK, CLORAN & HANSON, LLC
1300 SW 5th Av.
Suite 2750
Portland, Oregon 97201
(503) 227-1428
Attorney of Record for Plaintiff