IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M G CONSTRUCTION, INC. | ) | |
| | ) | No. 04-cv-00473-MBH |
| Plaintiff, | ) | (Judge Horn) |
| vs. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION TO AMEND COMPLAINT**

Pursuant to RCFC 15 (a) plaintiff moves to amend the complaint, as filed herewith. Plaintiff sent the amended complaint, by e-mail, to opposing counsel, James D. Colt. Mr. Colt stated that he had no objection to the filing of the amended complaint. No JPSR has been filed yet. No discovery has been done.

This complaint more correctly sets out the facts with regard to the Contracting Officer's Decision.

DATED this 22nd day of June, 2004.

"s/Joseph A. Yazbeck, Jr."
Joseph A. Yazbeck, Jr.
YAZBECK, CLORAN & HANSON, LLC
1300 SW 5th Av.
Suite 2750
Portland, Oregon 97201
(503) 227-1428
Attorney of Record for Plaintiff