# In The United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * *
**M G Construction, Inc.,** *
*
**Plaintiff,** *
* **No. 04-473**
**v.** * **Filed: June 25, 2004**
*
**UNITED STATES,** *
*
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

The court is in receipt of the plaintiff's motion to amend the complaint. Because plaintiff alleges that the amended complaint more correctly sets out the facts of the case, and because plaintiff asserts that the defendant does not object to the filing of the amended complaint, the court, hereby, **GRANTS** the plaintiff's motion. Within three days time, the plaintiff shall **FILE** the amended complaint, with the appropriate electronic signature, and any desired attachments.

The court, hereby, **STRIKES** from the docket the plaintiff's previous attempts to file the amended complaint and attachment because those documents were filed without motion and they lacked the appropriate electronic signature. The stricken docket entries are numbers 8, 9 and 10.

**IT IS SO ORDERED**.

**s/ Marian Blank Horn**
**MARIAN BLANK HORN**
**Judge**