# In the United States Court of Federal Claims

| | |
|---|---|
| MAURICE L. BIANCHI, fdba M. BIANCHI OF CALIFORNIA<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | No. 04-440C<br>Filed: June 25, 2004 |

## ORDER

A status conference was held in the above-captioned case on Thursday, June 17, 2004 to discuss the parties' settlement efforts and future proceedings in this case. Pursuant to the court's June 3, 2004 order and discussions at the May 27, 2004 status conference, the parties were to have engaged in serious, substantive settlement negotiations with the aim of resolving the above-captioned case. At the status conference, the parties reported that those settlement efforts were not successful and the parties do not believe that alternative dispute resolution is a viable option at this time. Therefore, based on the parties' representations, the court established a schedule for the efficient resolution of this case, but underscored that the parties should remain open to pursuing the settlement of this case at any time during the proceeding.

At the status conference, the defendant represented that it anticipates filing dispositive motions in this case. The court **ORDERED** the parties to comply with the following schedule.

On or before **Friday, July 9, 2004**, the parties shall first compile joint stipulations outlining the chronology, status, and impact of all the previous, related cases and how the previous cases are related to the above-captioned case. All cases related to the above-captioned case should be discussed. If the parties cannot agree on an individual item in the joint stipulations, the parties shall identify the previous case and independently discuss the impact on the above-captioned case. A copy of each case discussed in the joint stipulations shall be attached.

Discovery in the above-captioned case shall close on **Friday, July 30, 2004**.

On or before **Friday, August 27, 2004**, the parties shall file joint stipulations of fact with a supporting appendix, if necessary, setting forth specific stipulations of agreed upon facts with appropriate citations to the appendix to identify whether there are disputed material facts in the case. The parties are to separately identify, if necessary, any statement of fact that is not agreed upon by both parties, but which one party believes to be at issue in the case, in order to assist the parties and the court to determine whether the case is ripe for summary judgment, or whether there are material facts in dispute precluding summary judgment. In the event dispositive motions are filed in this case, the joint stipulations of fact will replace the moving party's proposed findings of uncontroverted fact and the opposing party's response to the proposed findings of uncontroverted fact.

A status conference will be held on **Wednesday, September 8, 2004 at 3:00 p.m. EST** to discuss whether dispositive motions are appropriate in this case and to finalize a schedule for their submission. The conference will be held at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Counsel for the defendant shall appear in person. The courtroom number will be posted on the day of the hearing. Counsel for the plaintiff may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (702) 656-2355. The parties should be prepared to discuss whether material facts are in dispute in this case and whether dispositive motions are appropriate. No motions shall be filed pending discussions at the status conference as to the appropriate course of action for the above-captioned case.

As indicated at the status conference, based on the defendant's intention to file dispostive motions, the defendant shall file its dispositive motions on or before **Friday, September 24, 2004**. A briefing schedule for possible cross-motions, oppositions, and replies will be established at the September 8, 2004 status conference.

**IT IS SO ORDERED.**

S/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**