# In The United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * | | |
| **M G Construction, Inc.,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | **No. 04-473** |
| **v.** | * | **Filed: June 30, 2004** |
| | * | |
| **UNITED STATES,** | * | |
| | * | |
| **Defendant.** | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * | | |

## O R D E R

The court, hereby, **STRIKES** from the docket entry number 14, which was erroneously filed in the above captioned case and pertains to a different case before this court.

**IT IS SO ORDERED**.

**s/ Marian Blank Horn**
**MARIAN BLANK HORN**
**Judge**