IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MG CONSTRUCTION, INC., | ) | |
| | ) | No. 04-cv-00473-MBH |
| Plaintiff, | ) | (Judge Horn) |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

To: The Department of the Air Force and to its trial lawyer James D. Colt, of the United States Department of Justice.

In accordance with RCFC 26 and 34, Plaintiff requests that the Government produce for inspection and/or copying such documents as are requested herein, within thirty (30) days from the date of service, at the offices of Yazbeck, Cloran & Hanson, LLC, 1300 S.W. 5th Avenue, Suite 2750, Portland, Oregon 97201 or at another mutually agreed location.

**DEFINITIONS AND GENERAL INSTRUCTIONS**

1. Please produce each document requested. If you decline to produce any document requested on the basis of any privilege known in the law or immunity with respect to any document called for, or any part thereof, (1) identify each such document, communication, or other item by date, preparer/author/speaker, and addressee(s); (2) identify each person to whom a copy was furnished or to whom the information or advice was conveyed; (3) state the general subject matter of the document or communication; and (4) state the ground on which the claim of privilege or immunity from disclosure is based. If you claim a privilege or immunity with regard

to any information called for by a request or any part thereof, you should nevertheless produce the document to the extent it calls for information as to which you do not claim a privilege or immunity.

b. "Documents," as used in these Requests for Production means any writing and any other tangible thing, in any language, in the custody, possession or control of the answering party or known to the responding party--whether printed, recorded, reproduced by any process, or written or produced by hand, and whether or not claimed to be privileged or exempt from production for any reason--including, but not limited to, letters, e-mails, reports, agreements, communications (including intra-company communications), correspondence, telegrams, memoranda, summaries of records of personal conversations, formal or informal notes, diaries, forecasts, photographs, tape recordings, models, statistical statements, graphs, laboratory and engineering reports and notebooks, charts, plans, drawings, minutes or records of conferences, expressions of statements of policy, lists of persons attending meetings or conferences, reports and/or summaries of interviews, reports and/or summaries of investigations, opinions or reports of consultants, appraisals, records, reports or summaries of negotiations, brochures, pamphlets, advertisements, circulars, letters, press releases, computer stored or generated information, computer memory (including that of any "transparent" information, information deleted from the computer or file but not from the system), hard drives, floppy discs, optical discs, CD-ROM discs, Bernoulli discs and their equivalents, magnetic tape, disaster recovery back-up, computer chips, networks, groupware programs, electronic conferencing work sessions, electronic mail (e-mail), personal computers (home and office), laptop computers, notebook computers, dockable calendars, computing units, personal information calendars, personal digital assistants, electronic or other

transcriptions or tapes of telephone or personal conversations or conferences, drafts of any document, revisions of drafts of any document, invoices, receipts and original or preliminary notes. Any comment or notation appearing on any document, and not a part of the original text, is to be considered a separate "document."

c. Each document of the kind requested herein shall be produced in a manner that preserves its sequential relationship with other documents being produced and shall include the file folder and folder tabs associated with its file location, and if not apparent on the folder or tabs, shall be accompanied by identification of the person or department from whose files it was taken and such additional source information as is necessary to enable the parties to determine the document's original (pre-production) location.

d. "You," "your," or "the responding party," as used herein means the party or parties to whom these requests are addressed and all associated or affiliated persons, companies or entities and their agents, assigns and attorneys.

e. The terms "relate to," "regarding," or "relating to" shall mean to refer to, to constitute or comprise, or to evidence, whether directly or indirectly.

f. The term "concerning" means directly, indirectly, or in any way relating to, alluding to, responding to, in connection with, commenting on, in response to, about, regarding, announcing, explaining, discussing, showing, describing, studying, reflecting, analyzing, or constituting.

g. These requests shall be deemed to be continuing and any additional information or documents relating in any way to these requests which you acquire subsequent to the date of answering these requests and up to and including the time of trial shall be furnished, promptly after such information or documents are required, as supplemental responses to these requests.

h. Words in the masculine gender include the feminine and neuter.

i. The singular includes the plural, and the plural the singular.

j. Debtors as used herein, means all of the debtors named above, including all divisions or affiliates thereof, together with any and all officers, directors agents, employees, directors, representatives, attorneys, predecessors, successors, consultants, experts and any other persons acting on its behalf.

k. "Contract," as used herein, means any work undertaken pursuant to Contract No. F48608-01-D0008, Base Roofing Requirements.

l. "Construction Work," as used herein, means all of the labor, materials, equipment and/or services required by the terms of Contract between any of the plaintiff and the Government and associated with the construction of any Contract.

Please produce all of the following documents.

1. All contracting officer's decisions or drafts of contracting officer's decisions that relate to this Contract.

DATED this ___ day of June, 2004.

_______________________________
Joseph A. Yazbeck, Jr.
YAZBECK, CLORAN & HANSON, LLC
1300 SW 5TH Ave., Suite 2750
Portland, OR 97201
Telephone No: (503) 227-1428
Facsimile No: (503) 227- 4866
jay@yazbeckhanson.com
Attorney of Record for Plaintiff