IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M G CONSTRUCTION, INC.<br><br>Plaintiff,<br>vs.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-cv-00473-MBH<br>(Judge Horn) |

MOTION TO COMPEL PRODUCTION

Pursuant to RCFC 26, 34, and 37 plaintiff moves to compel production of the following documents: *All contracting officer's decisions or drafts of contracting officer's decisions that relate to this Contract.* Plaintiff's counsel sent a request for production of documents (Exhibit 1) to defendant's counsel requesting these documents on June 8. Defendant's counsel told plaintiff's counsel that he would not act upon the request until the JPSR was filed. Plaintiff's counsel waited until negotiations began for the JPSR, but, defendant's counsel refused to put anything in the JPSR about the request for production.

Plaintiff is a small company whose owner's speak English as a second language. Plaintiff's files are not in perfect condition. Plaintiff's counsel is not sure what contracting officer's decisions might have been issued other than the one attached to the amended complaint. Plaintiff requests an order compelling production of the items requested or a response to the request for production stating that there are no such documents.

DATED this 19th day of August, 2004.

“s/Joseph A. Yazbeck, Jr.”
Joseph A. Yazbeck, Jr.
YAZBECK, CLORAN & HANSON, LLC
1300 SW 5th Av.
Suite 2750
Portland, Oregon 97201
(503) 227-1428
Attorney of Record for Plaintiff