IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M.G. CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 04-00473 |
| | ) | |
| v. | ) | (Judge Horn) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION**
**FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court enlarge by 14 days, from August 30, 2004, to and including September 13, 2004, the due-date for the parties' filing of the Joint Preliminary Status Report ("JPSR"). This is the Government's first such request. Undersigned counsel have contacted plaintiff's counsel to seek his opinion on this enlargement and have not received a response.

On August 12, 2004, undersigned counsel sent a proposed draft JPSR to plaintiff's counsel. During this week, counsel for both parties have spoken several times to attempt to agree upon a common statement of relevant issues in the JPSR. It does not appear that the parties will be able to agree upon a common statement of relevant issues and will have to file a JPSR with two statements included. Undersigned counsel will be out of the office from August 23, 2004 until August 30, 2004. Since the parties have not worked out a JPSR at this point, one will not be ready for filing by the current August 30, 2004 due-date. We expect that the parties will be able to prepare a JPSR for filing by September 13, 2004. Granting this enlargement of time should not cause any undue delay or prejudice.

Accordingly, we respectfully request that the Court enlarge by 14 days, from August 30, 2004 to and including September 13, 2004, the due-date for the parties' filing of the JPSR in this action.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ James M. Kinsella
JAMES M. KINSELLA
Deputy Director

s/ James D. Colt
JAMES D. COLT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 514-7300
Fax: (202) 307-0972

August 20, 2004

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of August, 2004, a copy of the foregoing DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ James D. Colt