IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M.G. CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 04-00473 |
| | ) | |
| v. | ) | (Judge Horn) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S RESPONSE TO
PLAINTIFF'S MOTION TO COMPEL PRODUCTION

Pursuant to Rules of the Court of Federal Claims ("RCFC") 7.1 and 26, defendant, the United States respectfully submits the following response to plaintiff's motion to compel production.

Plaintiff, M.G. Construction, Inc., previously served us with discovery requests. We informed plaintiff's counsel, Mr. Joseph A. Yazbeck, that, under our understanding of RCFC 26(d), parties were not supposed to propound discovery requests until a Joint Preliminary Status Report ("JPSR") had been filed and the Court set a discovery schedule. Plaintiff's counsel did not dispute our interpretation of the rules of this Court. However, it has now filed a Motion to Compel Production even though the parties have not agreed upon a JPSR which will lead to the establishment of a discovery schedule. We expect that the parties will be able to file a JPSR by September 13, 2004. Our interpretation of RCFC 26(d) is that discovery requests prior to the filing of a JPSR and the establishment of a discovery schedule is improper. For these reasons, we ask that this Court deny plaintiff's motion to compel production.

Respectfully submitted,

PETER D. KEISLER

Assistant Attorney General

DAVID M. COHEN
Director

s/ James M. Kinsella
JAMES M. KINSELLA
Deputy Director

s/ James D. Colt
JAMES D. COLT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 514-7300
Fax: (202) 307-0972
Attorneys for Defendant

September 7, 2004

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of September, 2004, a copy of the foregoing DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL PRODUCTION was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ James D. Colt