# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * *
M.G. CONSTRUCTION, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * *

**No. 04-00473C**
**Filed: September 8, 2004**

## O R D E R

The court is in receipt of the parties' filings with regard to plaintiff's motion to compel production. The court believes a status conference is necessary to discuss the parties' filings. Therefore, the court **ORDERS** the parties to appear at a status conference on **Wednesday, September 15, 2004 at 4:30 p.m. EST** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (503) 227-1428 and defendant's counsel at (202) 514-7300.

**IT IS SO ORDERED.**

S/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**