# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**M.G. CONSTRUCTION, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 04-473C**
**Filed: September 15 , 2004**

## O R D E R

On September 15, 2004, a status conference was held in the above-captioned case to address several motions filed by each party. On August 19, 2004, the plaintiff filed a motion to compel evidence, seeking any additional Contracting Officer's final decisions issued in plaintiff's case. At the status conference, defendant and agency counsel stated that, after searching, they could find no other Contracting Officer decisions except for those already in plaintiff's possession. The plaintiff's counsel indicated that he is satisfied with defendant's response. Therefore, plaintiff's August 19, 2004 motion to compel evidence is moot.

On August 20, 2004, defendant filed a motion for an extension of time to file a Joint Preliminary Status Report. Defendant then filed a Defendant's Status Report on September 13, 2004, in response to plaintiff's status report filed on August 31, 2004. Appendix A, paragraph 4 of the Rules of the United States Court of Federal Claims (RCFC) states that "[n]o later than 49 days after defendant's answer or plaintiff's reply to a counterclaim is served, the parties shall file with the clerk a Joint Preliminary Status Report signed by both parties. . . Separate views may be set forth on any point on which parties cannot agree." RCFC App. A, ¶ 4. Following discussions at the status conference, the court still requires and **ORDERS** the parties to file a Joint Preliminary Status Report on or before **Friday, October 1, 2004**, in accordance with RCFC Appendix A, paragraph 4. In that filing, the parties also shall propose dates for future proceedings.

Following receipt of the parties' Joint Preliminary Status Report, and prior to the filing of any dispositive motions, the court will schedule a status conference to discuss a schedule for future proceedings.

**IT IS SO ORDERED.**

S/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**