# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * | |
| **M.G. CONSTRUCTION, INC.,** | |
| **Plaintiff,** | |
| **v.** | **No. 04-473C** |
| | **Filed: October 19, 2004** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * | |

## O R D E R

The court is in receipt of the parties' Joint Preliminary Status Report (JPSR), filed on September 23, 2004. By an order issued September 15, 2004, this court ordered that, following receipt of the JPSR, and before any dispositive motions are filed, the court will schedule a status conference to discuss the schedule for future proceedings. Therefore, the court **ORDERS** the parties to appear at a status conference on **Monday, October 25, 2004 at 4:30 p.m. EST** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (503) 227-1428 and defendant's counsel at (202) 514-7300.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**