IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M G CONSTRUCTION, INC. | ) | |
| | ) | No. 04-cv-00473-MBH |
| Plaintiff, | ) | (Judge Horn) |
| vs. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

MOTION FOR SUMMARY JUDGMENT

Pursuant to RCFC 56, Plaintiff M.G. Construction, Inc. ("M. G. Construction") hereby moves for partial summary judgment upon its claim for amounts due from the United States for the line item "Remove Aggregate Surfacing." Resolution of this matter requires only interpretation of the parties' contract, which is a legal question for the court appropriate for summary judgment. Since there are no genuine issues of material fact, and since M. G. Construction is entitled to judgment under the plain language of the subject contract, M. G. Construction respectfully requests that the Court award partial summary judgment in its favor and against the United States, holding that the United States must pay M. G. Construction $1.50 per square foot ("SF") for each SF of aggregate removed, that M. G. Construction has removed 243,100 SF of aggregate surfacing, and, therefore, the United States owes M. G. Construction $364,650 for removal of aggregate surfacing.

///

///

///

///

This motion is supported by the accompanying memorandum, a proposed findings of uncontroverted fact, the pleadings file herein, and the declaration of Miguel Garcia and the exhibits attached thereto.

DATED this _19th_ day of October, 2004.

"s/Joseph A. Yazbeck, Jr."
Joseph A. Yazbeck, Jr.
YAZBECK, CLORAN & HANSON, LLC
1300 SW 5th Av.
Suite 2750
Portland, Oregon 97201
(503) 227-1428
Attorney of Record for Plaintiff