**Joe Yazbeck**

**From:** Mgconstr503@aol.com
**Sent:** Wednesday, October 13, 2004 7:12 AM
**To:** jay@yazbeckhanson.com
**Subject:** (no subject)

October 13-04

dear Jo this is all total od blds, done since i start this job. it chanche lit bit but this is correct
bld.# work order year roof system sqrs gravel removal? epdm sqrs.
1900 3 2002 epdm 47 yes 47
1906 3 2002 epdm 45 yes 45
1933 3 2002 epdm 47 yes 47
65 6 2002 epdm 34 yes 34
1284 4 2002 epdm 269 yes 269
1284 5 2002 epdm 816 yes 816
1200 6 2002 epdm 272 no 0
720 6 2002 epdm 152 no 0
0 0
0 0
1284 1 2003 epdm 448 yes 448
1250 8 2003 epdm 725 yes 725
92 10 2003 clay tiles 50 no 0
76 2 2003 clay tiles 20 no 0
0 0
722 7 2004 epdm 425 no 0
341 1 2004 shingles 200 no 0
315 1 2004 shingles 133 no 0
152 1 2004 shingles 107 no 0
224 1 2004 shingles 103 no 0
total sqrs------------------------------------------------------- 3893 0
total sqrs on gravel removal------------- 2431
total sqrs gravel removal times 150,00 or 243100 sf total of times 1.50 364,650.00

Jo I was not able to write on your letter to give you some sugestions , I think is the program you use do not let me , I will call you, I think looks good, follow my spread shett to do all the numbers

EXHIBIT 3
PAGE 1 OF 1