2 8 4
2 9 6 6



## PART I - THE SCHEDULE

## SECTION B

## SUPPLIES OR SERVICES AND PRICES/COSTS

FURNISH ALL LABOR, EQUIPMENT, APPLIANCES, AND MATERIALS IN PERFORMING ALL NECESSARY TRAVEL AND SERVICES REQUIRED IN ACCORDANCE WITH THE ATTACHED STATEMENT OF WORK. THE CONTRACTOR SHALL PERFORM ALL WORK AS SPECIFIED IN THE INCLUDED SPECIFICATIONS DATED NOV 2000 NOTED AS PROJECT NUMBER GHLT 01-1004.

| | | | | | |
|---|---|---|---|---|---|
| **BASIC CONTRACT PERIOD: ONE (1) YEAR FROM DATE OF AWARD OF CONTRACT** | | | | | |
| | | | | | |
| **BIDDING SCHEDULE FOR BASIC PERIOD** | | | | | |
| | | | | | |
| **BUR & EPDM<br>REFERENCE SPECIFICATIONS 7510, 7530, 7559, 7620, 7631** | | | | | |
| | | | | | |
| **CLIN #** | **DESCRIPTION – Section I** | **EST. QTY** | **UNIT** | **UNIT PRICE** | **ESTIMATED AMOUNT** |
| 0001 | **Demolition** | | | | |
| 0001AA | Remove Aggregate Surfacing | 200 | SF | 1.50 | 300.00 |
| 0001AB | Remove Mopped-On Roll Roofing & Underlayment : Slope 5/12 or less | 23,333 | SF | .70 | 16333.10 |
| 0001AC | Remove BURS (5-ply max) & 2" Insulation (2" Mopped) | 23,333 | SF | .80 | 18666.40 |
| 0001AD | Remove Ballasted EPDM, Ballast, and All Underlayment | 13,333 | SF | .85 | 11333.05 |
| 0001AE | Remove Adhered EPDM and All Underlayment | 600 | SQ | 40.00 | 24000.00 |
| 0001AF | Remove Rigid Insulation (2" thick) | 167 | SQ | 25.00 | 4,175.00 |
| 0001AG | Remove Rigid Insulation (4" thick) | 167 | SQ | 30.00 | 5,010.00 |
| 0001AH | Remove Underlayment / Vapor Barrier | 22 | SQ | 15.00 | 330.00 |
| 0001AJ | Remove Metal Fascia / Flashing | 1,667 | LF | .25 | 416.75 |
| 0001AK | Remove Wood Nailers/ Curbs | 111 | SF | 1.00 | 111.00 |
| 0001AL | Remove Sealant | 333 | LF | 1.00 | 333.00 |
| 0001AM | R & R Curb Mount Equip ( 3'x3' Max – Unpowered) | 2 | EA | 150.00 | 300.00 |
| 0001AN | R & R Curb Mount Equip ( 3'x3' Max – Powered) | 3 | EA | 200.00 | 600.00 |
| 0001AP | R & R Curb Mount Equip (over 3'x3' – Powered) | 3 | EA | 200.00 | 600.00 |
| 0001AQ | Remove & Scrap Abandoned Mechanical Equipment/Vents | 2 | EA | 150.00 | 300.00 |
| 0001AR | Remove & Scrap Sewer Vent/ Pipe Flashing | 2 | EA | 2.00 | 4.00 |
| 0001AS | Remove Abandoned Conduit / Wiring | 111 | LF | 2.00 | 222.00 |
| 0002 | **Install EPDM Membrane** | | | | |
| 0002AA | Adhered, Less Than 5 SQ Per Delivery Order | 33 | SQ | 240.00 | 7,920.00 |
| 0002AB | Adhered, More Than 5 SQ Per Delivery Order | 833 | SQ | 225.00 | 187,425.00 |
| 0002AC | Loose Laid, Ballasted w/Stone (10 lb/SF) | 33 | SQ | 150.00 | 4,950.00 |
| 0003 | **Install Insulation for EPDM Roofing** | | | | |
| 0003AA | Install Insulation, Min r Value >= 12 | 833 | SQ | 85.00 | 70805.00 |

Revised per Amendment 0001, dated 12 March 2001

EXHIBIT 1
PAGE 1 OF 1