# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * | |
| **M.G. CONSTRUCTION, INC.,** | |
| **Plaintiff,** | |
| **v.** | **No. 04-473C** |
| | **Filed: October 22, 2004** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

By an order issued October 19, 2004, this court scheduled a status conference for Monday, October 25, 2004, at 4:30 p.m. Due to a conflict, and pursuant to a discussion between the parties and chambers staff, the court **RESCHEDULES** the status conference for **Tuesday, October 26, 2004 at 2:30 p.m. EST** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (503) 227-1428 and defendant's counsel at (202) 514-7300.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**