# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * *

M.G. CONSTRUCTION, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * *

**No. 04-473C**
**Filed: October 26, 2004**

## O R D E R

A status conference in this case was held on October 26, 2004. By an order issued September 15, 2004, the undersigned directed that, following receipt of the parties' Joint Preliminary Status Report (JPSR), and prior to the filing of any dispositive motions, the court would schedule a status conference. The order to the parties not to file any dispositive motions was repeated in the court's October 19, 2004 order scheduling a status conference. Contrary to the court's two orders, the plaintiff filed a premature Motion for Summary Judgment on October 19, 2004. According to the JPSR filed by the parties, discovery was proposed to conclude either in April or August, 2005. Moreover, the second claim in plaintiff's complaint requires a more definite statement to distinguish it from the first claim and to make it more specific, so that counsel for the defendant, and the court, can clearly understand what is being sought. Therefore, the court **ORDERS** that the plaintiff's October 19, 2004 motion for summary judgment is **STAYED** until other issues in this case are resolved.

As discussed at the October 26, 2004 status conference, the court **ORDERS** the plaintiff to file an amended complaint, on or before **Monday, November 8, 2004**. The plaintiff's amended complaint will provide a more definite statement concerning the timing and specific issues of its claims. The court also **ORDERS** the defendant to file, on or before **Monday, November 15, 2004**, a brief statement concerning whether defendant believes summary judgment is appropriate at this time. The court also **ORDERS** the parties to appear at a status conference on **Wednesday, November 17, 2004 at 2:30 p.m. EST** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (503) 227-1428 and defendant's

counsel at (202) 305-7576.

No party shall file any document, other than those directed above, before the November 17, 2004 status conference is conducted.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**