IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M.G. CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 04-00473 |
| | ) | |
| v. | ) | (Judge Horn) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT

Pursuant to this Court's October 26, 2004 Order, defendant, the United States, respectfully submits the following status report regarding summary judgment in the above-titled matter. After considering the issues related to plaintiff's first claim that it should be paid for removal of aggregate surfacing as a separate line item, as opposed to aggregate removal as part of removal of a "built up roof system," we believe that summary judgement on this claim is appropriate and would like the opportunity to file a cross-motion for summary judgment in our favor on this issue. However, to allow clarification of other issues in plaintiff's second amended complaint that might be amenable to dispositive motions, we ask that this Court continue its stay of plaintiff's motion for summary judgment until after the Government has filed an answer to that complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ James M. Kinsella
JAMES M. KINSELLA
Deputy Director

s/ James D. Colt
JAMES D. COLT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 514-7300
Fax: (202) 307-0972
Attorneys for Defendant

November 15, 2004

CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of November, 2004, a copy of the foregoing DEFENDANT'S STATUS REPORT was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ James D. Colt