# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * *

**M.G. CONSTRUCTION, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

**No. 04-473C**
**Filed: November 17, 2004**

## O R D E R

The court held a status conference in the above captioned case on November 17, 2004, with the parties appearing by telephone. Pursuant to the discussion at the status conference, the parties shall comply with the following direction: Defendant shall file an answer to the plaintiff's second amended complaint on or before **Monday, November 22, 2004**. Furthermore, the parties shall consult and, if deemed appropriate, on or before **Wednesday, December 1, 2004**, shall file a joint motion to dismiss, without prejudice, any counts in the plaintiff's second amended complaint which require presentation to an agency contracting officer. If the parties do not agree as to the jurisdictional issues discussed at the November 17, 2004 status conference, also on or before **Wednesday, December 1, 2004**, the parties shall file a joint status report indicating the counts on which the parties agree and disagree, and why.

The court **SCHEDULES** a status conference for **Wednesday, December 8, 2004 at 3:30 p.m. EDT**, at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (503) 227-1428 and defendant's counsel at (202) 305-7576. If either party desires any other individuals to participate in the status conference, the names and telephone numbers of the individuals will be provided to chambers staff at (202) 219-9576, on or before **Tuesday, December 7, 2004, at 12:00 p.m.** At the status conference, the parties shall be prepared to address any jurisdictional matters as well as any other pertinent issues, and to propose a schedule for future proceedings. The plaintiff's October 19, 2004 motion for summary judgment remains **STAYED** until the December 8, 2004 status conference.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**