IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M.G. CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 04-00473 |
| | ) | |
| v. | ) | (Judge Horn) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

# JOINT STATUS REPORT

Pursuant to this Court's November 17, 2004 order, the parties submit the following status report on jurisdictional issues in the above-titled case. The parties have agreed that the plaintiff, M.G. Construction, has not submitted any claim complying with 48 C.F.R. § 52.233-1(c) with regard to the section of the Second Claim detailed in Paragraph 16 of plaintiff's Second Amended Complaint, as well as the Third, Fourth, Fifth and Sixth Claims of that same complaint. Accordingly, the parties agree that this Court does not have jurisdiction over such claims at this time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/James M. Kinsella
JAMES M. KINSELLA
Deputy Director

s/Joseph A. Yazbeck
JOSEPH A. YAZBECK
Yazbeck, Cloran & Hanson, LLC
Suite 2750
1300 S.W. Fifth Avenue
Portland, OR 97201-5617
Tel: (503) 227-1428
Fax: (503) 227-4866
Attorney for Plaintiff

November 23, 2004

s/James D. Colt
JAMES D. COLT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 514-7300
Fax: (202) 307-0972
Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of November, 2004, a copy of the foregoing JOINT STATUS REPORT was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/James D. Colt