IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M G CONSTRUCTION, INC. | ) | |
| | ) | No. 04-cv-00473-MBH |
| Plaintiff, | ) | (Judge Horn) |
| vs. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION TO DISMISS PORTIONS OF SECOND AMENDED COMPLAINT WITHOUT PREJUDICE**

Pursuant to Rule 41 (a)(2), Plaintiff MG Construction hereby moves the Court for an order dismissing the following claims and portions of claims from its Second Amended Complaint without prejudice in order that a third amended complaint can be filed removing claims for which the Court lacks jurisdiction:

(A) motion to dismiss without prejudice that portion of Plaintiff's Second Claim: 24 Gauge and Additional Flashing Claim that includes costs incurred in 2004, specifically Paragraph 16;

(B) motion to dismiss without prejudice Plaintiff's Third Claim: Extra Insulation Removal Claim;

(C) motion to dismiss without prejudice Plaintiff's Fourth Claim: Installation of Special Fasteners Claim;

(D) motion to dismiss without prejudice Plaintiff's Fifth Claim: Crickets Claim; and

///

///

(E) motion to dismiss without prejudice Plaintiff's Sixth Claim: Wood Nailers Claim.

DATED this 9th day of December, 2004.

"s/Joseph A. Yazbeck, Jr."
Joseph A. Yazbeck, Jr.
YAZBECK, CLORAN & HANSON, LLC
1300 SW 5th Av.
Suite 2750
Portland, Oregon 97201
(503) 227-1428
Attorney of Record for Plaintiff