IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M.G. CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 04-00473 |
| | ) | |
| v. | ) | (Judge Horn) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION
FOR ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court enlarge by 60 days, from December 27, 2004, to and including February 25, 2005, the due date for the defendant's response to Plaintiff's Third Amended Complaint. This is the Government's first such request. Undersigned counsel has contacted plaintiff's counsel to seek his opinion on this enlargement and we have not received a response.

At the status conference on December 8, 2004, the Court instructed opposing counsel to file a Third Amended Complaint in the above-titled matter. Undersigned counsel understands that the plaintiff's complaint will be further amended and that the Court does not wish us to file a response to the Third Amended Complaint. Accordingly, we are requesting 60 additional days to file any response. Granting this enlargement of time should not cause any undue delay or prejudice.

Accordingly, we respectfully request that the Court enlarge by 60 days, from December 27, 2004 to and including February 25, 2005, the due-date for defendant's response to Plaintiff's Third Amended Complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ James M. Kinsella
JAMES M. KINSELLA
Deputy Director

s/ James D. Colt
JAMES D. COLT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 514-7300
Fax: (202) 307-0972

December 16, 2004

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of December, 2004, a copy of the foregoing DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ James D. Colt