IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M G CONSTRUCTION, INC. | ) | |
| | ) | No. 04-cv-00473-MBH |
| Plaintiff, | ) | (Judge Horn) |
| vs. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MONTHLY STATUS REPORT UPON CLAIMS SUBMITTED TO CO**

Pursuant to the order of this Court, Plaintiff is to provide the Court with a monthly status report (due upon the 10th of each month) upon the claims which have been removed from this case for presentment to the Contracting Officer. Plaintiff has submitted such claims to the CO. A true and accurate copy of the claim made to the CO is attached as "Exhibit 1."

DATED this 10th day of January, 2004.

"s/Joseph A. Yazbeck, Jr."
Joseph A. Yazbeck, Jr.
YAZBECK, CLORAN & HANSON, LLC
1300 SW 5th Av.
Suite 2750
Portland, Oregon 97201
(503) 227-1428
Attorney of Record for Plaintiff