# MG

**Construction, Inc.**
3545 Portland Road, Suite 160A
Salem, Oregon 97303


January 10, 2005

Carroll Vye, Contracting Officer
United States Air Force
90 CONS/LCGAR
7505 Marne Loop
F.E. Warren AFB, WY 82005-2806

**Re: REQUEST FOR EQUITABLE ADJUSTMENT**
**Contract No. F84608-01-D-0008**
**Our File No. 9818.00**

Dear Mr. Vye:

MG Construction hereby requests a contracting officer decision upon the following additional requests for equitable adjustment for the above identified contract.

**<u>24 Gauge and Additional Flashing Claim</u> (2004)**

MG Construction hereby requests equitable adjustment for 24 gauge and additional flashings installed in 2004. Specification 07620, Sheet Metal Flashing, Trim, and Accessories, required bidders to provide metal flashing in 26 gauge. CLIN # 0010AM provided that certain flashing would be reused. M.G. Construction provided bids for flashing in 26 gauge and which assumed that certain flashing would be reused. Contrary to the specifications and contract, M.G. Construction was required to use flashing in 24 gauge, which is thicker and more expensive than 26 gauge, and had to supply new flashing in lieu of using the existing flashing. In 2002, M.G. Construction purchased and installed 325 linear feet ("LF") of flashing at $9.55 over the bid amount, 1584 LF of flashing at $4.91 over the bid amount, 160 LF of flashing at $1.80 over the bid amount, 200 LF of flashing at $9.55 over the bid amount, 3640 LF of flashing at $1.80 over the bid amount, 2098 LF of flashing at $1.80 over the bid amount, and 180 LF of flashing at $1.80 over the bid amount, such amounts including any extra labor involved. The total extra cost for flashing in 2002 is $23,731.34. In 2003, M.G. Construction purchased and installed 2950 linear feet ("LF") of flashing at $1.80 over the bid amount, and 220 LF of flashing at $9.55 over the bid amount, such amounts including any extra labor involved. The total extra cost for flashing in 2003 was $7411.00. The CO has denied MG Construction's previous request for equitable adjustment for the additional flashing costs associated with 2002 and 2003. In 2004, M. G. Construction purchased and installed $14,571.00 in flashing beyond that required by the contract. The flashing that the contract indicated was to be reused could not be reused because it

was part of the pre-existing roofing system. In total, M. G. Construction has purchased and installed $45,713.34 in 24 gauge flashing above and beyond the 26 gauge flashing required by specification and above and beyond the quantities required by the contract. The United States has failed to pay for any of the additional expense associated with using the 24 gauge flashing and the additional flashing. MG Construction hereby requests equitable adjustment of the contract to include an additional $14,571.00 for the additional flashing expenses incurred in 2004.

**Crickets Claim**

MG Construction hereby requests equitable adjustment for 17 crickets. In 2002, the United States agreed to pay M.G. Construction $333 per cricket. On Building 722, M.G. Construction has installed 65 crickets. The United States has only paid for 48 of the 65 crickets. M.G. Construction has earned $333.00 per cricket for 17 crickets, for a total of $5661.00. The United States has failed to pay for the 17 additional crickets. MG Construction hereby requests equitable adjustment of the contract to include an additional $5661.00 for the removal of the 17 crickets.

**Wood Nailers Claim**

MG Construction hereby requests equitable adjustment for the removal of wood nailers in 2004. M.G. Construction bid $3 per SF for CLIN # 0026AS, remove wood nailers. The wood nailers need to be removed before the new roofing can be installed. In 2002 and 2003, the United States paid M.G. Construction for the removal of wood nailers per the contract unit price. In 2004, on Building 722, M.G. Construction has removed 2200 SF of wood nailers. M.G. Construction is due $6600 for the removal of the wood nailers. The United States has failed to pay for the 2004 removal of wood nailers. Why has the USAF paid for the removal of wood nailers in 2002 and 2003, but has failed to pay for the removal of wood nailers in 2004? MG Construction hereby requests equitable adjustment of the contract to include an additional $6600.00 for removal of 2200 SF of wood nailers in 2004.

**Special Shingles Claim**

MG Construction hereby requests equitable adjustment for special asphalt shingles required by the United States in excess of the contract specifications. M.G. Construction supplied the United States with three examples of asphalt shingles that met the requirements of the contract, specifically specification 07311. These shingles cost $36/square. The United States then asked for asphalt shingles that matched other buildings upon the base. To comply, MG Construction was required to use asphalt shingles from Melarky, which shingles cost $49/square. The special asphalt shingles cost MG Construction an additional $10,582.00. MG Construction hereby requests equitable adjustment of the contract to include an additional $10,582.00 for the additional costs associated with the use of the special shingles.



FROM : FAX NO. : 15033938235 Jan. 10 2005 02:19PM P5

## Profit/Overhead/Bond

Some of the above amounts are at cost. This includes the 24 Gauge and Additional Flashing Claim and the Special Shingles Claim. MG Construction is entitled to the usual profit, overhead and bond amounts for the additional costs. MG Construction's usual percentages for these amounts is 15% for overhead, 10% profit and 4% for bond. When the additional $25,153.00 in costs is multiplied by these percentages, MG Construction is entitled to $7294.37 for profit, overhead and bond. MG Construction hereby requests equitable adjustment of the contract to include an additional $7294.37 for profit, overhead and bond upon the 24 Gauge and Additional Flashing Claim and the Special Shingles Claim.

## Breach of Requirements Contract Claim

The contract between USAF and MG Construction is a requirements contract. *See* FAR 52.216-21 (incorporated into contract). Under this requirements contract, the United States was obligated to purchase all of its actual needs covered by the contract from MG Construction. The United States issued MG Construction work orders 11 (EPDM), 12 (Shingles), 13 (EPDM) and 14 (EPDM), which is clear evidence that the United States had actual need for that roofing work to be performed during the contract period. The United States has unilaterally cancelled said work orders and has or will fulfill their actual needs from another contractor. This is a clear breach of the requirements contract. MG Construction, due to the United States breach, is entitled to anticipatory profits upon work order 11 in the amount of $6,971.63, work order 12 in the amount of $2,590.09, work order 13 in the amount of $931.90, and work order 14 in the amount of $10,539.30, for a total amount of $21,032.92.

In addition, MG Construction believes that the United States had actual need for the estimated 400,000 sf of shingles in year 1, and need for the 400,000 sf of shingles in year 2. The United States's proffered excuse to MG Construction was that it didn't know which shingle it wanted to use, which also evidences the United States need for the shingle roofs. Although United States had actual need during the term of the requirements contract, the United States has or will divert such requirements to another contractor. This is a clear breach of the requirements contract. MG Construction, due to the United States breaches, is entitled to anticipatory profits upon the 800,000 sf of shingle work in the amount of $.12/sf or $96,000.

In total, MG Construction hereby requests equitable adjustment of the contract to include an additional $117,032.92 for lost anticipatory profits due to the United States breaches of the requirements contract..

## Certification

I, Miguel Garcia, President of MG Construction, Inc., hereby certify that the claim of MG Construction, Inc. in the amount of $161,741.29 is made in good faith, that the supporting data are accurate and complete to the best of my knowledge and belief, that the amount requested

accurately reflects the contract adjustment for which the contractor believes the government is liable, and that I am duly authorized to certify the claim on behalf of the contractor.

Very truly yours,

Miguel Garcia, President
MG Construction, Inc.

REA 4 of 4

01-10-05

FOR THE TOTALS ON THIS SPREADSHEET ON MONEYS WYO: OWES TO MG

| | | |
|---|---|---|
| Metal flashings for the year 2004 | | 14571 |
| crickets build. 722 | install extra 17 crickets and didn't got paid 17 x 333.00 | 5661 |
| wood nailers claime | for bid. 722 MG remove 2200 l.f. x 3.00x 2200item0026AS | 6600 |
| Special shingles, wares the government order specific shingles | | 10582 |
| profit/ overhead, bond | for all above 10% profits 15% overhead, 4 % bond | 7294.37 |
| breach of contract for the cancel of 4 work orders | 10% profits | 21032.92 |
| breach of contract on the shingles | about 800,000 last on bus. at 10% profits | 96000 |
| Totals | | 161741.29 |

BY MIGUEL GARCIA

Miguel Garcia Jr.