# In the United States Court of Federal Claims

**04-473C**

**Filed: January 7, 2005**

**M.G. CONSTRUCTION, INC.**

**v.**

**THE UNITED STATES**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 219-9657 between the hours of 8:45 am and 5:15 pm Eastern time.