# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**M.G. CONSTRUCTION, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 04-473C**
**Filed: January 24, 2004**

**O R D E R**

The court is in receipt of the defendant's January 21, 2005, unopposed motion for an enlargement of time of seven days, to and including January 28, 2005, within which to file the joint stipulation of facts on count one of the third amended complaint. As requested, on or before **Friday, January 28, 2005**, the parties shall file a joint stipulation of facts with an appendix of supporting documents, setting forth specific stipulations of agreed upon facts with appropriate citations to the appendix to identify whether there are disputed material facts in the case. The parties also shall submit a joint statement of issues of law. For both submissions, the parties are to separately identify, if necessary, any statement of fact or issue of law which is not agreed upon by both parties, but which one party believes to be at issue in the case, in order to assist the parties and the court to determine whether the case is ripe for summary judgment or whether there are material facts in dispute which would preclude summary judgment. The joint stipulation of facts is to be filed in lieu of the moving party's proposed findings of uncontroverted fact and the opposing party's response to the proposed findings of uncontroverted fact, as provided in RCFC 56(h)(3).

The plaintiff shall continue to file monthly status reports on those claims dismissed for presentation to the agency contracting officer, with the next status report to be filed on or before **Thursday, February 10, 2005**, and subsequent status reports filed on the tenth of each month until the claims are resolved or are filed in a new complaint with the court. Within ten days of the resolution of the claims or of the filing of a new complaint, plaintiff shall so advise the court in an individual status report.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**

**Judge**