# SECTION 01400 - QUALITY REQUIREMENTS

## PART 1 GENERAL

### 1.1 SECTION INCLUDES

A. References and standards.

B. Control of installation.

### 1.2 RELATED SECTIONS

A. Section 01000 - General Requirements

### 1.3 REFERENCES AND STANDARDS

A. For products and workmanship specified by reference to a document or documents not included in the Project Manual, also referred to as reference standards, comply with requirements of the standard, except when more rigid requirements are specified or are required by applicable codes.

B. Conform to reference standard of date of issue current on date of Contract Documents, except where a specific date is established by applicable code.

C. Obtain copies of standards where required by product specification sections.

D. Maintain copy at project site during submittals, planning, and progress of the specific work, until Substantial Completion.

E. Should specified reference standards conflict with Contract Documents, request clarification from Contracting Officer before proceeding.

F. Neither the contractual relationships, duties, or responsibilities of the parties in Contract nor those of the Government shall be altered from the Contract Documents by mention or inference otherwise in any reference document.

## PART 2 PRODUCTS - NOT USED

## PART 3 EXECUTION

### 3.1 CONTROL OF INSTALLATION

A. Monitor quality control over suppliers, manufacturers, products, services, site conditions, and workmanship, to produce Work of specified quality.

B. Comply with manufacturers' instructions, including each step in sequence.

C. Should manufacturers' instructions conflict with Contract Documents, request clarification from Contracting Officer before proceeding.

D. Comply with specified standards as minimum quality for the Work except where more stringent tolerances, codes, or specified requirements indicate higher standards or more precise workmanship.

E. Have Work performed by persons qualified to produce required and specified quality.

F. Verify that field measurements are as instructed by the manufacturer.

G. Secure products in place with positive anchorage devices or system designed and sized to withstand stresses, vibration, physical distortion, and disfigurement.

H. Contractor is responsible for quality control.

3.2 DEFECT ASSESSMENT

A. Replace Work or portions of the Work not conforming to specified requirements.

B. If, in the opinion of the Contracting Officer, it is not practical to remove and replace the Work, the Contracting Officer will direct an appropriate remedy or adjust payment.

END OF SECTION

SECTION 01700 - EXECUTION REQUIREMENTS

PART 1 GENERAL

1.1 SECTION INCLUDES

A. Examination, preparation, and general installation procedures.
B. Cleaning

1.2 RELATED SECTIONS

A. Section 01000 - General Requirements.

1.3 PROJECT CONDITIONS

A. Pollution Control: Provide methods, means, and facilities to prevent contamination of soil, water, and atmosphere from discharge of noxious, toxic substances, and pollutants produced by construction operations.

1.4 COORDINATION

A. Coordinate work of roofing to expedite completion and to accommodate occupancy requirements.

B. Coordinate scheduling, submittals, and work to ensure efficient and orderly sequence of installation of interdependent construction elements, with provisions for accommodating items installed later.

C. Coordinate completion and clean-up of work.

PART 2 PRODUCTS (NOT USED)

PART 3 EXECUTION

3.1 EXAMINATION

A. Verify that existing site conditions and substrate surfaces are acceptable for subsequent work. Beginning new work means acceptance of existing conditions.

B. Examine and verify specific conditions described in individual specification sections.

C. Prior to Roofing: Examine existing conditions prior to commencing work, including elements subject to damage or movement during Roofing. After uncovering existing work, assess conditions affecting performance of work. Beginning of roofing means acceptance of existing conditions.

3.2 PREPARATION

A. Cut, move, or remove items as necessary for access to roofing work. Replace and restore at completion.

B. Remove debris and abandoned items from area.

C. Weather openings in exterior surfaces to protect existing facility and salvage items from weather and extremes of temperature and humidity.

D. Prepare surfaces for proper installation of new work.

3.3 GENERAL INSTALLATION REQUIREMENTS

A. Install Products as specified in individual sections.

B. Make neat transitions. Patch work to match adjacent work in texture and appearance. Where new Work abuts or aligns with existing, perform a smooth and even transition.

3.4 PROGRESS CLEANING

A. Maintain areas free of waste materials, debris, and rubbish. Maintain site in a clean and orderly condition.

B. Collect and remove waste materials, debris, and rubbish from site periodically during the day and dispose off-site.

3.5 FINAL CLEANING

A. Clean construction debris from roofs, gutters, downspouts, drainage systems, walks, lawns, patios and streets.

B. Remove waste and surplus materials, rubbish, and construction facilities from the site.

END OF SECTION

SECTION 07311
ASPHALT SHINGLES

PART 1 GENERAL

1.1 SECTION INCLUDES

A. Granular surfaced asphalt shingle roofing.

B. Ice dam protection, moisture shedding underlayment, eave, valley, and ridge protection.

1.2 RELATED SECTIONS

A. Section 07620 - Sheet Metal Flashing, Trim, and Accessories.

B. Section 07631 - Gutters and Downspouts.

1.3 REFERENCES

A. ASTM D3018 - Class A Asphalt Shingles Surfaced with Mineral Granules.

B. ASTM D3462 - Asphalt Shingles Made From Glass Felt and Surfaced With Mineral Granules.

C. ASTM D4586 - Asphalt Roof Cement, Asbestos Free.

D. UL 790 - Tests for Fire Resistance of Roof Covering Materials.

E. Fed Spec FF-N-105 - Nails, Brads, Staples, and Spikes, Wire, Cut, and Wrought.

F. Fed Spec SS-S-001 534 - Shingles, Asphalt (mineral Surfaced, Classes A, B, and C Fire Rating).

G. ASTM D226 - Asphalt-Saturated Organic Felt Used in Roofing and Waterproofing.

1.4 SUBMITTALS FOR REVIEW

A. Submit all Submittals in accordance with Section 01000, 1.11.

B. Product Data: Provide data indicating material characteristics, performance criteria, and limitations. (Shingle Submittal #1)

C. Samples: Submit two samples of each shingle color indicating color range and finish texture/pattern; for color selection. (Shingle Submittal #2)

D. Manufacturer's Instructions: Indicate installation criteria and procedures. (Shingle Submittal #3)

E. Manufacturer's Certificate: Certify that Products meet or exceed specified requirements. (Shingle Submittal #4)

F. Warranty: Warranty Certificates shall be submitted to initiate a material warranty of not less than twenty (20) years to include a five (5) year wind warranty, and a labor warranty of not less than two (2) years. (Shingle Submittal #5)

1.5 REGULATORY REQUIREMENTS

A. Conform to applicable code for shingle types specified.

PART 2 PRODUCTS

2.1 ASPHALT SHINGLES

A. Asphalt Shingles: Class A, mineral granule surface, self sealing type; black in color, unless otherwise specified. Shingles shall be T-Lock and warranted to a minimum of 100 mph wind, unless otherwise approved by Civil Engineering and the Contracting officer. The contractor shall submit all material specifications for government approval prior to application.

B. Asphalt Shingles: Class A, mineral granule surface, self sealing type; black in color, unless otherwise specified. Shingles shall be Three Tab and warranted to a minimum of 100 mph wind, unless otherwise approved by Civil Engineering and the Contracting officer. The contractor shall submit all material specifications for government approval prior to application.

C. Asphalt Shingles: Class A, mineral granule surface, self sealing type; black in color, unless otherwise specified. Shingles shall be Laminate and warranted to a minimum of 100 mph wind, unless otherwise approved by Civil Engineering and the Contracting officer. The contractor shall submit all material specifications for government approval prior to application.

D. Asphalt Shingles: Class A, mineral granule surface, self sealing type-, black in color, unless otherwise specified. Shingles shall be Laminate and warranted to a minimum of 100 mph wind, unless otherwise approved by Civil Engineering and the Contracting officer, The contractor shall submit all material specifications for government approval prior to application.

2.2 SHEET MATERIALS

A. Eave (ice Dam) Protection: ASTM D226, No. 30 non-perforated asphalt saturated felts.

B. Underlayment: ASTM D226, No. 30 non-perforated asphalt saturated felts.

2.3 FLASHING MATERIALS - G.I. FLASHING

A. See Section 07620 - Sheet Metal Flashing, Trim, and Accessories.

2.4 ACCESSORIES

no such thing ?

A. Nails: Nails shall conform to the applicable requirements of Federal Specification FF-N-105 and shall be standard round wire shingle type, minimum 10 gauge, zinc coated or galvanized steel type, of sufficient length to penetrate through a minimum of 75% of the roof sheathing thickness. The head size shall be as recommended by the manufacturer for each type of roofing used.

No staples Nails only

B. Screws: All ridge rolls and metal ridge flashing shall be attached using neoprene or similar headed screws. Screws shall conform to the applicable requirements of Federal Specification FF-N-105 and shall be standard type, of sufficient length to penetrate through a minimum of 75% of the roof sheathing thickness.

C. Staples: Standard wire shingle zinc coated steel type, of sufficient length to penetrate through a minimum of 75% of the roof sheathing thickness. Staples shall not be used for application of asphalt shingles with out written consent from the manufacturer, Civil Engineering, and the Contracting officer.

D. Plastic Cement: ASTM D 2822, type 11, asphalt type with mineral fiber components, free of toxic solvents.

E. Sheathing: APA, veneer grade CDX exterior plywood. Thickness to match existing.

PART 3 EXECUTION

3.1 EXAMINATION

A. Verify that roof penetrations and plumbing stacks are in place and flashed to deck surface.

B. Verify roof openings are correctly framed.

C. Verify deck surfaces are dry, free of ridges, warps, or voids.

3.2 PREPARATION - ENTIRE REROOF

A. Existing shingles and felt on the building shall be completely removed. Existing roof sheathing shall be re-nailed where required. The contractor shall install base asphalt felt to provide protection against the weather.

B. Replace damaged sheathing where required to increase the structural capacity for the new roofing material. Replace with similar thickness of CDX plywood.

C. Broom clean deck surfaces under eave protection.

3.3 PREPARATION - PATCHING

A. Remove all damaged material. Remove adjacent undamaged material to include an area such that the new material will be tied in to provide a water tight service. The contractor shall insure that inclement weather is not imminent before exposing additional roof sheathing.

B. Replace damaged sheathing where required to increase the structural capacity for the new roofing material. Replace with similar thickness of CDX plywood.

3.4 INSTALLATION - EAVE (ICE DAM) PROTECTION

A. Place eave edge and gable edge metal flashings tight with facia boards in conjunction with installation procedures outlined in Section 07620.

Solicitation Number F48608-01-R-0001
Contract Number F48608-01-D-0008

B. Apply approved eave (ice dam) protection in accordance with manufacturer's instructions.

C. Extend eave protection membrane minimum 2' (609 mm) up-slope beyond interior face of exterior wall.

3.5 INSTALLATION - PROTECTIVE UNDERLAYMENT

A. Place one ply of No. 30 felt underlayment over the entire roof area as recommended by the manufacturer and approved by Civil Engineering and the Contracting officer. The underlayment shall be secured using approved nails spaced a maximum of 24" horizontally and in a pattern and spacing approved by the Contracting Officer.

B. Felt underlayment shall be sealed watertight to the top of the metal edge flashing or eave (ice dam) protection membrane along all eave and gable edges. Weather lap and seal watertight with plastic cement items projecting through or mounted on roof.

3.6 INSTALLATION - VALLEY PROTECTION

A. This item will be determined on a building by building basis, and will be explained in the Delivery Order. Although one of the following methods shall be used the majority of the time.

1. Place one layer of sheet metal flashings in accordance with Section 07620.

2. Place one layer of single-ply EPDM roofing material as valley protection in accordance with manufacturer's instructions, see Section 07530.

3. Install closed valleys. This method involves the installation of the asphalt shingle system over top of the valley flashing.

3.7 INSTALLATION - ASPHALT SHINGLES

A. Install shingles in accordance with manufacturer's instructions.

B. Install a starter row of shingles along the bottom and sides of each roof section. The starter rows of shingles shall be sealed watertight to the top of the felt underlayment along all eave and gable edges.

C. Project first course of shingles 3/4 inch (19 mm) beyond fascia boards. The first course of shingles shall be hand sealed to the top of the starter row shingles.

D. Replace hip and ridge caps with a material similar to that which was originally in place. Shingle method shall follow manufacturer's instructions for maintaining weather exposure requirements. Ensure the shingle nailing procedure allows no exposed nails on the completed roof.

E. Coordinate installation of roof mounted components or work projecting through roof with weather tight placement of counter flashings.

F. Complete installation to provide weather tight service.

3.8 SHINGLE WORK DURING WINTER EXCLUSION

If the Contracting Officer, or his/her authorized representative, permits the Contractor to install asphalt shingles during the winter exclusion period, the Contractor shall hand seal all shingles at the direction of the Contracting Officer. This hand sealing work shall be accomplished at no cost to the Government.

3.9 PROTECTION OF FINISHED WORK

A. Do not permit traffic over finished roof surface.

END OF SECTION

Solicitation Number F48608-01-R-0001
Contract Number F48608-01-D-0008

SECTION 07320
ROOFING TILES

PART 1 GENERAL

1.1 SECTION INCLUDES

A. Formed clay roofing tiles.

B. Underlayment, eave, valley, ridge protection, and nailers.

C. Slate tile.

1.2 RELATED SECTIONS

A. Section 07620 - Sheet Metal Flashing, Trim, and Accessories.

B. Section 07631 - Gutters and Downspouts.

1.3 REFERENCES

A. UL 790 - Tests for Fire Resistance of Roof Covering Materials.

B. ASTM D226 - Asphalt-Saturated Organic Felt Used in Roofing and Waterproofing.

C. ASTM D4586 - Asphalt Roof Cement, Asbestos-Free.

1.4 SUBMITTALS FOR REVIEW

A. Submit all Submittals in accordance with Section 01000, 1.11.

B. Product Data: Provide tile properties, configurations, special shapes, and securing methods. (Tile Submittal #6)

C. Samples: Submit two tile units, of each tile type illustrating color, surface finish and texture, tile configuration. (Tile Submittal #7)

D. Manufacturer's Instructions: Indicate installation techniques, details, and standard warranty. (Tile Submittal #8)

1.5 QUALITY ASSURANCE

A. Manufacturer: Company specializing in manufacturing the Products specified in this section with minimum three years documented experience. (Tile Submittal #9)

B. Installer: Company specializing in performing the work of this section with minimum three years documented experience. (Tile Installer #10)

1.6 REGULATORY REQUIREMENTS

A. Conform to applicable code for roofing materials specified.

1.7 DELIVERY, STORAGE, AND PROTECTION

A. Accept tile on site in packaging. Inspect for damage.

1.8 WARRANTY

A. Warranty Certificates shall be submitted as indicated in this section, part 1.4, paragraph D, to initiate a material warranty of not less than fifteen (15) years, and a labor warranty of not less than two (2) years.

PART 2 PRODUCTS

2.1 MANUFACTURER

A. Field tile shall be ordered that matches the existing style and color as described in Section 2.2 A or a product will be provided that is equal to the described tile. The tile shall be approved by the Contracting Officer before installation. A suggested source is Ludowici-Celadon Inc., 4757 Tile Plant Road, P.O. Box 69, New Lexington, OH 43764.

2.2 TILE MATERIALS

A. Clay Tile: French Style; 16-1/4 inches x 9 inches (412 x 228 mm) nominal size; achieve holes before firing; special shapes to suit valley, ridge, rake, eave, and other conditions; glazed exterior surface finish, Clay Red color. Field tile shall not weigh less than 935 pounds per square (4565 Kg per sq m). Transverse breaking strength shall not be less than 800 lbf (110.64 Kg-m). Absorption shall not exceed 2.5%. Tile shall be of sufficient grade to exceed the Severe Weathering Index (500 or greater). Weathering Index is calculated as the product of average annual number of freezing cycle days and the average annual winter rainfall in inches.

B. Mortar: Portland cement, sand and water to meet strength, slump and color of manufacturer's requirements.

C. Tile Nails: Copper, 11 gauge, large headed, of sufficient length to penetrate through roof sheathing.

D. Slate Tile: Slate tile is to be used on the side of the upper dormers on "stable type" buildings and some historic quarters.

2.3 SHEET MATERIALS

Use same as already approved

A. Eave (Ice Dam) Protection: ASTM D226, No. 30, non-perforated asphalt saturated felts.

B. Underlayment: ASTM D226, No. 30 non-perforated asphalt saturated felts.

2.4 FLASHINGS

A. Metal Flashings: Flashings shall be of 16 oz copper, unless otherwise directed by Civil Engineering. Flashings shall fall into the requirements Section 07620.

2.5 ACCESSORIES

A. Plastic Cement: ASTM D4586; asphalt type with mineral fiber components, free of toxic

solvents.

B. Wood Battens: 1-1/2 inches x 2 inch (38 x 50 mm) Softwood cant strips, at eaves. Hips and ridges shall have 1" (25 mm) wood stringers for proper height alignment of Hip Roll and Ridge.

C. *All other materials shall be installed in accordance with manufacturer's instructions*

PART 3 EXECUTION

3.1 EXAMINATION

A. Verify that roof penetrations are in place and flashed to deck surface.

B. Verify roof openings are correctly framed prior to installing work of this section.

C. Verify that deck is of sufficient thickness to accept fasteners.

D. Verify deck surfaces are dry, unfrozen, free of ridges, warps, or voids.

3.2 PREPARATION

A. *Existing roof tile surrounding the damaged area shall be protected from breakage.* Undamaged tiles shall be turned over to the Government.

B. Replace damaged sheathing where required to increase the structural capacity for the new roofing material. Replace with similar thickness of CDX plywood.

C. Broom clean deck surfaces.

D. The contractor shall remove and replace all metal flashings, unless otherwise specified.

3.3 INSTALLATION - EAVE (ICE DAM) PROTECTION

A. Place ice dam protection in accordance with manufacturer's recommendations.

B. *Extend eave protection membrane minimum 2' (609 mm) up slope beyond interior face of* exterior wall.

3.4 INSTALLATION - UNDERLAYMENT

A. Place two plies of underlayment over full roof area, with ends and edges weather lapped minimum 4" (101 mm). Stagger end laps of each consecutive layer. Nail in place.

B. Install underlayment perpendicular to slope of roof and weather lap minimum 4" (101 mm).

C. Weather lap and seal watertight with plastic cement, items projecting through or mounted on roof.

3.5 INSTALLATION - METAL FLASHING

A. Install flashings in accordance with manufacturer's instructions and Section 07620. Conceal fastenings.

B. Flash and seal work projecting through or mounted on roofing with plastic cement, weather tight.

3.6 CLAY TILE INSTALLATION - ENTIRE REROOF

A. Install all tile in accordance with manufacturer's instructions and details. Application is not permitted when the temperature is below 40 degrees F (5 degrees C) or when there is ice, frost, surface moisture, or visible dampness on the roof.

B. Place wood battens of size and configuration to suit tile system and in accordance with manufacturer's recommendations.

C. Project tile 1-1/2 inches (38 mm) beyond face of fascia boards.

D. Place tile square with building lines and parallel with roof slope. Place filler and closure pieces as required.

E. Place edge, ridge and hip tile units with mortar, cut flush and tool exposed joints with tile unit.

F. Coordinate installation of roof mounted components or work projecting through roof with weather tight placement of counter flashings.

G. Complete installation to provide weather tight service.

H. The Contractor shall walk upon roof tiles by applying weight to the bottom 3 to 4 inches of each tile stepped upon. The roof deck supports the bottom 3 to 4 inches of the tile. The middle section of the tiles is not supported and is the most vulnerable to damage.

3.7 CLAY TILE REMOVE/REFASTEN

A. Remove clay tiles, stack tile for placement back on roof, and remove felt and wood strips.

B. Follow procedures outlined for installation, above, using clay tile that was removed from roof. Reuse all clay tile that is undamaged.

END OF SECTION