Solicitation Number F48608-01-R-0001
Contract Number F48608-01-D-0008

SECTION 07510
BUILT-UP ROOFING SYSTEMS

PART 1 GENERAL

1.1 SECTION INCLUDES

A. Built-Up Roof System (BURS) and assembly of components consisting of the underlayment and insulation as applicable, and roofing membrane, final surfacing, bituminous and metal flashings, and all related parts necessary to complete the assembly.

B. This specification is as taken from Engineering Technical Letter (ETL) 90-1 Built-Up Roof Repair/Replacement Guide Specification.

1.2 RELATED SECTIONS

A. Section 07620 - Sheet Metal Flashing, Trim, and Accessories.

B. Section 07631 - Gutters and Downspouts.

1.3 REFERENCES

A. ASTM C726 - Mineral Fiber and Mineral Fiber, Rigid Cellular Polyurethane Composite Roof Insulation Board.

B. ASTM D41 - Asphalt Primer Used in Roofing, Dampproofing, and Waterproofing.

C. ASTM D226 - Asphalt-Saturated Organic Felt Used in Roofing and Waterproofing.

D. ASTM D312 - Asphalt Used in Roofing.

E. ASTM D450 - Specification for Coal Tar Bitumen Used in Roofing, Dampproofing, and Waterproofing.

F. ASTM D1863 - Mineral Aggregate for Use on Built-Up Roofs

G. ASTM D2178 - Asphalt Glass Felt Used in Roofing and Waterproofing.

H. ASTM D2822 - Asphalt Roof Cement.

I. ASTM D3617 - Recommended Practice for Sampling and Analysis of New Built-Up Roof Membranes.

J. Federal Spec. HH-1-1972/GEN and /2 - Insulation Board, Thermal, Polyurethane or Polyisocyanurate, Faced with Asphalt/Organic Felt, Polymer/Organic mat, Asphalt/Glass mat, or Polymer/Glass mat on both sides of foam, Class 1.

1.4 SYSTEM DESCRIPTION

A. Built-Up Roofing System: Four ply asphalt membrane system with insulation, and aggregate surfacing.

1.5 SUBMITTALS

A. Submit all submittals in accordance with Section 01000, 1.11.

B. Product Data: Provide data indicating membrane and bitumen materials, base flashing materials, insulation, and underlayment, if applicable. (BURS Submittal #11)

C. Manufacturer's Installation Instructions: Indicate installation criteria and procedures. (BURS Submittal #12)

D. Manufacturer's Certificate: Certify that all Products meet or exceed specified requirements. (BURS Submittal #13)

E. Designation of Roofing Quality Control Controller. (BURS Submittal #14)

F. Built-Up Roof System 20-Year Labor and Material Warranty/Guarantee. (BURS Submittal #15)

1.6 QUALITY CONTROL AND ASSURANCE

A. Perform Work in strict compliance with manufacturer's instructions.

B. Contractor must complete AF Form 1063 on all phases of the work under the provisions of this section.

C. Contractor must look at each of the following areas as a minimum, to insure compliance with the contract:

1. Material Identification and Moisture Content.
2. Kettle Temperature.
3. Substrate Preparation.
4. Insulation Installation
5. Ply Construction and Interply Bitumen Integrity.
6. Sample Removal and Repair.
7. Envelopes and Bitumen Dams.
8. Flashing Installation.
9. Surfacing.

1.7 QUALIFICATIONS

A. Manufacturer: Company specializing in manufacturing the Products specified in this section with minimum five years documented experience.

B. Applicator: Company specializing in performing the work of this section with minimum three years documented experience.

Solicitation Number F48608-01-R-0001
Contract Number F48608-01-D-0008

1.8 REGULATORY REQUIREMENTS

A. Conform to applicable code for roof assembly fire hazard requirements.

1.9 ENVIRONMENTAL REQUIREMENTS

A. Do not apply roofing membrane during unsuitable weather when ambient temperature is below 40 degrees F (5 degrees C).

B. Do not apply roofing membrane to damp or frozen deck surface or when precipitation is occurring.

C. Do not expose materials vulnerable to water or sun damage in quantities greater than can be weatherproofed the same day.

PART 2 PRODUCTS

2.1 SHEET MATERIALS

A. Asphalt Glass Fiber Felts: ASTM D2178, Type IV or Type VI, as recommended by the manufacturer.

B. Asphalt Saturated Organic Felt ASTM D226, Type II.

C. Aggregate-surfaced Fibrous Glass Felt with 3 or 4 plies of ASTM D312 Type II or IV asphalt.

D. Sheet Metal: Galvanized Steel: ASTM A446, Grade A, minimum G90 zinc coating; 24 gauge core steel, not chemically treated, not oiled, phosphatized.

2.2 BITUMINOUS MATERIALS

A. Asphalt Bitumen: ASTM D312, Type to be determined by slope requirements of the BURS manufacturer.

B. Asphalt Primer: ASTM D41.

C. Plastic Cement: ASTM D2822 Type II, cutback asphalt type.

2.3 DECK COVERING MATERIALS

A. Sheathing: APA, veneer grade CDX exterior plywood, Thickness, minimum of 1/2 inch (12 mm).

2.4 INSULATION

A. Insulation: Insulation as suggested per the manufactures recommendation. The insulation shall be closed cell foam board; with the following minimum characteristics:

| | | |
|---|---|---|
| 1. | Board Density | 2.5 lb/Cu ft (40 Kg/Cu m) |
| 2. | Board Thickness | 2" (50 mm) |
| 3. | Thermal Conductivity | K factor of .07 |
| 4. | Board Edges | Square |

2.5 FLASHINGS

A. Flexible Flashings: Modified bitumen, SPS or APP type; black color; as per manufacturer's instructions.

B. Expansion Joint: Metal cap type roof expansion joints shall be installed on wood curbs extending 8" (203 mm) minimum above the roof. Elastomeric type shall have a non-reinforced EPDM or neoprene bellows with foam backing. It shall mechanically interlock to the mounting flanges.

2.6 ROOF SURFACING

A. Aggregate: ASTM D1863; gravel, gradation size 6, 7, or 67.

2.7 CANTS

A. Fiber Cant and Tapered Edge Strips: ASTM C726 Mineral Fiberboard and as recommended by the manufacturer.

2.8 ACCESSORIES

A. Insulation Fasteners: Appropriate for purpose intended and approved by the BURS manufacturer; length required for thickness of insulation material and penetration of deck substrate.

B. Roofing Nails: Galvanized or Non-ferrous type, size and configuration as required to suit application.

PART 3 EXECUTION

3.1 EXAMINATION

A. Verify that surfaces and site conditions are ready to receive work.

B. Verify deck is supported and secure.

C. Verify deck is clean and smooth, flat, free of depressions, waves, or projections, properly sloped to drains, valleys, or eaves, and suitable for installation of roof system.

D. Verify deck surfaces are dry and free of snow or ice.

E. Verify adjacent plywood sheets do not vary more than 1/4 inch (6 mm) in height.

G. Verify roof openings, curbs, and penetrations through roof are solidly set, and regrets are in place.

3.2 PREPARATION - GENERAL

A. Roof Drains are to be removed, replaced and/or adjusted to accommodate the new roofing system. Existing drainage system shall be protected during construction. Tapered insulation around the roof drains shall be provided as shown in the standard NRCA roof drain details.

B. Slopes 1/2 inch per foot (41 mm/m) or less: 4 Plies of asphalt-coated fibrous glass felts

and asphalt, ASTM D312 Type II.

C. Slopes 1/2 inch to 3 inches per foot (41 mm to 250 mm/m): 4 Plies of asphalt-coated fibrous glass felts and asphalt, ASTM D312 Type IV.

D. Slopes greater than 3 inches per foot (250 mm/m): 3 Plies of asphalt impregnated glass felts and a glass fiber base cap sheet and asphalt.

E. The entire roofing system, excluding aggregate surfacing, shall be finished in one operation up to the line of termination at end of day's work. Application of roofing shall immediately follow application of insulation as a continuous operation. Phased construction will not be permitted. To ensure a waterproof membrane, care shall be taken to preclude bare spots (voids) between plies. To prevent slippage, care shall be taken to preclude use of excessive amounts of bitumen. Kettle attendants shall be present at the kettle at all times during the heating. Application temperatures shall be measured at the mop bucket or mechanical applicator. Asphalt shall be applied at or no less than 25 degrees F (-3 degrees C) below the manufacturer's stated EVT. Asphalt at a temperature below this shall be returned to the kettle. ASTM D450, Type I shall not be heated above 450 degrees F (232 degrees C) and Type III above 425 degrees F (218 degrees C). The surface of the felts shall be broomed in full width to obtain complete adhesion between plies and to eliminate air pockets.

3.3 PREPARATION AND VAPOR RETARDER APPLICATION - WOOD DECK

A. Verify flatness and tight joints of wood decking. Fill knot holes with latex filler.

B. Lay one ply of dry sheathing paper, 5 lb (1.87 Kg) rosin-size, with one ply of asphalt glass fiber felt. Nail as recommended by the manufacturer.

C. Extend vapor retardant under cant strips and blocking.

D. Install a minimum of two layers of insulation. Install in accordance with this section, para. 3.6.

E. Install flexible flashings from vapor retardant to air seal material of wall construction, lap and seal to provide continuity of the air barrier plane.

3.4 PREPARATION AND VAPOR RETARDER APPLICATION - CONCRETE DECK

A. Fill surface honeycomb and variations with latex filler.

B. Install underlayment of one ply of asphalt coated fibrous glass felt. Attach by manufacturer's recommendation.

C. Install a minimum of two layers of insulation in accordance with this section, para. 3.6.

D. Apply primer at a rate of 1 gal/square (3.79 L / 9.29 Sq m) and allow to dry.

E. Lap flexible flashings over air seal material of wall construction to provide continuity of the air barrier plane.

3.5 PREPARATION AND VAPOR RETARDER APPLICATION - METAL DECK - WITH GYPSUM SHEATHING

A. Install gypsum sheathing on metal deck.

B. Install underlayment of one ply of asphalt coated fibrous glass felt. Mechanically fasten the felt underlayment at 6" to 9" (152 to 228 mm) o.c. Also, stagger nail center of sheets at approximately 18" (457 mm) o.c., in parallel rows, 10" to 12" (254 to 304 mm) from the edges of the base ply. Do not drive fasteners into or between the metal edges of the gypsum planks.

C. Install a minimum of two layers of insulation in accordance with this section, para. 3.6.

D. Cut sheathing cleanly and accurately at roof breaks and protrusions to provide smooth surface. Tape joints.

3.6 INSULATION APPLICATION

A. On Nailable Decks: Mechanically fasten first layer of insulation to deck. Embed a second layer of insulation into flood coat mopping of hot bitumen in accordance with insulation manufacturer's instructions. Lay second layer of insulation with joints staggered from first layer.

B. On Non-Nailable Decks: Embed all layers of insulation into flood coat mopping of hot bitumen in accordance with insulation manufacturer's instructions. Lay second layer of insulation with joints staggered from first layer.

C. Place the constant thickness first layer and the tapered thickness insulation second layer to the required slope pattern in accordance with manufacturer's instructions.

D. Lay boards with edges in moderate contact without forcing. Cut insulation to fit neatly to perimeter blocking and around penetrations through roof.

F. Do not apply more insulation than can be covered with membrane in same day.

H. Tape joints of insulation in accordance with insulation manufacturer's instructions.

3.7 MEMBRANE APPLICATION

A. Equiviscous Temperature (EVT) at Point of Application: In accordance with NRCA and manufacturer's recommendations.

B. Apply 3 or 4 plies of roof felt, weather lap edges and ends. Apply felt in same direction.

C. Apply felts smooth, free from air pockets, wrinkles, fishmouths, or tears.

D. Bitumen: Bitumen shall be applied at 22-25 lb/100 sq feet (107-122 kg/100 sq m) for each ply and 60 lb/100 sq feet (292 kg/100 sq m) for the flood coat.

E. Bitumen Dams: Felt envelops shall be provided at the eaves and rakes and sheet metal dams at deck penetrations to prevent bitumen drippage. Sheet metal bitumen dams shall be installed with the flange set in plastic cement on top of the insulation. Roofing felts shall be applied over the flanges with the sleeve of the dam set to prevent drippage of bitumen.

F. Edge envelops shall be organic felt strips at least 18" (457 mm) wide. The strip shall be set in plastic cement or Type IV asphalt and positioned to extend 9" (228 mm) onto the nailer around the perimeter of the building with 9" (228 mm) lapped over the edge of the building. After roofing felt application is complete, the 9" (228 mm) overlapped section

shall be folded back over the plies and mopped down to form an envelop around the perimeter of the membrane.

G. Broom or squeegee each ply of roll goods into place, full width, while the bitumen is hot and fluid, such that felt does not touch felt and interply voids or skips in the bitumen do not occur Broom or squeegee and do not walk on the freshly laid felt until bitumen has reached set temperature. Bitumen shall be visible continuously along both edges of the felt.

3.8 FLASHINGS AND ACCESSORIES

A. Apply flexible base flashings to seal membrane to vertical elements.

B. Install prefabricated roofing control and expansion joints to isolate roof into areas in accordance with manufacturer's instructions.

C. Coordinate installation of roof drains and related flashings to NRCA Drawings and Details.

D. Mop in and seal flashings and flanges of items penetrating membrane with two plies of felt.

3.9 AGGREGATE SURFACING

A. Apply uniform flood coat of bitumen and while hot, embed the first application of roofing aggregate at a minimum of 400 lb/100 sq feet (1953 Kg/100 sq m) or manufacturer's recommended rate. Sweep away loose aggregate prior to application of second coat. Apply second flood coat of bitumen and while hot, embed a second application of roofing aggregate at the manufacturer's recommended rate.

B. Evenly distribute aggregate and ensure bond with flood coat. Extend aggregate to bottom edge of cant strips.

3.10 PATCHING

A. For any patching applications, follow manufacturer's recommendations for materials, overlap, and bonding.

3.11 FIELD QUALITY CONTROL

A. Correct identified defects or irregularities.

B. On small jobs, less than 5 SQ (46.45 sq m) , take one test cut 12" x 12" (304 mm x 304 mm). On large jobs, more than 5 SQ (46.45 sq m), take one test cut 12" x 12" (304 mm x 304 mm) each day work is performed.

C. Repair sample areas in accordance with manufacturer's recommendations.

D. Test sample in accordance with ASTM D3617 and manufacturer's recommendations.

E. Require site attendance of roofing material manufacturers upon completion of installation of the Work.

F. The contractor is responsible for all Quality Control to the level required by the manufacturer to approve the suitable warranty.

Solicitation Number F48608-01-R-0001
Contract Number F48608-01-D-0008

3.12 CLEANING

A. Remove bituminous markings from finished surfaces.

B. In areas where finished surfaces are soiled by bitumen or any other source of soiling caused by work of this section, consult manufacturer of surfaces for cleaning advice and conform to their documented instructions.

C. Repair or replace defaced or disfigured finishes caused by work of this section.

3.13 PROTECTION OF FINISHED WORK

A. Where traffic must continue over finished roof membrane, protect surfaces.

END OF SECTION

SECTION 07530
ELASTOMERIC SINGLE-PLY ROOFING
ETHYLENE PROPYLENE DIENE MONOMER
(EPDM)

PART 1 GENERAL

1.1 DESCRIPTION OF WORK

A. Furnish the administration , facilities, materials, labor, equipment, and quality control (QC) necessary to integrate the work into the total building system so that leakage into the roofing system or building does not occur. The roofing system is an assembly of components including the underlayment and insulation as applicable, roofing membrane, elastomeric and metal flashing, and all related parts necessary to complete the assembly. The roofing system manufacturer is the elastomeric membrane manufacturer, who may or may not manufacture and market the other components of the roofing system. The manufacturer or their licensed/approved installer shall complete the work and provide a material and labor warranty for a fifteen-year period from date of final acceptance of the building.

B. This specification is as taken from Engineering Technical Letter (ETL) 90-8 Guide Specification for Ethylene Propylene Diene Monomer (EPDM) Roofing.

1.2 SECTION INCLUDES

A. Membrane roofing, base flashings, roofing membrane expansion joints, and counter flashings.

1.3 RELATED SECTIONS

A. Section 07620 - Sheet Metal Flashing, Trim, and Accessories.

1.4 REFERENCES

A. ASTM D297 - Rubber Products - Chemical Analysis.

B. ASTM D412 - Rubber Properties in Tension.

C. ASTM D624 - Rubber Property - Tear Resistance.

D. ASTM D746 - Brittleness Temperature of Plastics and Elastomeric by Impact.

E. ASTM D822 - Practice for Operating Light and Water-Exposure Apparatus (Carbon-Arc) Type for Testing Paint, Varnish, Lacquer, and Related Products.

F. ASTM DI 149 - *Test for Rubber Deterioration - Surface Ozone Cracking in a Chamber.*

G. ASTM E96 - Water Vapor Transmission of Materials.

H. FM 4470 (Factory Mutual Engineering Corporation) - Roof Assembly Classifications.

6 pgs.

I. UL 790 - Fire Hazard Classifications.

1.5 SYSTEM DESCRIPTION

A. Elastomeric Sheet Membrane Conventional Roofing System: One ply membrane system with , insulation, and adhesive applied membrane finish.

B. Insulation: Insulation per manufacture's recommendations.

1.6 SUBMITTALS

A. Submit all Submittals in accordance with Section 01000, 1.11.

B. Product Data: Provide characteristics on membrane materials, flashing materials, and insulation. (EPDM Submittal #16)

C. Samples: Submit one, 12" x 12" (304 x 304 mm) in size. (EPDM Submittal #17)

D. Manufacturer: Company specializing in manufacturing the products specified in this section with five years documented experience. (EPDM Submittal #18)

E. Designation of Roofing Quality Control Controller: Must be filled out by the contractor naming the Quality Control Controller, who shall have at least five years experience in roofing quality control. (EPDM Submittal #19)

F. Warranty: Shall be filled out to complete the Air Force EPDM Roofing System 15-Year Labor and Material Warranty. (EPDM Submittal #20)

G. Manufacturer's Installation Instructions: Indicate special precautions required for seaming the membrane. (EPDM Submittal #21)

H. Manufacturer's Certificate: Certify that products meet or exceed specified requirements. (EPDM Submittal #22)

1.7 QUALITY CONTROL AND ASSURANCE

A. Perform Work in strict compliance with manufacturer's instructions.

B. Contractor must complete AF Form 1063 on all phases of the work under the provisions of this section.

C. Contractor must look at each of the following areas as a minimum, to insure compliance with the contract:

1. Material Identification and Moisture Content.
2. No work during inclement weather.
3. Substrate Preparation.
4. Proper handling of roofing material.
5. Proper placement of roofing material.
6. Proper installation of EPDM and all related accessories.

7. Traffic flow on completed work.

D. Applicator: Company specializing in performing the work of this section with five years experience and approved by system manufacturer.

1.8 REGULATORY REQUIREMENTS

A. Conform to applicable code for roof assembly fire hazard requirements.

1.9 ENVIRONMENTAL REQUIREMENTS

A. Do not apply roofing membrane during inclement weather.

B. Do not apply roofing membrane to damp or frozen deck surface.

C. Do not expose materials vulnerable to water or sun damage in quantities greater than can be weatherproofed during same day.

PART 2 PRODUCTS

2.1 MEMBRANE AND ASSOCIATED MATERIALS

A. Membrane: EPDM conforming to ASTM D4637; minimum of 0.06 inch (1.5 mm) thick, black in color, and conforming to the following criteria:

| *Properties* | *Test* | *Results* |
|---|---|---|
| Tensile Strength | ASTM D412 | 1300 psi (8.96 MPa) |
| Elongation | ASTM D412 | 300% |
| Specific Gravity | ASTM D297 | 1.12 |
| Tear Resistance | ASTM D624 | 175 lb/in (3.1 kg/mm) |
| Sheet Composition | ASTM D297 | 100% EPDM polymer<br>30% polymer sheet |
| Moisture Vapor Perms | ASTM E96 | |
| Exposure | ASTM D822 | |
| Low Temperature Brittleness | ASTM D746 | |

B. Seaming Materials: As recommended by membrane manufacturer.

2.2 ADHESIVE MATERIALS

A. Membrane Adhesives: As recommended and supplied by membrane manufacturer.

B. Insulation Adhesive: As recommended and supplied by insulation manufacturer.

C. Thinner and Cleaner: As recommended and supplied by adhesive manufacturer, compatible with sheet membrane.

2.3 FLASHINGS

A. Flexible Flashings: Same material as membrane: conforming to the following:

| Properties | Test | Results |
|---|---|---|
| Thickness | | >= 0.06 mil (1.5 mm) |
| Elongation | ASTM D412 | 400% |
| Tensile Strength | ASTM D412 | 1,200 psi (8.28 MPa) |
| Brittleness Temperature | ASTM D746 | -40'F (-40'C) |
| Color | | black |
| Tear Resistance Die C | ASTM D624 | 140 lb/in (2.5 kg/mm) |
| Resistance to Ozone | ASTM D1149 | No cracks |

B. Counterflashings: metal, as specified in Section 07620.

C. Control or Expansion Joint Flashing: materials and installation detail shall be as recommended by the membrane manufacturer in his latest published technical manual or installation guide.

2.4 ACCESSORIES

A. Fasteners: Fasteners shall be as recommended by the membrane manufacturer for the type of deck, type and thickness of insulation, and fastening requirements of the manufacturer's system, UL, local building code, or insurance requirements, whichever is most stringent. Fastener spacing shall meet FM approval Guide for 1-90 windstorm rating when used with the selected insulation. Fasteners shall be galvanized steel or other noncorrosive material employing plastic washers of a size recommended by the EPDM manufacturer. Washers, batten strips and metal flashings or clips will be protected from contact with dissimilar metals in fasteners or companion accessories to preclude electrolytic corrosion. Length of penetration into substrate deck, wall, or nailer shall be sufficient to prevent backing out by vibration, shrinkage, or swelling action.

B. Sealants: As recommended by membrane manufacturer.

C. Metal Termination Bars: Manufacturer's standard aluminum bars, approximately 1 inch (25 mm) wide, roll formed and pre-punched.

2.5 WOOD PRODUCTS

A. Sheathing: APA, veneer grade CDX exterior plywood. Thickness to match existing conditions, or minimum of 1/2 inch (12 mm).

PART 3 EXECUTION

3.1 EXAMINATION

A. Verify that surfaces and site conditions are ready to receive work.

B. Verify deck is supported and secure.

C. Verify deck is clean and smooth, free of depressions, waves, or projections, properly sloped to drains, valleys, or eaves.

D. Verify deck surfaces are dry and free of snow or ice.

E. Verify roof openings, curbs, pipes, sleeves, ducts, and vents through roof are solidly set, and wood cant strips, wood nailing strips, and regrets are in place.

3.2 PREPARATION -WOOD DECK

A. Verify flatness, soundness, and tight joints of wood decking.

B. Seal joints of decking with tape.

C. Fill knot holes with latex filler.

3.3 VAPOR RETARDER APPLICATION

A. If required by EPDM manufacturer, apply vapor retarder to deck sheathing surface with adhesive in accordance with manufacturer's instructions.

3.4 MEMBRANE APPLICATION

A. Apply membrane in accordance with manufacturer's instructions.

B. Apply adhesive at a rate and consistency of the EPDM manufacturer's printed application instructions. *Allow adhesive to dry before adhering sheets to the substrate.*

C. Roll-out membrane, free from air pockets, wrinkles, or tears. Firmly press sheet into place without stretching.

D. Bond sheet to substrate except those areas directly over or within 3" (76 mm) of a control or expansion joint.

E. Overlap edges and ends and seal by contact adhesive, minimum 4" (101 mm). Seal permanently waterproof.

F. Extend membrane up cant strips a minimum of 6" (152 mm) onto vertical surfaces.

G. *Seal membrane around roof penetrations.*

3.5 FLASHINGS AND ACCESSORIES

A. Apply flexible flashings to seal membrane to vertical elements.

B. Fabricate roofing control and expansion joints to isolate roof into areas as indicated.

C. Install metal flashing as required by roof conditions and under the provisions of Section 07620.

D. Seal flashings and flanges of items penetrating membrane.

3.6 FIELD QUALITY CONTROL

A. Correct identified defects or irregularities.

B. Require site attendance of roofing materials' manufacturers upon completion of the Work.

3.7 CLEANING

A. In areas where finished surfaces are soiled by Work of this section, consult manufacturer of surfaces for cleaning advice and conform to their documented instructions.

B. Repair or replace defaced or disfigured finishes caused by Work of this section.

3.8 PROTECTION OF FINISHED WORK

A. Protect building surfaces against damage from roofing work.

B. Where traffic must continue over finished roof membrane, protect surfaces.

END OF SECTION