Solicitation Number F48608-01-R-0001
Contract Number F48608-01-D-0008

SECTION 07559
ROLL ROOFING

PART 1 GENERAL

1.1 SECTION INCLUDES

A. Roll Roofing.

1.2 RELATED SECTIONS

A. Section 07620 - Sheet Metal Flashing, Trim, and Accessories.

B. Section 07631 - Gutters and Downspouts.

1.3 REFERENCES

A. Fed Spec. FF-N-105 - Nails, Brads, Staples, and Spikes Wire, Cut and Wrought.

B. Fed Spec. SS-C-153C - Plastic Cement; Bituminous.

C. ASTM D249 - Roll Roofing, Surfaced with Mineral Granules.

1.4 SUBMITTALS

A. Submit all Submittals in accordance with Section 01010, 1.12.

B. Product Data: Provide the manufacturer's data and specifications for any roofing products to be installed under this section. (Roll Submittal #23)

C. Submit manufacturer's warranty to initiate a material warranty of not less than fifteen (15) years and a labor warranty of not less than two (2) years. (Roll Submittal #24)

1.5 REGULATORY REQUIREMENTS

A. Conform to applicable code for materials types specified.

PART 2 PRODUCTS

2.1 ROLL ROOFING

A. Mineral-surfaced Asphalt-based Roll Roofing: shall have an approximate weight of 100 pounds per square, black in color.

B. Underlayment: ASTM D226, No. 30 non-perforated asphalt saturated felts.

2.2 ACCESSORIES

A. Plastic Cement: Bituminous, conforming to Federal Spec. SS-C-153, Type II.

B. Nails: Conform to Federal Spec. FF-N-105 and shall be lighter than 10 gauge, zinc coated or galvanized steel; large head with sufficient length to penetrate through the roof sheathing.

C. Sheathing: APA, veneer grade CDX exterior plywood.

D. Flashing: Flashing shall be as set forth in Section 07620.

PART 3 EXECUTION

3.1 PREPARATION - ENTIRE REROOF

A. Existing roofing, felt, and flashing shall be completely removed. All existing decking shall be re-nailed as required.

B. Replace damaged sheathing where required to increase the structural capacity for the new roofing material. Replace with similar thickness of CDX plywood.

C. Broom clean deck surfaces.

3.2 PREPARATION - TEMPORARY PATCHING

A. Remove existing damaged material. Refasten existing roofing material as required.

B. Replace damaged sheathing where required to increase the structural capacity for the new roofing material. Replace with similar thickness of CDX plywood.

3.3 INSTALLATION - FLASHING

A. Install appropriate flashing in accordance with Section 07620.

3.4 INSTALLATION - ROLL ROOFING ENTIRE REROOF

A. Install one layer of felt in accordance with manufacturer's instructions.

B. Install double layer of roll roofing in accordance with manufacturer's instructions, over entire roofing surface.

3.5 INSTALLATION - ROLL ROOFING TEMPORARY PATCH

A. Install one layer on roll roofing in accordance with manufacturer's instructions, over entire damaged area.

END OF SECTION

SECTION 07611
SHEET METAL ROOFING

PART 1 GENERAL

1.1 SECTION INCLUDES

A. Precoated Galvanized steel roofing, associated integral flashings, and underlayment.

B. WSA - Galvanized steel roofing, associated integral flashings, insulation, integral gutters and downspouts, and integral fascias.

1.2 RELATED SECTIONS

A. Section 07620 - Sheet Metal Flashing, Trim, and Accessories.

B. Section 07631 - Gutter and Downspouts.

1.3 REFERENCES

A. ASTM A446 - Steel Sheet, Zinc Coated, (Galvanized) by the Hot-Dip Process, Structural (Physical) Quality.

B. ASTM D2178 - Asphalt Impregnated Glass Mat for Roofing and Waterproofing.

C. ASTM D4586 - Asphalt Roof Cement, Asbestos-Free.

D. SMACNA - Architectural Sheet Metal Manual - Fourth Edition.

1.4 SUBMITTALS

A. Submit all Submittals in accordance with Section 01000, 1.11.

B. Product Data: Provide data on metal types, finishes, characteristics, and all related integral parts. (Metal Submittal #25)

C. Submit specified trade association installation instructions. (Metal Submittal #26)

D. Submit one sample illustrating metal finish color. (Metal Submittal #27)

E. Submit manufacturer's warranty to initiate a material warranty of not less than fifteen (15) years and a labor warranty of not less than two (2) years. (Metal Submittal #28)

1.5 QUALITY ASSURANCE

A. Perform work in accordance with standard details and requirements.

1.6 QUALIFICATIONS

A. Fabricator and Installer: Company specializing in sheet metal roof installations with minimum three years documented experience.

1.7 DELIVERY, STORAGE, AND HANDLING

A. Stack performed and prefinished material to prevent twisting, bending, or abrasion, and to provide ventilation. Slope metal sheets to ensure drainage.

B. Prevent contact with materials which may cause discoloration or staining.

1.8 WARRANTY

A. Provide standard warranty to include coverage for degradation of metal finish, water tightness, and integrity of seals.

PART 2 PRODUCTS

2.1 SHEET MATERIALS

GALVALUME

A. Pre-Coated Galvanized Steel: ASTM A446, Grade A, minimum G90 zinc coating; 24 gauge core steel, pre-coated Colonial Red (or equivalent). The selected product must be approved by the Contracting Officer prior to installation.

B. Pre-Coated Galvanized Steel Panels: Minimum G90 zinc coating; 24 gauge, pre-coated Colonial Red (or equivalent). The selected product must be approved by the Contracting Officer prior to installation.

C. WSA Metal Roof Panels: Varco-Pruden Standing Seam Roof (VP SSR), 24 gauge, shop coating to match existing color.

KYNAR 500

D. SSR panels will be painted with 1 coat vinyl wash, 1 coat latex metal primer and 2 coats acrylic finish.

2.2 Paint Materials for Sheet Metal Roofing

A. Paint: Fiber-reinforced aluminum.
B. Color: Match existing

2.3 ACCESSORIES

A. Fasteners: Galvanized steel, same material and finish as flashing metal, with soft neoprene washers.

B. Underlayment: ASTM D226, No. 30 asphalt saturated roofing felt.

C. Plastic Cement: ASTM D4586, Type II.

D. Eave (Ice Dam) Protection: ASTM D226, No. 30, non-perforated asphalt saturated felts.

E. Drip Edge: Galvanized, 24 gauge, minimum 6" (152 mm) stretchout under roof material.

F. Reglets: Surface mounted type, galvanized steel.

G. WSA - Sub-Purlins: Z-shape, 2" x 4" x 2" (50 x 101 x 50 mm)

H. WSA - Insulation: 3" (76 mm) Batt insulation.

I. WSA - Seaming Machine: Machine to seam SSR panels closed.

J. WSA - Rake Closure: Prefinished, 24 gauge sheet metal, fastened as per manufacturer's recommendations.

K. WSA - Downspout: Prefinished, size and gauge to match existing.

L. WSA - Ridge Cap: Prefinished, fastened as per manufacturer's recommendations to ensure watertight seal.

M. WSA - Fascia: Prefinished, fastened as per manufacturer's recommendations to ensure watertight seal.

N. WSA - Fasteners: #10 x 1" (25 mm) Self-tapping sheet metal screws with large neoprene coated washer.

PART 3 EXECUTION

3.1 EXAMINATION

A. Inspect roof deck to verify deck is clean and smooth, free of depressions, waves, or projections, properly sloped to drains, valley, or eaves.

B. Verify deck is dry and free of snow or ice. Verify joints in wood deck are solidly supported and fastened.

C. Verify roof openings, curbs, pipes, sleeves, ducts, or vents through roof are solidly set, regrets are in place, and nailing strips located.

D. Verify roofing termination and base flashings are in place, sealed, and secure.

3.2 PREPARATION

A. Install starter and edge strips, and cleats before starting installation.

B. Install surface mounted regrets true to lines and levels. Seal top of regrets with sealant.

C. Replace damaged sheathing where required to increase the structural capacity for the new roofing material. Replace with similar thickness of CDX plywood.

3.3 INSTALLATION - EAVE (ICE DAM) PROTECTION

A. Place eave edge and gable edge metal flashings tight with facia boards. Weather lap joints 2" (50 mm) and seal with plastic cement. Secure flange with nails spaced 6" (152 mm) o.c.

B. Apply lap cement at rate recommended by manufacturer.

C. Extend eave protection membrane minimum 2' (609 mm) upslope beyond interior face of exterior wall.

3.4 INSTALLATION

A. Conform to drawing details included in the manufacturer's instructions.

B. Apply underlayment in single layer laid perpendicular to slope; weather lap edges 2" (50 mm) and nail in place. Minimize nail quantity.

C. Stagger transverse joints of roofing sheets.

D. Provide integral gutters, downspouts, fascias, and flashings.

E. Sheet metal roof areas shall be painted in accordance with paint manufacturer's recommendations

3.5 WSA - STANDING SEAM ROOFING

A. Remove and replace damaged panels.

B. Replace and refasten sub-purlins as needed. Weld 4' (1219 mm) o.c.

C. Place 3" (76 mm) Batt insulation.

D. Install all roofing and integral parts in accordance with manufacturer's instructions.

3.6 WSA - FLASHINGS, FASCIA, GUTTER AND DOWNSPOUT

A. Conform to manufacturer's instructions for installation of all flashings, fascia, and gutter.

B. Secure flashings, ridge cap, fascia, gutters, and downspouts in place using concealed fasteners.

C. Fit tight in place. Make corners square, surfaces true and straight in planes, and lines accurate to profiles.

D. Seal metal joints watertight.

3.7 WSA - QUICK FIX

A. For loose panels that have not yet been removed from building, place self-tapping screws at 2 per sub-purlin per panel in unfastened area.

B. Ensure all screws have neoprene washers to form a watertight seal.

3.8 PROTECTION OF FINISHED WORK

A. Do not permit traffic over unprotected roof surface.

END OF SECTION

## SECTION 07620
## SHEET METAL FLASHING, TRIM, AND ACCESSORIES

### PART 1 GENERAL

1.1 SECTION INCLUDES

A. Galvanized Sheet Metal Flashing and Accessories.

B. Copper Metal Flashing and Accessories.

1.2 RELATED SECTIONS

A. Section 07311 - Asphalt Shingles.

B. Section 07320 - Roofing Tiles.

C. Section 07510 - Built-Up Roofing Systems.

D. Section 07530 - Single-Ply Roofing (EPDM).

E. Section 07611 - Custom Sheet Metal Roofing.

F. Section 07631 - Gutters and Downspouts.

1.3 REFERENCES

A. ASTM A446 - Steel Sheet, Zinc Coated, (Galvanized) by the Hot-Dip Process.

B. ASTM B370 - Copper Sheet and Strip for Building Construction.

C. ASTM D4586 - Asphalt Roof Cement, Asbestos-Free.

D. SMACNA - Architectural Sheet Metal Manual.

1.4 SUBMITTALS

A. Submit all Submittals in accordance with Section 01000, 1.11.

B. Samples: Submit one sample 24" (609 mm) in length of each type of flashing, illustrating typical material and finish. (Flashing Submittal #29)

1.5 QUALITY ASSURANCE

A. Perform work in accordance with standard industry details and requirements.

1.6 QUALIFICATIONS

A. Fabricator and Installer: Company specializing in sheet metal flashing work with 5 years documented experience.

EXHIBIT 2
PAGE 52 OF 59

Attachment 3

PART 2 PRODUCTS

2.1 SHEET MATERIALS

A. Copper: ASTM B370, cold rolled 16 oz; natural finish.

B. Galvanized Steel: ASTM A446, Grade A, minimum G90 commercial finish zinc coating; 26 gauge core steel, 0.90 oz per square foot (total of both sides).

C. Ridge Cap: Screw fastened, 2-1/2 inches (63 mm) Dia., 26 gauge.

D. Drip Edge: 24 gauge, minimum 6 " (152 mm) extension under roofing material, 1-1/2 inches (38 mm) minimum, but to match existing.

2.2 ACCESSORIES

A. Fasteners: Same material and finish as flashing metal, with soft neoprene washers.

B. Underlayment: ASTM D226, No. 30 asphalt saturated roofing felt, where required.

C. Plastic Cement: ASTM D4586, Type 11.

D. Mortar for Unit Masonry: ASTM C 270, Proportion Specification Type S.

E. Pre-Compressed Expanding-Foam Sealant

1. Pre-compressed expanding-foam sealant shall have the following properties:

| Property | Test Method | Value |
|---|---|---|
| In-place Density | ASTM D-816 | 9-10 pcf |
| Apparent Thermal Conductivity | ASTM C-518 | .34 BTU*in/(h*ft$^2$*°F) |
| Tensile Strength | ASTM D-2406 | 21 psi minimum |
| Elongation | ASTM D-3574 | 140% +/- 20% |
| Shear Strength | ASTM E-96 | 8N/cm$^2$ minimum |
| Flash Point | | 590°F (310°C) |

F. Soffits and fascia materials shall be chosen to match existing materials.

G. One-part Polyurethane Sealant: Except as otherwise indicated, provide manufacturer's standard, non-modified, one-part silicone-rubber based, air curing, nonsag, elastomeric sealant; complying with either ASTM c920, type S, Class 25 Grade NS or FS TT-S-001543A, Class A type, nonsag.

1. Porous-Bond Type: Where sealant-bond surfaces are porous or noncompatible with acid-type sealant, provide manufacturer's nonacid, "low-modulus" type; with fully cured modulus of elasticity not exceeding 40psi, Shore A hardness of 15 to 25, minimum elongation of 400% and minimum tensile strength of 75 psi (ASTM D412)

EXHIBIT 2
PAGE 57 OF 59

2. Nonporous-Bond Type: Where sealant-bond surfaces are nonporous and compatible with acid-type sealant, provide manufacturer's acid-type with "mid-to-high" full cured modulus of elasticity not exceeding 75 psi, Shore A hardness of 25 to 35, minimum elongation of 500% and minimum tensile strength of 150 psi (ASTM D412); with adhesion in peel of 20lb. per inch and 10% maximum loss of bond substrate (ASTM C794) and tear resistance of not less than 30 lb. per inch (ASTM D624)

H. Roof Vents: Size and space by code to allow adequate ventilation. Premanufactured to replace existing when approved by Civil Engineering and the Contracting Officer.

2.3 FABRICATION - PROCESS

A. Form sections true to shape, accurate in size, square, and free from distortion or defects.

B. Fabricate cleats of same material as sheet, interlockable with sheet.

C. Form pieces in longest possible lengths.

D. Hem exposed edges on underside 1/2 inch (12 mm); miter and seam corners.

E. Fabricate vertical faces with bottom edge formed outward 1/4 inch (6 mm) and hemmed to form drip.

2.4 FABRICATION - PARTS G.I.

A. Valley Flashing: Minimum 24" (609 mm) wide, 26 gauge, standard "V" shape.

B. Corner and Eave: 26 gauge, minimum 6" (152 mm) extension under roofing material.

C. Step Flashing: 12" x 8" (304 x 203 mm), 26 gauge.

D. Wall Mounted Reglet: 26 gauge, 6" (152 mm) face, mechanically fastened.

Construction Metals, Inc E. Ventilator: 18 gauge galvanized metal, 2' (.61 m) tall, 4'x 5' (1.22 x 1.52 m) base (WSA only). C+J Metal Products weapons storage Area

F. Crickets: Construct to fit each individual usage.
Two applications: Up to 3' (.914 m) in length and 3'to 6' (.914 - 1.829 m) in length.
~~[illegible]~~ If we come to a situation where crickets are needed, shop drawings will be provided.

G. Roof-Penetration Flashing: 26 gauge, constructed to fit each individual usage.

2.5 FABRICATION - COPPER PARTS 16 OZ UNLESS SPECIFIED OTHERWISE

A. Crickets: Construct to fit each individual usage.
Two applications: Up to 3' (.914 m) in length and 3' to 6' (.914 - 1.829 m) in length.

B. Valleys: Minimum 24" (609 mm) wide, standard "V" shape.

I. Corner and Eave: Minimum 6" (152 mm) extension under roofing material.

D. Surface Mount Flashing: 6" (152 mm) face, mechanically fastened.

E. Step Flashings: 12" x 8" (304 x 203 mm).

54" length

Exhibit 2
Page 54 of 55

PART 3 EXECUTION

3.1 EXAMINATION

A. Verify roof openings, curbs, pipes, sleeves, ducts, or vents through roof are solidly set, regrets in place, and nailing strips located.

B. Verify roofing termination and base flashings are in place, sealed, and secure.

3.2 PREPARATION

A. Install all flashings and accessories flush and secure to the roof deck and/or fascia prior to installing starter and edge strips.

B. Install surface mounted regrets true to lines and levels. Seal top of regrets with sealant.

3.3 INSTALLATION

A. Secure flashings in place using concealed fasteners. Use exposed fasteners only where permitted, by Civil Engineering and the contracting officer.

B. Apply plastic cement compound between metal flashings and felt flashings.

C. Fit flashings tight in place. Make corners square, surfaces true and straight in planes, and lines accurate to profiles.

D. Seal metal joints watertight.

E. Wall (Surface) Mounted Reglet: Insert flashings into reglets to form tight fit. Seal flashings into regrets with sealant.

F. Valley Flashing: Centered over open valleys and crimped to guide water. Weather lap joints minimum 2" (50 mm). Nail in place minimum 18" (457 mm) o.c., 1" (25 mm) from edges.

G. Ridge Cap: Screw in place minimum 24" (609 mm) o.c., both sides.

H. Corner and Eave Flashing: Nail in place minimum 24" (609 mm) o.c.

I. Step Flashing: Fasten at a minimum of 24" (609 mm) o.c., with concealed fasteners.

J. Crickets: Place and seal to provide adequate watertight seal.

K. Roof Vents: Space by code. Place prior to flashing work so roof vents can be adequately sealed for watertightness.

L. Ventilators: Lift into place with crane. Fasten securely for location and functionality of ventilator.

M. Metal Fascia on Low Parapet Flat Roofs: Metal fascia installed on the exterior of parapet walls or as fascia around the exterior of flat roofs shall be securely screwed in place as directed by the Contracting Officer at a minimum of 24" o.c.

N. Roof-Penetration flashing shall be sealed and clamped to pipes penetrating roof.

EXHIBIT 2
PAGE 55 of 59

O. During the tooling of masonry joints, enlarge voids and holes, except weep holes, and completely fill with mortar. Point-up joints, including corners, openings, and adjacent construction, to provide a neat, uniform appearance. Prepare joints for the application of the sealant.

P. Installation of pre-compressed expanding-foam sealant

1. Prepare all surfaces for the installation of sealant by removing all deleterious materials such as loose debris, oil and grease.

2. Install pre-compressed expanding-foam sealant in accordance with manufacturer's instructions

Q. Soffits and Fascia shall be installed to match existing

R. Install polyurethane joint sealant in accordance with manufacturer's recommendations

## SECTION 07631
## GUTTERS AND DOWNSPOUTS

PART 1 GENERAL

1.1 SECTION INCLUDES

A. Pre-coated Galvanized Steel and Aluminum Gutters and Downspouts.

B. Fabricated Gutters and Downspouts.

C. EPDM gutter liners.

D. Accessories and other items required.

1.2 RELATED SECTIONS

A. Section 07311 -Asphalt Shingles.

B. Section 07320 - Roofing Tiles.

C. Section 07510 - Built-Up Roofing Systems.

D. Section 07530 - Single-Ply Roofing (EPDM).

E. Section 07611 - Custom Sheet Metal Roofing.

F. Section 07620 - Sheet Metal Flashing, Trim, and Accessories.

1.3 REFERENCES

A. ASTM A446 - Steel Sheet, Zinc Coated, (Galvanized) by the Hot-Dip Process, Structural (Physical) Quality.

B. ASTM B209 - Aluminum and Aluminum Alloy Sheet and Plate.

C. FS TT-C-494 - Coating Compound, Bituminous, Solvent Type, Acid Resistant.

D. SMACNA - Architectural Sheet Metal Manual.

1.4 SUBMITTALS

A. Submit all Submittals in accordance with Section 01000, 1.11.

B. Product Data: Provide data on prefabricated components. (Gutter Submittal #30)

C. Samples: Submit one sample, 24" (609 mm) long illustrating any fabricated component design, finish, color, and configuration. (Gutter Submittal #31)

1.5 REGULATORY REQUIREMENTS

A. Conform to applicable code for size and method of rain water discharge.

PART 2 PRODUCTS

2.1 MATERIALS

A. Pre-Coated Galvanized Steel: ASTM A446, Grade A, zinc coated; 26 gauge core steel, shop pre-coated with coating of color as selected by Civil Engineering and Contracting officer.

B. Aluminum Sheet: ASTM B209, 0.02 inch (0.5 mm) thick; shop pre-coated with coating of color as selected by Civil Engineering and Contracting officer.

C. Factory Painted "K" Style Galvanized Steel Gutter: 5 inch (127 mm) 26 gauge.

D. Factory Painted Box Style Galvanized Steel Gutter: 8 inch (203 mm) 24 gauge.

E. Factory Painted 1/2Round Style Galvanized Steel Gutter: 5 inch (127 mm) 26 gauge.

F. Factory Painted Downspout, Square, Corrugated: 2" x 3" (51 x 76 mm), 26 gauge.

G. Factory Painted Downspout, Square, Corrugated: 2" x 4" (51 x 102 mm), 26 gauge.

H. Factory Painted Downspout, Round, Corrugated: 3" dia. (76 mm), 26 gauge.

I. Factory Painted Downspout, Round, Corrugated: 4" dia. (102 mm), 26 gauge.

J. Factory Painted Downspout, Open-Faced, Non-Corrugated, various sizes, 26 gauge.

2.2 COMPONENTS

A. Gutters: SMACNA profile to match existing.

B. Downspouts: SMACNA profile to match existing.

2
57 57

C. Gutter liner: Uncured EPDM, 60 mil, UV resistant, adhered with splice adhesive.

D. Gutter guard mesh: Galvanized welded wire (hardwire cloth) with ¼ inch openings to cover all gutters.

E. Accessories: Profiled to suit gutters and downspouts.

2.3 ACCESSORIES

A. Anchorage Devices: Type recommended by fabricator.

B. Gutter Supports: Brackets

C. Downspout Supports: Brackets or Straps to match existing.

D. Fasteners: Match gutter or downspout material.

E. Spacers: Metal spacers for angled fascia.

F. Sealants: Silicone rubber.

G. Solder: One-half pig lead and one-half block tin (new metals).

H. Plastic Cement: Black plastic asphaltic cement reinforced with fibers. Compatible with adjacent materials.

I. EPDM Patching Material: Non-cured EPDM with properties conforming to provisions of Section 07530

J. Seam Splicing Cement: As recommended and supplied by membrane manufacturer

K. Screws and rivets: Same material as flashing sheet, or other rust-resistant, compatible material as recommended by manufacturer of flashing sheet.

2.4 FABRICATION -WHEN REQUIRED

A. Form gutters and downspouts of profiles and to match existing conditions.

B. Fabricate with required connection pieces.

C. Form sections square, true, and accurate in size, in maximum possible lengths, free of distortion or defects detrimental to appearance or performance.

D. Fabricate gutter and downspout accessories, where required; seal watertight.

PART 3 EXECUTION

3.1 INSPECTION

Examine substrate and conditions under which work is to be performed. Do not proceed until unsatisfactory conditions are corrected.

3.2 PREPARATION

Remove and do not use damaged, deteriorated, rusted, or otherwise unsatisfactory materials.

58 57

3.3 INSTALLATION

A. Install gutters, downspouts, and accessories in accordance with manufacturer's instructions.

(1) Manufacturer's printed instructions and details.

(2) Shop drawings.

B. Install materials rigid, secure, plumb, level, aligned, square and straight with suitable fastening devices.

C. Conceal fasteners and expansion provisions wherever possible in exposed work.

D. Rivet, solder, caulk or assemble field joints as required.

E. Seal work as necessary for watertight installation.

F. Separate dissimilar metals with thick bituminous coating, asphalt-saturated felt or other acceptable material.

G. Attach gutters with existing strap anchors at approximately 24" o.c. (Fastened to crown molding).

H. Install EPDM gutter liner on all gutters.

I. Install gutter guard mesh on all gutters.

J. Install downspout strap anchors near top and bottom, at 8 ft. spacing, maximum, and at offsets in wall plain.

K. Slope gutters 1/8 inch per foot (10.4 mm/m) minimum.

3.4 ADJUSTMENT AND REPAIR

A. Patching of EPDM Gutter liners: Install patching materials in accordance with manufacturer's recommendations

B. Correct nonconforming work. Repair when possible, otherwise replace.

END OF SECTION

2
59 59

Attachment 3

Joe Yazbeck

**From:** Mgconstr503@aol.com

**Sent:** Wednesday, October 13, 2004 7:12 AM

**To:** jay@yazbeckhanson.com

**Subject:** (no subject)

October 13-04

dear Jo this is all total od blds, done since i start this job. it chanche lit bit but this is correct
bld.# work order year roof system sqrs gravel removal? epdm sqrs.
1900 3 2002 epdm 47 yes 47
1906 3 2002 epdm 45 yes 45
1933 3 2002 epdm 47 yes 47
65 6 2002 epdm 34 yes 34
1284 4 2002 epdm 269 yes 269
1284 5 2002 epdm 816 yes 816
1200 6 2002 epdm 272 no 0
720 6 2002 epdm 152 no 0
0 0
0 0
1284 1 2003 epdm 448 yes 448
1250 8 2003 epdm 725 yes 725
92 10 2003 clay tiles 50 no 0
76 2 2003 clay tiles 20 no 0
0 0
722 7 2004 epdm 425 no 0
341 1 2004 shingles 200 no 0
315 1 2004 shingles 133 no 0
152 1 2004 shingles 107 no 0
224 1 2004 shingles 103 no 0
total sqrs------------------------------------------------ 3893 0
total sqrs on gravel removal------------ 2431
total sqrs gravel removal times 150,00 or 243100 sf total of times 1.50 364,650.00

Jo I was not able to write on your letter to give you some sugestions , I think is the program you use do not let me , I will call you. I think looks good, follow my spread shett to do all the numbers

EXHIBIT 3
PAGE 1 OF 1

10/19/2004