**D.O. 5000** **28 June 2001**
**FY01 Roof Requirements Contract**

**Statement of Work**

1. Building 222 needs a total roof replacement. The Contractor shall completely remove and dispose of the existing shingles and felt and install 1 layer of new felt and 1 layer of 100 mph Wind Warranted Three Tab Shingles as well as all necessary flashings and ridge caps.

2. Building 224 needs a total roof replacement. The Contractor shall completely remove and dispose of the existing shingles and felt and install 1 layer of new felt and 1 layer of 100 mph Wind Warranted Three Tab Shingles as well as all necessary flashings and ridge caps.

3. Building 226 needs a total roof replacement. The Contractor shall completely remove and dispose of the existing shingles and felt and install 1 layer of new felt and 1 layer of 100 mph Wind Warranted Three Tab Shingles as well as all necessary flashings and ridge caps.

4. Building 152 needs a total roof replacement including dormers. The Contractor shall completely remove and dispose of the existing shingles and felt and install 1 layer of new felt and 1 layer of 100 mph Wind Warranted Three Tab Shingles as well as all necessary flashings and ridge caps. No work will be performed on the elevator roof except for flashing at shaft- main roof intersections.

5. Building 341 needs a partial roof replacement. The Contractor shall completely remove and dispose of the existing shingles and felt on the roof of the main building and the loft roof and install 1 layer of new felt and 1 layer of 100 mph Wind Warranted Three Tab Shingles as well as all necessary flashings and ridge caps. No work will be performed on the roof over the western building expansion or eastern drop off canopy.

6. Building 315 needs a total roof replacement. The Contractor shall completely remove and dispose of the existing shingles and felt and install 1 layer of new felt and 1 layer of 100 mph Wind Warranted Three Tab Shingles as well as all necessary flashings and ridge caps. In addition, the Contractor shall completely remove and dispose of the existing BURS roof over the west extension and replace it with a fully adhered EPDM roofing system. This work shall include the replacement of the mechanically fastened wall mounted reglet and any necessary removal, rebending, and refastening of the parapet coping. Also, the gutter on the east side of the building (15 LF) shall be removed and replaced, and a new downspout installed.

7. Building 1284 needs a partial roof replacement. This building consists of several different roof areas. Work shall be performed on the areas indicated. Each area requires complete roof replacement. The Contractor shall completely remove and

dispose of existing BURS and insulation underlayment to the decking and install a new fully adhered EPDM roof system including insulation. This work shall also include the replacement of the mechanically fastened wall mounted reglet, any necessary removal, rebending, and refastening of the parapet coping, sealing building expansion joint, and all incidental work necessary to provide a fully functional roof.

8. Building 250 requires installation of standing seam metal roof over newly constructed porch including all necessary flashings and accessories. The standing seam metal panels shall be shop painted to match the historic red color of the existing metal roofs. Penetrations through underside of tongue and groove planking is not acceptable.

9. Bldg 212 requires minor roof repairs including: securing loose shingles and step flashing around chimneys, properly securing all ridge cap, installing EPDM gutter liner to rear porch gutter, patching east valley EPDM and all incidental work necessary to provide a fully functional roof.

10. Required Submittals: As per specifications Section 01000, Parts 1.12 and 1.13, the written guarantees, warranties, and any other items listed on the attached AF Form 66 are hereby specified as required submittals for this delivery order. The length and terms of each warranty shall meet the minimum requirements as set forth for that type of roofing system in the contract specifications.

11. All roofing and related work shall be performed in accordance with the specifications of the requirements contract, any attached drawings, and the line item list.

12. Performance Period: All work shall be completed 120 calendar days after receipt of the Notice to Proceed.

FURNISH ALL LABOR, EQUIPMENT, APPLIANCES, AND MATERIALS IN PERFORMING ALL NECESSARY TRAVEL AND SERVICES REQUIRED IN ACCORDANCE WITH THE ATTACHED STATEMENT OF WORK. THE CONTRACTOR SHALL PERFORM ALL WORK AS SPECIFIED IN THE INCLUDED SPECIFICATIONS DATED NOV 2000 NOTED AS PROJECT NUMBER GHLN 01-1004.

## ROOF REQUIREMENTS CONTRACT

BASIC CONTRACT PERIOD: ONE (1) YEAR FROM DATE OF AWARD OF CONTRACT

FY 01 D.O. 5000

| CLIN # | DESCRIPTION | BLDG 222 | BLDG 224 | BLDG 228 | BLDG 152 | BLDG 341 | BLDG 315 | BLDG 1284 | BLDG 250 | BLDG 212 | EST. QTY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0026AG | Demo 1 Shingle Layer w/1 layer felt: Slope 5/12 to 8/12 (>1 Story) | 171 | 107 | 116 | 90 | 200 | 133 | | | | 817 | SQ | $ 41.20 | $ 33,660.40 |
| 0027AG | Install 1 Layer 30 lb Felt & 100 mph Three Tab Wind Warranty Shingle : Slope 5/12 to 8/12 (>1 story) | 171 | 107 | 116 | 90 | 200 | 133 | | | | 817 | SQ | $ 80.00 | $ 65,360.00 |
| 0028AB | Install 30 lb Felt Ice Dam | 700 | 400 | 760 | 420 | 1100 | 870 | | | | 4330 | LF | $ 1.00 | $ 4,330.00 |
| 0029AA | Hand Seal Shingles | | | | | | | | | 1 | 1 | SQ | $ 1.00 | $ 1.00 |
| 0037AA | Drip Edge & Eave Flashing, 26 Ga. | 700 | 400 | 760 | 420 | 1100 | 870 | | | | 4330 | LF | $ 2.49 | $ 10,781.70 |
| 0037AB | Valley Flashing, 24" W, 26 Ga., Standard "V" Shape | 154 | 200 | 200 | 124 | 60 | | | | 20 | 748 | LF | $ 3.23 | $ 2,416.04 |
| 0037AC | Ridge Roll (Screw Fastened)_ 2 1/2" Dia., 26 Ga. | 335 | 290 | 360 | 222 | 252 | 170 | | | 200 | 1829 | LF | $ 0.10 | $ 182.90 |
| 0038AC | Cricket | | | 4 | | | | | | | 4 | EA | $ 508.00 | $ 2,032.00 |
| 0038AD | Surface Mount Flashing | 108 | 110 | 150 | 220 | 510 | 340 | | | | 1488 | LF | $ 12.98 | $ 19,294.24 |
| 0039AC | 3/4" Plywood | 320 | 320 | 320 | 320 | 320 | 320 | | | | 1920 | SF | $ 1.55 | $ 2,976.00 |
| 0040AB | Remove Gutter/Downspout | | | | | | 15 | | | | 15 | LF | $ 1.00 | $ 15.00 |
| 0040AC | Gutter, "K", 5", 26 Ga. | | | | | | 15 | | | | 15 | LF | $ 3.00 | $ 45.00 |
| 0040AE | Downspout, 2x3", 26 Ga. | | | | | | 15 | | | | 15 | LF | $ 3.00 | $ 45.00 |
| 0040AK | Gutter Lining, EPDM, 60 mil | | | | | | | | | 45 | 45 | LF | $ 5.00 | $ 225.00 |
| 0022AB | Install Roofing Panels, 24 Ga. | | | | | | | | 2450 | | 2450 | SF | $ 2.75 | $ 6,737.50 |
| 0022AC | Prefinished Drip Edge, 24 Ga., | | | | | | | | 145 | | 145 | LF | $ 2.00 | $ 290.00 |
| 0022AD | Prefinished Reglet, 24 GA | | | | | | | | 145 | | 145 | LF | $ 2.00 | $ 290.00 |
| 0025AA | Standing Seam Seaming Machine | | | | | | | | 1 | | 1 | MO | $ 800.00 | $ 800.00 |
| 0025AB | Crane Rental | | | | | | | | 24 | | 24 | HR | $ 80.00 | $ 1,920.00 |
| 0001AC | Remove BURS (5-ply max) & 2" Insulation (2" Mopped) | | | | | | 500 | 44735 | | | 45235 | SF | $ 0.80 | $ 36,188.00 |
| 0002AA | Adhered, Less Than 5 SQ Per Delivery Order | | | | | | 5 | | | 1 | 6 | SQ | $ 240.00 | $ 1,440.00 |
| 0002AB | Adhered, More Than 5 SQ Per Delivery Order | | | | | | | 448 | | | 448 | SQ | $ 225.00 | $ 100,800.00 |
| 0003AA | Install Insulation, Min r Value >= 12 | | | | | | 5 | 448 | | | 453 | SQ | $ 85.00 | $ 38,505.00 |
| 0010AE | Step Flashing 12" x 8", 26 Ga. | | | | | | | | 30 | 30 | 60 | LF | $ 2.30 | $ 138.00 |
| 0010AF | Wall Mounted Reglet, 26 Ga., Mechanically Fastened, 6" Face | | | | | | 130 | 3130 | | | 3260 | LF | $ 1.58 | $ 5,150.80 |
| 0010AG | Counter Flashing 12" Wide 26 Ga. | | | | | | | 3130 | 145 | | 3275 | LF | $ 1.74 | $ 5,698.50 |
| 0010AM | Remove, Rebend & Replace Aluminum Coping | | | | | | 103 | 1725 | | | 1828 | LF | $ 1.00 | $ 1,828.00 |
| 0014AA | Remove Integrated System Air Terminals and Conductors | | | | | | | 6 | | | 6 | EA | $ 500.00 | $ 3,000.00 |
| 0014AB | Work Around Concealed Lightning Protection System, Add This Cost to Roof Installation Cost per SQ | | | | | | | 448 | | | 448 | SQ | $ 10.00 | $ 4,480.00 |
| 0014AC | Restore Integrated System Air Terminals and Conductors | | | | | | | 6 | | | 6 | EA | $ 500.00 | $ 3,000.00 |
| 0014AD | Electrically Test Restored System per Specifications | | | | | | | 1 | | | 1 | EA | $ 2,000.00 | $ 2,000.00 |
| 0015AA | Crane Rental | | | | | | | 80 | | | 80 | HR | $ 200.00 | $ 16,000.00 |
| | | $ 26,358.96 | $ 17,231.40 | $ 21,863.60 | $ 16,126.12 | $ 36,330.60 | $ 26,466.50 | $ 215,264.60 | $ 10,358.80 | $ 619.60 | ESTIMATED TOTAL | | | $ 369,630.08 |

## SCHEDULE OF MATERIAL SUBMITTALS

PROJECT NUMBER: GLHN 01-1004
PROJECT TITLE: Roof Requirements Contract - DO 6008
SOLICITATION/CONTRACT NUMBER:

| | | TO BE COMPLETED BY PROJECT ENGINEER | | | | | | | | | | | TO BE COMPLETED BY CONTRACT ADMINISTRATOR | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | NUMBER OF COPIES REQUIRED | | | | | | | | | | | | | | | DATE CONTRACTOR NOTIFIED | | | | |
| LINE NUMBER | ITEM OR DESCRIPTION OF ITEM, CONTRACT REFERENCE, TYPE OF SUBMITTAL | CERTIFICATION OF COMPLIANCE | SHOP DRAWINGS | SAMPLES | COLOR SELECTION | MANUFACTURE'S RECOMMENDATIONS | MANUFACTURER'S WARRANTY | CATALOG DATA | OPERATING INSTRUCTIONS | TESTS | REPORTS | REQUIRED SUBMISSION DATE | DATE RECEIVED IN CONTRACTING | DATE TO CIVIL ENGINEERING | RETURN SUSPENSE DATE | FOLLOW-UP | APPROVED | DISAPROVED | CONTRACTOR RESUBMITTAL | FINAL APPROVAL | REMARKS |
| 1 | Shingle (07311) | 5 | | 2 | | 5 | 5 | 5 | | | | | | | | | | | | | Submit with Delivery Order |
| 2 | EPDM (07530) | 5 | | 1 | | 5 | 5 | 5 | | | 5 | | | | | | | | | | Submit with Delivery Order |
| 3 | Metal Roofing Product Data (07611) | | | 1 | | 5 | 5 | 5 | | | | | | | | | | | | | Submit with Delivery Order |
| 4 | Flashing Sample (07620) | | | 1 | | | | | | | | | | | | | | | | | Submit with Delivery Order |
| 5 | Gutter/Downspout (07631) | | | 1 | | | | 5 | | | | | | | | | | | | | Submit with Delivery Order |

AF Form 66, OCT 89 PREVIOUS EDITION WILL BE USED

**D.O. ~~5003~~ 5004**
**FY01 Roof Requirements Contract**

**06 September 2001**

**Statement of Work**

1. Building 1284 requires partial roof replacement. This building consist of several roofs sections. Work shall be performed on the areas indicated:

   Areas 9- 15 need a complete roof replacement. The Contractor shall completely remove and dispose of existing BURS and insulation underlayment to the decking and install a new fully adhered EPDM roof system including insulation. This work shall also include the replacement of the mechanically fastened wall mounted reglet, any necessary removal, rebending, and refastening of the parapet coping, working around, restoring and testing lightning protection system and all incidental work necessary to provide a fully functional roof.

2. Required Submittals: As per specifications Section 01000, Parts 1.12 and 1.13, the written guarantees, warranties, and any other items listed on the attached AF Form 66 are hereby specified as required submittals for this delivery order. The length and terms of each warranty shall meet the minimum requirements as set forth for that type of roofing system in the contract specifications.

3. All roofing and related work shall be performed in accordance with the specifications of the requirements contract, any attached drawings, and the line item list.

4. Performance Period: All work shall be completed ~~20~~ 115 calendar days after receipt of the Notice to Proceed.

It has been brought to this CA attention the period of performance was mis stated due to a typo. The correct period of performance is 115 calendar days.

Mary J. Abbott
30 Aug 02

| SCHEDULE OF MATERIAL SUBMITTALS | PROJECT NUMBER | PROJECT TITLE | SOLICITATION/CONTRACT NUMBER |
|---|---|---|---|
| | GLHN 01-1004 | Roof Requirements Contract - DO 5003 | |

FURNISH ALL LABOR, EQUIPMENT, APPLIANCES, AND MATERIALS IN PERFORMING ALL NECESSARY TRAVEL AND SERVICES REQUIRED IN ACCORDANCE WITH THE ATTACHED STATEMENT OF WORK. THE CONTRACTOR SHALL PERFORM ALL WORK AS SPECIFIED IN THE INCLUDED SPECIFICATIONS DATED NOV

## ROOF REQUIREMENTS CONTRACT

BASIC CONTRACT PERIOD: ONE (1) YEAR FROM DATE OF AWARD OF CONTRACT

FY 01 D.O. 5003

| CLIN # | DESCRIPTION | Area 9 | Area 10 | Area 11 | Area 12 | Area 13 | Area 14 | Area 15 | EST. QTY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0001AC | Remove BURS (5-ply max) & 2" Insulation (2" Mopped) | 6720 | 6720 | 4060 | 2530 | 2500 | 1345 | 470 | 24,345 | SF | $ 0.80 | $ 19,476.00 |
| 0002AA | Adhered, Less Than 5 SQ Per Delivery Order | | | | | | | | 0 | SQ | $ 240.00 | $ - |
| 0002AB | Adhered, More Than 5 SQ Per Delivery Order | 74 | 74 | 45 | 28 | 28 | 15 | 5 | 269 | SQ | $ 225.00 | $ 60,525.00 |
| 0003AA | Install Insulation, Min r Value >= 12 | 74 | 74 | 45 | 28 | 28 | 15 | 5 | 269 | SQ | $ 85.00 | $ 22,865.00 |
| 0010AE | Step Flashing 12" x 8", 26 Ga. | | | | | | | | 0 | LF | $ 2.30 | $ - |
| 0010AF | Wall Mounted Reglet. 26 Ga., Mechanically Fastened, 6" Face | 450 | 450 | 328 | 355 | 235 | 170 | 110 | 2,098 | LF | $ 1.58 | $ 3,314.84 |
| 0010AG | Counter Flashing 12" Wide 26 Ga. | | | | | | | | 0 | LF | $ 1.74 | $ - |
| 0010AM | Remove, Rebend & Replace Aluminum Coping | 290 | 290 | 328 | 355 | 235 | 170 | 110 | 1,778 | LF | $ 1.00 | $ 1,778.00 |
| 0014AA | Remove Integrated System Air Terminals and Conductors | | | | | | | | 0 | EA | $ 500.00 | $ - |
| 0014AB | Work Around Concealed Lightning Protection System, Add This Cost to Roof Installation Cost per SQ | | | 5 | 6 | 4 | 2 | | 17 | SQ | $ 10.00 | $ 170.00 |
| 0014AC | Restore Integrated System Air Terminals and Conductors | | | | | | | | 0 | EA | $ 500.00 | $ - |
| 0014AD | Electrically Test Restored System per Specifications | | | 1 | 1 | 1 | 1 | | 4 | EA | $ 2,000.00 | $ 8,000.00 |
| 0015AA | Crane Rental | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | HR | $ 200.00 | $ 1,400.00 |
| | | $ 29,517.00 | $ 29,517.00 | $ 20,294.24 | $ 13,879.90 | $ 13,526.30 | $ 8,384.60 | $ 2,409.80 | ESTIMATED TOTAL | | | $ 117,528.84 |

FOR OFFICIAL USE ONLY

5003

**D.O. (MCP Housing)** **29 Sept. 01**
**FY 01 Roof Requirements Contract**

**Statement of Work**

1. Building 1900, ~~1926~~ 1906 & 1933 , single story duplexes located in MCP Housing, need a total roof replacement. On each unit, the contractor shall completely remove and dispose of the existing built up roofing system down to the wood decking and install a new fully adhered EPDM single ply roofing system, including insulation and all necessary drip edge and eave flashing. The contractor shall install wood nailers as necessary to correctly install the new single ply EPDM system. All the existing gutters and downspouts are to be saved and attached into the new installation. Where rain diverts currently exists over the front door of each unit, similar rain diverts (gravel stop with 2" lip and 5"-6" face) shall be installed in the new roof.

2. All roofing and related work shall be performed in accordance with the specifications of the requirements contract, any attached drawings, and line items list.

3. Performance Period: All work shall be completed 20 calendar days after receipt of the Notice to proceed.

9/29/01

FURNISH ALL LABOR, EQUIPMENT, APPLIANCES, AND MATERIALS IN PERFORMING ALL NECESSARY TRAVEL AND SERVICES REQUIRED IN ACCORDANCE WITH THE ATTACHED STATEMENT OF WORK. THE CONTRACTOR SHALL PERFORM ALL WORK AS SPECIFIED IN THE INCLUDED SPECIFICATIONS DATED NOV 2000 NOTED AS PROJECT NUMBER GHLN 01-1004.

## ROOF REQUIREMENTS CONTRACT

BASIC CONTRACT PERIOD: ONE (1) YEAR FROM DATE OF AWARD OF CONTRACT

FY 01 (MCP ROOFS)

| ITEM # | DESCRIPTION | BLDG 1933 | BLDG ~~1926~~ 1906 | BLDG 1900 | TOTAL | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 001AB | Remove BURS (5-ply max) & 2" Insulation (2" Mopped) (Base Housing) | 4500 | 4362 | 4500 | 13,362 | SF | $0.70 | 9,353 |
| 0002AB | Adhered, more than 5 SQ Per Delivery Order (Base Housing) | 47 | 45 | 47 | 139 | SQ | $225.00 | 31,275 |
| 0003AA | Install insulation, min r value >= 12 | 45 | 44 | 45 | 134 | SQ | $110.00 | 14,740 |
| 0010AB | 8" Drip Edge & Eave Flashing, 26 Ga. | 390 | 374 | 390 | 1,154 | LF | $2.13 | 2,458 |
| 0010AH | Gravel Stop, 6" Face, 24 Ga. (Base Housing) | 10 | 10 | 10 | 30 | LF | $1.13 | 34 |
| 0011AC | 3/4" Plywood | 300 | 300 | 300 | 900 | SF | $2.50 | 2,250 |
| 0011AF | Wood Nailer - 6" Nom width | 390 | 374 | 390 | 1,154 | SF | $2.50 | 2,885 |
| 0012AB | Remove Gutter/Downspout | 240 | 232 | 240 | 712 | LF | $1.00 | 712 |
| 0015AB | Factory Formed rubber boot | 6 | 6 | 6 | 18 | Ea | $100.00 | 1,800 |
| | TOTAL ESTIMATED COST PER BUILDING | $22,082.00 | $21,343.32 | $22,082.00 | | DELIVERY ORDER TOTAL | | $ 65,507.32 |

FOR OFFICIAL USE ONLY

**D.O. 5002 5** **06 September 2001**
**FY01 Roof Requirements Contract**

**Statement of Work**

1. Building 1284 requires partial roof replacement. This building consist of several roofs sections. Work shall be performed on the areas indicated:

   Areas 1- 8 need a complete roof replacement. The Contractor shall completely remove and dispose of existing BURS and insulation underlayment to the decking and install a new fully adhered EPDM roof system including insulation. This work shall also include the replacement of the mechanically fastened wall mounted reglet, any necessary removal, rebending, and refastening of the parapet coping, working around, restoring and testing lightning protection system and all incidental work necessary to provide a fully functional roof.

2. Required Submittals: As per specifications Section 01000, Parts 1.12 and 1.13, the written guarantees, warranties, and any other items listed on the attached AF Form 66 are hereby specified as required submittals for this delivery order. The length and terms of each warranty shall meet the minimum requirements as set forth for that type of roofing system in the contract specifications.

3. All roofing and related work shall be performed in accordance with the specifications of the requirements contract, any attached drawings, and the line item list.

4. Performance Period: All work shall be completed 70 calendar days after receipt of the Notice to Proceed.

# SCHEDULE OF MATERIAL SUBMITTALS

PROJECT NUMBER: GLHN 01-1004

PROJECT TITLE: Roof Requirements Contract - DO 5002

SOLICITATION/CONTRACT NUMBER:

TO BE COMPLETED BY PROJECT ENGINEER / TO BE COMPLETED BY CONTRACT ADMINISTRATOR

| LINE NUMBER | ITEM OR DESCRIPTION OF ITEM, CONTRACT REFERENCE, TYPE OF SUBMITTAL | NUMBER OF COPIES REQUIRED: CERTIFICATION OF COMPLIANCE | SHOP DRAWINGS | SAMPLES | COLOR SELECTION | MANUFACTURE'S RECOMMENDATIONS | MANUFACTURER'S WARRANTY | CATALOG DATA | OPERATING INSTRUCTIONS | TESTS | REPORTS | REQUIRED SUBMISSION DATE | DATE RECEIVED IN CONTRACTING | DATE TO CIVIL ENGINEERING | RETURN SUSPENSE DATE | FOLLOW-UP | DATE CONTRACTOR NOTIFIED: APPROVED | DATE CONTRACTOR NOTIFIED: DISAPPROVED | CONTRACTOR RESUBMITTAL | FINAL APPROVAL | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | EPDM (07530) | 5 | | 1 | | 5 | 5 | 5 | | | | | | | | | | | | | Submit with Delivery Order |
| 2 | Flashing Sample (07620) | | | 1 | | | | | | | | | | | | | | | | | Submit with Delivery Order |
| | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | |

AF Form 66, OCT 89 PREVIOUS EDITION WILL BE USED

FURNISH ALL LABOR, EQUIPMENT, APPLIANCES, AND MATERIALS IN PERFORMING ALL NECESSARY TRAVEL AND SERVICES REQUIRED IN ACCORDANCE WITH THE ATTACHED STATEMENT OF WORK. THE CONTRACTOR SHALL PERFORM ALL WORK AS SPECIFIED IN THE INCLUDED SPECIFICATIONS DATED NOV 2000 NOTED AS PROJECT NUMBER GHLN 01-1004.

## ROOF REQUIREMENTS CONTRACT

BASIC CONTRACT PERIOD: ONE (1) YEAR FROM DATE OF AWARD OF CONTRACT

FY 01 D.O. 5002

| CLIN # | DESCRIPTION | Area 1 | Area 2 | Area 3 | Area 4 | Area 5 | Area 6 | Area 7 | Area 8 | EST. QTY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0001AC | Remove BURS (5-ply max) & 2" Insulation (2" Mopped) | 10,832 | 10832 | 12880 | 12880 | 6480 | 6480 | 6720 | 6720 | 73,824 | SF | $ 0.80 | $ 59,059.20 |
| 0002AA | Adhered, Less Than 5 SQ Per Delivery Order | | | | | | | | | 0 | SQ | $ 240.00 | $ - |
| 0002AB | Adhered, More Than 5 SQ Per Delivery Order | 120 | 120 | 142 | 142 | 72 | 72 | 74 | 74 | 816 | SQ | $ 225.00 | $ 183,600.00 |
| 0003AA | Install Insulation, Min r Value >= 12 | 120 | 120 | 142 | 142 | 72 | 72 | 74 | 74 | 816 | SQ | $ 85.00 | $ 69,360.00 |
| 0010AE | Step Flashing 12" x 8", 28 Ga. | | | | | | | | | 0 | LF | $ 2.30 | $ - |
| 0010AF | Wall Mounted Reglet, 28 Ga., Mechanically Fastened, 6" Face | 455 | 455 | 515 | 515 | 400 | 400 | 450 | 450 | 3,640 | LF | $ 1.58 | $ 5,751.20 |
| 0010AG | Counter Flashing 12" Wide 26 Ga. | | | | | | | | | 0 | LF | $ 1.74 | $ - |
| 0010AM | Remove, Rebend & Replace Aluminum Coping | 170 | 170 | 165 | 165 | 280 | 280 | 290 | 290 | 1,770 | LF | $ 1.00 | $ 1,770.00 |
| 0014AA | Remove Integrated System Air Terminals and Conductors | 2 | 2 | 3 | 3 | | | | | 10 | EA | $ 500.00 | $ 5,000.00 |
| 0014AB | Work Around Concealed Lightning Protection System, Add This Cost to Roof Installation Cost per SQ | | | | | 3 | 3 | 5 | 5 | 16 | SQ | $ 10.00 | $ 160.00 |
| 0014AC | Restore Integrated System Air Terminals and Conductors | 2 | 2 | 3 | 3 | | | | | 10 | EA | $ 500.00 | $ 5,000.00 |
| 0014AD | Electrically Test Restored System per Specifications | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 8 | EA | $ 2,000.00 | $ 16,000.00 |
| 0015AA | Crane Rental | 3 | 3 | 3 | 3 | 1 | 1 | 1 | 1 | 16 | HR | $ 200.00 | $ 3,200.00 |
| | | $ 51,354.50 | $ 51,354.50 | $ 60,902.70 | $ 60,902.70 | $ 30,626.00 | $ 30,626.00 | $ 31,667.00 | $ 31,667.00 | ESTIMATED TOTAL | | | $ 348,900.40 |

FOR OFFICIAL USE ONLY

**D.O. 5006** **10 September 2001**
**FY01 Roof Requirements Contract**

**Statement of Work**

1. Building 720 requires partial roof replacement. This building consist of several roofs sections. Work shall be performed on the areas indicated:

   Areas 10 &11 need a complete roof replacement. The Contractor shall completely remove and dispose of existing Ballasted EPDM and insulation underlayment to the decking and install a new fully adhered EPDM roof system including insulation. This work shall also include the replacement of the mechanically fastened wall mounted reglet; any removal, rebending & replacing aluminum coping and all incidental work necessary to provide a fully functional roof.

   Conduit is know to exist on the under side of the decking. Contractor shall protect conduit from damage during the performance of this delivery order.

2. Building 1200 requires complete roof replacement. The Contractor shall completely remove and dispose of existing BURS, foam and insulation underlayment to the decking and install a new fully adhered EPDM roof system including insulation. This work shall also include the replacement of the mechanically fastened wall mounted reglet, drip edge flashing, gutter lining and all incidental work necessary to provide a fully functional roof.

3. Building 65 requires partial roof replacement. The Contractor shall completely remove and dispose of existing BURS and insulation underlayment to the decking and install a new fully adhered EPDM roof system including insulation. This work shall also include the replacement of the mechanically fastened wall mounted reglet, drip edge flashing; any removal, rebending & replacing aluminum coping and all incidental work necessary to provide a fully functional roof.

4. Required Submittals: As per specifications Section 01000, Parts 1.11 and 1.37, the written guarantees, warranties, and any other items listed on the attached AF Form 66 are hereby specified as required submittals for this delivery order. The length and terms of each warranty shall meet the minimum requirements as set forth for that type of roofing system in the contract specifications.

5. All roofing and related work shall be performed in accordance with the specifications of the requirements contract, any attached drawings, and the line item list.

6. Performance Period: All work shall be completed 45 calendar days after receipt of the Notice to Proceed.

FURNISH ALL LABOR, EQUIPMENT, APPLIANCES, AND MATERIALS IN PERFORMING ALL NECESSARY TRAVEL AND SERVICES REQUIRED IN ACCORDANCE WITH THE ATTACHED STATEMENT OF WORK. THE CONTRACTOR SHALL PERFORM ALL WORK AS SPECIFIED IN THE INCLUDED SPECIFICATIONS DATED NOV 2000 NOTED AS PROJECT NUMBER GHLN 01-1004.

## ROOF REQUIREMENTS CONTRACT

BASIC CONTRACT PERIOD: ONE (1) YEAR FROM DATE OF AWARD OF CONTRACT

FY 01 D.O. 5007

| CLIN # | DESCRIPTION | Bldg 1200 | Bldg 65 | BLDG 720 Area 10 | BLDG 720 Area 11 | EST. QTY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 0001AC | Remove BURS (5-ply max) & 2" Insulation (2" Mopped) | 74,226 | 3093 | | | 77,319 | SF | $ 0.80 | $ 61,855.20 |
| 0001AD | Remove Ballasted EPDM, Ballast and all Underlayment | | | 1687 | 12114 | 13,801 | SF | $ 0.85 | $ 11,730.85 |
| 0002AB | Adhered, More Than 5 SQ Per Delivery Order | 272 | 34 | 19 | 133 | 458 | SQ | $ 225.00 | $ 103,050.00 |
| 0003AA | Install Insulation, Min r Value >= 12 | 272 | 34 | 19 | 133 | 458 | SQ | $ 85.00 | $ 38,930.00 |
| 0010AB | 8" Drip Edge & Eave Flashing, 26 Ga. | 1513 | 0 | 0 | 0 | 1,513 | LF | $ 2.13 | $ 3,222.69 |
| 0010AF | Wall Mounted Reglet. 26 Ga., Mechanically Fastened, 6" Face | 600 | 160 | 33 | 200 | 993 | LF | $ 1.58 | $ 1,568.94 |
| 0010AM | Remove, Rebend & Replace Aluminum Coping | 0 | 174 | 325 | 331 | 830 | LF | $ 1.00 | $ 830.00 |
| 0012AK | Gutter Lining, EPDM, 60 mil | 143 | 0 | 0 | 0 | 143 | | | |
| 0015AA | Crane Rental | 9 | 2 | 1 | 4 | 16 | HR | $ 200.00 | $ 3,200.00 |
| 0015AB | Factory Formed Rubber Flashing Boot (up to 6" Dia) | 9 | 0 | 0 | 9 | 18 | EA | $ 100.00 | $ 1,800.00 |
| 0016AB | Metal Roof Drain Domes | 0 | 0 | 0 | 0 | 0 | EA | $ 50.00 | $ - |
| | | $ 160,571.49 | $ 13,841.20 | $ 7,901.09 | $ 53,873.90 | TOTAL ESTIMATE | | | $ 226,187.68 |

FOR OFFICIAL USE ONLY

# Attachment 1

## Proposed Costs for Recommended Repairs - Bld. 1200

| ITEM # | DESCRIPTION | ESTIM QUAN | UNIT | UNIT PRICE | ESTIMATED TOTAL |
|---|---|---|---|---|---|
| 0001 | Remove Felt | | | | |
| 0001a | Remove BURS (5-ply max) & 2" Insulation (2" Mopped) | 24,742 | SF | $0.60 | $14,845.20 |
| 0002 | Install EPDM Membrane | | | | |
| 0002a | More than 5 SQ Per Delivery Order | 248 | SQ | $338.55 | $83,960.40 |

ESTIMATED TOTAL **$98,805.60**

**D.O. 5007** **10 September 2001**
**FY01 Roof Requirements Contract**

**Statement of Work**

1. Building 722 requires partial roof replacement. This building consist of several roofs sections. Work shall be performed on the areas indicated:

   Areas 1-9 need a complete roof replacement. The Contractor shall completely remove and dispose of existing, BURS, foam and insulation underlayment to the decking and install a new fully adhered EPDM roof system including insulation. This work shall also include the replacement of the mechanically fastened wall mounted reglet; any removal, rebending & replacing aluminum coping and all incidental work necessary to provide a fully functional roof

   Conduit is know to exist on the under side of the decking. Contractor shall protect conduit from damage during the performance of this delivery order.

2. Building 1152 requires partial roof replacement. This building consist of several roofs sections. Work shall be performed on the areas indicated:

   Areas 3 & 5-17 need a complete roof replacement. The Contractor shall completely remove and dispose of existing BURS, foam and insulation underlayment to the decking and install a new fully adhered EPDM roof system including insulation. This work shall also include the replacement of the mechanically fastened wall mounted reglet, drip edge flashing, gutter lining and all incidental work necessary to provide a fully functional roof.

   This building is located within the Weapons Storage Area (WSA) and all entry and security regulations as explained in the contract specifications (Sec 01010, Parts 1.39, 1.40, 1.41) shall be adhered to at all times

1. Required Submittals: As per specifications Section 01000, Parts 1.11 and 1.37, the written guarantees, warranties, and any other items listed on the attached AF Form 66 are hereby specified as required submittals for this delivery order. The length and terms of each warranty shall meet the minimum requirements as set forth for that type of roofing system in the contract specifications.

2. All roofing and related work shall be performed in accordance with the specifications of the requirements contract, any attached drawings, and the line item list.

3. Performance Period: All work shall be completed 60 calendar days after receipt of the Notice to Proceed.

FURNISH ALL LABOR, EQUIPMENT, APPLIANCES, AND MATERIALS IN PERFORMING ALL NECESSARY TRAVEL AN

| CLIN # | DESCRIPTION | BLDG 722 Area 1 | BLDG 722 Area 2 | BLDG 722 Area 3 | BLDG 722 Area 4 | BLDG 722 Area 5 | BLDG 722 Area 6 |
|---|---|---|---|---|---|---|---|
| 0001AC | Remove BURS (5-ply max) & 2" Insulation (2" Mopped) | 72,132 | 4680 | 1161 | 8250 | 480 | 4830 |
| 0002AB | Adhered, More Than 5 SQ Per Delivery Order | 265 | 18 | 4 | 30 | 5 | 18 |
| 0003AA | Install Insulation, Min r Value >= 12 | 265 | 18 | 4 | 30 | 5 | 18 |
| 0010AB | 8" Drip Edge & Eave Flashing, 26 Ga. | | | | | | |
| 0010AF | Wall Mounted Reglet. 26 Ga., Mechanically Fastened, 6" Face | 150 | 160 | 52 | 87 | 31 | 0 |
| 0010AM | Remove, Rebend & Replace Aluminum Coping | 630 | 98 | 52 | 254 | 31 | 162 |
| 0012AK | Gutter Lining, EPDM, 60 mil | | | | | | |
| 0015AA | Crane Rental | 8 | 1 | 1 | 1 | 1 | 1 |
| 0015AB | Factory Formed Rubber Flashing Boot (up to 6" Dia) | 5 | 0 | 1 | 8 | 1 | 4 |
| 0016AB | Metal Roof Drain Domes | 14 | 2 | 1 | 2 | 1 | 2 |
| | | $ 143,522.60 | $ 9,974.80 | $ 2,652.96 | $ 17,391.46 | $ 2,363.98 | $ 10,306.00 |

1 2 3 4 5 6

FOR OFFICIAL USE ONLY

ID SERVICES REQUIRED IN ACCORDANCE WITH THE ATTACHED STATEMENT OF WORK. THE CONTRACTOR SHALL PERFORM AL

## ROOF REQUIREMENTS CONTRACT

BASIC CONTRACT PERIOD: ONE (1) YEAR FROM DATE OF AWARD OF CONTRACT

FY 01 D.O. 5006

| BLDG 722 Area 7 | BLDG 722 Area 8 | BLDG 722 Area 9 | BLDG 1152 Area 3 | BLDG 1152 Area 5 | BLDG 1152 Area 6 | BLDG 1152 Area 7 | BLDG 1152 Area 8 | BLDG 1152 Area 9 | BLDG 1152 Area 10 |
|---|---|---|---|---|---|---|---|---|---|
| 4830 | 2940 | 4200 | 4356 | 1824 | 10968 | 4644 | 846 | 10545 | 180 |
| 18 | 11 | 15 | 16 | 7 | 40 | 17 | 3 | 39 | 0.7 |
| 18 | 11 | 15 | 16 | 7 | 40 | 17 | 3 | 39 | 0.7 |
| | | | 97 | 89 | 130 | 79 | 50 | 109 | 24 |
| 73 | 166 | 187 | 84 | 32 | 207 | 70 | 65 | 377 | 11 |
| 116 | 76 | 160 | 0 | 0 | 45 | 45 | 0 | 0 | 0 |
| | | | 44 | 0 | 0 | 0 | 0 | 70 | 0 |
| 1 | 1 | 1 | 1 | 1 | 2 | 1 | 1 | 2 | 0 |
| 2 | 3 | 5 | 0 | 0 | 4 | 0 | 0 | 3 | 0 |
| 2 | 2 | 2 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| $ 10,175.34 | $ 6,700.28 | $ 9,265.46 | $ 8,984.13 | $ 4,069.33 | $ 22,623.36 | $ 9,559.07 | $ 2,016.00 | $ 22,053.83 | $ 429.50 |
| 7 | 8 | 9 | 10 | 4 | 12 | 13 | 14 | 15 | 16 |

FOR OFFICIAL USE ONLY

dolan

.L WORK AS SPECIFIED IN THE INCLUDED SPECIFICATIONS DATED NOV 2000 NOTED AS PROJECT NUMBER GHLN 01-1004.

| BLDG 1152 Area 11 | BLDG 1152 Area 12 | BLDG 1152 Area 13 | BLDG 1152 Area 14 | BLDG 1152 Area 15 | BLDG 1152 Area 16 | BLDG 1152 Area 17 | EST. QTY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 6336 | 1824 | 360 | 576 | 576 | 342 | 576 | 147,456 | SF | $ 0.80 | $ 117,964.80 |
| 23 | 7 | 1.5 | 2 | 2 | 1 | 2 | 545 | SQ | $ 225.00 | $ 122,670.00 |
| 23 | 7 | 1.5 | 2 | 2 | 1 | 2 | 545 | SQ | $ 85.00 | $ 46,342.00 |
| 214 | 89 | 35 | 44 | 44 | 30 | 44 | 1,078 | LF | $ 2.13 | $ 2,296.14 |
| 24 | 32 | 22 | 35 | 25 | 30 | 25 | 1,945 | LF | $ 1.58 | $ 3,073.10 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,669 | LF | $ 1.00 | $ 1,669.00 |
| 64 | 0 | 0 | 0 | 0 | 0 | 0 | 178 | | | $ - |
| 1 | 1 | 1 | 1 | 1 | 0 | 1 | 30 | HR | $ 200.00 | $ 6,000.00 |
| 1 | 0 | 0 | 0 | 0 | 0 | 0 | 37 | EA | $ 100.00 | $ 3,700.00 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 29 | EA | $ 50.00 | $ 1,450.00 |
| $ 12,992.54 | $ 4,069.33 | $ 1,062.31 | $ 1,429.82 | $ 1,414.02 | $ 694.90 | $ 1,414.02 | TOTAL AMOUNT | | | $ 305,165.04 |

0010AM

17 18 19 20 21 22 23

8 = ~~13048.04~~ 8031.17

FOR OFFICIAL USE ONLY

D.O. 50048 06 September 2001
FY01 Roof Requirements Contract

**Statement of Work**

1. Building 1250 requires complete roof replacement. This building consists of several roofs sections. Work shall be performed on the areas indicated:

   Areas 1- 5 need a complete roof replacement. The Contractor shall completely remove and dispose of existing BURS and insulation underlayment to the decking and install a new fully adhered EPDM roof system including insulation. This work shall also include the replacement of the mechanically fastened wall mounted reglet, any necessary removal, rebending, and refastening of the aluminum coping, installing drip edge, lining gutters and all incidental work necessary to provide a fully functional roof. Coordinate function and operation of the micro-wave dish during periods of construction. Work also includes demolition of the existing lightening system without replacement.

2. Required Submittals: As per specifications Section 01000, Parts 1.12 and 1.13, the written guarantees, warranties, and any other items listed on the attached AF Form 66 are hereby specified as required submittals for this delivery order. The length and terms of each warranty shall meet the minimum requirements as set forth for that type of roofing system in the contract specifications.

3. All roofing and related work shall be performed in accordance with the specifications of the requirements contract, any attached drawings, and the line item list.

4. Performance Period: All work shall be completed 75 calendar days after receipt of the Notice to Proceed.

FURNISH ALL LABOR, EQUIPMENT, APPLIANCES, AND MATERIALS IN PERFORMING ALL NECESSARY TRAVEL AND SERVICES REQUIRED IN ACCORDANCE WITH THE ATTACHED STATEMENT OF WORK. THE CONTRACTOR SHALL PERFORM ALL WORK AS SPECIFIED IN THE INCLUDED SPECIFICATIONS DATED NOV 2000 NOTED AS PROJECT NUMBER GHLN 01-1004.

## ROOF REQUIREMENTS CONTRACT

BASIC CONTRACT PERIOD: ONE (1) YEAR FROM DATE OF AWARD OF CONTRACT

FY 01 D.O. 5008

| CLIN # | DESCRIPTION | Area 1 | Area 2 | Area 3 | Area 4 | Area 5 | EST. QTY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 0001AC | Remove BURS (5-ply max) & 2" Insulation (2" Mopped) | 11,964 | 25596 | 6511 | 17111 | 4593 | 64,775 | SF | $ 0.80 | $ 51,820.00 |
| 0001AS | Remove Abandoned Conduit/Wiring | 480 | 495 | 376 | 630 | 212 | 2,092 | LF | $ 2.00 | $ 4,184.00 |
| 0002AB | Adhered, More Than 5 SQ Per Delivery Order | 164 | 340 | 73 | 230 | 61 | 868 | SQ | $ 225.00 | $ 195,300.00 |
| 0003AA | Install Insulation, Min r Value >= 12 | 164 | 340 | 73 | 230 | 61 | 868 | SQ | $ 85.00 | $ 73,780.00 |
| 0010AB | 8" Drip Edge & Eave Flashing, 26Ga. | 240 | 710 | 375 | 500 | 212 | ~~2,037~~ 1835 | LF | $ 0.70 | $ 1,425.90 |
| 0010AF | Wall Mounted Reglet, 26 Ga., Mechanically Fastened, 6" Face | 310 | 510 | 25 | 350 | 200 | ~~1,395~~ 1195 | LF | $ 1.58 | $ 2,204.10 |
| 0010AM | Remove, Rebend & Replace Aluminum Coping | 0 | 220 | 0 | 200 | 0 | 420 | LF | $ 1.00 | $ 420.00 |
| 0012AK | Gutter Lining, EPDM, 60 mil | 120 | 245 | 140 | 104 | 120 | 729 | LF | $ 5.00 | $ 3,645.00 |
| 0015AA | Crane Rental | 5 | 10 | 2 | 7 | 2 | 26 | HR | $ 200.00 | $ 5,200.00 |
| 0015AB | Factory Formed Rubber Flashing Boot (up to 6" Dia) | 5 | 3 | 0 | 3 | 2 | 13 | EA | $ 100.00 | $ 1,300.00 |
| | | $ 63,629.00 | $ 131,914.60 | $ 29,190.80 | $ 89,371.80 | $ 24,672.80 | ESTIMATED TOTAL | | | $ 339,279.00 |

FOR OFFICIAL USE ONLY