IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M G CONSTRUCTION, INC. | ) | |
| | ) | |
| Plaintiff, | ) | No. 04-00473 |
| vs. | ) | |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

JOINT STATEMENT OF ISSUES OF LAW

Pursuant to this Court's January 24, 2005 order, the parties respectfully submit the following Joint Statement of Issues of Law.

With regard to Count I, the parties stipulate that the legal issue to be determined in summary judgment is whether M.G. Construction is entitled to be paid for aggregate surfacing removal under the terms of Contract Line Item Number ("CLIN") 0001AA or of CLIN 0001AC of Contract Number F48608-01-D-0008.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/James M. Kinsella
JAMES M. KINSELLA
Deputy Director

s/Joseph A. Yazbeck
JOSEPH A. YAZBECK
Yazbeck, Cloran & Hanson, LLC
1300 S.W. Fifth Avenue
Portland, OR 97201-5617
Attorney for Plaintiff

January 28, 2005

s/James D. Colt
JAMES D. COLT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of January, 2005, a copy of the foregoing JOINT STATEMENT OF ISSUES OF LAW was field electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system.

s/ James D. Colt