IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M G CONSTRUCTION, INC. | ) | |
| | ) | No. 04-cv-00473-MBH |
| Plaintiff, | ) | (Judge Horn) |
| vs. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S MEMORANDUM OF ADDITIONAL MATERIAL FACT**

Pursuant to the order of this Court, Plaintiff is to provide the Court with a any additional material facts upon which the parties were unable to agree upon including in the joint stipulation of fact submitted by the parties. This memorandum is supported by the supplemental declaration of Miguel Garcia and the Appendix attached to the joint statement of material fact. Plaintiff hereby offers the following material fact, which Plaintiff believes cannot be disputed in good faith:

///

///

///

///

///

///

///

///

///

1. When demolishing an existing BURS roof, first you have to remove the aggregate surfacing (if any), then the multiple plys of the roofing membrane, then the insulation. The aggregate must be removed so that the exposed plys of membrane can be saw cut for removal. *See* Appendix, pp. 40-41 (describing the layers installed during BURS installation); Supplemental Declaration of Miguel Garcia, ¶2.

DATED this 28th day of January, 2004.

"s/Joseph A. Yazbeck, Jr."
Joseph A. Yazbeck, Jr.
YAZBECK, CLORAN & HANSON, LLC
1300 SW 5th Av.
Suite 2750
Portland, Oregon 97201
(503) 227-1428
Attorney of Record for Plaintiff