IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M.G. CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 04-00473 |
| | ) | |
| v. | ) | (Judge Horn) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

SUPPLEMENTAL DECLARATION OF MIGUEL GARCIA IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON THE AGGREGATE SURFACING REMOVAL CLAIM

1. I make this declaration under penalty of perjury. I am the owner and president of the Plaintiff. At the time of contracting, Plaintiff was an 8A minority owned business. The contract at issue was an 8A set-aside contract.

2. The technical specifications in the contract that apply to removal of roofing material are attached to my first declaration as "Exhibit 2." When demolishing a BUR roof, first you have to remove the aggregate surfacing, then the multiple plys of the roofing membrane, then the insulation. The aggregate must be removed so that the exposed plys of membrane can be saw cut for removal. As compared with removal of the plys of membrane, the aggregate is heavy and labor intensive to remove.

3. I bid the demolition work as it was broken down by the United States. The first item under demolition is 001AA, "Remove Aggregate Surfacing." It states an estimated quantity of 200 SF. My bid for this item was $1.50 a square foot. For item 001AC, "Remove BURS (5-ply max) & 2" Insulation (2" Mopped)", I bid $.80 a square foot, the price necessary to remove up to 5 layers of roofing membrane

and 2" of insulation. Again, I bid the demolition work as it was broken down by the United States.

S/ "Miguel Garcia"

Dated: 01-25-05