# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * | |
| **M.G. CONSTRUCTION, INC.,** | |
| **Plaintiff,** | |
| **v.** | **No. 04-473C** |
| | **Filed: January 28, 2005** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * | |

**O R D E R**

The court is in receipt of the parties' January 28, 2005, joint stipulation of facts and joint statement of the issue of law. The court **SCHEDULES** a status conference for **Friday, February 11, 2005 at 2:30 p.m. EDT**, at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (503) 227-1428 and defendant's counsel at (202) 305-7576. If either party desires any other individuals to participate in the status conference, the names and telephone numbers of the individuals must be provided to chambers staff at (202) 357-6580,[1] on or before **Thursday, February 10, 2005, at 12:00 p.m. EDT**. The parties shall consult prior to the status conference, and be prepared to address whether there are any material facts in dispute which would preclude resolution of count one of the plaintiff's third amended complaint by summary judgment; how count two of the third amended complaint should be resolved; the status of the six claims contained in the plaintiff's January 10, 2005 request for equitable adjustment, submitted to the agency contracting officer for the contracting officer's final decision; propose a schedule for future proceedings to resolve all claims before the court; and address any other pertinent matters. The plaintiff's October 19, 2004 motion for summary judgment remains **STAYED** until the February 11, 2005 status conference.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**

[1] Note the changed telephone number for chambers.

**Judge**