IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M G CONSTRUCTION, INC. | ) | |
| | ) | No. 04-cv-00473-MBH |
| Plaintiff, | ) | (Judge Horn) |
| vs. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MONTHLY STATUS REPORT UPON CLAIMS SUBMITTED TO CO**

Pursuant to the order of this Court, Plaintiff is to provide the Court with a monthly status report (due upon the 10th of each month) upon the claims which have been removed from this case for presentment to the Contracting Officer.

**SUMMARY OF PREVIOUS REPORTS**

Plaintiff has submitted such claims to the CO. A true and accurate copy of the claim made to the CO was attached as “Exhibit 1” to the January report.

**FEBRUARY UPDATE**

Two significant developments have occurred regarding the claims submitted to the CO. First, the CO has acknowledged receipt of the claim by letter dated January 25, 2005. A true and accurate copy of the acknowledgment of the claim is attached as “Exhibit 2” to this update. The CO’s final decision is due March 14, 2005. However, the CO has already informed MG Construction that since the claim is over $100,000, it may seek an extension of time.

Second, MG Construction submitted a FOIA request to the USAF for additional documents necessary to support the claims. A true and accurate copy of the FOIA request is attached as “Exhibit 3” to this update. By letter dated January 28, 2005, the USAF has requested

that MG Construction promise to pay it $6004 in order to acquire the necessary documents. A true and accurate copy of the USAF's response is attached as "Exhibit 4" to this update. MG finds the amount requested by the USAF as prohibitively expensive, especially since most if not all of the requested documents should be readily available in 3 files, the procurement file, the maintenance file in the engineering office, and the appropriate file in the accounting office. Due to the USAF's failure to pay, the last time MG Construction performed work at the base, Miguel Garcia was forced to sleep in his truck because he could not afford a hotel room. MG Construction does not have $6,000 to purchase from the USAF documents which should be readily available in its files. MG Construction will have to limit its requests and hope that the USAF finds the requested documents easier to locate.

DATED this 10th day of February, 2005.

"s/Joseph A. Yazbeck, Jr."
Joseph A. Yazbeck, Jr.
YAZBECK, CLORAN & HANSON, LLC
1300 SW 5th Av.
Suite 2750
Portland, Oregon 97201
(503) 227-1428
Attorney of Record for Plaintiff