5818.00

**DEPARTMENT OF THE AIR FORCE**
90TH SPACE WING (AFSPC)

RECEIVED
JAN 28 2005
YC & H

25 January 2005

MEMORANDUM FOR MG CONSTRUCTION
Attn: Miguel Garcia
3545 Portland Road, Suite 160A
Salem, OR 97303

FROM: 90 CONS/LCGA
7505 Marne Loop
F.E. Warren AFB, WY 82005-2860

SUBEJCT: Contract F84608-01-D-0008, MG Construction, Request For Equitable Adjustment (REA), Certified Claim.

1. This letter is to inform you that we are in receipt of your Request for Equitable Adjustment (REA), Certified Claim, dated 10 January 2005 and received in this office 13 January 2005 by facsimile for the above-mentioned contract. You also request the Contracting Officer render a decision on several issues addressed in the Certified Claim. This Certified Claim will be handled according to FAR Part 33.211 Contracting Officer's Decision and the clause incorporated in your contract FAR 52.233-1 Disputes. Under this clause, the Government is allowed 60 days to render the Contracting Officer's Decision, which is 14 March 2005.

2. Be assured that the Government will try and meet the 14 March 2005 deadline but because of the complexity of this claim, it may be necessary to request clarification on some of the issues addressed by you. The Disputes Clause mentioned in paragraph one allows the Contracting Officer more time if the claim is over $100,000.00 as in the case with this claim. If it appears that more time will be required, the Government will notify you within the required 60 days, 14 March 2005.

3. This letter is considered to be within the terms and conditions of the subject contract. If you disagree, take no action and notify the Contracting Officer, in writing, within three calendar days of receipt. Should you have any questions about the above, please do not hesitate to contact your Contract Administrator, Mr. Dutch Van Stockum, at (307) 773-4789.

Carroll M. Vye

CARROLL M. VYE
Contracting Officer

Cc: Yazbeck, Cloran & Hanson