9818.00
5-JAY/OHB

**DEPARTMENT OF THE AIR FORCE**

90TH SPACE WING (AFSPC)

28 January 2004

90 CS/SCXIM
7505 Saber Road
F. E. Warren AFB WY 82005-2688

RECEIVED
FEB 02 2005
YC & H

Mr. Joseph A. Yazbeck
Yazbeck, Cloran & Hanson, LLC
Attorneys at Law
1300 S. W. Fifth Avenue, STE 2750
Portland, OR 97201-5617

Dear Mr. Yazbec,

We received your 13 January 2005 Freedom of Information Act (FOIA) request for any and all documents on numerous documentation regarding roofing for Air Force Space Command at F. E. Warren Air Force Base, WY.

The FOIA Reform Act of 1986 requires that we review each request to determine a requester's assessment of fee category and obtain their promise to pay this fee. Your fee category is determined to be "Commercial".

Before processing your request we must have your promise to pay for all search, review, and reproduction cost. We currently estimate this cost to be $6004.00. However, when the request is finalized, the fees may be more or less than this estimate. Do not forward a payment with your promise to pay letter. We will inform you of the exact cost after your request have been processed.

We are not sure what documents are responsive to your request. DoD 5400.7R/Air Force Supplement requires that a requester must be reasonably specific in identifying each record sought. Before further processing of your request can take place, we need better clarification on the records you are seeking in the following paragraphs:

Paragraph 1. You requested "Any and all documents…plans and schedules". Are your referring to the buildings that were or are under contract with M.G. Construction? If so, what buildings in particular are they referring to?

Paragraph 8. You requested "Any and all documents regarding work orders 11,12,13, and/or 14". Please be more specific.

Paragraph 10. You requested "Any and all documents regarding leaks and/or other defects in existing roofing '. Please specify the time frame you are requesting. This specific contract is covered under a wide time frame and will be very costly in time and reproduction cost.

In order to respond in a professional and timely manner, please be more specific in what documents you are requesting in paragraphs 1 - 17 of the FOIA #05-006 request.

From the date of this letter, we will take no further action on your request until receipt of your written agreement to pay and a clarification letter. Please reference FOIA Case # 05-006 in your response. If we do not receive your reply by 11 February 2005, we will close this case file and you must initiate a new FOIA request for records desired.

If you have questions, you may contact us at (307) 773-3201.

Sincerely

CALANDRA S. WHITFIELD, TSgt, USAF
Freedom of Information Act Manager