# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

M.G. CONSTRUCTION, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * *

**No. 04-473C**
**Filed: February 11, 2005**

## O R D E R

The court held a status conference in the above captioned case on February 11, 2005. Defendant committed to trying to help expedite the review of plaintiff's six claims, which were submitted to the agency contracting officer by the plaintiff's January 10, 2005 request for equitable adjustment. In the event the agency is not going to meet the anticipated date of March 14, 2005 for issuance of a contracting officer's final decision on the plaintiff's six claims, defendant shall so inform the court, and plaintiff, by filing a notice to that effect, with an explanation for the delay and the anticipated date of the issuance. Within five days of the date of the contracting officer's final decision, or expiration of the deemed denial date, the parties shall file a joint status report addressing any additional claims that will be filed with the court, any discovery needs, and a proposed mechanism for resolution of the claims with an accompanying proposed schedule. The parties also shall attach a copy of the contracting officer's final decision to their joint status report. Within ten days of the date of the contracting officer's final decision, plaintiff may file its fourth amended complaint, as necessary. The plaintiff's October 19, 2004 motion for summary judgment remains **STAYED** until the March 30, 2005 status conference scheduled below.

The court **SCHEDULES** a status conference for **Wednesday, March 30, 2005 at 2:30 p.m. EDT**, at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (503) 227-1428 and defendant's counsel at (202) 305-7576. If either party desires any additional individuals to participate in the status conference, the names and telephone numbers of the individuals must be provided to chambers staff at (202) 357-6580, on or before **Tuesday, March 29, 2005, at 12:00 p.m. EDT**. The parties shall consult prior to the status conference, and be prepared to address all items in the above-described joint status report, and any other pertinent matters.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**

**Judge**