IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M.G. CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 04-00473 |
| | ) | |
| v. | ) | (Judge Horn) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED
MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court enlarge by 10 days, from March 8, 2005, to and including March 18, 2005, the due date for the parties' filing of the Joint Status Repot ("JSR") mandated by this Court's February 11, 2005, order. This is the Government's first such request. Plaintiff's counsel has indicated that they support this request.

On March 3, 2005, the contracting officer in the above-titled matter issued his final decision on the additional claims that M.G. Construction had raised. Pursuant to this Court's February 11, 2005, order, the parties are required to file with the Court a JSR in the wake of this contracting officer's decision. By the terms of the February 11, 2005, order, said JSR is due within 5 days of the contracting officer's decision. The parties have consulted about the contracting officer's decision and undersigned counsel has sent plaintiff's counsel a courtesy facsimile copy of that decision. However, given that two of the remaining days prior to the due-date of the JSR are a weekend, and given the internal review that said JSR will require, the parties agree that more time will be needed to file the JSR. The parties agree that we should be able to file the required JSR by March 18, 2005, more than one week prior to the scheduled

March 30, 2004, status conference with the Court. Granting this enlargement of time should not cause any undue delay or prejudice.

Accordingly, we respectfully request that the Court enlarge by 10 days, from March 8, 2005 to and including March 18, 2005, the due-date for parties' filing of the JSR in this matter.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ James M. Kinsella
JAMES M. KINSELLA
Deputy Director

s/ James D. Colt
JAMES D. COLT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 514-7300
Fax: (202) 307-0972

March 7, 2005

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of March, 2005, a copy of the foregoing DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ James D. Colt