# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**M.G. CONSTRUCTION, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 04-473C**
**Filed: March 8, 2005**

**O R D E R**

The court is in receipt of the defendant's March 7, 2005, unopposed motion for an enlargement of time of ten days, to and including March 18, 2005, within which to file a joint status report regarding the contracting officer's final decision in the above-captioned case. As requested, the court **GRANTS** the defendant's motion, and **ORDERS** the parties to file their joint status report on or before **Friday, March 18, 2005**, with the contracting officer's final decision attached. The parties are reminded of the status conference previously scheduled for **Wednesday, March 30, 2005, at 2:30 p.m.** with both parties appearing by telephone.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**