IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M G CONSTRUCTION, INC. | ) | |
| | ) | No. 04-cv-00473-MBH |
| Plaintiff, | ) | (Judge Horn) |
| vs. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**FINAL MONTHLY STATUS REPORT UPON CLAIMS SUBMITTED TO CO**

Pursuant to the order of this Court, Please find attached as "Exhibit 5" a copy of the CO's decision issued on March 3, 2005, regrading the claims submitted to the CO. Due to the issuance of the CO's decision, this shall be the last monthly report.

DATED this 10th day of March, 2005.

"s/Joseph A. Yazbeck, Jr."
Joseph A. Yazbeck, Jr.
YAZBECK, CLORAN & HANSON, LLC
1300 SW 5th Av.
Suite 2750
Portland, Oregon 97201
(503) 227-1428
Attorney of Record for Plaintiff