Contract filed pursuant to this Court's 3/31/05 Order
in M.G. Construction, Inc. V. United States, 04-00473

# MODIFICATION REGISTER

Contact F48608-01-D0008, Base Roofing Requirements Contract 31-Oct-03 $1,539,349.50

| MODIFICATION # | REASON | DATE | AMOUNT OF MODIFICATION | BALANCE |
|---|---|---|---|---|
| Basic | | 29-Jun-01 | | $1,021,721.53 |
| P00001 | Increase Quantities | 01-Oct-01 | $600,000.00 | $1,621,721.53 |
| P00002 | Increase Quantities | 19-Nov-01 | $250,000.00 | $1,871,721.53 |
| P00003 | Increase Quantities | 20-Oct-01 | $95,000.00 | $1,966,721.53 |
| P00004 | Exercise Option | 12-Jun-02 | | $1,966,721.53 |
| P00005 | Assignment of Claims | 09-Jul-02 | $0.00 | $1,966,721.53 |
| P00006 | Change account number-Assignment of Claims | 25-Nov-02 | $0.00 | $1,966,721.53 |
| P00007 | Increase quantities to be able to exercise DO 5001 and 5004 Mod | 26-Mar-04 | $140,000.00 | $2,106,721.53 |

| SOLICITATION, OFFER AND AWARD (Construction, Alteration, or Repair) | 1. SOLICITATION NO. F48608-01-R-0001 | 2. TYPE OF SOLICITATION ( ) SEALED BID (IFB) (X) NEGOTIATED (RFP) | 3. DATE ISSUED 16 February 2001 | PAGE OF PAGES 1 of 58 |
|---|---|---|---|---|

IMPORTANT -The "offer" section on the reverse must be fully completed by the offeror.

| 4. CONTRACT NO. F48608-01-D0008 | 5. REQUISITION/PURCHASE REQUEST NO. FQDEUD03480300 | 6. PROJECT NO. GHLN 01-1004 |
|---|---|---|

| 7. ISSUED BY CODE ______ | 8. ADDRESS OFFER TO |
|---|---|
| 90th CONTRACTING SQUADRON<br>7505 MARNE LOOP<br>F. E. WARREN AFB WY 82005 | 90th CONTRACTING SQUADRON<br>7505 MARNE LOOP<br>F. E. WARREN AFB WY 82005<br>DO: C2 NAIC CODE : 23561 SIZE STD: $11,500,000 |

| 9. FOR INFORMATION CALL: | A. NAME BUYER: SSgt Brian Thornton | B. TELEPHONE NO. (Include area code) (NO COLLECT CALLS) (307) 773-6073 FAX (307) 773-4636 |
|---|---|---|

SOLICITATION

NOTE: In sealed bid solicitations "offer" and offeror" mean "bid" and "bidder"

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS (Title, identifying no., date)

SEE SCHEDULE

FACSIMILE PROPOSALS OR MODIFICATIONS AND BONDS WILL NOT BE ACCEPTED

ENTER PRICES IN SECTION B.
FAILURE TO ENTER PRICING FOR ALL CLINS WILL BE CAUSE FOR REJECTION
USE TYPEWRITER OR BLACK INK

THIS ACQUISITION IS SET ASIDE FOR SMALL BUSINESS ADMINISTRATION SECTION 8(A) SMALL BUSINESS CONCERNS

SEE SECTION I-416 FOR REQUIREMENT ON CENTRAL CONTRACTOR REGISTRATION (CCR)

SEE SECTION L FOR PROPOSAL INSTRUCTIONS PRICE-PERFORMANCE TRADE OFF

11. The Contractor shall begin performance within __*__ & complete it within __*__ calendar days after receiving ______ award __X__ notice to proceed. This performance period is ____ mandatory, __X__ negotiable. * (See FAR Clause 52.211-10 in Section F)

| 12A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? (If yes, indicate within how many days after award in item 12B.)<br>(X) YES ( ) NO | 12B. CALENDAR DAYS<br>20 |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and 00 copies to perform the work required are due at the place specified in item 8 by 1500 (Hour) MOUNTAIN STANDARD TIME 22 March 2001 (DATE). If this is a sealed bid solicitation, offers will be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offer's name and address, the solicitation number and the date and time offers are due.

B. An offer guarantee is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation full text or by reference.

D. Offers providing less than 60 calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

STANDARD FORM 1442 (REV.4-85)
Prescribed by GSA
FAR (48 CFR) 53.236-1(e)

Revised per Amendment 0001, dated 12 March 2001

OFFER (Must be fully completed by offeror)

14. NAME AND ADDRESS OF OFFEROR (Include ZIP Code)
MG Construction, Inc.
^0 Mainline Drive NE
n, Oregon 97303

DUNS # 60-761-8956

CODE FACILITY CODE

15. TELEPHONE NO. )Include area code)
503-393-6675 FAX 503-393-8235

16. REMITTANCE ADDRESS (Include only if different than item 14)
Same as Box 14

17. The offer agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within ____ calendar days after the date offers are due. (Insert any number equal to or greater than the minimum requirements stated in Item 13D. Failure to insert any number means offeror accepts the minimum in Item 13D.)

AMOUNTS > > SEE SECTION B

18. The offeror agrees to furnish any required performance and payment bonds.

19. ACKNOWLEDGMENT OF AMENDMENTS
( The offeror acknowledges receipt of amendments to the solicitation - give number and date of each)

| AMENDMENT NO. | 1 | 2 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DATE | 3/12/01 | 3/13/01 | | | | | | | |

20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN YOUR OFFER(Type or print)
Miguel Garcia

20B. SIGNATURE
Miguel Garcia Pres.

20C. OFFER DATE March 16, 2001

21. ITEM ACCEPTED:

INS 0001 - 0042AF; Amendment 0001; Amendment 0002, Amendment 0003, Amendment 0004

AMOUNT (ESTIMATED)
BASIC: $1,021,721.53

23. ACCOUNTING AND APPROPRIATION DATA
SEE SECTION G

24. SUBMIT INVOICES TO ADDRESS SHOWN IN ITEM 26
(1 ORIGINAL UNLESS OTHERWISE SPECIFIED)

25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO
(X) 10 USC 2304(c) (5) ( ) 41 USC 253 (c)

26. ADMINISTERED BY

90th Contracting Squadron
7505 Marne Loop
FE Warren AFB, WY 82005-2860

CRITICALITY DESIGNATION CODE (C)

27. PAYMENT WILL BE MADE BY

DFAS-OVB/OR
PO Box 934500
Orlando, FL 32893-4500

CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE

(X) 28. NEGOTIATED AGREEMENT (Contractor is required to sign this document and return to issuing office). Contractor agrees to furnish & deliver all work, requisitions identified on this form & any continuation sheets for the consideration slated in this contract. The rights & obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitations, & (c) the clauses, representations, certifications, & specifications or incorporated by references in or attached to this contract.

( ) 29. AWARD (Contractor is not required to sign this document). Your offer on this solicitation is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Governments solicitation and your offer and (b) this contract award. No further contractual document is necessary.

30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN (Type or print)
Miguel Garcia

30B. SIGNATURE
Miguel Garcia Pres.

30C. DATE
March 16, 2001

31A. NAME OF CONTRACTING OFFICER (Type or Print)
ANNE V. CARROLL

31B. UNITED STATES OF AMERICA
Anne V Carroll

31c. AWARD DATE
29 JUN 01

STANDARD FORM 1442 BACK (REV.4-85)

Revised per Amendment 0001, dated 12 March 2001

**TABLE OF CONTENTS**


| X | SEC | DESCRIPTION | PAGE(S) |
|---|---|---|---|
| | | PART I - THE SCHEDULE | |
| X | A | SOLICITATION, OFFER, AND AWARD (SF 1442) | 1-2 |
| X | A | SF 1442 REVERSE | BACK |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS (BID SCHEDULE) | 3-27 |
| X | C | DESCRIPTION/SPECS/WORKSTATEMENT | 28 |
| | D | PACKAGING AND MARKING | |
| X | E | INSPECTION AND ACCEPTANCE | 28 |
| X | F | DELIVERIES OR PERFORMANCE | 29 |
| X | G | CONTRACT ADMINISTRATION DATA | 30 |
| | H | SPECIAL CONTRACT REQUIREMENTS | |
| | | PART II - CONTRACT CLAUSES | |
| X | I | CONTRACT CLAUSES | 31-38 |
| | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS | |
| X | J | LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS | 39 |
| | | PART IV REPRESENTATIONS AND INSTRUCTIONS | |
| X | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | 40-43 |
| X | L | INSTRUCTIONS, CONDITIONS AND NOTICES TO OFFERORS | 44-56 |
| X | M | EVALUATION FACTORS FOR AWARD | 57-58 |


**NOTE: PAGES 40 THRU 58 SHALL BE INTENTIONALLY REMOVED FROM THE RESULTANT CONTRACT AWARD DOCUMENT BUT ARE DEEMED TO BE INCORPORATED BY REFERENCE IN SUCH AWARD**

PART I - THE SCHEDULE

SECTION B

SUPPLIES OR SERVICES AND PRICES/COSTS

FURNISH ALL LABOR, EQUIPMENT, APPLIANCES, AND MATERIALS IN PERFORMING ALL NECESSARY TRAVEL AND SERVICES REQUIRED IN ACCORDANCE WITH THE ATTACHED STATEMENT OF WORK. THE CONTRACTOR SHALL PERFORM ALL WORK AS SPECIFIED IN THE INCLUDED SPECIFICATIONS DATED NOV 2000 NOTED AS PROJECT NUMBER GHLN 01-1004.

**BASIC CONTRACT PERIOD: ONE (1) YEAR FROM DATE OF AWARD OF CONTRACT**

**BIDDING SCHEDULE FOR BASIC PERIOD**

**BUR & EPDM**
**REFERENCE SPECIFICATIONS 7510, 7530, 7559, 7620, 7631**

| CLIN # | DESCRIPTION – Section I | EST. QTY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
|---|---|---|---|---|---|
| )001 | **Demolition** | | | | |
| )001AA | Remove Aggregate Surfacing | 200 | SF | 1.50 | 300.00 |
| )001AB | Remove Mopped-On Roll Roofing & Underlayment : Slope 5/12 or less | 23,333 | SF | .70 | 16333.10 |
| )0 | Remove BURS (5-ply max) & 2" Insulation (2" Mopped) | 23,333 | SF | .80 | 18666.40 |
| )001AD | Remove Ballasted EPDM, Ballast, and All Underlayment | 13,333 | SF | .85 | 11333.05 |
| )001AE | Remove Adhered EPDM and All Underlayment | 600 | SQ | 40.00 | 24000.00 |
| )001AF | Remove Rigid Insulation (2" thick) | 167 | SQ | 25.00 | 4,175.00 |
| )001AG | Remove Rigid Insulation (4" thick) | 167 | SQ | 30.00 | 5,010.00 |
| )001AH | Remove Underlayment / Vapor Barrier | 22 | SQ | 15.00 | 330.00 |
| )001AJ | Remove Metal Fascia / Flashing | 1,667 | LF | .25 | 416.75 |
| )001AK | Remove Wood Nailers/ Curbs | 111 | SF | 1.00 | 111.00 |
| )001AL | Remove Sealant | 333 | LF | 1.00 | 333.00 |
| '001AM | R & R Curb Mount Equip ( 3'x3' Max – Unpowered) | 2 | EA | 150.00 | 300.00 |
| '001AN | R & R Curb Mount Equip ( 3'x3' Max – Powered) | 3 | EA | 200.00 | 600.00 |
| '001AP | R & R Curb Mount Equip (over 3'x3' – Powered) | 3 | EA | 200.00 | 600.00 |
| 001AQ | Remove & Scrap Abandoned Mechanical Equipment/ Vents | 2 | EA | 150.00 | 300.00 |
| 001AR | Remove & Scrap Sewer Vent/ Pipe Flashing | 2 | EA | 2.00 | 4.00 |
| 001AS | Remove Abandoned Conduit / Wiring | 111 | LF | 2.00 | 222.00 |
| 002 | **Install EPDM Membrane** | | | | |
| 002AA | Adhered, Less Than 5 SQ Per Delivery Order | 33 | SQ | 240.00 | 7,920.00 |
| 002AB | Adhered, More Than 5 SQ Per Delivery Order | 833 | SQ | 225.00 | 187,425.00 |
| 00⁻ | Loose Laid, Ballasted w/Stone (10 lb/SF) | 33 | SQ | 150.00 | 4,950.00 |
| 0C. | **Install Insulation for EPDM Roofing** | | | | |
| )03AA | Install Insulation, Min r Value >= 12 | 833 | SQ | 85.00 | 70805.00 |

Revised per Amendment 0001, dated 12 March 2001

| | | | | | |
|---|---|---|---|---|---|
| 0004 | **Install Roll Roofing** | | | | |
| 0004AA | Install Roll Roofing System | 3 | SQ | 300.00 | 900.00 |
| 0005 | **Install 4-Ply BURS with Insulation & Gravel** | | | | |
| 0005AA | Less Than 5 SQ per Delivery Order/20 yr Warranty | 4 | SQ | 400.00 | 1,600.00 |
| 0005AB | More Than 5 SQ per Delivery Order/20 yr Warranty | 4 | SQ | 300.00 | 1,200.00 |
| 0005AC | More Than 5 SQ per Delivery Order/20 yr Warranty (Base Housing) | 5 | SQ | 250.00 | 1,250.00 |
| 0006 | **Mechanically Fasten Plywood Deck** | | | | |
| 0006AA | Mechanically Fasten 5/8" Plywood Deck, as Substrate, Using Manufacturer's Suggested Fastening System | 3 | SQ | 150.00 | 450.00 |
| 0007 | **Curb Extension** | | | | |
| 0007AA | 2" x 6" Curb Extension w/Standard Ducting | 60 | LF | 3.00 | 180.00 |
| 0008 | **1/2" Plywood (CDX) Used as Roof Substrate** | | | | |
| 0008AA | 1/2" Plywood (CDX) Mechanically Fastened up to 12" Wide | 20 | LF | 9.00 | 180.00 |
| 0009 | **Install Drip Edge** | | | | |
| 0009AA | Install Drip Edge, Galv., 24 Ga. | 450 | LF | 2.69 | 1,210.50 |
| 0010 | **Install G.I. Flashing** | | | | |
| 0010AA | 5" Drip Edge & Eave Flashing, 26 Ga. | 1,667 | LF | 1.71 | 2,850.57 |
| 0010AB | 8" Drip Edge & Eave Flashing, 26 Ga. | 333 | LF | 2.13 | 709.29 |
| 00[illegible] | 12" Flashing, 26 Ga. | 1,667 | LF | 1.74 | 2900.58 |
| 00[illegible] | Valley Flashing, 24" W, 26 Ga., Standard "v" Shape | 300 | LF | 3.23 | 969.00 |
| 0010AE | Step Flashing 12" x 8", 26 Ga. | 1,100 | LF | 2.30 | 2,530.00 |
| 0010AF | Wall Mounted Reglet. 26 Ga., Mechanically Fastened, 6" Face | 117 | LF | 1.58 | 184.86 |
| 0010AG | Counter Flashing 12" Wide 26 Ga. | 1,667 | LF | 1.74 | 2900.58 |
| 0010AH | Gravel Stop, 6" Face, 24 Ga. | 200 | LF | 1.15 | 230.00 |
| 0010AJ | Gravel Stop, 4" on Concrete Decks | 200 | LF | .83 | 166.00 |
| 0010AK | Gravel Stop, 4", Include 2 x 6 Nailers | 800 | LF | 1.13 | 904.00 |
| 0010AL | Ventilator, Remove & Install, All Accessories | 5 | EA | 100.00 | 500.00 |
| 0010AM | Remove, Rebend & Replace Aluminum Coping | 3,333 | LF | 1.00 | 3,333.00 |
| 0011 | **Replace Damaged Wood Sheathing and Decking** | | | | |
| 0011AA | 1/2" Plywood | 667 | SF | 1.35 | 900.45 |
| 0011AB | 5/8" Plywood | 333 | SF | 1.45 | 482.85 |
| 0011AC | 3/4" Plywood | 3,333 | SF | 1.55 | 5,166.15 |
| 0011AD | 1 1/2" T&G V Joint Plank & Paint (exterior) | 17 | LF | 7.00 | 119.00 |
| 0011AE | 1 1/2" T&G V Joint Plank & Stain (interior) | 17 | LF | 7.00 | 199.00 |
| 0011AF | Wood Nailer - 6" & up Nom Width | 167 | LF | 2.50 | 417.50 |
| 0011AG | Wood Nailer - 4" Nom Width | 667 | LF | 2.00 | 1,334.00 |
| 0011AH | Wood Fascia | 111 | LF | 3.00 | 333.00 |
| 012 | **Gutter & Downspouts** | | | | |
| 01[illegible] | Remove Downspout & Cap Gutter | 7 | EA | 5.00 | 35.00 |
| 0[illegible] | Remove Gutter/Downspout | 556 | LF | 1.00 | 556.00 |
| 012AC | Gutter, "K", 5", 26 Ga. | 111 | LF | 3.00 | 333.00 |

Revised per Amendment 0001, dated 12 March 2001

| | | | | | |
|---|---|---|---|---|---|
| 00[illegible]D | Prefinished Gutter, 24 Ga., max 30" Stretchout | 67 | LF | 6.00 | 402.00 |
| 0012AE | Downspout, 2x3", 26 Ga. | 56 | LF | 3.00 | 168.00 |
| 0012AF | Downspout, 3x4", 26 Ga. | 67 | LF | 3.25 | 217.75 |
| 0012AG | Downspout, Round, Corrugated, 4" | 33 | LF | 3.50 | 115.50 |
| 0012AH | Prefinished Downspout, 26 Ga., max 30" Stretchout | 67 | LF | 3.00 | 201.00 |
| 0012AJ | Gutter Lining, Brush Applied Rubber Sealant | 167 | LF | 2.00 | 334.00 |
| 0012AK | Gutter Lining, EPDM, 60 mil | 167 | LF | 5.00 | 835.00 |
| 0012AL | Gutter Screen Mesh | 167 | LF | 2.00 | 334.00 |
| 0012AM | Gutter, 1/2 Round, 5", 26 Ga. | 11 | LF | 5.00 | 55.00 |
| 0013 | **WSA Access Delays** | | | | |
| 0013AA | Delays | 50 | CRH* | 96.00 | 4,800.00 |
| 0014 | **Lightning Protection System** | | | | |
| 0014AA | Remove Integrated System Air Terminals and Conductors | 10 | EA | 500.00 | 5,000.00 |
| 0014AB | Work Around Concealed Lightning Protection System, Add This Cost to Roof Installation Cost per SQ | 333 | SQ | 10.00 | 3,330.00 |
| 0014AC | Restore Integrated System Air Terminals and Conductors | 13 | EA | 500.00 | 6,500.00 |
| 0014AD | Electrically Test Restored System per Specifications | 1 | EA | 2000.00 | 2,000.00 |
| 0015 | **Miscellaneous** | | | | |
| 0015AA | Crane Rental | 5 | HR | 200.00 | 1,000.00 |
| 0015AB | Factory Formed Rubber Flashing Boot (up to 6" Dia) | 13 | EA | 100.00 | 1,300.00 |
| 001[illegible]C | Replace Vent Rain Hood (to 8" Dia Vent) | 3 | EA | 100.00 | 300.00 |
| 0[illegible] | Replace Vent Rain Hood (to 16" Dia Vent) | 3 | EA | 125.00 | 375.00 |
| 0015AE | Steel plate -3/16" (Over Abandoned Penetrations) | 50 | SF | 10.00 | 500.00 |
| 0015AF | Reroute Conduit/Wiring | 50 | LF | 3.00 | 150.00 |
| 0015AG | Painting | 300 | SF | 1.00 | 300.00 |
| 0016 | **Low Slope Roof Accessories** | | | | |
| 0016AA | Concrete Paver Blocks, 2' x 2' Square x Approx. 2" Deep, Minimum Weight 40 lb. Each | 50 | EA | 4.00 | 200.00 |
| 0016AB | Metal Roof Drain Domes | 2 | EA | 50.00 | 100.00 |
| 0016AC | Metal Roof Drain Inserts | 2 | EA | 50.00 | 100.00 |
| 0016AD | Metal Roof Drain Rings | 2 | EA | 50.00 | 100.00 |
| 0016AE | Metal Roof Drain Bolts | 6 | EA | 10.00 | 60.00 |
| | | | **ESTIMATED TOTAL** | | **417,855.88** |

**METAL ROOFING**
**REFERENCE SPECIFICATIONS 7530, 7611, 7620, 7631**

| CLIN # | DESCRIPTION – Section II | EST. QTY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
|---|---|---|---|---|---|
| 0017 | **Demolition** | | | | |
| 0017AA | Remove Underlayment / Vapor Barrier | 22 | SQ | 15.00 | 330.00 |
| 0017AB | Remove Metal Fascia / Flashing | 1,667 | LF | .30 | 500.10 |
| 0017AC | Remove Wood Nailers/ Curbs | 111 | SF | 1.00 | 111.00 |
| 0017AD | Remove Sealant | 333 | LF | 1.00 | 333.00 |
| 0017AE | R & R Curb Mount Equip ( 3'x3' Max – Unpowered) | 2 | EA | 150.00 | 300.00 |
| 0017AF | R & R Curb Mount Equip ( 3'x3' Max – Powered) | 3 | EA | 200.00 | 600.00 |
| 0017AG | R & R Curb Mount Equip (over 3'x3' – Powered) | 3 | EA | 200.00 | 600.00 |
| 0017AH | Remove & Scrap Abandoned Mechanical Equipment/ Vents | 2 | EA | 150.00 | 300.00 |
| 0017AJ | Remove & Scrap Sewer Vent/ Pipe Flashing | 2 | EA | 2.00 | 4.00 |
| 0017AK | Remove Abandoned Conduit / Wiring | 111 | LF | 2.00 | 222.00 |
| 0018 | **Mechanically Fasten Plywood Deck** | | | | |
| 0018AA | Mechanically Fasten 5/8" Plywood Deck, as Substrate, Using Manufacturer's Suggested Fastening System | 3 | SQ | 145.00 | 435.00 |
| 0C | **1/2" Plywood (CDX) Used as Roof Substrate** | | | | |
| 00[illegible]A | 1/2" Plywood (CDX) Mechanically Fastened up to 12" Wide | 20 | LF | [illegible]10 | 200.00 |
| 0020 | **Replace Damaged Wood Sheathing and Decking** | | | | |
| 0020AA | 1/2" Plywood | 667 | SF | 1.35 | 900.45 |
| 0020AB | 5/8" Plywood | 333 | SF | 1.45 | 482.85 |
| 0020AC | 3/4" Plywood | 3,333 | SF | 1.55 | 5,166.15 |
| 0020AD | 1 1/2" T&G V Joint Plank & Paint (exterior) | 17 | LF | 7.00 | 119.00 |
| 0020AE | 1 1/2" T&G V Joint Plank & Stain (interior) | 17 | LF | 7.00 | 119.00 |
| 0020AF | Wood Nailer - 6" & up Nom Width | 167 | LF | 2.50 | 417.50 |
| 0020AG | Wood Nailer - 4" Nom Width | 667 | LF | 2.00 | 1,334.00 |
| 0020AH | Wood Fascia | 111 | LF | 3.00 | 333.00 |
| 0021 | **Gutter & Downspouts** | | | | |
| 0021AA | Remove Downspout & Cap Gutter | 7 | EA | 5.00 | 35.00 |
| 0021AB | Remove Gutter/Downspout | 556 | LF | .75 | 417.00 |
| 0021AC | Gutter, "K", 5", 26 Ga. | 111 | LF | 3.00 | 333.00 |
| 0021AD | Prefinished Gutter, 24 Ga., Max 30" Stretchout | 67 | LF | 6.00 | 402.00 |
| 0021AE | Downspout, 2x3", 26 Ga. | 56 | LF | 3.00 | 168.00 |
| 0021AF | Downspout, 3x4", 26 Ga. | 67 | LF | 3.25 | 217.75 |
| 0021AG | Downspout, Round, Corrugated, 4" | 33 | LF | 3.50 | 115.50 |
| 0021AH | Prefinished Downspout, 26 Ga., max 30" Stretchout | 67 | LF | 3.00 | 201.00 |
| 02 | Gutter Lining, Brush Applied Rubber Sealant | 167 | LF | 2.00 | 334.00 |
| 02 | Gutter Lining, EPDM, 60 mil | 167 | LF | 5.00 | 835.00 |

| | | | | | |
|---|---|---|---|---|---|
| 0[illegible] L | Gutter Screen Mesh | 167 | LF | 1.00 | 167.00 |
| 0021AM | Gutter, 1/2 Round, 5", 26 Ga. | 11 | LF | 5.00 | 55.00 |
| 0022 | **Standing Seam Roofing** | | | | |
| 0022AA | Remove Standing Seam Roofing, Drip Edge, & Underlayment | 3,000 | SF | .55 | 1,650.00 |
| 0022AB | Roofing Panels, 24 Ga. | 3,000 | SF | 2.75 | 8,250.00 |
| 0022AC | Prefinished Drip Edge, 24 Ga., | 233 | LF | 2.00 | 466.00 |
| 0022AD | Prefinished Reglet, 24 GA | 100 | LF | 2.00 | 200.00 |
| 0022AE | Metal Z-Purlin and All Clips, Fasteners, and Accessories | 333 | LF | 7.10 | 2,364.30 |
| 0022AF | Prefinished Ridge Cap | 167 | LF | 2.00 | 334.00 |
| 0022AG | Prefinished Valley Flashing | 167 | LF | 2.00 | 334.00 |
| 0022AH | Prefinished Metal Fascia | 167 | LF | 2.00 | 334.00 |
| 0022AJ | Apply Acrylic Membrane Waterproofing System | 3,333 | SF | 1.00 | 3,333.00 |
| 0022AK | Batt Insulation | 333 | SF | 1.25 | 416.25 |
| 0022AL | Quick Fix, Place Self Tapping Screws, Two per Sub-Purlin per Panel | 333 | LF | 1.00 | 333.00 |
| 0023 | **WSA Access Delays** | | | | |
| 0023AA | Delays | 50 | MH | 7.00 | 350.00 |
| 0024 | **Lightning Protection System** | | | | |
| 0024AA | Remove Integrated System Air Terminals and Conductors | 10 | EA | 500.00 | 5,000.00 |
| 0024AB | Work Around Concealed Lightning Protection System, Add This Cost to Roof Installation Cost per SQ | 333 | SQ | 10.00 | 3,333.00 |
| 00[illegible] | Restore Integrated System Air Terminals and Conductors | 13 | EA | 500.00 | 6,500.00 |
| 0024AD | Electrically Test Restored System per Specifications | 1 | EA | 2,000.00 | 2,000.00 |
| 0025 | **Miscellaneous** | | | | |
| 0025AA | Standing Seam Seaming Machine | 1 | MO | 800.00 | 800.00 |
| 0025AB | Crane Rental | 5 | HR | 80.00 | 400.00 |
| 0025AC | Tighten Metal Roof Fasteners | 900 | EA | 1.00 | 900.00 |
| 0025AD | Replace Metal Roof Fasteners | 200 | EA | 1.00 | 200.00 |
| 0025AE | Replace Vent Rain Hood (to 8" Dia Vent) | 3 | EA | 100.00 | 300.00 |
| 0025AF | Replace Vent Rain Hood (to 16" Dia Vent) | 3 | EA | 125.00 | 375.00 |
| 0025AG | Steel plate -3/16" (Over Abandoned Penetrations) | 33 | SF | 4.07 | 134.31 |
| 0025AH | Reroute Conduit/Wiring | 33 | LF | 3.00 | 99.00 |
| 0025AJ | Painting | 200 | SF | 1.00 | 200.00 |
| | | | **ESTIMATED TOTAL** | | **54690.16** |

| SHINGLE & CLAY TILE<br>REFERENCE SPECIFICATIONS 7311, 7320, 7530, 7620, 7631 | | | | | |
|---|---|---|---|---|---|
| CLIN # | DESCRIPTION – Section III | EST. QTY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
| 0026 | **Demolition** | | | | |
| 0026AA | 1 Shingle Layer w/1 layer felt: slope 5/12 to 8/12 (1 Story) | 509 | SQ | 33.00 | 16,797.00 |
| 0026AB | 2 Shingle Layers w/1 layer felt: Slope 5/12 to 8/12 (1 Story) | 60 | SQ | 45.30 | 2,718.00 |
| 0026AC | 3 Shingle Layers w/1 layer felt: Slope 5/12 to 8/12 (1 Story) | 1 | SQ | 49.20 | 49.20 |
| 0026AD | 1 Shingle Layer w/1 layer felt: Slope >8/12 to 12/12 (1 Story) | 1 | SQ | 45.30 | 45.30 |
| 026AE | 2 Shingle Layers w/1 layer felt: Slope >8/12 to 12/12 (1 Story) | 1 | SQ | 49.20 | 49.20 |
| 026AF | 3 Shingle Layers w/1 layer felt: Slope >8/12 to 12/12 (1 Story) | 1 | SQ | 53.00 | 53.00 |
| 026AG | 1 Shingle Layer w/1 layer felt: Slope 5/12 to 8/12 (>1 Story) | 2,791 | SQ | 41.20 | 114,989.20 |
| [illegible] | 2 Shingle Layers w/1 layer felt: Slope 5/12 to 8/12 (>1 Story) | 355 | SQ | 49.20 | 17,466.00 |
| 026AJ | 3 Shingle Layers w/1 layer felt: Slope 5/12 to 8/12 (>1 Story) | 32 | SQ | 53.00 | 1,696.00 |
| 026AK | 1 Shingle Layer w/1 layer felt: Slope >8/12 to 12/12 (>1 Story) | 32 | SQ | 49.20 | 1,574.40 |
| 026AL | 2 Shingle Layers w/1 layer felt: Slope >8/12 to 12/12 (>1 Story) | 9 | SQ | 53.00 | 477.00 |
| 026AM | 3 Shingle Layers w/1 layer felt: Slope >8/12 to 12/12 (>1 Story) | 9 | SQ | 59.00 | 531.00 |
| 026AN | 1 Layer Felt | 13,333 | SF | .20 | 2,666.60 |
| 026AP | 2 Layers Felt | 5,000 | SF | .30 | 1,500.00 |
| 026AQ | Remove Clay Tile Roofing & Underlayment Including Nailing Strips if Present | 100 | SQ | 75 | 7,500.00 |
| 026AR | Remove Underlayment / Vapor barrier | 22 | SQ | 1.00 | 22.00 |
| 026AS | Remove Wood Nailers/ Curbs | 111 | SF | 3.00 | 333.00 |
| 026AT | Remove Sealant | 333 | LF | 1.00 | 333.00 |
| 026AU | Remove & Scrap Abandoned Mechanical Equipment/ Vents | 2 | EA | 150.00 | 300.00 |
| 026AV | Remove & Scrap Sewer Vent/ Pipe Flashing | 2 | EA | 2.00 | 4.00 |
| 026AW | Remove Abandoned Conduit / Wiring | 111 | LF | 2.00 | 222.00 |

| | | | | | |
|---|---|---|---|---|---|
| 00. | **Install New Felt & Shingles** | | | | |
| 0027AA | 1 Layer 30 lb Felt & Wind Resistant T-Lock Shingle : Slope 5/12 to 8/12 (1 story) | 11 | SQ | 95.00 | 1,045.00 |
| 0027AB | 1 Layer 30 lb Felt & Wind Resistant T-Lock Shingle : Slope >8/12 to 12/12 (1 Story) | 1 | SQ | 110.00 | 110.00 |
| 0027AC | 1 Layer 30 lb Felt & Wind Resistant T-Lock Shingle : Slope 5/12 to 8/12 (>1 story) | 3 | SQ | 120.00 | 360.00 |
| 0027AD | 1 Layer 30 lb Felt & Wind Resistant T-Lock Shingle : Slope >8/12 to 12/12 (>1 Story) | 1 | SQ | 125.00 | 125.00 |
| 0027AE | 1 Layer 30 lb Felt & 100 mph Three Tab Wind Warranty Shingle : Slope 5/12 to 8/12 (1 story) | 558 | SQ | 75.00 | 41850.00 |
| 0027AF | 1 Layer 30 lb Felt & 100 mph Three Tab Wind Warranty Shingle : Slope >8/12 to 12/12 (1 story) | 1 | SQ | 125.00 | 125.00 |
| 0027AG | 1 Layer 30 lb Felt & 100 mph Three Tab Wind Warranty Shingle : Slope 5/12 to 8/12 (>1 story) | 3,185 | SQ | 80.00 | 254,800.00 |
| 0027AH | 1 Layer 30 lb Felt & 100 mph Three Tab Wind Warranty Shingle : Slope >8/12 to 12/12 (>1 story) | 42 | SQ | 95.00 | 3,990.00 |
| 0028 | **Install Felt** | | | | |
| 0028AA | Install 1 Layer 30 lb Felt | 333 | SQ | 30.00 | 9,990.00 |
| 0028AB | Install 30 lb Felt Ice Dam | 5,000 | LF | 1.00 | 5,000.00 |
| 0029 | **Hand Seal Shingles** | | | | |
| 0[illegible] | Hand Seal Shingles | 60 | SQ | 1.00 | 60.00 |
| 03[illegible] | **Storm Nail** | | | | |
| 030AA | Extra Storm Nail, Each Tab Twice (Min. 100 LF) | 2,000 | LF | .25 | 500.00 |
| 031 | **Install New Felt & Wood Eave Strips for Clay Tile Roofing** | | | | |
| 031AA | Install New Felt & Wood Eave Strips for Clay Tile Roofing | 7 | SQ | 100.00 | 700.00 |
| 032 | **Install Clay Tile Roofing** | | | | |
| 032AA | Field Tile | 2 | SQ | 600.00 | 1,200.00 |
| 032AB | Field Tile (Replacement Only) | 7 | EA | 600.00 | 4,200.00 |
| 032AC | Ridge Tile | 3 | EA | 600.00 | 1,800.00 |
| 032AD | Ridge End | 1 | EA | 600.00 | 600.00 |
| 032AE | End Band | 3 | EA | 600.00 | 1,800.00 |
| 032AF | Gable Rake | 3 | EA | 600.00 | 1,800.00 |
| 032AG | Hip Roll | 3 | EA | 600.00 | 1,800.00 |
| 032AH | Hip Starter | 2 | EA | 600.00 | 1,200.00 |
| 032AJ | Hip Terminal | 1 | EA | 600.00 | 600.00 |
| 033 | **Remove and Refasten Clay Tile Roofing** | | | | |
| 033AA | Remove and Refasten Clay Tile Roofing: One Layer 30lb Felt, Scaffolding, and Fasteners | 5 | SQ | 100.00 | 500.00 |
| 034 | **Mechanically Fasten Plywood Deck** | | | | |
| 3. | Mechanically Fasten 5/8" Plywood Deck, as Substrate, Using Manufacturer's Suggested Fastening System | 3 | SQ | 145.00 | 435.00 |

Revised per Amendment 0001, dated 12 March 2001

| | | | | | |
|---|---|---|---|---|---|
| 00_ | **1/2" Plywood (CDX) Used as Roof Substrate** | | | | |
| 0035AA | 1/2" Plywood (CDX) Mechanically Fastened up to 12" Wide | 20 | LF | 1.00 | 20.00 |
| 0036 | **Install Drip Edge** | | | | |
| 0036AA | Install Drip Edge, Galv., 24 Ga. | 450 | LF | 2.69 | 1,210.50 |
| 0037 | **Install G.I. Flashing** | | | | |
| 0037AA | Drip Edge & Eave Flashing, 26 Ga. | 2,000 | LF | 2.49 | 4,980.00 |
| 0037AB | Valley Flashing, 24" W, 26 Ga., Standard "v" Shape | 300 | LF | 3.23 | 969.00 |
| 0037AC | Ridge Roll (Screw Fastened)_ 2 1/2" Dia., 26 Ga. | 2,200 | LF | .10 | 220.00 |
| 0037AD | Step Flashing 12" x 8", 26 Ga. | 1,100 | LF | 2.30 | 2,530.00 |
| 0037AE | Wall Mounted Reglet. 26 Ga., Mechanically Fastened, 6" Face | 117 | LF | 1.58 | 184.86 |
| 0038 | **Install 16 oz copper** | | | | |
| 0038AA | Valley Flashing, 24" W | 60 | LF | 20.00 | 1200.00 |
| 0038AB | Corner Flashing | 9 | LF | 12.88 | 115.92 |
| 0038AC | Cricket | 3 | EA | 508.00 | 1,524.00 |
| 0038AD | Surface Mount Flashing | 20 | LF | 12.88 | 257.60 |
| 0038AE | Step Flashing | 15 | LF | 12.88 | 193.20 |
| 0039 | **Replace Damaged Wood Sheathing and Decking** | | | | |
| 0039AA | 1/2" Plywood | 667 | SF | 1.35 | 900.45 |
| 0039AB | 5/8" Plywood | 333 | SF | 1.45 | 482.85 |
| 0[illegible] | 3/4" Plywood | 3,333 | SF | 1.55 | 5,166.15 |
| 03[illegible]D | 1 1/2" T&G V Joint Plank & Paint (exterior) | 17 | LF | 7.00 | 119.00 |
| 0039AE | 1 1/2" T&G V Joint Plank & Stain (interior) | 17 | LF | 7.00 | 119.00 |
| 0039AF | Wood Nailer - 6" & up Nom Width | 167 | LF | 2.50 | 417.50 |
| 0039AG | Wood Nailer - 4" Nom Width | 667 | LF | 2.00 | 1,334.00 |
| 0039AH | Wood Fascia | 111 | LF | 3.00 | 333.00 |
| 0040 | **Gutter & Downspouts** | | | | |
| 0040AA | Remove Downspout & Cap Gutter | 7 | EA | 5.00 | 35.00 |
| 0040AB | Remove Gutter/Downspout | 556 | LF | 1.00 | 556.00 |
| 0040AC | Gutter, "K", 5", 26 Ga. | 111 | LF | 3.00 | 333.00 |
| 0040AD | Prefinished Gutter, 24 Ga., max 30" Stretchout | 67 | LF | 6.00 | 402.00 |
| 0040AE | Downspout, 2x3", 26 Ga. | 56 | LF | 3.00 | 168.00 |
| 0040AF | Downspout, 3x4", 26 Ga. | 67 | LF | 3.25 | 217.75 |
| 0040AG | Downspout, Round, Corrugated, 4" | 33 | LF | 3.50 | 115.50 |
| 0040AH | Prefinished Downspout, 26 Ga., max 30" Stretchout | 67 | LF | 3.00 | 201.00 |
| 0040AJ | Gutter Lining, Brush Applied Rubber Sealant | 167 | LF | 2.00 | 334.00 |
| 0040AK | Gutter Lining, EPDM, 60 mil | 167 | LF | 5.00 | 835.00 |
| 0040AL | Gutter Screen Mesh | 167 | LF | 1.00 | 167.00 |
| 0040AM | Gutter, 1/2 Round, 5", 26 Ga. | 11 | LF | 5.00 | 55.00 |

| | | | | | |
|---|---|---|---|---|---|
| 004_ | **Lightning Protection System** | | | | |
| 0041AA | Remove Integrated System Air Terminals and Conductors | 10 | EA | 500.00 | 5000.00 |
| 0041AB | Work Around Concealed Lightning Protection System, Add This Cost to Roof Installation Cost per SQ | 333 | SQ | 10.00 | 3330.00 |
| 0041AC | Restore Integrated System Air Terminals and Conductors | 13 | EA | 500.00 | 6500.00 |
| 0041AD | Electrically Test Restored System per Specifications | 1 | EA | 2000.00 | 2000.00 |
| 0042 | **Miscellaneous** | | | | |
| 0042AA | Crane Rental | 5 | HR | 200.00 | 1000.00 |
| 0042AB | Factory Formed Rubber Flashing Boot (up to 6" Dia) | 13 | EA | 100.00 | 1,300.00 |
| 0042AC | Steel Plate -3/16" (Over Abandoned Penetrations) | 33 | SF | 4.07 | 134.31 |
| 0042AD | Reroute Conduit/Wiring | 33 | LF | 3.00 | 99.00 |
| 0042AE | Painting | 200 | SF | 1.00 | 200.00 |
| 0042AF | Contract Data Requirement List (See Section J, Exhibits A and B) | 1 | JB | | Not Separately Priced |
| | | **ESTIMATED TOTAL** | | | **549,175.49** |

**TOTAL ESTIMATED DOLLAR AMOUNT FOR SECTION I (CLINS 0001 THROUGH 0016AE)_417,855.88_**

**TOTAL ESTIMATED DOLLAR AMOUNT FOR SECTION II (CLINS 0017 THROUGH 0025AJ)___54,690.16**

**TOTAL ESTIMATED DOLLAR AMOUNT FOR SECTION III (CLINS 0026 THROUGH 0042AF)______549,175.49**

**TOTAL ESTIMATED DOLLAR AMOUNT FOR BASIC PERIOD (CLINS 0001 THROUGH 0042AF)____1,021,721.53**

**CRH = Crew Rate per Hour (1 Foreman/5 Roofers)**