**BIDDING SCHEDULE FOR OPTION YEAR ONE (1)**

**BUR & EPDM**
**REFERENCE SPECIFICATIONS 7510, 7530, 7559, 7620, 7631**

| CLIN # | DESCRIPTION – Section I | EST. QTY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
|---|---|---|---|---|---|
| 1001 | **Demolition** | | | | |
| 1001AA | Remove Aggregate Surfacing | 200 | SF | 1.57 | 314.00 |
| 1001AB | Remove Mopped-On Roll Roofing & Underlayment : Slope 5/12 or less | 23,333 | SF | .78 | 18,199.74 |
| 1001AC | Remove BURS (5-ply max) & 2" Insulation (2" Mopped) | 23,333 | SF | 1.00 | 23,333.00 |
| 1001AD | Remove Ballasted EPDM, Ballast, and All Underlayment | 13,333 | SF | 1.00 | 13,333.00 |
| 1001AE | Remove Adhered EPDM and All Underlayment | 600 | SQ | 35.00 | 21,000.00 |
| 1001AF | Remove Rigid Insulation (2" thick) | 167 | SQ | 26.25 | 4,383.75 |
| 1001AG | Remove Rigid Insulation (4" thick) | 167 | SQ | 31.50 | 5,260.50 |
| 1001AH | Remove Underlayment / Vapor Barrier | 22 | SQ | 15.75 | 346.50 |
| 1001AJ | Remove Metal Fascia / Flashing | 1,667 | LF | .25 | 416.75 |
| 1001AK | Remove Wood Nailers/ Curbs | 111 | SF | 1.00 | 111.00 |
| 10[illegible]AL | Remove Sealant | 333 | LF | 1.00 | 333.00 |
| 1[illegible]M | R & R Curb Mount Equip ( 3'x3' Max – Unpowered) | 2 | EA | 157.50 | 315.00 |
| 1001AN | R & R Curb Mount Equip ( 3'x3' Max – Powered) | 3 | EA | 210.00 | 630.00 |
| 1001AP | R & R Curb Mount Equip (over 3'x3' – Powered) | 3 | EA | 210.00 | 630.00 |
| 1001AQ | Remove & Scrap Abandoned Mechanical Equipment/ Vents | 2 | EA | 157.50 | 315.00 |
| 1001AR | Remove & Scrap Sewer Vent/ Pipe Flashing | 2 | EA | 2.10 | 4.20 |
| 1001AS | Remove Abandoned Conduit / Wiring | 111 | LF | 2.10 | 233.10 |
| 1002 | **Install EPDM Membrane** | | | | |
| 1002AA | Adhered, Less Than 5 SQ Per Delivery Order | 33 | SQ | 252.00 | 8,316.00 |
| 1002AB | Adhered, More Than 5 SQ Per Delivery Order | 833 | SQ | 236.25 | 196,796.25 |
| 1002AC | Loose Laid, Ballasted w/Stone (10 lb/SF) | 33 | SQ | 157.00 | 5,181.00 |
| 1003 | **Install Insulation for EPDM Roofing** | | | | |
| 1003AA | Install Insulation, Min r Value >= 12 | 833 | SQ | 75.00 | 62475.00 |
| 1004 | **Install Roll Roofing** | | | | |
| 1004AA | Install Roll Roofing System | 3 | SQ | 315.00 | 945.00 |
| 1005 | **Install 4-Ply BURS with Insulation & Gravel** | | | | |
| 1005AA | Less Than 5 SQ per Delivery Order/20 yr Warranty | 4 | SQ | 420.00 | 1,680.00 |
| 1005AB | More Than 5 SQ per Delivery Order/20 yr Warranty | 4 | SQ | 315.00 | 1,260.00 |
| 1005AC | More Than 5 SQ per Delivery Order/20 yr Warranty (Base Housing) | 5 | SQ | 275.00 | 1,375.00 |
| 100[illegible] | **Mechanically Fasten Plywood Deck** | | | | |
| [illegible] | Mechanically Fasten 5/8" Plywood Deck, as Substrate, Using Manufacturer's Suggested Fastening System | 3 | SQ | 157.50 | 472.50 |

Revised per Amendment 0001, dated 12 March 2001

| | | | | | |
|---|---|---|---|---|---|
| 1007 | **Curb Extension** | | | | |
| 1007AA | 2" x 6" Curb Extension w/Standard Ducting | 60 | LF | 5.00 | 300.00 |
| 1008 | **1/2" Plywood (CDX) Used as Roof Substrate** | | | | |
| 1008AA | 1/2" Plywood (CDX) Mechanically Fastened up to 12" Wide | 20 | LF | 9.45 | 189.00 |
| 1009 | **Install Drip Edge** | | | | |
| 1009AA | Install Drip Edge, Galv., 24 Ga. | 450 | LF | 2.82 | 1,269.00 |
| 1010 | **Install G.I. Flashing** | | | | |
| 1010AA | 5" Drip Edge & Eave Flashing, 26 Ga. | 1,667 | LF | 1.80 | 3,000.60 |
| 1010AB | 8" Drip Edge & Eave Flashing, 26 Ga. | 333 | LF | 2.24 | 745.92 |
| 1010AC | 12" Flashing, 26 Ga. | 1,667 | LF | 1.83 | 3,050.61 |
| 1010AD | Valley Flashing, 24" W, 26 Ga., Standard "v" Shape | 300 | LF | 3.39 | 1,017.00 |
| 1010AE | Step Flashing 12" x 8", 26 Ga. | 1,100 | LF | 2.42 | 2,662.00 |
| 1010AF | Wall Mounted Reglet. 26 Ga., Mechanically Fastened, 6" Face | 117 | LF | 1.66 | 194.22 |
| 1010AG | Counter Flashing 12" Wide 26 Ga. | 1,667 | LF | 1.83 | 3,050.61 |
| 1010AH | Gravel Stop, 6" Face, 24 Ga. | 200 | LF | 1.21 | 242.00 |
| 1010AJ | Gravel Stop, 4" on Concrete Decks | 200 | LF | .87 | 174.00 |
| 1010AK | Gravel Stop, 4", Include 2 x 6 Nailers | 800 | LF | 1.19 | 952.00 |
| 1010AL | Ventilator, Remove & Install, All Accessories | 5 | EA | 105.00 | 525.00 |
| 1( M | Remove, Rebend & Replace Aluminum Coping | 3,333 | LF | 1.00 | 3,333.00 |
| 1( | **Replace Damaged Wood Sheathing and Decking** | | | | |
| 1011AA | 1/2" Plywood | 667 | SF | 1.43 | 953.81 |
| 1011AB | 5/8" Plywood | 333 | SF | 1.54 | 512.82 |
| 1011AC | 3/4" Plywood | 3,333 | SF | 1.65 | 5,499.45 |
| 1011AD | 1 1/2" T&G V Joint Plank & Paint (exterior) | 17 | LF | 7.35 | 124.95 |
| 1011AE | 1 1/2" T&G V Joint Plank & Stain (interior) | 17 | LF | 7.35 | 124.95 |
| 1011AF | Wood Nailer - 6" & up Nom Width | 167 | LF | 2.75 | 459.25 |
| 1011AG | Wood Nailer - 4" Nom Width | 667 | LF | 2.10 | 1,400.70 |
| 1011AH | Wood Fascia | 111 | LF | 3.15 | 349.65 |
| 1012 | **Gutter & Downspouts** | | | | |
| 1012AA | Remove Downspout & Cap Gutter | 7 | EA | 5.25 | 36.75 |
| 1012AB | Remove Gutter/Downspout | 556 | LF | 1.05 | 583.80 |
| 1012AC | Gutter, "K", 5", 26 Ga. | 111 | LF | 3.15 | 349.65 |
| 1012AD | Prefinished Gutter, 24 Ga., max 30" Stretchout | 67 | LF | 6.30 | 422.10 |
| 012AE | Downspout, 2x3", 26 Ga. | 56 | LF | 3.15 | 176.40 |
| .012AF | Downspout, 3x4", 26 Ga. | 67 | LF | 3.40 | 227.80 |
| .012AG | Downspout, Round, Corrugated, 4" | 33 | LF | 3.70 | 122.10 |
| .012AH | Prefinished Downspout, 26 Ga., max 30" Stretchout | 67 | LF | 3.15 | 211.05 |
| .012AJ | Gutter Lining, Brush Applied Rubber Sealant | 167 | LF | 2.10 | 350.70 |
| .012AK | Gutter Lining, EPDM, 60 mil | 167 | LF | 5.25 | 876.70 |
| 0 L | Gutter Screen Mesh | 167 | LF | 2.10 | 350.70 |
| ( M | Gutter, 1/2 Round, 5", 26 Ga. | 11 | LF | 5.25 | 57.75 |

| | | | | | |
|---|---|---|---|---|---|
| 1013 | **WSA Access Delays** | | | | |
| 1013AA | Delays | 50 | CRH* | 96.00 | 4,800.00 |
| 1014 | **Lightning Protection System** | | | | |
| 1014AA | Remove Integrated System Air Terminals and Conductors | 10 | EA | 500.00 | 5000.00 |
| 1014AB | Work Around Concealed Lightning Protection System, Add This Cost to Roof Installation Cost per SQ | 333 | SQ | 10.50 | 3,496.50 |
| 1014AC | Restore Integrated System Air Terminals and Conductors | 13 | EA | 500.00 | 6500.00 |
| 1014AD | Electrically Test Restored System per Specifications | 1 | EA | 2000.00 | 2000.00 |
| 1015 | **Miscellaneous** | | | | |
| 1015AA | Crane Rental | 5 | HR | 200.00 | 1,000.00 |
| 1015AB | Factory Formed Rubber Flashing Boot (up to 6" Dia) | 13 | EA | 105.00 | 1,365.00 |
| 1015AC | Replace Vent Rain Hood (to 8" Dia Vent) | 3 | EA | 105.00 | 315.00 |
| 1015AD | Replace Vent Rain Hood (to 16" Dia Vent) | 3 | EA | 130.00 | 390.00 |
| 1015AE | Steel plate -3/16" (Over Abandoned Penetrations) | 50 | SF | 10.25 | 512.50 |
| 1015AF | Reroute Conduit/Wiring | 50 | LF | 3.15 | 157.50 |
| 1015AG | Painting | 300 | SF | 1.05 | 315.00 |
| 1016 | **Low Slope Roof Accessories** | | | | |
| 1016AA | Concrete Paver Blocks, 2' x 2' Square x Approx. 2" Deep, Minimum Weight 40 lb. Each | 50 | EA | 4.20 | 210.00 |
| 10[illegible] | Metal Roof Drain Domes | 2 | EA | 53.00 | 106.00 |
| 10[illegible] | Metal Roof Drain Inserts | 2 | EA | 53.00 | 106.00 |
| 1016AD | Metal Roof Drain Rings | 2 | EA | 53.00 | 106.00 |
| 1016AE | Metal Roof Drain Bolts | 6 | EA | 10.50 | 63.00 |
| | | **ESTIMATED TOTAL** | | | **427,997.88** |

**METAL ROOFING**
**REFERENCE SPECIFICATIONS 7530, 7611, 7620, 7631**

| CLIN # | DESCRIPTION – Section II | EST. QTY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
|---|---|---|---|---|---|
| 017 | **Demolition** | | | | |
| 017AA | Remove Underlayment / Vapor Barrier | 22 | SQ | 16.00 | 352.00 |
| 017AB | Remove Metal Fascia / Flashing | 1,667 | LF | .33 | 550.11 |
| 017AC | Remove Wood Nailers/ Curbs | 111 | SF | 1.05 | 116.55 |
| 017AD | Remove Sealant | 333 | LF | 1.05 | 349.65 |
| 017AE | R & R Curb Mount Equip ( 3'x3' Max – Unpowered) | 2 | EA | 160.00 | 320.00 |
| 017AF | R & R Curb Mount Equip ( 3'x3' Max – Powered) | 3 | EA | 210.00 | 630.00 |
| 017AG | R & R Curb Mount Equip (over 3'x3' – Powered) | 3 | EA | 210.00 | 630.00 |
| 017AH | Remove & Scrap Abandoned Mechanical Equipment/ Vents | 2 | EA | 160.00 | 320.00 |
| 0[illegible] | Remove & Scrap Sewer Vent/ Pipe Flashing | 2 | EA | 2.10 | 4.20 |
| 0[illegible] | Remove Abandoned Conduit / Wiring | 111 | LF | 2.10 | 233.10 |

Revised per Amendment 0004, dated 28 June 2001

| | | | | | |
|---|---|---|---|---|---|
| 1[illegible] | **Mechanically Fasten Plywood Deck** | | | | |
| 1018AA | Mechanically Fasten 5/8" Plywood Deck, as Substrate, Using Manufacturer's Suggested Fastening System | 3 | SQ | 150.00 | 450.00 |
| 1019 | **1/2" Plywood (CDX) Used as Roof Substrate** | | | | |
| 1019AA | 1/2" Plywood (CDX) Mechanically Fastened up to 12" Wide | 20 | LF | 10.00 | 200.00 |
| 1020 | **Replace Damaged Wood Sheathing and Decking** | | | | |
| 1020AA | 1/2" Plywood | 667 | SF | 1.45 | 967.15 |
| 1020AB | 5/8" Plywood | 333 | SF | 1.55 | 516.15 |
| 1020AC | 3/4" Plywood | 3,333 | SF | 1.65 | 5,499.45 |
| 1020AD | 1 1/2" T&G V Joint Plank & Paint (exterior) | 17 | LF | 7.35 | 124.95 |
| 1020AE | 1 1/2" T&G V Joint Plank & Stain (interior) | 17 | LF | 7.35 | 124.95 |
| 1020AF | Wood Nailer - 6" & up Nom Width | 167 | LF | 2.60 | 434.20 |
| 1020AG | Wood Nailer - 4" Nom Width | 667 | LF | 2.10 | 1,400.70 |
| 1020AH | Wood Fascia | 111 | LF | 3.15 | 349.65 |
| 1021 | **Gutter & Downspouts** | | | | |
| 1021AA | Remove Downspout & Cap Gutter | 7 | EA | 5.25 | 36.75 |
| 1021AB | Remove Gutter/Downspout | 556 | LF | 1.05 | 583.80 |
| 1021AC | Gutter, "K", 5", 26 Ga. | 111 | LF | 3.15 | 349.65 |
| 1021AD | Prefinished Gutter, 24 Ga., Max 30" Stretchout | 67 | LF | 6.30 | 422.10 |
| 1021AE | Downspout, 2x3", 26 Ga. | 56 | LF | 3.15 | 176.40 |
| 10[illegible] | Downspout, 3x4", 26 Ga. | 67 | LF | 3.40 | 227.80 |
| 10[illegible] | Downspout, Round, Corrugated, 4" | 33 | LF | 3.75 | 123.75 |
| 1021AH | Prefinished Downspout, 26 Ga., max 30" Stretchout | 67 | LF | 3.15 | 211.05 |
| 1021AJ | Gutter Lining, Brush Applied Rubber Sealant | 167 | LF | 2.10 | 350.70 |
| 1021AK | Gutter Lining, EPDM, 60 mil | 167 | LF | 5.25 | 876.75 |
| 1021AL | Gutter Screen Mesh | 167 | LF | 1.05 | 175.35 |
| 1021AM | Gutter, 1/2 Round, 5", 26 Ga. | 11 | LF | 5.25 | 57.75 |
| 1022 | **Standing Seam Roofing** | | | | |
| 1022AA | Remove Standing Seam Roofing, Drip Edge, & Underlayment | 3,000 | SF | .60 | 1,800.00 |
| 1022AB | Roofing Panels, 24 Ga. | 3,000 | SF | 3.00 | 9,000.00 |
| 1022AC | Prefinished Drip Edge, 24 Ga., | 233 | LF | 2.10 | 489.30 |
| 1022AD | Prefinished Reglet, 24 GA | 100 | LF | 2.10 | 210.00 |
| 1022AE | Metal Z-Purlin and All Clips, Fasteners, and Accessories | 333 | LF | 7.50 | 2,497.50 |
| 1022AF | Prefinished Ridge Cap | 167 | LF | 2.10 | 350.70 |
| 1022AG | Prefinished Valley Flashing | 167 | LF | 2.10 | 350.70 |
| 1022AH | Prefinished Metal Fascia | 167 | LF | 2.10 | 350.70 |
| 1022AJ | Apply Acrylic Membrane Waterproofing System | 3,333 | SF | 1.00 | 333.00 |
| 1022AK | Batt Insulation | 333 | SF | 1.30 | 432.90 |
| 1022AL | Quick Fix, Place Self Tapping Screws, Two per Sub-Purlin per Panel | 333 | LF | 1.05 | 349.65 |
| 102[illegible] | **WSA Access Delays** | | | | |
| 10[illegible] | Delays | 50 | CR | 7.00 | 350.00 |

Revised per Amendment 0001, dated 12 March 2001

| | | | | | |
|---|---|---|---|---|---|
| 1024 | **Lightning Protection System** | | | | |
| 1024AA | Remove Integrated System Air Terminals and Conductors | 10 | EA | 500.00 | 5000.00 |
| 1024AB | Work Around Concealed Lightning Protection System, Add This Cost to Roof Installation Cost per SQ | 333 | SQ | 10.50 | 3,496.50 |
| 1024AC | Restore Integrated System Air Terminals and Conductors | 13 | EA | 500.00 | 6500.00 |
| 1024AD | Electrically Test Restored System per Specifications | 1 | EA | 2000.00 | 2000.00 |
| 1025 | **Miscellaneous** | | | | |
| 1025AA | Standing Seam Seaming Machine | 1 | MO | 880.00 | 880.00 |
| 1025AB | Crane Rental | 5 | HR | 80.00 | 400.00 |
| 1025AC | Tighten Metal Roof Fasteners | 900 | EA | 1.05 | 945.00 |
| 1025AD | Replace Metal Roof Fasteners | 200 | EA | 1.05 | 210.00 |
| 1025AE | Replace Vent Rain Hood (to 8" Dia Vent) | 3 | EA | 105.00 | 315.00 |
| 1025AF | Replace Vent Rain Hood (to 16" Dia Vent) | 3 | EA | 130.00 | 390.00 |
| 1025AG | Steel plate -3/16" (Over Abandoned Penetrations) | 33 | SF | 4.15 | 136.95 |
| 1025AH | Reroute Conduit/Wiring | 33 | LF | 3.15 | 103.95 |
| 1025AJ | Painting | 200 | SF | 1.05 | 210.00 |
| | | | | **ESTIMATED TOTAL** | **57266.51** |

**SHINGLE & CLAY TILE**
**REFERENCE SPECIFICATIONS 7311, 7320, 7530, 7620, 7631**

| CLIN # | DESCRIPTION – Section III | EST. QTY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
|---|---|---|---|---|---|
| 1026 | **Demolition** | | | | |
| 1026AA | 1 Shingle Layer w/1 layer felt: slope 5/12 to 8/12 (1 Story) | 509 | SQ | 39.00 | 19851.00 |
| 1026AB | 2 Shingle Layers w/1 layer felt: Slope 5/12 to 8/12 (1 Story) | 60 | SQ | 48.47 | 2,908.20 |
| 1026AC | 3 Shingle Layers w/1 layer felt: Slope 5/12 to 8/12 (1 Story) | 1 | SQ | 52.15 | 52.15 |
| 1026AD | 1 Shingle Layer w/1 layer felt: Slope >8/12 to 12/12 (1 Story) | 1 | SQ | 48.02 | 48.02 |
| 1026AE | 2 Shingle Layers w/1 layer felt: Slope >8/12 to 12/12 (1 Story) | 1 | SQ | 52.15 | 52.15 |
| 1026AF | 3 Shingle Layers w/1 layer felt: Slope >8/12 to 12/12 (1 Story) | 1 | SQ | 56.18 | 56.18 |
| 1026AG | 1 Shingle Layer w/1 layer felt: Slope 5/12 to 8/12 (>1 Story) | 2,791 | SQ | 45.00 | 125595.00 |
| 1026AH | 2 Shingle Layers w/1 layer felt: Slope 5/12 to 8/12 (>1 Story) | 355 | SQ | 52.15 | 18,513.25 |
| 10′ | 3 Shingle Layers w/1 layer felt: Slope 5/12 to 8/12 (>1 Story) | 32 | SQ | 56.18 | 1,797.76 |

| | | | | | |
|---|---|---|---|---|---|
| 1026AK | 1 Shingle Layer w/1 layer felt: Slope >8/12 to 12/12 (>1 Story) | 32 | SQ | 52.15 | 1,688.80 |
| 1026AL | 2 Shingle Layers w/1 layer felt: Slope >8/12 to 12/12 (>1 Story) | 9 | SQ | 56.18 | 505.62 |
| 1026AM | 3 Shingle Layers w/1 layer felt: Slope >8/12 to 12/12 (>1 Story) | 9 | SQ | 62.54 | 562.86 |
| 1026AN | 1 Layer Felt | 13,333 | SF | .20 | 2,666.60 |
| 1026AP | 2 Layers Felt | 5,000 | SF | .35 | 1,750.00 |
| 1026AQ | Remove Clay Tile Roofing & Underlayment Including Nailing Strips if Present | 100 | SQ | 80.00 | 8000.00 |
| 1026AR | Remove Underlayment / Vapor barrier | 22 | SQ | 1.05 | 23.10 |
| 1026AS | Remove Wood Nailers/ Curbs | 111 | SF | 3.15 | 349.65 |
| 1026AT | Remove Sealant | 333 | LF | 1.05 | 349.65 |
| 1026AU | Remove & Scrap Abandoned Mechanical Equipment/ Vents | 2 | EA | 160.00 | 320.00 |
| 1026AV | Remove & Scrap Sewer Vent/ Pipe Flashing | 2 | EA | 2.10 | 4.20 |
| 1026AW | Remove Abandoned Conduit / Wiring | 111 | LF | 2.10 | 233.10 |
| 1027 | **Install New Felt & Shingles** | | | | |
| 1027AA | 1 Layer 30 lb Felt & Wind Resistant T-Lock Shingle : Slope 5/12 to 8/12 (1 story) | 11 | SQ | 95.00 | 1045.00 |
| 10. | 1 Layer 30 lb Felt & Wind Resistant T-Lock Shingle : Slope >8/12 to 12/12 (1 Story) | 1 | SQ | 110.00 | 110.00 |
| 1027AC | 1 Layer 30 lb Felt & Wind Resistant T-Lock Shingle : Slope 5/12 to 8/12 (>1 story) | 3 | SQ | 120.00 | 360.00 |
| 1027AD | 1 Layer 30 lb Felt & Wind Resistant T-Lock Shingle : Slope >8/12 to 12/12 (>1 Story) | 1 | SQ | 125.00 | 125.50 |
| 1027AE | 1 Layer 30 lb Felt & 100 mph Three Tab Wind Warranty Shingle : Slope 5/12 to 8/12 (1 story) | 558 | SQ | 80.00 | 44640.00 |
| 1027AF | 1 Layer 30 lb Felt & 100 mph Three Tab Wind Warranty Shingle : Slope >8/12 to 12/12 (1 story) | 1 | SQ | 90.00 | 90.00 |
| 1027AG | 1 Layer 30 lb Felt & 100 mph Three Tab Wind Warranty Shingle : Slope 5/12 to 8/12 (>1 story) | 3,185 | SQ | 83.00 | 264355.00 |
| 1027AH | 1 Layer 30 lb Felt & 100 mph Three Tab Wind Warranty Shingle : Slope >8/12 to 12/12 (>1 story) | 42 | SQ | 100.00 | 4,200.00 |
| 1028 | **Install Felt** | | | | |
| 1028AA | Install 1 Layer 30 lb Felt | 333 | SQ | 35.00 | 11,655.00 |
| 1028AB | Install 30 lb Felt Ice Dam | 5,000 | LF | 1.20 | 6,000.00 |
| 1029 | **Hand Seal Shingles** | | | | |
| 1029AA | Hand Seal Shingles | 60 | SQ | 1.00 | 60.00 |
| 1030 | **Storm Nail** | | | | |
| 1030AA | Extra Storm Nail, Each Tab Twice (Min. 100 LF) | 2,000 | LF | .25 | 500.00 |
| 10' | **Install New Felt & Wood Eave Strips for Clay Tile Roofing** | | | | |
| 103..A | Install New Felt & Wood Eave Strips for Clay Tile Roofing | 7 | SQ | 100 | 700.00 |

Revised per Amendment 0001, dated 12 March 2001

| | | | | | |
|---|---|---|---|---|---|
| 10[illegible] | **Install Clay Tile Roofing** | | | | |
| 1032AA | Field Tile | 2 | SQ | 630.00 | 1,260.00 |
| 1032AB | Field Tile (Replacement Only) | 7 | EA | 630.00 | 4,410.00 |
| 1032AC | Ridge Tile | 3 | EA | 630.00 | 1,890.00 |
| 1032AD | Ridge End | 1 | EA | 630.00 | 630.00 |
| 1032AE | End Band | 3 | EA | 630.00 | 1,890.00 |
| 1032AF | Gable Rake | 3 | EA | 630.00 | 1,890.00 |
| 1032AG | Hip Roll | 3 | EA | 630.00 | 1,890.00 |
| 1032AH | Hip Starter | 2 | EA | 630.00 | 1,260.00 |
| 1032AJ | Hip Terminal | 1 | EA | 630.00 | 630.00 |
| 1033 | **Remove and Refasten Clay Tile Roofing** | | | | |
| 1033AA | Remove and Refasten Clay Tile Roofing: One Layer 30lb Felt, Scaffolding, and Fasteners | 5 | SQ | 105.00 | 525.00 |
| 1034 | **Mechanically Fasten Plywood Deck** | | | | |
| 1034AA | Mechanically Fasten 5/8" Plywood Deck, as Substrate, Using Manufacturer's Suggested Fastening System | 3 | SQ | 105.00 | 450.00 |
| 1035 | **1/2" Plywood (CDX) Used as Roof Substrate** | | | | |
| 1035AA | 1/2" Plywood (CDX) Mechanically Fastened up to 12" Wide | 20 | LF | 1.60 | 32.00 |
| 1036 | **Install Drip Edge** | | | | |
| 1036AA | Install Drip Edge, Galv., 24 Ga. | 450 | LF | 2.75 | 1,237.50 |
| 1C[illegible] | **Install G.I. Flashing** | | | | |
| 10[illegible]A | Drip Edge & Eave Flashing, 26 Ga. | 2,000 | LF | 2.61 | 5,220.00 |
| 1037AB | Valley Flashing, 24" W, 26 Ga., Standard "v" Shape | 300 | LF | 3.39 | 1,017.00 |
| 1037AC | Ridge Roll (Screw Fastened) 2 1/2" Dia., 26 Ga. | 2,200 | LF | .15 | 330.00 |
| 1037AD | Step Flashing 12" x 8", 26 Ga. | 1,100 | LF | 2.42 | 2,662.00 |
| 1037AE | Wall Mounted Reglet. 26 Ga., Mechanically Fastened, 6" Face | 117 | LF | 1.66 | 194.22 |
| 1038 | **Install 16 oz copper** | | | | |
| 1038AA | Valley Flashing, 24" W | 60 | LF | 13.52 | 811.20 |
| 1038AB | Corner Flashing | 9 | LF | 13.52 | 121.68 |
| 1038AC | Cricket | 3 | EA | 520 | 1,560.00 |
| 1038AD | Surface Mount Flashing | 20 | LF | 13.52 | 270.40 |
| 1038AE | Step Flashing | 15 | LF | 13.52 | 202.80 |
| 1039 | **Replace Damaged Wood Sheathing and Decking** | | | | |
| 1039AA | 1/2" Plywood | 667 | SF | 1.43 | 953.81 |
| 1039AB | 5/8" Plywood | 333 | SF | 1.54 | 512.82 |
| 1039AC | 3/4" Plywood | 3,333 | SF | 1.65 | 5,499.45 |
| 1039AD | 1 1/2" T&G V Joint Plank & Paint (exterior) | 17 | LF | 7.35 | 124.95 |
| 1039AE | 1 1/2" T&G V Joint Plank & Stain (interior) | 17 | LF | 7.35 | 124.95 |
| 1039AF | Wood Nailer - 6" & up Nom Width | 167 | LF | 2.75 | 459.25 |
| 1039AG | Wood Nailer - 4" Nom Width | 667 | LF | 2.10 | 1,400.70 |
| 10[illegible] | Wood Fascia | 111 | LF | 3.15 | 349.65 |

Revised per Amendment 0001, dated 12 March 2001

| | | | | | |
|---|---|---|---|---|---|
| 10. | **Gutter & Downspouts** | | | | |
| 1040AA | Remove Downspout & Cap Gutter | 7 | EA | 5.25 | 36.75 |
| 1040AB | Remove Gutter/Downspout | 556 | LF | 1.05 | 583.80 |
| 1040AC | Gutter, "K", 5", 26 Ga. | 111 | LF | 3.15 | 349.65 |
| 1040AD | Prefinished Gutter, 24 Ga., max 30" Stretchout | 67 | LF | 6.30 | 422.10 |
| 1040AE | Downspout, 2x3", 26 Ga. | 56 | LF | 3.15 | 176.40 |
| 1040AF | Downspout, 3x4", 26 Ga. | 67 | LF | 3.40 | 227.80 |
| 1040AG | Downspout, Round, Corrugated, 4" | 33 | LF | 3.70 | 122.10 |
| 1040AH | Prefinished Downspout, 26 Ga., max 30" Stretchout | 67 | LF | 3.15 | 211.05 |
| 1040AJ | Gutter Lining, Brush Applied Rubber Sealant | 167 | LF | 2.10 | 350.70 |
| 1040AK | Gutter Lining, EPDM, 60 mil | 167 | LF | 5.25 | 876.75 |
| 1040AL | Gutter Screen Mesh | 167 | LF | 1.10 | 183.70 |
| 1040AM | Gutter, 1/2 Round, 5", 26 Ga. | 11 | LF | 5.25 | 57.75 |
| 1041 | **Lightning Protection System** | | | | |
| 1041AA | Remove Integrated System Air Terminals and Conductors | 10 | EA | 500.00 | 5000.00 |
| 1041AB | Work Around Concealed Lightning Protection System, Add This Cost to Roof Installation Cost per SQ | 333 | SQ | 10.50 | 3,496.50 |
| 1041AC | Restore Integrated System Air Terminals and Conductors | 13 | EA | 500.00 | 6500.00 |
| 1041AD | Electrically Test Restored System per Specifications | 1 | EA | 2000.00 | 2000.00 |
| 0042 | **Miscellaneous** | | | | |
| 104[illegible]A | Crane Rental | 5 | HR | 200.00 | 1,000.00 |
| 1[illegible] | Factory Formed Rubber Flashing Boot (up to 6" Dia) | 13 | EA | 105.00 | 1,365.00 |
| 1042AC | Steel Plate -3/16" (Over Abandoned Penetrations) | 33 | SF | 5.25 | 173.25 |
| 1042AD | Reroute Conduit/Wiring | 33 | LF | 3.15 | 103.95 |
| 1042AE | Painting | 200 | SF | 1.05 | 210.00 |
| 1042AF | Contract Data Requirement List (See Section J, Exhibits A and B) | 1 | JB | | Not Separately Priced |
| | | | **ESTIMATED TOTAL** | | **582403.92** |

**TOTAL ESTIMATED DOLLAR AMOUNT FOR SECTION I (CLINS 1001 THROUGH 1016AE) 427997.88**

**TOTAL ESTIMATED DOLLAR AMOUNT FOR SECTION II (CLINS 1017 THROUGH 1025AJ) 57266.51**

**TOTAL ESTIMATED DOLLAR AMOUNT FOR SECTION III (CLINS 1026 THROUGH 1042AF) 582403.92**

**OTAL ESTIMATED DOLLAR AMOUNT FOR 1st OPTION PERIOD (CLINS 1001 THROUGH 1042AF) 1,067668.31**

## BIDDING SCHEDULE FOR OPTION YEAR TWO (2)

**BUR & EPDM**
**REFERENCE SPECIFICATIONS 7510, 7530, 7559, 7620, 7631**

| CLIN # | DESCRIPTION – Section I | EST. QTY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
|---|---|---|---|---|---|
| 2001 | **Demolition** | | | | |
| 2001AA | Remove Aggregate Surfacing | 200 | SF | 1.59 | 318.00 |
| 2001AB | Remove Mopped-On Roll Roofing & Underlayment : Slope 5/12 or less | 23,333 | SF | .80 | 18,666.40 |
| 2001AC | Remove BURS (5-ply max) & 2" Insulation (2" Mopped) | 23,333 | SF | 1.01 | 23566.33 |
| 2001AD | Remove Ballasted EPDM, Ballast, and All Underlayment | 13,333 | SF | 1.06 | 14132.98 |
| 2001AE | Remove Adhered EPDM and All Underlayment | 600 | SQ | 37.10 | 22260.00 |
| 2001AF | Remove Rigid Insulation (2" thick) | 167 | SQ | 26.50 | 4425.50 |
| 2001AG | Remove Rigid Insulation (4" thick) | 167 | SQ | 31.80 | 5310.60 |
| 2001AH | Remove Underlayment / Vapor Barrier | 22 | SQ | 15.90 | 349.80 |
| 2001AJ | Remove Metal Fascia / Flashing | 1,667 | LF | .26 | 433.42 |
| 200[illegible]K | Remove Wood Nailers/ Curbs | 111 | SF | 1.06 | 117.66 |
| 20[illegible] | Remove Sealant | 333 | LF | 1.06 | 352.98 |
| 2001AM | R & R Curb Mount Equip ( 3'x3' Max – Unpowered) | 2 | EA | 159.00 | 318.00 |
| 2001AN | R & R Curb Mount Equip ( 3'x3' Max – Powered) | 3 | EA | 216 | 648.00 |
| 2001AP | R & R Curb Mount Equip (over 3'x3' – Powered) | 3 | EA | 216.00 | 648.00 |
| 2001AQ | Remove & Scrap Abandoned Mechanical Equipment/ Vents | 2 | EA | 159.00 | 318.00 |
| 2001AR | Remove & Scrap Sewer Vent/ Pipe Flashing | 2 | EA | 202.16 | 404.32 |
| 2001AS | Remove Abandoned Conduit / Wiring | 111 | LF | 2.16 | 239.76 |
| 2002 | **Install EPDM Membrane** | | | | |
| 2002AA | Adhered, Less Than 5 SQ Per Delivery Order | 33 | SQ | 254.40 | 8395.20 |
| 2002AB | Adhered, More Than 5 SQ Per Delivery Order | 833 | SQ | 238.50 | 198670.50 |
| 2002AC | Loose Laid, Ballasted w/Stone (10 lb/SF) | 33 | SQ | 159.00 | 5247.00 |
| 2003 | **Install Insulation for EPDM Roofing** | | | | |
| 2003AA | Install Insulation, Min r Value >= 12 | 833 | SQ | 75.00 | 62475.00 |
| 2004 | **Install Roll Roofing** | | | | |
| 2004AA | Install Roll Roofing System | 3 | SQ | 321.00 | 963.00 |
| 2005 | **Install 4-Ply BURS with Insulation & Gravel** | | | | |
| 2005AA | Less Than 5 SQ per Delivery Order/20 yr Warranty | 4 | SQ | 445.20 | 1780.80 |
| 2005AB | More Than 5 SQ per Delivery Order/20 yr Warranty | 4 | SQ | 333.90 | 1335.60 |
| 2005AC | More Than 5 SQ per Delivery Order/20 yr Warranty (Base Housing) | 5 | SQ | 291.50 | 1457.50 |

Revised per Amendment 0001, dated 12 March 2001

| | | | | | |
|---|---|---|---|---|---|
| 2006 | **Mechanically Fasten Plywood Deck** | | | | |
| 2006AA | Mechanically Fasten 5/8" Plywood Deck, as Substrate, Using Manufacturer's Suggested Fastening System | 3 | SQ | 166.95 | 500.85 |
| 2007 | **Curb Extension** | | | | |
| 2007AA | 2" x 6" Curb Extension w/Standard Ducting | 60 | LF | 5.30 | 318.00 |
| 2008 | **1/2" Plywood (CDX) Used as Roof Substrate** | | | | |
| 2008AA | 1/2" Plywood (CDX) Mechanically Fastened up to 12" Wide | 20 | LF | 10.02 | 200.40 |
| 2009 | **Install Drip Edge** | | | | |
| 2009AA | Install Drip Edge, Galv., 24 Ga. | 450 | LF | 2.99 | 1345.50 |
| 2010 | **Install G.I. Flashing** | | | | |
| 2010AA | 5" Drip Edge & Eave Flashing, 26 Ga. | 1,667 | LF | 1.91 | 3183.97 |
| 2010AB | 8" Drip Edge & Eave Flashing, 26 Ga. | 333 | LF | 2.37 | 789.21 |
| 2010AC | 12" Flashing, 26 Ga. | 1,667 | LF | 1.94 | 3233.98 |
| 2010AD | Valley Flashing, 24" W, 26 Ga., Standard "v" Shape | 300 | LF | 3.59 | 1077.00 |
| 2010AE | Step Flashing 12" x 8", 26 Ga. | 1,100 | LF | 2.57 | 2827.00 |
| 2010AF | Wall Mounted Reglet. 26 Ga., Mechanically Fastened, 6" Face | 117 | LF | 1.76 | 205.92 |
| 2010AG | Counter Flashing 12" Wide 26 Ga. | 1,667 | LF | 1.94 | 3233.98 |
| 2010AH | Gravel Stop, 6" Face, 24 Ga. | 200 | LF | 1.28 | 256.00 |
| 20[illegible] | Gravel Stop, 4" on Concrete Decks | 200 | LF | .92 | 184.00 |
| 20[illegible] | Gravel Stop, 4", Include 2 x 6 Nailers | 800 | LF | 1.26 | 1008.00 |
| 2010AL | Ventilator, Remove & Install, All Accessories | 5 | EA | 111.00 | 555.00 |
| 2010AM | Remove, Rebend & Replace Aluminum Coping | 3,333 | LF | 1.06 | 3532.98 |
| 2011 | **Replace Damaged Wood Sheathing and Decking** | | | | |
| 2011AA | 1/2" Plywood | 667 | SF | 1.53 | 1020.51 |
| 2011AB | 5/8" Plywood | 333 | SF | 1.63 | 542.79 |
| 2011AC | 3/4" Plywood | 3,333 | SF | 1.75 | 5832.75 |
| 2011AD | 1 1/2" T&G V Joint Plank & Paint (exterior) | 17 | LF | 7.79 | 132.43 |
| 2011AE | 1 1/2" T&G V Joint Plank & Stain (interior) | 17 | LF | 7.79 | 132.43 |
| 2011AF | Wood Nailer - 6" & up Nom Width | 167 | LF | 2.92 | 487.64 |
| 2011AG | Wood Nailer - 4" Nom Width | 667 | LF | 2.22 | 1480.74 |
| 2011AH | Wood Fascia | 111 | LF | 3.34 | 370.74 |
| 2012 | **Gutter & Downspouts** | | | | |
| 2012AA | Remove Downspout & Cap Gutter | 7 | EA | 5.57 | 38.99 |
| 2012AB | Remove Gutter/Downspout | 556 | LF | 1.11 | 617.16 |
| 2012AC | Gutter, "K", 5", 26 Ga. | 111 | LF | 3.34 | 370.74 |
| 2012AD | Prefinished Gutter, 24 Ga., max 30" Stretchout | 67 | LF | 6.68 | 447.56 |
| 2012AE | Downspout, 2x3", 26 Ga. | 56 | LF | 3.34 | 187.04 |
| 2012AF | Downspout, 3x4", 26 Ga. | 67 | LF | 3.74 | 250.58 |
| 2012AG | Downspout, Round, Corrugated, 4" | 33 | LF | 3.90 | 128.70 |
| 201[illegible] | Prefinished Downspout, 26 Ga., max 30" Stretchout | 67 | LF | 3.34 | 223.78 |
| 20[illegible] | Gutter Lining, Brush Applied Rubber Sealant | 167 | LF | 2.22 | 370.74 |
| 2012AK | Gutter Lining, EPDM, 60 mil | 167 | LF | 5.57 | 930.19 |

Revised per Amendment 0001, dated 12 March 2001

| | | | | | |
|---|---|---|---|---|---|
| 20[illegible] | Gutter Screen Mesh | 167 | LF | 2.22 | 370.74 |
| 2012AM | Gutter, 1/2 Round, 5", 26 Ga. | 11 | LF | 5.57 | 61.27 |
| 2013 | **WSA Access Delays** | | | | |
| 2013AA | Delays | 50 | CRH* | 96.00 | 4,800.00 |
| 2014 | **Lightning Protection System** | | | | |
| 2014AA | Remove Integrated System Air Terminals and Conductors | 10 | EA | 500.00 | 5000.00 |
| 2014AB | Work Around Concealed Lightning Protection System, Add This Cost to Roof Installation Cost per SQ | 333 | SQ | 11.13 | 3706.29 |
| 2014AC | Restore Integrated System Air Terminals and Conductors | 13 | EA | 500.00 | 6500.00 |
| 2014AD | Electrically Test Restored System per Specifications | 1 | EA | 2000.00 | 2000.00 |
| 2015 | **Miscellaneous** | | | | |
| 2015AA | Crane Rental | 5 | HR | 210.00 | 1050.00 |
| 2015AB | Factory Formed Rubber Flashing Boot (up to 6" Dia) | 13 | EA | 110.00 | 1430.00 |
| 2015AC | Replace Vent Rain Hood (to 8" Dia Vent) | 3 | EA | 110.00 | 330.00 |
| 2015AD | Replace Vent Rain Hood (to 16" Dia Vent) | 3 | EA | 140.00 | 420.00 |
| 2015AE | Steel plate -3/16" (Over Abandoned Penetrations) | 50 | SF | 10.57 | 528.50 |
| 2015AF | Reroute Conduit/Wiring | 50 | LF | 3.34 | 167.00 |
| 2015AG | Painting | 300 | SF | 1.11 | 333.00 |
| 2016 | **Low Slope Roof Accessories** | | | | |
| 2016AA | Concrete Paver Blocks, 2' x 2' Square x Approx. 2" Deep, Minimum Weight 40 lb. Each | 50 | EA | 4.25 | 212.50 |
| 20[illegible]B | Metal Roof Drain Domes | 2 | EA | 55.00 | 110.00 |
| 2016AC | Metal Roof Drain Inserts | 2 | EA | 55.00 | 110.00 |
| 2016AD | Metal Roof Drain Rings | 2 | EA | 55.00 | 110.00 |
| 2016AE | Metal Roof Drain Bolts | 6 | EA | 11.00 | 66.00 |
| | | | **ESTIMATED TOTAL** | | **436,156.95** |

**METAL ROOFING**
**REFERENCE SPECIFICATIONS 7530, 7611, 7620, 7631**

| CLIN # | DESCRIPTION – Section II | EST. QTY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
|---|---|---|---|---|---|
| 2017 | **Demolition** | | | | |
| 2017AA | Remove Underlayment / Vapor Barrier | 22 | SQ | 17 | 374.00 |
| 2017AB | Remove Metal Fascia / Flashing | 1,667 | LF | .35 | 583.45 |
| 2017AC | Remove Wood Nailers/ Curbs | 111 | SF | 1.11 | 123.21 |
| 2017AD | Remove Sealant | 333 | LF | 1.11 | 369.63 |
| 2017AE | R & R Curb Mount Equip ( 3'x3' Max – Unpowered) | 2 | EA | 170.00 | 340.00 |
| 2017AF | R & R Curb Mount Equip ( 3'x3' Max – Powered) | 3 | EA | 220.00 | 660.00 |
| 2017AG | R & R Curb Mount Equip (over 3'x3' – Powered) | 3 | EA | 220.00 | 660.00 |
| 20[illegible] | Remove & Scrap Abandoned Mechanical Equipment/ Vents | 2 | EA | 170.00 | 340.00 |
| 20[illegible] | Remove & Scrap Sewer Vent/ Pipe Flashing | 2 | EA | 2.20 | 4.40 |