| | | | | | |
|---|---|---|---|---|---|
| 20[illegible] | Remove Abandoned Conduit / Wiring | 111 | LF | 2.20 | 244.20 |
| 2018 | **Mechanically Fasten Plywood Deck** | | | | |
| 2018AA | Mechanically Fasten 5/8" Plywood Deck, as Substrate, Using Manufacturer's Suggested Fastening System | 3 | SQ | 160.00 | 480.00 |
| 2019 | **1/2" Plywood (CDX) Used as Roof Substrate** | | | | |
| 2019AA | 1/2" Plywood (CDX) Mechanically Fastened up to 12" Wide | 20 | LF | 10.00 | 200.00 |
| 2020 | **Replace Damaged Wood Sheathing and Decking** | | | | |
| 2020AA | 1/2" Plywood | 667 | SF | 1.52 | 1013.84 |
| 2020AB | 5/8" Plywood | 333 | SF | 1.63 | 542.79 |
| 2020AC | 3/4" Plywood | 3,333 | SF | 1.75 | 5832.75 |
| 2020AD | 1 1/2" T&G V Joint Plank & Paint (exterior) | 17 | LF | 7.79 | 132.43 |
| 2020AE | 1 1/2" T&G V Joint Plank & Stain (interior) | 17 | LF | 7.79 | 132.43 |
| 2020AF | Wood Nailer - 6" & up Nom Width | 167 | LF | 2.92 | 487.64 |
| 2020AG | Wood Nailer - 4" Nom Width | 667 | LF | 2.22 | 1480.74 |
| 2020AH | Wood Fascia | 111 | LF | 3.34 | 370.74 |
| 2021 | **Gutter & Downspouts** | | | | |
| 2021AA | Remove Downspout & Cap Gutter | 7 | EA | 5.57 | 38.99 |
| 2021AB | Remove Gutter/Downspout | 556 | LF | 1.11 | 617.16 |
| 2021AC | Gutter, "K", 5", 26 Ga. | 111 | LF | 3.34 | 370.74 |
| 2021AD | Prefinished Gutter, 24 Ga., Max 30" Stretchout | 67 | LF | 6.68 | 447.56 |
| 20[illegible] | Downspout, 2x3", 26 Ga. | 56 | LF | 3.34 | 187.04 |
| 20[illegible] | Downspout, 3x4", 26 Ga. | 67 | LF | 3.74 | 250.58 |
| 2021AG | Downspout, Round, Corrugated, 4" | 33 | LF | 3.90 | 128.70 |
| 2021AH | Prefinished Downspout, 26 Ga., max 30" Stretchout | 67 | LF | 3.34 | 223.78 |
| 2021AJ | Gutter Lining, Brush Applied Rubber Sealant | 167 | LF | 2.22 | 370.74 |
| 2021AK | Gutter Lining, EPDM, 60 mil | 167 | LF | 5.57 | 930.19 |
| 2021AL | Gutter Screen Mesh | 167 | LF | 1.22 | 203.74 |
| 2021AM | Gutter, 1/2 Round, 5", 26 Ga. | 11 | LF | 5.57 | 61.27 |
| 2022 | **Standing Seam Roofing** | | | | |
| 2022AA | Remove Standing Seam Roofing, Drip Edge, & Underlayment | 3,000 | SF | .64 | 1920.00 |
| 2022AB | Roofing Panels, 24 Ga. | 3,000 | SF | 3.18 | 9540.00 |
| 2022AC | Prefinished Drip Edge, 24 Ga., | 233 | LF | 2.22 | 517.26 |
| 2022AD | Prefinished Reglet, 24 GA | 100 | LF | 2.22 | 222.00 |
| 2022AE | Metal Z-Purlin and All Clips, Fasteners, and Accessories | 333 | LF | 7.95 | 2647.35 |
| 2022AF | Prefinished Ridge Cap | 167 | LF | 2.22 | 370.74 |
| 2022AG | Prefinished Valley Flashing | 167 | LF | 2.22 | 370.74 |
| 2022AH | Prefinished Metal Fascia | 167 | LF | 2.22 | 370.74 |
| 2022AJ | Apply Acrylic Membrane Waterproofing System | 3,333 | SF | 1.00 | 3333.00 |
| 2022AK | Batt Insulation | 333 | SF | 1.40 | 466.20 |
| 2022AL | Quick Fix, Place Self Tapping Screws, Two per Sub-Purlin per Panel | 333 | LF | 1.11 | 369.63 |
| 20[illegible] | **WSA Access Delays** | | | | |
| 2023AA | Delays | 50 | CR | 7.00 | 350.00 |

Revised per Amendment 0001, dated 12 March 2001

| CLIN # | DESCRIPTION – Section III | EST. QTY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
|---|---|---|---|---|---|
| 2024 | **Lightning Protection System** | | | | |
| 2024AA | Remove Integrated System Air Terminals and Conductors | 10 | EA | 500.00 | 5000.00 |
| 2024AB | Work Around Concealed Lightning Protection System, Add This Cost to Roof Installation Cost per SQ | 333 | SQ | 10.50 | 3496.50 |
| 2024AC | Restore Integrated System Air Terminals and Conductors | 13 | EA | 500.00 | 6500.00 |
| 2024AD | Electrically Test Restored System per Specifications | 1 | EA | 2000.00 | 2000.00 |
| 2025 | **Miscellaneous** | | | | |
| 2025AA | Standing Seam Seaming Machine | 1 | MO | 960 | 960.00 |
| 2025AB | Crane Rental | 5 | HR | 110.00 | 550.00 |
| 2025AC | Tighten Metal Roof Fasteners | 900 | EA | 1.11 | 999.00 |
| 2025AD | Replace Metal Roof Fasteners | 200 | EA | 1.11 | 222.00 |
| 2025AE | Replace Vent Rain Hood (to 8" Dia Vent) | 3 | EA | 100.00 | 300.00 |
| 2025AF | Replace Vent Rain Hood (to 16" Dia Vent) | 3 | EA | 140.00 | 420.00 |
| 2025AG | Steel plate -3/16" (Over Abandoned Penetrations) | 33 | SF | 6.15 | 202.95 |
| 2025AH | Reroute Conduit/Wiring | 33 | LF | 3.34 | 110.22 |
| 2025AJ | Painting | 200 | SF | 1.11 | 222.00 |
| | | | | **ESTIMATED TOTAL** | **59663.07** |

**SHINGLE & CLAY TILE**
**REFERENCE SPECIFICATIONS 7311, 7320, 7530, 7620, 7631**

| CLIN # | DESCRIPTION – Section III | EST. QTY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
|---|---|---|---|---|---|
| 2026 | **Demolition** | | | | |
| 2026AA | 1 Shingle Layer w/1 layer felt: slope 5/12 to 8/12 (1 Story) | 509 | SQ | 35.39 | 18013.51 |
| 2026AB | 2 Shingle Layers w/1 layer felt: Slope 5/12 to 8/12 (1 Story) | 60 | SQ | 51.38 | 3082.80 |
| 2026AC | 3 Shingle Layers w/1 layer felt: Slope 5/12 to 8/12 (1 Story) | 1 | SQ | 55.28 | 55.28 |
| 2026AD | 1 Shingle Layer w/1 layer felt: Slope >8/12 to 12/12 (1 Story) | 1 | SQ | 50.93 | 50.93 |
| 2026AE | 2 Shingle Layers w/1 layer felt: Slope >8/12 to 12/12 (1 Story) | 1 | SQ | 55.28 | 55.28 |
| 2026AF | 3 Shingle Layers w/1 layer felt: Slope >8/12 to 12/12 (1 Story) | 1 | SQ | 59.55 | 59.55 |
| 2026AG | 1 Shingle Layer w/1 layer felt: Slope 5/12 to 8/12 (>1 Story) | 2,791 | SQ | 45.00 | 125595.00 |
| 2026AH | 2 Shingle Layers w/1 layer felt: Slope 5/12 to 8/12 (>1 Story) | 355 | SQ | 55.28 | 19624.40 |
| 20 | 3 Shingle Layers w/1 layer felt: Slope 5/12 to 8/12 (>1 Story) | 32 | SQ | 59.55 | 1905.60 |

| | | | | | |
|---|---|---|---|---|---|
| 2026AK | 1 Shingle Layer w/1 layer felt: Slope >8/12 to 12/12 (>1 Story) | 32 | SQ | 55.28 | 1768.96 |
| 2026AL | 2 Shingle Layers w/1 layer felt: Slope >8/12 to 12/12 (>1 Story) | 9 | SQ | 59.55 | 535.95 |
| 2026AM | 3 Shingle Layers w/1 layer felt: Slope >8/12 to 12/12 (>1 Story) | 9 | SQ | 66.29 | 596.61 |
| 2026AN | 1 Layer Felt | 13,333 | SF | .20 | 2666.00 |
| 2026AP | 2 Layers Felt | 5,000 | SF | .40 | 2000.00 |
| 2026AQ | Remove Clay Tile Roofing & Underlayment Including Nailing Strips if Present | 100 | SQ | 90.00 | 9000.00 |
| 2026AR | Remove Underlayment / Vapor barrier | 22 | SQ | 1.10 | 24.20 |
| 2026AS | Remove Wood Nailers/ Curbs | 111 | SF | 3.34 | 370.74 |
| 2026AT | Remove Sealant | 333 | LF | 1.11 | 369.63 |
| 2026AU | Remove & Scrap Abandoned Mechanical Equipment/ Vents | 2 | EA | 170.00 | 340.00 |
| 2026AV | Remove & Scrap Sewer Vent/ Pipe Flashing | 2 | EA | 2.20 | 4.40 |
| 2026AW | Remove Abandoned Conduit / Wiring | 111 | LF | 2.20 | 244.20 |
| 2027 | **Install New Felt & Shingles** | | | | |
| 2027AA | 1 Layer 30 lb Felt & Wind Resistant T-Lock Shingle : Slope 5/12 to 8/12 (1 story) | 11 | SQ | 97.74 | 1075.14 |
| 2( 3 | 1 Layer 30 lb Felt & Wind Resistant T-Lock Shingle : Slope >8/12 to 12/12 (1 Story) | 1 | SQ | 112.40 | 112.40 |
| 2027AC | 1 Layer 30 lb Felt & Wind Resistant T-Lock Shingle : Slope 5/12 to 8/12 (>1 story) | 3 | SQ | 125.00 | 375.00 |
| 2027AD | 1 Layer 30 lb Felt & Wind Resistant T-Lock Shingle : Slope >8/12 to 12/12 (>1 Story) | 1 | SQ | 125.00 | 125.00 |
| 2027AE | 1 Layer 30 lb Felt & 100 mph Three Tab Wind Warranty Shingle : Slope 5/12 to 8/12 (1 story) | 558 | SQ | 82.00 | 45756.00 |
| 2027AF | 1 Layer 30 lb Felt & 100 mph Three Tab Wind Warranty Shingle : Slope >8/12 to 12/12 (1 story) | 1 | SQ | 100.00 | 100.00 |
| 2027AG | 1 Layer 30 lb Felt & 100 mph Three Tab Wind Warranty Shingle : Slope 5/12 to 8/12 (>1 story) | 3,185 | SQ | 88.00 | 280280.00 |
| 2027AH | 1 Layer 30 lb Felt & 100 mph Three Tab Wind Warranty Shingle : Slope >8/12 to 12/12 (>1 story) | 42 | SQ | 100 | 4200.00 |
| 2028 | **Install Felt** | | | | |
| 2028AA | Install 1 Layer 30 lb Felt | 333 | SQ | 40 | 13320.00 |
| 2028AB | Install 30 lb Felt Ice Dam | 5,000 | LF | 1.50 | 7500.00 |
| 2029 | **Hand Seal Shingles** | | | | |
| 2029AA | Hand Seal Shingles | 60 | SQ | 1.00 | 60.00 |
| 2030 | **Storm Nail** | | | | |
| 2030AA | Extra Storm Nail, Each Tab Twice (Min. 100 LF) | 2,000 | LF | .25 | 500.00 |
| 20 | **Install New Felt & Wood Eave Strips for Clay Tile Roofing** | | | | |
| 20. A | Install New Felt & Wood Eave Strips for Clay Tile Roofing | 7 | SQ | 150 | 1050.00 |

Revised per Amendment 0001, dated 12 March 2001

| | | | | | |
|---|---|---|---|---|---|
| 20. | **Install Clay Tile Roofing** | | | | |
| 2032AA | Field Tile | 2 | SQ | 650.00 | 1300.00 |
| 2032AB | Field Tile (Replacement Only) | 7 | EA | 650.00 | 4550.00 |
| 2032AC | Ridge Tile | 3 | EA | 650.00 | 1950.00 |
| 2032AD | Ridge End | 1 | EA | 650.00 | 650.00 |
| 2032AE | End Band | 3 | EA | 650.00 | 1950.00 |
| 2032AF | Gable Rake | 3 | EA | 650.00 | 1950.00 |
| 2032AG | Hip Roll | 3 | EA | 650.00 | 1950.00 |
| 2032AH | Hip Starter | 2 | EA | 650.00 | 1300.00 |
| 2032AJ | Hip Terminal | 1 | EA | 650.00 | 650.00 |
| 2033 | **Remove and Refasten Clay Tile Roofing** | | | | |
| 2033AA | Remove and Refasten Clay Tile Roofing: One Layer 30lb Felt, Scaffolding, and Fasteners | 5 | SQ | 105 | 525.00 |
| 2034 | **Mechanically Fasten Plywood Deck** | | | | |
| 2034AA | Mechanically Fasten 5/8" Plywood Deck, as Substrate, Using Manufacturer's Suggested Fastening System | 3 | SQ | 150 | 450.00 |
| 2035 | **1/2" Plywood (CDX) Used as Roof Substrate** | | | | |
| 2035AA | 1/2" Plywood (CDX) Mechanically Fastened up to 12" Wide | 20 | LF | 1.60 | 32.00 |
| 2036 | **Install Drip Edge** | | | | |
| 2036AA | Install Drip Edge, Galv., 24 Ga. | 450 | LF | 2.92 | 1314.00 |
| 20[illegible] | **Install G.I. Flashing** | | | | |
| 20[illegible]A | Drip Edge & Eave Flashing, 26 Ga. | 2,000 | LF | 2.77 | 5540.00 |
| 2037AB | Valley Flashing, 24" W, 26 Ga., Standard "v" Shape | 300 | LF | 3.59 | 1077.00 |
| 2037AC | Ridge Roll (Screw Fastened) 2 1/2" Dia., 26 Ga. | 2,200 | LF | .15 | 330.00 |
| 2037AD | Step Flashing 12" x 8", 26 Ga. | 1,100 | LF | 2.57 | 2827.00 |
| 2037AE | Wall Mounted Reglet. 26 Ga., Mechanically Fastened, 6" Face | 117 | LF | 1.75 | 204.75 |
| 2038 | **Install 16 oz copper** | | | | |
| 2038AA | Valley Flashing, 24" W | 60 | LF | 14.33 | 859.80 |
| 2038AB | Corner Flashing | 9 | LF | 14.33 | 128.97 |
| 2038AC | Cricket | 3 | EA | 550 | 1650.00 |
| 2038AD | Surface Mount Flashing | 20 | LF | 13.52 | 270.40 |
| 2038AE | Step Flashing | 15 | LF | 13.52 | 202.80 |
| 2039 | **Replace Damaged Wood Sheathing and Decking** | | | | |
| 2039AA | 1/2" Plywood | 667 | SF | 1.52 | 1013.84 |
| 2039AB | 5/8" Plywood | 333 | SF | 1.63 | 542.79 |
| 2039AC | 3/4" Plywood | 3,333 | SF | 1.75 | 5832.75 |
| 2039AD | 1 1/2" T&G V Joint Plank & Paint (exterior) | 17 | LF | 7.79 | 132.43 |
| 2039AE | 1 1/2" T&G V Joint Plank & Stain (interior) | 17 | LF | 7.79 | 132.43 |
| 2039AF | Wood Nailer - 6" & up Nom Width | 167 | LF | 2.92 | 487.64 |
| 2039AG | Wood Nailer - 4" Nom Width | 667 | LF | 2.22 | 1480.74 |
| 20[illegible]H | Wood Fascia | 111 | LF | 3.34 | 370.74 |

| | | | | | |
|---|---|---|---|---|---|
| 20 | **Gutter & Downspouts** | | | | |
| 2( A | Remove Downspout & Cap Gutter | 7 | EA | 5.57 | 38.99 |
| 2040AB | Remove Gutter/Downspout | 556 | LF | 1.11 | 617.16 |
| 2040AC | Gutter, "K", 5", 26 Ga. | 111 | LF | 3.34 | 370.74 |
| 0040AD | Prefinished Gutter, 24 Ga., max 30" Stretchout | 67 | LF | 6.68 | 447.56 |
| 2040AE | Downspout, 2x3", 26 Ga. | 56 | LF | 3.34 | 187.04 |
| 0040AF | Downspout, 3x4", 26 Ga. | 67 | LF | 3.74 | 250.58 |
| 2040AG | Downspout, Round, Corrugated, 4" | 33 | LF | 3.90 | 128.70 |
| 0040AH | Prefinished Downspout, 26 Ga., max 30" Stretchout | 67 | LF | 3.34 | 223.78 |
| 2040AJ | Gutter Lining, Brush Applied Rubber Sealant | 167 | LF | 2.22 | 370.74 |
| 2040AK | Gutter Lining, EPDM, 60 mil | 167 | LF | 5.57 | 930.19 |
| 2040AL | Gutter Screen Mesh | 167 | LF | 1.22 | 203.74 |
| )040AM | Gutter, 1/2 Round, 5", 26 Ga. | 11 | LF | 5.57 | 61.27 |
| 2041 | **Lightning Protection System** | | | | |
| )041AA | Remove Integrated System Air Terminals and Conductors | 10 | EA | 500.00 | 5000.00 |
| 2041AB | Work Around Concealed Lightning Protection System, Add This Cost to Roof Installation Cost per SQ | 333 | SQ | 11.13 | 3706.29 |
| 2041AC | Restore Integrated System Air Terminals and Conductors | 13 | EA | 500.00 | 6500.00 |
| 2041AD | Electrically Test Restored System per Specifications | 1 | EA | 2220.00 | 2220.00 |
| 2042 | **Miscellaneous** | | | | |
| )042AA | Crane Rental | 5 | HR | 210 | 1050.00 |
| 2042AB | Factory Formed Rubber Flashing Boot (up to 6" Dia) | 13 | EA | 110 | 1430.00 |
| )0 | Steel Plate -3/16" (Over Abandoned Penetrations) | 33 | SF | 5.57 | 183.81 |
| 2042AD | Reroute Conduit/Wiring | 33 | LF | 3.34 | 110.22 |
| 2042AE | Painting | 200 | SF | 1.11 | 222.00 |
| .042AF | Contract Data Requirement List (See Section J, Exhibits A and B) | 1 | JB | | Not Separately Priced |
| | | | | **ESTIMATED TOTAL** | **606725.07** |

**TOTAL ESTIMATED DOLLAR AMOUNT FOR SECTION I (CLINS 2001 THROUGH 2016AE) 436156.95**

**TOTAL ESTIMATED DOLLAR AMOUNT FOR SECTION II (CLINS 2017 THROUGH 2025AJ) 59663.07**

**TOTAL ESTIMATED DOLLAR AMOUNT FOR SECTION III (CLINS 2026 THROUGH 2042AF) 606725.07**

**TOTAL ESTIMATED DOLLAR AMOUNT FOR 2[ND] OPTION PERIOD (CLINS 2001 THROUGH 2042AF) 1,102,545.09**

**TOTAL ESTIMATED DOLLAR AMOUNT FOR SECTION I BASIC PLUS TWO OPTIONS (CLINS 0001 – 0016AE, 1001 – 1016AE, 2001 – 2016AE) 1,282010.71**

**TOTAL ESTIMATED DOLLAR AMOUNT FOR SECTION II BASIC PLUS TWO OPTIONS (CLINS 0017 – 0025AJ, 1017 – 1025AJ, 2017 – 2025AJ) 171619.74**

**TOTAL ESTIMATED DOLLAR AMOUNT FOR SECTION III BASIC PLUS TWO OPTIONS (CLINS 0026 – 0042AF, 1026 – 1042AF, 2026 – 2042AF) 1,738304.48**

**TOTAL ESTIMATED DOLLAR AMOUNT FOR BASIC PLUS TWO OPTION PERIODS (CLINS 0001 THROUGH 2042AF) 3,191934.93**

Revised per Amendment 0002, dated 13 March 2001