PART I - THE SCHEDULE

SECTION C

DESCRIPTION/SPECIFICATIONS/WORK STATEMENT
FEDERAL ACQUISITION REGULATION

C-1 SPECIFICATIONS, STANDARDS AND DRAWINGS

The following documents, which constitute the work description and specifications to define the task requirements for performance under this contract, are hereby incorporated into this contract either by reference or full text:

Specifications for project GHLN 01-1004, Roof Requirements Contract, dated November 2000, referenced in Section J.

PART I - THE SCHEDULE

SECTION E

INSPECTION AND ACCEPTANCE

| | Clause | Clause Title | Date |
|---|---|---|---|
| 18 | 52.246-12 | INSPECTION OF CONSTRUCTION (IAW FAR 46.312) | AUG 1996 |
| ~~19~~ | 52.246-13 | INSPECTION-DISMANTLING, DEMOLITION, OR REMOVAL OF IMPROVEMENTS (IAW FAR 46.313) | AUG 1996 |
| | 252.201-7000 | CONTRACTING OFFICER'S REPRESENTATIVE (IAW DFARS 201.602-70) | DEC 1991 |

Revised per Amendment 0001, dated 12 March 2001

PART I - THE SCHEDULE

SECTION F

DELIVERIES OR PERFORMANCE

F-5 EXCLUSION OF PERIODS IN COMPUTING COMPLETION SCHEDULES
(X) APPLICABLE WHEN CHECKED

No work will be required during the period between **1 Oct through 30 Apr** inclusive and such period has been considered in computing the time allowed for completion. The Contractor may, however, perform work during all or any part of this period of winter upon giving prior written notice to the Contracting Officer.. The contractor must have Contracting Officer approval in writing to work during winter exclusion.

| | | |
|---|---|---|
| 52.211-10 | COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK (IAW FAR 11.404(b)) | APR 1984 |

For the purposes of this provision the blank (s) are completed as follows:

(a) within 10
(b) not later than As specified on each delivery order.

| | | | |
|---|---|---|---|
| F-20 | 52.211-12 | LIQUIDATED DAMAGES—CONSTRUCTION (IAW FAR 11.503(b)) | Sep 2000 |

For the purposes of this clause the blank(s) are completed as follows:

) The sum of $176.45 for each day of delay.

| | | |
|---|---|---|
| 52.211-13 | TIME EXTENSIONS (IAW FAR 11.503(c)) | SEP 2000 |
| 52.211-18 | VARIATION IN ESTIMATED QUANTITY (IAW FAR 11.703(c)) | APR 1984 |
| 52.242-14 | SUSPENSION OF WORK (IAW FAR 42.1305(a)) | APR 1984 |

PERFORMANCE SCHEDULE

| | CLIN/SUBCLIN | PERFORMANCE PERIOD |
|---|---|---|
| Basic: | 0001-0042AF | 365 days from award of contract |
| OPTION I: | 1001-1042AF | 365 days from the effective date of the option exercised |
| OPTION II: | 2001-2042AF | 365 days from the effective date of the option exercised |

Revised per Amendment 0001, dated 12 March 2001

**PART I - THE SCHEDULE**

**SECTION G**

**DELIVERIES OR PERFORMANCE**

G-1 **ACCOUNTING AND APPROPRIATION DATA** (JUN 1991)

The accounting and appropriation data shall be cited on each individually issued delivery order.

G-2 **ADMINISTRATIVE MATTERS**

a. The address and telephone number of the Contracting Officer (CO) and the Contract Specialist (CS) are:

| | |
|---|---|
| Contracting Officer: | Carroll M. Vye, 7505 Marne Loop<br>F E Warren AFB, WY 82005-2860; (307) 773-3689 |
| Contract Specialist: | SSgt Brian A. Thornton, 7505 Marne Loop<br>F E Warren AFB, WY 82005-2860; (307) 773-6073 |

G-3 **SUBMISSION OF INVOICES**

a. The contractor shall submit one (1) original copy of invoice in accordance with I-387 which shall cite the DATE, CONTRACT NUMBER, INVOICE NUMBER, AND COMPANY'S NAME. Invoices shall be submitted to the Contracting Office for certification before the Government payment office designated in paragraph G-2b, above can make payment.

G-9 5352.232-9000 **REMITTANCE ADDRESS** MAY 1996
(IAW AFFARS 5332.908)

If the remittance address is different from the mailing address, enter the remittance address below. Failure to provide this information may impact payment.

Same
________________________
________________________

Revised per Amendment 0001, dated 12 March 2001

PART II - CONTRACT CLAUSES

SECTION I

CONTRACT CLAUSES

| NO | FAR PARA | CLAUSE TITLE | DATE |
|---|---|---|---|
| FAR | 52.252-2 | CLAUSES INCORPORATED BY REFERENCE (IAW FAR 52.107(b)) | FEB 1998 |

This contract incorporates one or more clauses by reference, with the same force and effects as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at the following addresses:

http://farsite.hill.af.mil
OR FOR FAR ONLY PROVISIONS/CLAUSES
http://www.arnet.gov/far/
OR FOR DFARS ONLY PROVISIONS/CLAUSES
http://www.acq.osd.mil/dp/dars/dfars/dfars.html

| | | | |
|---|---|---|---|
| I-11 | 52.202-1 | DEFINITIONS (IAW FAR 2.201) | OCT 1995 |
| I-12 | 52.202-1 | ALTERNATE I (IAW FAR 2.201) | APR 1984 |
| I-19 | 52.203-3 | GRATUITIES (IAW FAR 3.202) | APR 1984 |
| !0 | 52.203-5 | COVENANT AGAINST CONTINGENT FEES (IAW FAR 3.404) | APR 1984 |
| I-21 | 52.203-6 | RESTRICTIONS ON SUBCONTRACTOR SALES TO THE GOVERNMENT (IAW FAR 3.503-2) | JUL 1995 |
| I-22 | 52.203-7 | ANTI-KICKBACK PROCEDURES (IAW FAR 3.502-3) | JUL 1995 |
| I-23 | 52.203-8 | CANCELLATION, RESCISSION, AND RECOVERY OF FUNDS FOR ILLEGAL OR IMPROPER ACTIVITY (IAW FAR 3.104-9(a)) | JAN 1997 |
| I-25 | 52.203-10 | PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY (IAW FAR 3.104-9(b)) | JAN 1997 |
| I-25C | 52.203-12 | LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (IAW FAR 3.808(b)) | JUN 1997 |
| I-39 | 52.204-4 | PRINTING/COPYING DOUBLE-SIDED ON RECYCLED PAPER (IAW FAR 4.304) | AUG 2000 |
| I-78 | 52.209-6 | PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTORS DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT (IAW FAR 9.409(b)) | JUL 1995 |
| I-102 | 52.211-15 | DEFENSE PRIORITY AND ALLOCATION REQUIREMENTS (IAW FAR 11.604(b)) | SEP 1990 |
| ᵀ-128 | 52.215-2 | AUDIT AND RECORDS--NEGOTIATION (IAW FAR 15.209(b)(1)) | JUN 1999 |
| ı29G | 52.215-8 | ORDER OF PRECEDENCE--UNIFORM CONTRACT | |

| | | | |
|---|---|---|---|
| | | FORMAT (IAW FAR 15.209(h)) | OCT 1997 |
| | 52.215-11 | PRICE REDUCTION FOR DEFECTIVE COST AND PRICING DATA MODIFICATIONS (IAW FAR 15.408(c)) | OCT 1997 |
| | 52.215-13 | SUBCONTRACTOR COST OR PRICING DATA MODIFICATIONS (IAW FAR 15.408(e)) | OCT 1997 |
| I-139C | 52.215-15 | PENSION ADJUSTMENTS AND ASSET REVERSIONS (IAW FAR 15.408(g)) | DEC 1998 |
| I-146C | 52.215-18 | REVERSION OR ADJUSTMENT OF PLANS FOR POSTRETIREMENT BENEFITS OTHER THAN PENSIONS (PRB) (IAW FAR 15.408(j)) | OCT 1997 |
| I-147J | 52.215-19 | NOTIFICATION OF OWNERSHIP CHANGES (IAW FAR 15.408(k)) | OCT 1997 |
| I-147K | 52.215-21 | REQUIREMENTS FOR COST OR PRICING DATA OR INFORMATION OTHER THAN COST OR PRICING DATA - MODIFICATIONS (IAW FAR 15.408(m)) | OCT 1997 |
| I-170 | 52.216-18 | ORDERING (IAW FAR 16.506(a)) | OCT 1995 |

For the purposes of this clause the blank(s) are completed as follows:
(a) issued from 8 May 2001 or award date of contract through 7 May 2002.

| | | | |
|---|---|---|---|
| I-171 | 52.216-19 | ORDER LIMITATIONS (IAW FAR 16.506(b)) | OCT 1995 |

For the purposes of this clause the blank(s) are completed as follows:
(a) amount of less than $2,000.00;
(b)(1) in excess of $250,000.00;
(b)(2) in excess of $400,000.00;
(b)(3) within 10 days;
(d) within 10 days;

| | | | |
|---|---|---|---|
| I-173 | 52.216-21 | REQUIREMENTS (IAW FAR 16.506(d)(1)) | OCT 1995 |

For the purposes of this clause the blank(s) are completed as follows:
(f) Contractor shall not be required to make any deliveries under this contract after 3 years after award date of contract.

| | | | |
|---|---|---|---|
| I-195 | 52.217-9 | OPTION TO EXTEND THE TERM OF THE CONTRACT (IAW FAR 17.208(g)) | MAR 2000 |

For the purposes of this clause the blank(s) are completed as follows:
(a) within 15 calendar days
(c) shall not exceed three(3) years after award of contract

| | | | |
|---|---|---|---|
| I-214 | 52.219-8 | UTILIZATION OF SMALL BUSINESS CONCERNS (IAW FAR 19.708(a)) | OCT 2000 |
| | 52.219-14 | LIMITATIONS ON SUBCONTRACTING (IAW FAR 19.508(e)) | DEC 1996 |
| | 52.219-18 | NOTIFICATION OF COMPETITION LIMITED TO 8(a) CONCERNS (IAW FAR 19.811-3(d)) | JUN 1999 |

(d)(2) The [ Contractor ] will notify the 90th CONS/LGCA Contracting Officer in writing immediately upon entering an agreement (either oral or written) to transfer all or part of its stock or other ownership interest to any other party.

| | | | |
|---|---|---|---|
| I-245 | 52.222-1 | NOTICE TO THE GOVERNMENT OF LABOR DISPUTES (IAW FAR 22.103-5(a)) | FEB 1997 |
| I-247 | 52.222-3 | CONVICT LABOR (IAW FAR 22.202) | AUG 1996 |
| I-248 | 52.222-4 | CONTRACT WORK HOURS AND SAFETY STANDARDS ACT-- OVERTIME COMPENSATION (IAW FAR 22.305) | SEP 2000 |
| I-250 | 52.222-6 | DAVIS-BACON ACT (IAW FAR 22.407(a)) | FEB 1995 |
| I-251 | 52.222-7 | WITHHOLDING OF FUNDS (IAW FAR 22.407(a)) | FEB 1988 |
| I-252 | 52.222-8 | PAYROLLS AND BASIC RECORDS (IAW FAR 22.407(a)) | FEB 1988 |
| I-253 | 52.222-9 | APPRENTICES AND TRAINEES (IAW FAR 22.407(a)) | FEB 1988 |
| I-254 | 52.222-10 | COMPLIANCE WITH COPELAND ACT REQUIREMENTS (IAW FAR 22.407(a)) | FEB 1988 |
| I-255 | 52.222-11 | SUBCONTRACTS (LABOR STANDARDS) (IAW FAR 22.407(a)) | FEB 1988 |
| I-256 | 52.222-12 | CONTRACT TERMINATION--DEBARMENT (IAW FAR 22.407(a)) | FEB 1988 |
| I-257 | 52.222-13 | COMPLIANCE WITH DAVIS-BACON AND RELATED ACT REGULATIONS (IAW FAR 22.407(a)) | FEB 1988 |
| I-258 | 52.222-14 | DISPUTES CONCERNING LABOR STANDARDS (IAW FAR 22.407(a)) | FEB 1988 |
| 259 | 52.222-15 | CERTIFICATION OF ELIGIBILITY (IAW FAR 22.407(a))) | FEB 1988 |
| I-263 | 52.222-21 | PROHIBITION OF SEGREGATED FACILITIES (IAW 22.810(a)(1)) | FEB 1999 |
| I-264 | 52.222-26 | EQUAL OPPORTUNITY (IAW FAR 22.810(e)) | FEB 1999 |
| I-266 | 52.222-27 | AFFIRMATIVE ACTION COMPLIANCE REQUIREMENTS FOR CONSTRUCTION (IAW FAR 22.810(f)) | FEB 1999 |
| I-274 | 52.222-35 | AFFIRMATIVE ACTION FOR DISABLED VETERANS AND VETERANS OF THE VIETNAM ERA (IAW FAR 22.1308(a)(1), and DFARS 222.1308(a)(1)) | APR 1998 |
| I-276 | 52.222-36 | AFFIRMATIVE ACTION FOR WORKERS WITH DISABILITIES (IAW FAR 22.1408) | JUN 1998 |
| I-278 | 52.222-37 | EMPLOYMENT REPORTS ON DISABLED VETERANS AND VETERANS OF THE VIETNAM ERA (IAW FAR 22.1308(b)) | JAN 1999 |
| I-293 | 52.223-3 | HAZARDOUS MATERIAL IDENTIFICATION AND MATERIAL SAFETY (IAW FAR 23.303) | JAN 1997 |

For the purposes of this clause there are blanks to be filled out

(b)

| MATERIAL (If none, insert "None") | IDENTIFICATION NO. |
|---|---|
| none | |
| | |

Revised per Amendment 0001, dated 12 March 2001

| | | | |
|---|---|---|---|
| 294 | 52.223-5 | POLLUTION PREVENTION AND RIGHT-TO-KNOW INFORMATION (IAW FAR 23.1005) | APR 1998 |
| I-295 | 52.223-6 | DRUG-FREE WORKPLACE (IAW FAR 23.505(a)/(b)) | JAN 1997 |
| I-297E | 52.223-14 | TOXIC CHEMICAL RELEASE REPORTING (IAW FAR 23.907(b)) | OCT 2000 |
| I-308 | 52.225-9 | BUY AMERICAN ACT-BALANCE OF PAYMENTS PROGRAM CONSTRUCTION MATERIALS (IAW FAR 25.1102(a)) | FEB 2000 |

For the purposes of this clause the blank(s) are completed as follows:
(b) Domestic preference.
(1) This clause implements the Buy American Act (41 U.S.C. 10a-10d) and the Balance of Payments Program by providing a preference for domestic construction material. The Contractor shall use only domestic construction material in performing this contract, except as provided in paragraphs (b)(2) and (b)(3) of this clause.
(2) This requirement does not apply to the construction material or components listed by the Government as follows: NONE
(d) Data. To permit evaluation of requests under paragraph (c) of this clause based on unreasonable cost, the Contractor shall include the following information an any applicable supporting data based on the survey of suppliers:
Foreign and Domestic Construction Materials Price Comparison

| Construction material description | Unit of measure | Quantity | Price (dollars) \1\ |
|---|---|---|---|
| Item 1 | | | |
| Foreign construction material | N/A | | |
| Domestic construction material | | | |
| Item 2 | | | |
| Foreign construction material | N/A | | |
| Domestic construction material | | | |

Include all delivery costs to the construction site and any applicable duty (whether or not a duty-free entry certificate is issued).List name, address, telephone number, and contact for suppliers surveyed. Attach copy of response; if oral, attach summary. Include other applicable supporting information.

| | | | |
|---|---|---|---|
| I-312 | 52.225-13 | RESTRICTIONS ON CERTAIN FOREIGN PURCHASES (IAW FAR 25.1103(a)) | JUL 2000 |
| I-314D | 52.226-1 | UTILIZATION OF INDIAN ORGANIZATIONS AND INDIAN OWNED ECONOMIC ENTERPRISES (IAW FAR 26.104(a)/DFARS 226.104) | JUN 2000 |
| I-315 | 52.227-1 | AUTHORIZATION AND CONSENT (IAW FAR 27.201-2(a)) | JUL 1995 |
| I-317 | 52.227-2 | NOTICE AND ASSISTANCE REGARDING PATENT AND COPYRIGHT INFRINGEMENTS (IAW FAR 27.202-2) | AUG 1996 |
| I-321 | 52.227-4 | PATENT INDEMNITY--CONSTRUCTION CONTRACTS (IAW FAR 27.203-5) | APR 1984 |
| I-332 | 52.228-2 | ADDITIONAL BOND SECURITY (IAW FAR 28.106-4(a)) | OCT 1997 |
| I-337 | 52.228-5 | INSURANCE--WORK ON A GOVERNMENT INSTALLATION (IAW FAR 28.310) | JAN 1997 |
| 345 | 52.228-11 | PLEDGES OF ASSETS (IAW FAR 28.203-6) | FEB 1992 |

| | | | |
|---|---|---|---|
| 346 | 52.228-12 | PROSPECTIVE SUBCONTRACTOR REQUESTS FOR BONDS (IAW FAR 28.106-4(b)) | OCT 1995 |
| I-348 | 52.228-14 | IRREVOCABLE LETTER OF CREDIT (IAW FAR 28.204-4) | DEC 1999 |
| I-348H | 52.228-15 | PERFORMANCE AND PAYMENT BONDS — CONSTRUCTION (IAW FAR 28.102-3(a)) | JUL 2000 |
| I-353. | 52.229-3 | FEDERAL, STATE, AND LOCAL TAXES (IAW FAR 29.401-3) | JAN 1991 |
| I-354 | 52.229-5 | TAXES--CONTRACTS PERFORMED IN U.S. POSSESSIONS OR PUERTO RICO (IAW FAR 29.401-5 and 52.229-3 or -4) | APR 1984 |
| I-387 | 52.232-5 | PAYMENTS UNDER FIXED-PRICE CONSTRUCTION CONTRACTS (IAW FAR 32.111(a)(5)) | MAY 1997 |
| I-403 | 52.232-17 | INTEREST (IAW FAR 32.617(a)) | JUN 1996 |
| I-409 | 52.232-23 | ASSIGNMENT OF CLAIMS (IAW FAR 32.806(a)(1)) | JAN 1986 |
| I-415 | 52.232-27 | PROMPT PAYMENT FOR CONSTRUCTION CONTRACTS (IAW FAR 32.908(b)) | JUN 1997 |

For the purposes of this clause the blank(s) are completed as follows:
(a)(1)(i)(A) 14
(a)(4)(i) 7
(b)(1) 30

| | | | |
|---|---|---|---|
| I-416 | 52.232-33 | PAYMENT BY ELECTRONIC FUNDS TRANSFER — CENTRAL CONTRACT REGISTRATION (IAW FAR 32.1110(a)(1)) | MAY 1999 |
| I-417 | 52.233-1 | DISPUTES (IAW FAR 33.215) | DEC 1998 |
| I-419 | 52.233-3 | PROTEST AFTER AWARD (IAW FAR 33.106(b)) | AUG 1996 |
| I-445 | 52.236-2 | DIFFERING SITE CONDITIONS (IAW FAR 36.502) | APR 1984 |
| I-446 | 52.236-3 | SITE INVESTIGATION AND CONDITIONS AFFECTING THE WORK (IAW FAR 36.503) | APR 1984 |
| I-448 | 52.236-5 | MATERIAL AND WORKMANSHIP (IAW FAR 36.505) | APR 1984 |
| I-449 | 52.236-6 | SUPERINTENDENCE BY THE CONTRACTOR (IAW FAR 36.506) | APR 1984 |
| I-450 | 52.236-7 | PERMITS AND RESPONSIBILITIES (IAW FAR 36.507) | NOV 1991 |
| I-451 | 52.236-8 | OTHER CONTRACTS (IAW FAR 36.508) | APR 1984 |
| I-452 | 52.236-9 | PROTECTION OF EXISTING VEGETATION, STRUCTURES, EQUIPMENT, UTILITIES, AND IMPROVEMENTS (IAW FAR 36.509) | APR 1984 |
| I-453 | 52.236-10 | OPERATIONS AND STORAGE AREAS (IAW FAR 36.510) | APR 1984 |
| I-454 | 52.236-11 | USE AND POSSESSION PRIOR TO COMPLETION (IAW FAR 36.511) | APR 1984 |
| I-455 | 52.236-12 | CLEANING UP (IAW FAR 36.512) | APR 1984 |
| I-456 | 52.236-13 | ACCIDENT PREVENTION | NOV 1991 |

| | | | |
|---|---|---|---|
| | | (IAW FAR 36.513) | |
| I-458 | 52.236-14 | AVAILABILITY AND USE OF UTILITY SERVICES<br>(IAW FAR 36.514)<br>Refer to Specifications for utilities | APR 1984 |
| I-459 | 52.236-15 | SCHEDULES FOR CONSTRUCTION CONTRACTS<br>(IAW FAR 36.515) | APR 1984 |
| I-462 | 52.236-17 | LAYOUT OF WORK<br>(IAW FAR 36.517) | APR 1984 |
| I-466 | 52.236-21 | SPECIFICATIONS AND DRAWINGS<br>FOR CONSTRUCTION<br>(IAW FAR 36.521) | FEB 1997 |
| I-466 | 52.236-21 | ALTERNATE II<br>(IAW FAR 36.521) | APR 1984 |

For the purposes of this clause the blank(s) is completed as follows:
Upon completing the work under this contract, the contractor shall furnish
One (1) set of prints of all shop drawings as finally approved.

| | | | |
|---|---|---|---|
| I-473 | 52.236-26 | PRECONSTRUCTION CONFERENCE<br>(IAW FAR 36.522) | FEB 1995 |
| I-541 | 52.242-13 | BANKRUPTCY<br>(IAW FAR 42.903) | JUL 1995 |
| I-559 | 52.243-4 | CHANGES<br>(IAW FAR 43.205(d)) | AUG 1987 |
| | 52.244-5 | COMPETITION IN SUBCONTRACTING<br>(IAW FAR 44.204(c)) | DEC 1996 |
| | 52.246-21 | WARRANTY OF CONSTRUCTION<br>(IAW FAR 46.710(e)1) | MAR 1994 |
| I-676 | 52.248-3 | VALUE ENGINEERING--CONSTRUCTION<br>(IAW FAR 48.202) | FEB 2000 |
| 584 | 52.249-2 | TERMINATION FOR CONVENIENCE<br>OF THE GOVERNMENT(FIXED-PRICE)<br>(IAW FAR 49.502(b)(1)(i)) | SEP 1996 |
| I-685 | 52.249-2 | ALTERNATE I<br>(IAW FAR 49.502(b)(1)(i)) | SEP 1996 |
| I-688 | 52.249-3 | TERMINATION FOR CONVENIENCE OF THE GOVERNMENT<br>(DISMANTLING,DEMOLITION OR REMOVAL OF<br>IMPROVEMENTS)<br>(IAW FAR 49.502(b)(2)) | SEP 1996 |
| I-702 | 52.249-10 | DEFAULT (FIXED-PRICE CONSTRUCTION)<br>(IAW FAR 49.504(c)(1)) | APR 1984 |
| I-703 | 52.249-10 | ALTERNATE I<br>(IAW FAR 49.504(c)(1)) | APR 1984 |
| I-750 | 52.253-1 | COMPUTER GENERATED FORMS<br>(IAW FAR 53.111) | JAN 1991 |

DEPARTMENT OF DEFENSE FEDERAL ACQUISITION REGULATION
SUPPLEMENTAL CLAUSES
SECTION IA

| | | | |
|---|---|---|---|
| IA-22 | 252.203-7001 | PROHIBITION ON PERSONS CONVICTED OF FRAUD OR<br>OTHER DEFENSE-CONTRACT-RELATED FELONIES<br>(IAW DFARS 203.570-5) | MAR 1999 |
| IA-33 | 252.204-7003 | CONTROL OF GOVERNMENT PERSONNEL<br>WORK PRODUCT<br>(IAW DFARS 204.404-70(b)) | APR 1992 |
| IA-34 | 252.204-7004 | REQUIRED CENTRAL CONTRACTOR REGISTRATION<br>(IAW DFARS 204.7304) | MAR 2000 |

| | | | |
|---|---|---|---|
| -13101 | 252.205-7000 | PROVISION OF INFORMATION TO COOPERATIVE AGREEMENT HOLDERS (IAW DFARS 205.470-2) | DEC 1991 |
| IA-90 | 252.209-7000 | ACQUISITION FROM SUBCONTRACTORS SUBJECT TO ON-SITE INSPECTION UNDER THE INTERMEDIATE-RANGE NUCLEAR FORCES (INF) TREATY (IAW DFARS 209.103-70) | NOV 1995 |
| IA-092 | 252.209-7004 | SUBCONTRACTING WITH FIRMS THAT ARE OWNED OR CONTROLLED BY THE GOVERNMENT OF A TERRORIST COUNTRY (IAW DFARS 209.409) | MAR 1998 |
| | 252.215-7000 | PRICING ADJUSTMENTS (IAW DFARS 215.408(1)) | DEC 1991 |
| | 252.215-7002 | COST ESTIMATING SYSTEM REQUIREMENTS (IAW DFARS 215.408(2)) | OCT 1998 |
| | 252.219-7009 | SECTION 8(a) DIRECT AWARD (IAW DFARS 219.811-3(1)) U.S. SMALL BUSINESS ADMINISTRATION 721 19TH Street, Suite 426 Denver, Colorado 80202-2599 | JUN 1998 |
| | 252.219-7010 | ALTERNATE A (IAW DFARS 219.811-3(2) | JUN 1998 |
| IA-269 | 252.223-7001 | HAZARD WARNING LABELS (IAW DFAR 223.303) | DEC 1991 |

(b) MATERIAL ACT
(If none, insert "None")
None

| | | | |
|---|---|---|---|
| -282 | 252.223-7006 | PROHIBITION ON STORAGE AND DISPOSAL OF TOXIC AND HAZARDOUS MATERIALS (IAW DFARS 223.7103(a)) | APR 1993 |
| IA-293 | 252.225-7012 | PREFERENCE FOR CERTAIN DOMESTIC COMMODITIES (IAW DFARS 225.7002-3(a) | AUG 2000 |
| IA-312H | 252.225-7031 | SECONDARY ARAB BOYCOTT OF ISRAEL (IAW DFARS 225.770-5) | JUN 1992 |
| | 252.227-7033 | RIGHTS IN SHOP DRAWINGS (IAW DFARS 227.7107-1(c)) | SEP 1966 |
| | 252.231-7000 | SUPPLEMENTAL COST PRINCIPLES (IAW DFARS 231.100-70) | DEC 1991 |
| IA-462 | 252.236-7000 | MODIFICATION PROPOSALS - PRICE BREAKDOWN (IAW DFARS 236.570(a)) | DEC 1991 |
| IA-463 | 252.236-7001 | CONTRACT DRAWINGS, MAPS AND SPECIFICATIONS (IAW DFARS 236.570(a)) | AUG 2000 |

For the purposes of this clause the blank(s) are completed as follows:
(a)(1) 0 Sets - There are no drawings or maps with this solicitation. Each delivery order will have drawings and maps provided.

| | | | |
|---|---|---|---|
| IA-632 | 252.242-7000 | POSTAWARD CONFERENCE (IAW DFARS 242.570) | DEC 1991 |
| IA-648 | 252.243-7001 | PRICING OF CONTRACT MODIFICATIONS (IAW DFARS 243.205-71) | DEC 1991 |
| IA-649 | 252.243-7002 | REQUESTS FOR EQUITABLE ADJUSTMENT (IAW DFARS 243.205-72) | MAR 1998 |

| | | | |
|---|---|---|---|
| -745 | 252.247-7023 | **TRANSPORTATION OF SUPPLIES BY SEA** (IAW DFARS 247.573(b)) | MAR 2000 |
| | 252.247-7024 | **NOTIFICATION OF TRANSPORTATION OF SUPPLIES BY SEA** (IAW DFARS 247.573(c) | MAR 2000 |

APPLICABLE ONLY IF OFFEROR'S RESPONSE TO DFARS PROVISION 252.247-7022 IS NEGATIVE

**AIR FORCE FEDERAL ACQUISITION REGULATION SUPPLEMENT CLAUSES**

| | | | |
|---|---|---|---|
| IB-343 | 5352.242-9000 | **CONTRACTOR ACCESS TO AIR FORCE INSTALLATIONS** (IAW AFFARS 5342.490-1) | MAY 1996 |

For the purposes of this clause the blank(s) is/are completed as follows:

(b) **Social security number and one form of picture identification.**

**AIR FORCE SPACE COMMAND FEDERAL ACQUISITION REGULATION SUPPLEMENT CLAUSES**

| | | | |
|---|---|---|---|
| IB-4 | 5352.228-9502 | **INSURANCE REQUIREMENTS (AFSPCFARS)** (IAW AFSPCFARS 5328.306(b)) | MAR 1993 |

**PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS**

**SECTION J**

**LIST OF ATTACHMENTS**
(All listed attachments are at the end of this document)

| ATTACHMENT | DOCUMENT | DATE | NO. OF PAGES |
|---|---|---|---|
| 1. | U.S. DEPARTMENT OF LABOR WAGE DECISION, # WY000004, Building Construction Projects Laramie County, WY | 04/20/01 | 4 |
| 2. | U.S. DEPARTMENT OF LABOR WAGE DECISION, #WY000014, Residential Construction Projects, Laramie County, WY | 03/02/01 | 2 |
| 3. | SPECIFICATIONS FOR PROJECT NUMBER GHLN 01-1004 | 11/00 | 59 |
| 4. | AF FORM 66, SCHEDULE OF MATERIAL SUBMITTALS | 11/00 | 2 |

| EXHIBITS | | | |
|---|---|---|---|
| A. | Data Item Descriptions (DID) DD Form 1664 | 4/89 | 2 |
| B. | Contract Data Requirements List (CDRL) DD From 1423 | 6/90 | 2 |

Revised per Amendment 0001, dated 12 March 2001

# General Decision Number WY010004

General Decision Number WY010004
Superseded General Decision No. WY000004

State: Wyoming
Construction Type:
BUILDING

County(ies):
LARAMIE

BUILDING CONSTRUCTION PROJECTS (does not include residential construction consisting of single family homes and apartments up to and including 4 stories).

| Modification Number | Publication Date |
|---|---|
| 0 | 03/02/2001 |
| 1 | 03/09/2001 |
| 2 | 04/20/2001 |

COUNTY(ies):
LARAMIE

BRWY0001C 07/01/2000

| | Rates | Fringes |
|---|---|---|
| TILE SETTERS | 21.50 | 1.00 |

---

ELEV0025A 07/01/2000

| | Rates | Fringes |
|---|---|---|
| ELEVATOR CONSTRUCTORS: | | |
| ELEVATOR MECHANIC | 23.975 | 6.935+a |

Footnote a - Employer contributes 8% of basic hourly rate for over 5 years' service and 6% of basic hourly rate for 6 months to 5 years' service as Vacation Pay Credit. Paid Holidays: New Year's Day; Memorial Day; Independence Day; Labor Day; Thanksgiving Day; Friday after Thanksgiving Day; Christmas Day.

---

* SFWY0669A 04/01/2001

| | Rates | Fringes |
|---|---|---|
| SPRINKLER FITTERS | 25.10 | 7.00 |

---

SHEE0207B 01/01/1998

| | Rates | Fringes |
|---|---|---|
| SHEET METAL WORKERS: | | |
| Sheet metal job total cost $625,000 or less | 17.28 | 4.60 |

| | | |
|---|---|---|
| Sheet metal job total cost over $625,000 | 19.43 | 4.67 |

---

SUWY1009A 02/15/1990

| | Rates | Fringes |
|---|---|---|
| ASBESTOS WORKERS (Asbestos Removal Only) | 14.17 | |
| BRICKLAYERS | 14.02 | .57 |
| CARPENTERS (Excuding Acoustical Installation, Drywall Hanging & Batt Insulation) | 11.81 | |
| CEMENT MASONS | 13.46 | 1.02 |
| DRYWALL FINISHERS | 13.25 | |
| DRYWALL HANGERS | 10.00 | 3.02 |
| ELECTRICIANS (Including Alarm Installation) | 16.25 | 2.36 |
| GLAZIERS | 10.19 | .41 |
| IRONWORKERS; | | |
| Structural | 14.11 | |
| Reinforcing | 14.25 | 3.30 |
| LABORERS; | | |
| Unskilled | 10.915 | |
| Mason Tenders | 9.57 | 2.85 |
| Landscape Laborers | 8.42 | |
| MECHANICAL INSULATORS | 11.68 | 1.78 |
| PAINTERS (Including Paper Hanging, Excluding Drywall Finishing) | 11.48 | |
| PLUMBERS; | | |
| HVAC WORK | 11.54 | 3.83 |
| All Other Plumbing Work | 12.47 | 3.73 |
| POWER EQUIPMENT OPERATORS: | | |
| Backhoes | 9.00 | |
| Graders | 10.90 | |
| Loaders | 12.55 | |
| ROOFERS | 12.52 | |
| SOFT FLOOR LAYERS | 11.81 | |
| TRUCK DRIVERS | 9.83 | |

---

WELDERS - Receive rate prescribed for craft performing operation to which welding is incidental.

================================================================

Unlisted classifications needed for work not included within the scope of the classifications listed may be added after award only as provided in the labor standards contract clauses (29 CFR 5.5(a)(1)(v)).

----------------------------------------------------------------

In the listing above, the "SU" designation means that rates listed under that identifier do not reflect collectively bargained wage and fringe benefit rates. Other designations indicate unions whose rates have been determined to be prevailing.

WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter? This can be:

* an existing published wage determination
* a survey underlying a wage determination
* a Wage and Hour Division letter setting forth a position on a wage determination matter
* a conformance (additional classification and rate) ruling

On survey related matters, initial contact, including requests for summaries of surveys, should be with the Wage and Hour Regional Office for the area in which the survey was conducted because those Regional Offices have responsibility for the Davis-Bacon survey program. If the response from this initial contact is not satisfactory, then the process described in 2.) and 3.) should be followed.

With regard to any other matter not yet ripe for the formal process described here, initial contact should be with the Branch of Construction Wage Determinations. Write to:

Branch of Construction Wage Determinations
Wage and Hour Division
U. S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

2.) If the answer to the question in 1.) is yes, then an interested party (those affected by the action) can request review and reconsideration from the Wage and Hour Administrator (See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

Wage and Hour Administrator
U.S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

The request should be accompanied by a full statement of the interested party's position and by any information (wage payment data, project description, area practice material, etc.) that the requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an interested party may appeal directly to the Administrative Review Board (formerly the Wage Appeals Board). Write to:

Administrative Review Board
U. S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

4.) All decisions by the Administrative Review Board are final.

END OF GENERAL DECISION

# General Decision Number WY010014

General Decision Number WY010014
Superseded General Decision No. WY000014

State: Wyoming
Construction Type:
RESIDENTIAL

County(ies):
LARAMIE

RESIDENTIAL CONSTRUCTION PROJECTS (consisting of single family homes and apartments up to and including 4 stories)

| Modification Number | Publication Date |
|---|---|
| 0 | 03/02/2001 |

COUNTY(ies):
LARAMIE

SUWY4009A 04/01/1981

| | Rates | Fringes |
|---|---|---|
| CARPENTERS | 8.00 | |
| CEMENT MASONS | 8.30 | |
| ELECTRICIANS | 12.00 | 1.22+3.75% |
| LABORERS | 5.15 | |
| PAINTERS, Brush | 9.70 | |
| PLASTERERS | 9.50 | |
| PLUMBERS | 9.86 | |
| ROOFERS | 8.00 | |
| SOFT FLOOR LAYERS | 7.50 | |

---

WELDERS - Receive rate prescribed for craft performing operation to which welding is incidental.

===

Unlisted classifications needed for work not included within the scope of the classifications listed may be added after award only as provided in the labor standards contract clauses (29 CFR 5.5(a)(1)(v)).

---

In the listing above, the "SU" designation means that rates listed under that identifier do not reflect collectively bargained wage and fringe benefit rates. Other designations indicate unions whose rates have been determined to be prevailing.

WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter? This can be:

* an existing published wage determination
* a survey underlying a wage determination
* a Wage and Hour Division letter setting forth a position on a wage determination matter
* a conformance (additional classification and rate) ruling

On survey related matters, initial contact, including requests for summaries of surveys, should be with the Wage and Hour Regional Office for the area in which the survey was conducted because those Regional Offices have responsibility for the Davis-Bacon survey program. If the response from this initial contact is not satisfactory, then the process described in 2.) and 3.) should be followed.

With regard to any other matter not yet ripe for the formal process described here, initial contact should be with the Branch of Construction Wage Determinations. Write to:

Branch of Construction Wage Determinations
Wage and Hour Division
U. S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

2.) If the answer to the question in 1.) is yes, then an interested party (those affected by the action) can request review and reconsideration from the Wage and Hour Administrator (See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

Wage and Hour Administrator
U.S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

The request should be accompanied by a full statement of the interested party's position and by any information (wage payment data, project description, area practice material, etc.) that the requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an interested party may appeal directly to the Administrative Review Board (formerly the Wage Appeals Board). Write to:

Administrative Review Board
U. S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

4.) All decisions by the Administrative Review Board are final.

END OF GENERAL DECISION