# Roof Requirements Contract

**PROJECT #: GHLN 01-1004**

**NOVEMBER 2000**

**AIR FORCE SPACE COMMAND**

**F.E. WARREN AIR FORCE BASE, WYOMING**

Solicitation Number F48608-01-R-0001
Contract Number F48608-01-D-0008

# INDEX

INDEX

SPECIFICATIONS

DIVISION 01 - GENERAL REQUIREMENTS
- 01000 - GENERAL REQUIREMENTS
- 01400 - QUALITY REQUIREMENTS
- 01700 - EXECUTION REQUIREMENTS

DIVISION 07 - THERMAL AND MOISTURE PROTECTION
- 07311 - ASPHALT SINGLES
- 07320 - ROOFING TILES
- 07510 - BUILT-UP ROOFING SYSTEM
- 07530 -ELASTOMERIC SINGLE-PLY ROOFING (EPDM)
- 07559 - ROLL ROOFING
- 07611 - SHEET METAL ROOFING
- 07620 - SHEET METAL FLASHING, TRIM, AND ACCESSORIES
- 07631 - GUTTERS AND DOWNSPOUTS

# SPECIFICATIONS

This page intentionally left blank.

Solicitation Number F48608-01-R-0001
Contract Number F48608-01-D-0008

# DIVISION 01 - GENERAL REQUIREMENTS

## SECTION 01000- GENERAL REQUIREMENTS

### SECTION TABLE OF CONTENTS

1.1 Scope
1.2 Statement of Work
1.3 Contractor Responsibilities
1.4 Work by Government
1.5 Occupancy
1.6 Existing Conditions and Hazards
1.7 Working Hours
1.8 Performance Period
1.9 Discrepancies on Drawings
1.10 Definitions
1.11 Submittals
1.12 New and Recycled Materials
1.13 Hazardous and Prohibited Construction Materials
1.14 Industry Standards
1.15 Building Codes, Laws and Regulations
1.16 Safety Standards
1.17 Work Site Access
1.18 Storage, Staging and Parking
1.19 Temporary Utilities
1.20 Temporary Sanitary Facilities
1.21 Field Office and Telephone
1.22 Project Supervision
1.23 Project Meetings
1.24 Construction Methods and Means
1.25 Quality Control and Inspection
1.26 Pre Final And Final Inspection
1.27 Barricades, Fencing, Warning Signs and Related Devices
1.28 Cutting, Patching, and Repairing
1.29 Protection and Restoration of Property
1.30 Special Alteration and Renovation Requirements
1.31 Special Requirements for Site Utilities
1.32 Road Closings
1.33 Welding, Cutting and Brazing Permits
1.34 Spill Prevention and Response
1.35 Disposal and Cleanup
1.36 Maintenance and Warranty Manuals
1.37 Written Guarantee
1.38 Description of Bid items
1.39 Security
1.40 WSA Site Access
1.41 WSA Vechical and Equipment Access

1.1 SCOPE

A. Provide all labor, means, operations, materials, equipment, sales tax, accessories and incidentals necessary for performing all operations required for repairing or replacing existing roofing on various base buildings at F.E. Warren AFB, Wyoming, in strict accordance with these Specifications, applicable Drawings, Other Attachments and the Terms and Conditions of the Contract.

B. Provide any special permits and licenses that may be required.

C. Refer to Bid Schedule as furnished by the Base Contracting Office for breakdown of bid items.

1.2 STATEMENT OF WORK

The work will be performed on non-housing type buildings, such as dormitories, administrative facilities, and industrial buildings, and Military Family Housing units. The work to be performed shall consist of, but is not necessarily limited to, the following principal features:

A. Demolition and removal of existing roofing.

B. Installation and patching of new roof systems.

C. Replacement of existing Galvanized Iodized (G.I.) and copper flashing and other sheet metal work with new G.I. and copper flashing and sheet metal work.

D. Replacement of damaged wood sheathing, fascia, decking and other roofing elements.

E. Replacement or repair of damaged gutter and downspout.

F. Removal, preservation, and reinstallation of rooftop Lightning Protection System components and systems.

G. Other items of work as indicated on the Drawings or in the Specifications. Some minor portions of the work may not be described by the technical specifications, but shall be performed as indicated on the Drawings.

H. Related or incidental work which is manifestly necessary or customary to finish the project and provide a complete installation.

1.3 CONTRACTOR RESPONSIBILITIES

A. The Contractor will dispose of all materials from all demolition. The Government reserves the right to retain all salvageable materials removed under this contract. Thus, the material disposal list from each delivery order must be turned into the contracting officer prior to actual removal and disposal. This list need not include normal and expected bulk roof construction debris (i.e.: old shingles, old felt, nails, and old flashings), but shall be specific in listing all other items that may be of value (i.e.: roof tiles, roof vents, special wood or metal decorative roof items, etc.).

B. All normal and expected roof debris not identified on the material disposal list and/or identified by the Government as salvageable shall be removed from the job site each day. On completion of the project, the contractor shall remove all rubbish and accumulated materials and scrap from the premises leaving the job site in a clean,

acceptable condition. Any adjacent areas which are damaged by the contractor due to demolition or removal shall be repaired to the satisfaction of the contracting officer or authorized contracting officer representative, or shall be replaced. All scrap and debris shall be disposed of off base.

C. The contractor shall insure that inclement weather is not imminent before exposing roof sheathing and shall not demo more than can be replaced that day. Contractor shall not leave any area of the roof uncovered or unprotected overnight, over a weekend, or over a holiday.

D. Existing roof jacks, guy wires and anchors, all antennas, sheet metal vents, stub metal stocks, roof flashing and other metal items, where they occur, shall be removed as required to permit the installation of the new roofing material. The contractor shall replace only those items that are necessary or required for the building use as directed by the contracting officer or authorized contracting officer representative. Areas on roofs where items have been removed and are not replaced, and all holes or cracks in existing sheathing larger than 1/4 inch (6 mm) shall have opening sheathed with 26 gauge G.I. flashing, in accordance with Section 07620, before new roof installation is started. All roof jacks and metal drip caps shall be replaced with new.

E. The Contractor may be required to remove existing lightning protection system components where applicable. All lightning protection equipment affected by the roof repair shall be completely removed. The contractor may be required to work around air terminals on buildings with concealed lightning protection systems and restore air terminals and conductors disturbed during roof installation. Disturbed systems and components shall be restored in accordance with NFPA 780; Standard for Installation of Lightning Protection Systems, and AFI 32-1065; Grounding Systems. In no instance will it be permissible to overlay existing lightning protection conductors with roofing material. Undamaged lightning protection components may be retained for re-use, providing they meet current lightning protection system requirements. Actual work to be accomplished will be determined at the time of the delivery order.

F. The Contractor shall electrically test the completed lightning protection system in accordance with the requirements of AFI 32-1065; Grounding Systems. Electrical testing will include ground resistance and continuity.

G. The Contractor may be required to remove certain other roof appurtenances by direction of the contracting officer.

H. The Contractor shall insure all work in F.E. Warren's Historic District shall have no adverse effect on buildings. If new roofing system will have adverse effect on the building, the Contractor shall stop all work in the affected area and notify Contracting Officer immediately.

I. The Contractor may be required to coordinate efforts with others to accomplish work on roofs that consist of more than one type of roofing system.

1.4 WORK BY GOVERNMENT

A. The Government will identify work to be accomplished by Delivery Order method.

B. The Government shall also accomplish or provide the following:

(1.) Notice to Proceed.
(2.) Pre-construction meeting.

(3.) An on base staging area will be made available. Direction and instruction will be through the Contracting Officer.
(4.) Access escort (for work in the Weapons Storage Area) and a construction inspector.
(5.) Contract Specifications and Drawings.
(6.) Signed and dated returned submittals.
(7.) Site and area access security.
(8.) Develop and process Entry Authorization List (EAL) for Contractor site access into the Weapons Storage Area. Develop and process Photograph Authorization List (PAL) for Contractor site photograph access in the Weapons Storage Area.

C. Preparation work on each roof shall be inspected and approved by the Contracting Officer or authorized Contracting Officer representative before any roofing materials are applied.

1.5 OCCUPANCY

A. The contractor shall be responsible for coordinating all phases of his/her operations with the appropriate base personnel through the contracting officer. Advance notice of not less than five (5) working days will be given to the contracting officer or authorized contracting officer representative prior to any operations. The contractor shall cooperate fully with base personnel in these operations.

B. The Government intends to occupy all buildings identified in all delivery orders.

C. Cooperate with the Government to minimize conflict, and to facilitate Government operations. Schedule the Work to accommodate Government occupancy.

1.6 EXISTING CONDITIONS AND HAZARDS:

A. Field verify all existing conditions, existing construction, dimensions, quantities, other pertinent requirements and suitability for the intended use prior to starting work activities, ordering materials or fabricating components. Determine special requirements or precautions required for items to be renovated or removed.

B. Prepare written inventory of facility prior to starting work including condition, defects, and equipment present (for purposes of establishing liability for any damages or losses later).

C. Do not obstruct or close roadways, sidewalks or exitways without authorization.

1.7 WORKING HOURS:

A. Normal working hours for the Contractor will be 7:30 a.m. to 4:30 p.m. excluding Saturdays, Sundays, and Federal holidays. Notify the Contracting Officer three days in advance if work is desired during other time periods. If Inspectors will be available, a modified work period may be authorized. If Inspectors are required to work other than their normal duty/days solely for the benefit of the Contractor, the actual cost of inspections at overtime rates will the charged to the Contractor and an adjustment made to the contract price.

1.8 PERFORMANCE PERIOD

A. The performance period as specified in each individual delivery order.

1.9 DRAWINGS:

A. The Drawings are based on record drawings, surveys, on-site observations and field measurements made by the Government and others.

B. Check and compare all Drawings immediately upon their receipt and notify the Contracting Officer of any discrepancies.

D. Verify all dimensions and quantities shown and adequacy of available spaces prior to construction or ordering materials.

E. Follow dimensions marked on Drawings in lieu of scaled measurements

1.10 DEFINITIONS

A. Use of certain phrases or words on the Drawings or Specifications have the following definitions:
1. The term "replace" means remove and dispose of existing material or item and furnish and install a similar new material or item that matches both the original material and remaining adjacent materials or items.
2. The term "reinstall" means remove existing material or item and reinstall same material or item properly aligned, plumb and secure to match existing adjacent materials or items.
3. The terms "provide" or "furnish" mean furnish and install unless otherwise indicated.
4. The term "Contracting Officer" shall mean the Contracting Officer

1.11 SUBMITTALS:

A. Provide submittals called for by the Technical Specifications to the Contracting Office, 90 CONS/LGCR, 7505 Marne Loop, Bldg. 208, F. E. Warren AFB, Wyoming. 82005-2860. Transmit each Technical Submittal to the Contracting Office using AF Form 3000. Submittals received from sources other than the Contractor will be returned without action.
1. PRODUCT DATA, AND OTHER SUBMITTALS: Four (4) copies, minimum. The Government will retain two (2) copies and return the remainder to the Contractor, marked with action taken and corrections or modifications required.
2. SAMPLES: One (1) set, minimum. The Government will retain this set.

B. Review of Technical Submittals by the Government will not be construed as a complete check, but indicates only that the submittals are in general conformance with the design concept and with the information given in the Contract Documents. This approval shall not relieve the Contractor from responsibility for errors and omissions. The Contractor is responsible for field measurements, dimensions, design of adequate connections, details, fabrication processes, and the means, methods, techniques, and procedures for satisfactory installation.

C. Confirm that the Product Data is in compliance with requirements of the Contract Documents before submitting.

D. No submittals for colors or finishes will be approved until all samples have been received. All samples will become the property of the Government.

E. Allow sufficient time for submittal review (four weeks for colors and finishes and two weeks minimum, for other submittals). Advise Contracting Officer when processing time

is critical to the progress of the work. The Government reserves the right to withhold action on a submittal requiring coordination with other submittals until related submittals are received.

F. Do NOT proceed with purchase, fabrication or installation until an approved submittal has been received.

G. After submittals have been approved, no resubmittals for the substitution of products will be considered without an acceptable explanation from the Contractor.

H. Submit PROGRESS SCHEDULE on AF Form 3064 provided by the Government.

1.12 NEW AND RECYCLED MATERIALS:

A. All materials shall be new or newly manufactured using recycled materials unless otherwise indicated. All materials (both new and recycled) shall be the most suitable and highest grade and type for the intended use unless otherwise indicated. They shall be produced by a manufacturer regularly engaged in manufacturing or fabricating similar products with a history of successful production acceptable to the Contracting Officer.

B. The specific product(s) called out by Manufacturer and Model is the basis for the design but is not intended to limit competition. Products by other manufacturers may be used subject to the following:
1. The product meets or exceeds the quality level of the specified product.
2. The warranty is the same as for the specified products.
3. The Government determines that the product(s) is equivalent to the specified product, is otherwise suitable for the intended use and approves its use in writing.
4. The Contractor coordinates the installation and makes any necessary changes at no additional cost to the Government.
5. The Contractor waives claims for any time extension associated with the use of the product.

C. Recycled products:
1. Comply with guidelines and requirements of The Air Force Affirmative Procurement Program for the purchase and use of recycled construction materials. The construction materials included under this requirement are all types of insulation and insulation board, and structural fiberboard. The use of other products manufactured from recycled materials is encouraged. The use of recycled products is mandatory unless they are not available within a reasonable time frame, or if the cost exceeds the cost of a non-recycled item or if they do not meet the technical requirements of the project, or if they are not available from at least two (2) sources so as to maintain a satisfactory level of competition.

2. Compile a "Recycled Products Report" for the Resource Recovery and Recycling Manager at 90 CES/CEV listing the total quantity recycled products used. Submit the report through the Contracting Officer at the end of the contract period or at the end of the calendar year, whichever comes first.

D. UNACCEPTABLE MATERIALS: Any finish material that has been discontinued or will be discontinued within two (2) years is unacceptable.

E. If any proposed usage or installation method does not comply with the recommendations or specifications of the Manufacturer, notify the Contracting Officer.

F. Protect materials during delivery, storage, handling and installation per manufacturer's printed instructions. Place on blocking and cover when necessary to protect from water,

dust, direct exposure to sunlight and other elements. Deliver in original containers or packaging with labels intact. Storage locations shall not interfere with work of other trades.

1.13 HAZARDOUS AND PROHIBITED CONSTRUCTION MATERIALS:

A. Hazardous Materials

1. Submit a Material Safety Data Sheet (MSDS) for each chemical and/or compound proposed for this project to the Base Bioenvironmental Office (90 AMS/SGPB) for review and approval prior to delivery to the base. A hazardous material is defined in federal Standard DED-STD-313C (Table I and II). The definition of materials presenting a health hazard or physical hazard is found in OSHA twenty-nine CFR. Contractor is required to keep a copy of all MSDS on site during execution of the delivery order.

2. Compile a "Hazardous Materials Report" for the Resource Recovery and Recycling Manager at 90 CES/CEV listing the description of the hazardous material, brand name, part number, SSL No., unit of issue, quantity issued/used and person(s) issued to. Submit the report by the 5th of the following month through the Contracting Officer.

Prohibited materials include those that contain Class 1 ozone-depleting chemicals (including CFC's, halons, carbon tetrachloride, methyl chloroform, and methyl bromide), lead, asbestos, PCB's or other hazardous substances.

1.14 INDUSTRY STANDARDS:

A. General Applicability of Standards: Applicable standards of the construction industry have the same force and effect (and are made a part of the contract documents when referenced) as if copied directly into contract documents, or as if published copies were bound herewith.

B. Standards apply only to the technical aspects of manufacture, design and construction. No provision of any referenced standard, manual, or code shall change or increase the duties and responsibilities of the Government or the Contractor.

C. Reference standards (referenced directly in contract documents or by governing regulations) have precedence over nonreferenced standards that are recognized in industry for applicability to work.

D. Nonreferenced standards recognized in the construction industry are hereby defined, except as otherwise limited in contract documents, to have direct applicability to the work and will be so enforced for performance of the work.

E. Publication Dates: Comply with standard in effect as of date of contract documents.

F. Copies of Standards: Provide where needed for proper performance of the work; obtain directly from publication sources.

G. On items effected by the July 25,1991 Executive Order 12770 covering the use of metric (SI) system the contractor will acknowledge the format but the American standard format will govern during construction until the point that the suppliers are utilizing the metric (SI) system.

1.15 BUILDING CODES, LAWS, AND REGULATIONS:

A. Comply with the latest editions of the UNIFORM BUILDING CODE.

B. Comply with all other FEDERAL, STATE, and LOCAL LAWS and REGULATIONS that apply to this project.

1.16 SAFETY STANDARDS:

A. Comply with requirement of the CHIEF OF SAFETY for the protection of Air Force Personnel and Property.

B. Comply with the rules, regulations, standards and requirements of the DEPT. OF DEFENSE (DOD), WYOMING DEPT. OF ENVIRONMENTAL QUALITY (DEQ), EPA AND OSHA regarding disturbing, removing and disposing of HAZARDOUS MATERIALS (( ASBESTOS, LEAD-BASED PAINTS, PIGEON DROPPINGS and OTHER HAZARDOUS MATERIALS. ))

C. Comply with CORPS OF ENGINEERS SAFETY & HEALTH REQUIREMENTS MANUAL EM 385-I-I (Oct 1992), OSHA STANDARDS, and other applicable rules, regulations, standards and requirements regarding WORKER SAFETY.

D. Comply with WYOMING OCCUPATIONAL HEALTH AND SAFETY RULES AND REGULATIONS FOR CONSTRUCTION.

1.17 WORK SITE ACCESS:

A. Coordinate access to the Base and Project Facility for personnel and equipment with the Contracting Officer.

1.18 STORAGE, STAGING AND PARKING:

A. Space is available at the project site, for the Contractor's parking.

B. No sodded or landscaped areas or exitways shall be used for storage, staging, or parking, except as coordinated with the Government Inspector.

C. Storage and staging area will be coordinated with Government Inspector

1.19 TEMPORARY UTILITIES:

A. Utilities will be provided at job site for work required. Any special requirements will be provided by Contractor.

1.20 TEMPORARY SANITARY FACILITIES:

A. Provide all required portable self-contained sanitary toilets at a location determined by the Contracting Officer.

1.21 FIELD OFFICE AND TELEPHONE:

A. No Field Office is required.

B. Provide temporary job phone (cellular unit) and secondary means of communication.

Solicitation Number F48608-01-R-0001
Contract Number F48608-01-D-0008

1.22 PROJECT SUPERVISION:

A. Provide a competent superintendent on site at all times for the project. Superintrentdent shall coordinate and be responsible for the proper and timely layout, scheduling, installation, and completion of the work.

B. Lay out and install work in a timely manner and in a sequence to avoid delay or interference with other work. Anticipate and resolve conflicts before work begins. Submit questions to the Contracting Officer or authorized contracting officer representative for resolution before proceeding with the work in question.

C. All questions will be submitted through prime to contracting.

1.23 COORDINATION AND PROJECT MEETINGS:

A. All coordination and meetings will be set up by and through the contracting officer. Any changes to the contract must be through the contacting officer. No other government agent has the authority to produce changes/modifications to the contract.

B. Conduct coordination/ progress meetings at the project site at regular intervals intervals but not less than once per month. Attendees shall include the Government's Representatives, Subcontractors and others concerned with project progress, coordination or performance, as applicable. These representatives shall be familiar with the Project and authorized to conclude matters relating to coordination & progress.

C. Conduct a pre-construction meeting at contracting before any construction activity is undertaken. The Installer and representatives of Manufacturers, Fabricators, other Subcontractors involved in or affected by the installation and Government Representatives shall attend the meeting.

D. At the pre-construction meeting, review the progress of other construction activities, preparations for the particular activity under consideration and other relevant considerations. Consider the following:

1 Options.
2. Purchases.
3. Deliverlies.
4. Shop Drawings, Product Data and quality control Samples.
5. Possible conflicts.
6. Compatibility problems.
7. Time schedules.
8. Weather limitations.
9. Manufacturer's recommendations.
10. Compatibility of materials.
11. Acceptability of substrates.
12. Temporary facilities.
13. Space and access limitations.
14. Governing regulations.
15. Safety.
16. Recording requirements.
17. Protection.
18. Initial installation.

1.24 CONSTRUCTION METHODS AND MEANS:

A. The Contractor is solely responsible for construction means, methods, techniques, procedures, fabrication processes, sequences, scheduling, coordination, safety

precautions, safety programs and other necessary precautions during construction. The Government will NOT assume responsibility for any of these.

1.25 QUALITY CONTROL AND INSPECTION:

A. The Contractor shall ensure that all work has been inspected by a Government Inspector prior to concealment. Inspector will be on site daily.

1.26 PRE-FINAL AND FINAL INSPECTIONS

A. The Contractor shall provide the contracting officer or authorized contracting officer representative with an advance notice of not less than five (5) working days when scheduling each and very pre-final inspection. Pre-final inspections shall be scheduled such that the contracting officer, or authorized contracting officer representative, is present at the work site during the installation of the ridge cap, when applicable. At the pre-final inspection, the Work will be inspected by Government representatives, and the Contractor will be given notice of what items, if any, need to be corrected prior to the final inspection. The Contractor will then provide the contracting officer or authorized contracting officer representative with a written advance notice of not less than three (3) working days when scheduling the final inspection. Acceptance of the Work will occur at the final. The contractor shall provide equipment to support Government inspections.

1.27 BARRICADES, FENCING, WARNING SIGNS AND RELATED DEVICES:

A. Erect barricades, safety barriers, barrels, fencing, signs, warning lights, flagging, flagpersons and devices as appropriate to control traffic and to warn and protect the workmen, users, occupants and the public. All signs shall be professional quality. Comply with latest edition of MANUAL ON UNIFORM TRAFFIC CONTROL DEVICES.

1.28 CUTTING, PATCHING, AND REPAIRING:

A. Patch, repair, replace or restore all finished or unfinished surfaces cut, disturbed or damaged by demolition and construction. Fill, seal or close all holes, voids and openings remaining after demolition activities. Finish to match adjacent surfaces in color, texture and appearance. When adjacent surfaces and finishes cannot be matched, refinish entire surface to nearest intersection.

1.29 PROTECTION AND RESTORATION OF PROPERTY:

A. Protect the existing facility, all materials and equipment to be incorporated therein, completed work, site improvements, trees, landscaping, utilities, public ways and other facilities.

B. Promptly remedy all damage or loss resulting from activities or operations under this contract. Restore equivalent to original conditions.

C. Restore disturbed areas to a condition equivalent to or better than that which existed previously.

1.31 SPECIAL ALTERATION AND RENOVATION REQUIREMENTS:

A. Make smooth, even and neat transitions between new and existing work.

B. Reinstall materials, equipment or items that are disturbed or removed temporarily. Comply with workmanship and other applicable provisions of technical specification sections for comparable new work. Use new screws and other fastening devices.

1.32 ROAD CLOSINGS:

A. Roads may be closed one lane at a time with vehicular traffic allowed to pass through the construction area. If an entire street is to be closed notify the Government in writing at least two (2) weeks prior to the closing. Comply with separate Article "Barricades, Fencing, Warning Signs and Related Devices.

1.33 WELDING, CUTTING AND BRAZING PERMITS: **(NOT APPLICABLE TO THIS PROJECT)**

1.34 SPILL PREVENTION AND RESPONSE:

A. Develop a plan for spill prevention and for spill detection, reporting, containment, cleanup and disposal. A manifest indicating proper disposal is required. All workers shall be familiar with this plan.

B. Submit copy of this plan to the Contracting Officer for approval.

C. Contractor is to contain, immediately clean up, and properly dispose of all spills.

1.35 DISPOSAL AND CLEANUP:

A. Remove all debris, waste and surplus materials from the immediate work areas each day and from the premises at suitable intervals. Disposal shall be at an off-base location at an established landfill or other site approved for the type of material being removed. Burning or burial at the project site are not acceptable disposal methods.

B. When the materials are hazardous, dangerous or unsanitary, handle separately from other waste and place in appropriate containers. Provide evidence that all required permits and arrangements for transportation and disposal have been obtained. Provide evidence that the disposal landfill is EPA-approved. Provide copy of letter from landfill operator agreeing to accept the waste and documentation regarding proper disposal including waste manifests and landfill receipts.

C. On completion of the project, leave interior and exterior surfaces including site and streets in a clean, sanitary, odor-free, acceptable condition, ready for operation and occupancy.

D. Remove temporary labels, foreign matter, dirt, dust, fingerprints, marks, stains, streaks, splatters, water spots, films, cleaning residue, paint drippings or overspray, cobwebs, mold and mildew from exposed surfaces and accessible spaces.

E. Use cleaning materials and procedures as recommended by the manufacturer of the surface being cleaned.

1.36 MAINTENANCE AND WARRANTY MANUALS:

A. Upon completion, submit to the Contracting Officer M & W manuals. Assemble data into 3-ring binders. All pages shall be neatly typed and arranged with labeled dividers. Organize the data into an orderly sequence based on the Table of Contents of the Specifications. Exterior edge of binder to be identified with project name and number at

least 1/4 inch high. Submit one copy for advance approval and make changes requested. Provide four (4) sets.

B. Include the following:
1. Title page including name of project, date, and preparer.
2. Table of contents.
3. Directory listing company name, contact person, address, and telephone number of General Contractor, all Subcontractors, & Suppliers
4. Manufacturer's product data sheets and detailed diagrams when required by the Technical Specifications.
5. Copies of all guarantees and warranties exceeding one year.

1.37 WRITTEN GUARANTEES

A. Within ten days after final acceptance of the Work, obtain and furnish written guarantees for all materials installed under this contract. Furnish with each guarantee the name, address and telephone number of the grantors representative nearest to the location where the material is installed, who, upon request, after completion of the contract, will honor the guarantee during the written guarantee period and will provide the service prescribed by the terms of the guarantee. The materials installed under this contract shall be guaranteed against defective materials, installation and workmanship for a period of not less than the manufacturer's written guarantee for each type of material.

B. Upon receipt of notice from the Government of failure of the guaranteed material, within the guarantee period of the material and labor, new replacement parts and any necessary installation labor shall be furnished and accomplished by the grantor at no expense to the Government. If the material fails within the guarantee period of the material but beyond the guarantee period of the labor, the grantor shall furnish new replacement materials to the Government at no expense to the Government. Copies of each guarantee shall be included with final as-built drawings for future reference of maintenance personnel, complete with the effective dates of such guaranteed.

C. Follow these warranty instructions in conjunction with FAR 52.246-21, Warranty of Construction.

1.38 DESCRIPTION OF BID ITEMS

A. Provide a proposal for each of the Bid Items described in the Bid Schedule. The description for each item is a "scope description", incomplete and abbreviated, and does not detail the full range of materials and processes needed to complete the required work.

1 All unit prices to include waste and material overlap (i.e. on sheet of roofing material, etc.).

2 Quantities for payment purposes will be based on net installed area unless noted otherwise.

3 Line items listed below are for the basic year. Option year items have the same description, but have numbers prescripted by '1' (ie base year items: 0001, 0002,..0102; option year items: 10001, 10002,..1010)..

B. Provide all labor, materials including taxes, equipment, plant, means, operations, accessories and incidentals indicated, specified, mentioned, scheduled, implied, or necessary for a complete and functional installation for that portion of the work.

C. All demolition items shall include all industry standard safety and work practices, proper tools, enclosed chutes, dust control, dumpsters, legal disposal of wastes, etc. All work shall comply with applicable industrial and OSHA safety standards. Demolition items to include associated clean up and surface preparation / cleaning to support succeeding material installation.

D. Refer to the Bid Schedule provided by the Government for actual breakdown of Bid Items.

1.39 SECURITY

The Contractor shall:

A. Protect all Government property.

B. Comply with Air Force base physical security regulations and procedures, as specified herein and briefed at the pre-construction conference.

C. The Government representative/escort will be responsible for on-site security for work within the Weapons Storage Area.

D. During all on-site work within the Weapons Storage Area, the Contractor personnel will be accompanied and continuously monitored by a USAF escort. Failure to remain within the area being monitored is a serious breach of security and safety regulations. The Contractor will take all necessary action to ensure compliance. Should contractor personnel and the escort official become separated for any reason, the unescorted Contractor personnel should report to any security force personnel and await further guidance.

E. The Contracting Officer reserves the right to deny entry onto the base or into the Weapons Storage Area to any Contractor personnel who refuse to conform to security and/or safety regulations. **Delays resulting from such entry denial shall not result in any cost to the Government or schedule delay.**

1.40 WSA SITE ACCESS

The Weapons Storage Area (WSA) is a secure area and will remain in 24-hour daily operation. Contractor personnel will require escorts at all times.

A. In order to gain entry into the WSA, the Contractor must give a minimum of ten (10) working days notice prior to commencing initial work. See also para. D, E, and F of this section for other requirements for entry. Only one USAF inspector/escort shall be available for work per 6 people. The Contractor shall also provide ways and means for the Contracting Officer to contact them after regular working hours for notification of emergency changes to the schedule. These means may be any or all of the following: telephone, pager, voice-mail, fax, e-mail, etc.

B. **The Contractor must prepare and submit to the Contracting Officer on a weekly basis their proposed and updated daily work schedule for work in the WSA. Each schedule shall cover two weeks from the day of submittal in order to coordinate work under this contract.** Each schedule shall be on a Government approved form and shall include but not be limited to buildings to be worked on, any facility access interruptions (doors, overhead doors, etc.), utility requirements, tests and inspections to be performed.

Solicitation Number F48608-01-R-0001
Contract Number F48608-01-D-0008

C. WSA site work hours shall be from 7:30 AM to 4:30 PM. Workdays are Monday through Friday except federal holidays.

D. **In order to gain access into the WSA, Contractor personnel must be listed on an <u>Entry Authorization List</u> (EAL), identified by escort personnel, and physically searched and escorted on-site by an authorized escort official.** Should Contractor personnel and their escort official become separated for any reason, the unescorted Contractor personnel should report to any security force personnel and await further guidance.

E. Ten (10) working days prior to the initial commencement of work within the WSA, the Prime Contractor must submit to the Contracting Officer a list showing the names of companies (i.e., Prime Contractor, Sub Contractor, etc.), and the full name, Social Security Account Number (SSAN), birth date, and Driver's License number for each employee being utilized for on-site work. See paragraph F of this section for ID requirements to get on site. See paragraph 1.16 for vehicle and equipment requirements. This list will be used to prepare the EAL referenced above. Owners, managers, supervisors, superintendents, foremen, etc., must be identified as such on the EAL list. Deletions to the EAL may be made without preparing a new list. For any additions or corrections to the EAL, however, the Contractor must submit a new list. All requested changes to an approved list must be submitted by the Contractor to the Contracting Officer a minimum of ten (10) working days before any affected Contractor personnel require access to the site.

F. Upon arrival at the WSA work site, Contractor personnel will park in the designated area, remain clear of all fences and gates, and await the arrival of the escort and security personnel. Upon arrival, the security personnel will identify all Contractor personnel. **To enter the WSA, all Contractor personnel shall present two (2) forms of identification which match the information on the EAL.** Both forms of identification are required to meet the following: 1.) Both forms are required to match the information on the EAL. 2.) At least one form must have the individual's picture and SSAN.

G. To assist with identification, the Contractor may provide each of his personnel with a company identification badge, with current photograph, company ID number, and the employee's SSAN. Photo IDs submitted for inclusion on the EAL must be the same IDs that are used for entry and/or exit to the site.

H. If Contractor personnel are not listed on the EAL, or those who are listed cannot provide proper identification, they will not be permitted in the WSA. **Delays caused by lack of proper EAL data or proper identification shall be at no cost to the Government.**

I. The site military security official will approve entry into the WSA, using standard Air Force procedures, and turn Contractor personnel over to escort. Processing into the WSA will require approximately thirty (30) minutes and **will not be considered delay time.** Personnel must be escorted at all times within the perimeter fence. The Contractor's vehicles and personnel will be checked and searched by WSA site military security personnel prior to site entry.

J. The site military security official will approve exit from the WSA. Processing out of the WSA will require approximately ten (10) minutes and **will not be considered delay time.** Personnel must be escorted at all times within the perimeter fence. The Contractor's vehicles and personnel will be checked and searched by WSA site military security personnel prior to site exit.

K. In order to take on-site photographs, Contractor personnel must be listed on a <u>Photograph Authorization List</u> (PAL), identified by WSA site military security personnel,

and physically escorted on-site by an authorized escort official. The WSA site military security officials and the authorized escort official shall have control of what photographs are allowed. The PAL is compiled and handled in the same manner as the EAL. Ten (10) working days are required to prepare the PAL. Photograph Authorization shall be processed after access to the site. Two (2) forms of identification are required showing the individual's full name and SSAN, one being a picture identification. If Contractor personnel are not listed on the PAL, or those who are listed cannot provide proper identification, they will not be permitted to take photographs. **Delays caused by lack of proper PAL data or proper identification shall be at no cost to the Government.**

1.41 WSA VEHICLES AND EQUIPMENT ACCESS

A. Ten (10) working days prior to the initial commencement of work within the Weapons Storage Area, the Contractor must submit to the Contracting Officer a list showing the License Plate numbers, Make, Model, and years of all Contractor vehicles which will need to enter the Weapons Storage Area at any time during the duration of this contract. This information can be submitted at the same time as the information for the Entry Authorization Lists, as described previously. Private owned vechicals will not be authorized in the WSA

B. Once equipment and supplies are brought inside the WSA perimeter fence, escort personnel are required to accompany and advise Contractor personnel in placement and removal of such items. The Government shall not be held responsible for loss or damage of any Contractor materials, machines, tools, or equipment.

D. Prior to the finish of work every day, all scaffolding and ladders must be pulled away from all buildings. No contractor vehicles may be left in the WSA overnight.

END OF SECTION