Modification
to
Basic
Contract

## SOLIC TION/CONTRACT FILE FOLDER DEX

CONTRACT NUMBER

MODIFICATION NUMBER

| INDEX TEMPLATE TITLE | # | DESCRIPTION | APPL AND IN FILE |
|---|---|---|---|
| )DIFICATIONS | M-1 | PR / PROCUREMENT DIRECTIVE | |
| | M-2 | OPTION MOD ADMIN | |
| | M-3 | NOTICE TO CONTRACTOR | |
| | M-4 | NOTICE TO UNION | |
| | M-5 | DETERMINATIONS AND FINDINGS | |
| | M-6 | REQUEST FOR PROPOSAL | |
| | M-7 | CONTRACTOR'S PROPOSAL | |
| | M-8 | GOVERNMENT'S TECHNICAL EVALUATION | |
| | M-9 | PRICING ANALYSIS | |
| | M-10 | AUDIT REPORT(S) | |
| | M-11 | CERTIFICATE OF CURRENT COST OR PRICING DATA | |
| | M-12 | PRE-NEGOTIATION OBJECTIVES | |
| | M-13 | PRICE NEGOTIATION MEMORANDUM (INCL. WEIGHTED GUIDELINES) | |
| | M-14 | STAFF JUDGE ADVOCATE COORDINATION (AF FORM 3059) | |
| | M-15 | DD 350 | |
| | M-16 | CORRESPONDENCE TRANSMITTING AND ACCEPTING MODIFICATIONS | |
| | M-17 | SF 30 (WITH ATTACHMENTS) | X |
| | M-18 | LOCAL REVIEWS | |
| | M-19 | CHRONOLOGY | |
| | M-20 | | |
| | M-21 | | |
| | M-22 | | |
| | M-23 | | |
| | M-24 | | |
| | M-25 | | |

DATE MOD DISTRIBUTED

ORIG TO FILE 5 Oct 01

CUSTOMER 5 Oct 01

NTRACTOR 5 Oct 01

AS 5 Oct 01

Kevin Searles — 5 Oct 01

CONTRACT ADMINISTRATOR — DATE

Carol McCoy — 5 Oct 01

CONTRACTING OFFICER — DATE

MEMORANDUM FOR RECORD

DATE: 09 July 2002

SUBJECT: Modification Clearance

1. During a recent in house inspection it was brought to my attention that clearance for this specified modification exceeded the Contracting Officers warrant.

2. However, the clearance from AFSPC gives the Contracting Officer authority to sign modifications to the contract for increase in quantities since these quantities do not change the scope of the contract.

3. These modifications were issued in order to issue a delivery Order.

Mary J. Abbott, DAF
Contract Administrator

FROM FAX NO. : 15033938235 Oct. 01 2001 03:34PM P2

OCT-01-01 MON 02:29 PM 90TH CONTRACTING SQDRN FAX NO. 4636 P. 02

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J | PAGE OF PAGES: 1 | 3

2. AMENDMENT/MODIFICATION NO.: P00001
3. EFFECTIVE DATE: 29-Sep-2001
4. REQUISITION/PURCHASE REQ. NO.: FQDEUD03480300
5. PROJECT NO. (If applicable):

6. ISSUED BY CODE F48608
90TH CONTRACTING SQUADRON
7505 MARNE LOOP
F.E. WARREN AFB, WY 82005-2860

7. ADMINISTERED BY (If other than item 6) CODE F48608
90TH CONTRACTING SQUADRON
7505 MARNE LOOP
F.E. WARREN AFB, WY 82005-2860

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
M G CONSTRUCTION INC
8850 MAINLINE DRIVE NE
SALEM, OR 97303-4172

CODE 0K1D9 | FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
X 10A. MOD. OF CONTRACT/ORDER NO. F48608-01-D-0008
10B. DATED (SEE ITEM 13)
X 29-Jun-2001

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN THE REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
FAR Clause 52.243-1

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Increase Quantities

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print): Miguel Garcia Pres
16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print): CARROLL M. VYE / CONTRACTING OFFICER

15B. CONTRACTOR/OFFEROR: Miguel Garcia Jr. (Signature of person authorized to sign)
15C. DATE SIGNED: 10-01-01
16B. UNITED STATES OF AMERICA BY Carroll M. Vye (Signature of Contracting Officer)
16C. DATE SIGNED: 29 Sep-2001

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>F48608-01-D-0008-P00001 | PAGE<br>2 OF 3 |
| --- | --- | --- |

NAME OF OFFEROR OR CONTRACTOR
M G CONSTRUCTION INC

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

SUMMARY OF CHANGES

Changes in Solicitation/Contract/Order Form

The total cost has increased from $1,021,721.53 by $600,000.00 to $1,621,721.53
The electronic funds transfer checkbox has changed from not checked to checked

Changes in Section B

CLIN 0001

The pricing detail quantity has increased from 1,021,721.53 by 600,000.00 to 1,621,721.53

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>F48608-01-D-0008-P00001 | PAGE<br>3 OF 3 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
M G CONSTRUCTION INC

Changes in Section 00800

Summary for the Payment Office

The total funded amount of the contract remains unchanged.

# SOLIC TION/CONTRACT FILE FOLDER DEX

CONTRACT NUMBER | MODIFICATION NUMBER

| INDEX TEMPLATE TITLE | | DESCRIPTION | APPL AND IN FILE |
|---|---|---|---|
| ODIFICATIONS | M-1 | PR / PROCUREMENT DIRECTIVE | |
| | M-2 | OPTION MOD ADMIN | |
| | M-3 | NOTICE TO CONTRACTOR | |
| | M-4 | NOTICE TO UNION | |
| | M-5 | DETERMINATIONS AND FINDINGS | |
| | M-6 | REQUEST FOR PROPOSAL | |
| | M-7 | CONTRACTOR'S PROPOSAL | |
| | M-8 | GOVERNMENT'S TECHNICAL EVALUATION | |
| | M-9 | PRICING ANALYSIS | |
| | M-10 | AUDIT REPORT(S) | |
| | M-11 | CERTIFICATE OF CURRENT COST OR PRICING DATA | |
| | M-12 | PRE-NEGOTIATION OBJECTIVES | |
| | M-13 | PRICE NEGOTIATION MEMORANDUM (INCL. WEIGHTED GUIDELINES) | |
| | M-14 | STAFF JUDGE ADVOCATE COORDINATION (AF FORM 3059) | |
| | M-15 | DD 350 | |
| | M-16 | CORRESPONDENCE TRANSMITTING AND ACCEPTING MODIFICATIONS | |
| | M-17 | SF 30 (WITH ATTACHMENTS) | X |
| | M-18 | LOCAL REVIEWS | |
| | M-19 | CHRONOLOGY | |
| | M-20 | | |
| | M-21 | | |
| | M-22 | | |
| | M-23 | | |
| | M-24 | | |
| | M-25 | | |

DATE MOD DISTRIBUTED

| | |
|---|---|
| ORIG TO FILE | 19 Nov 01 |
| CUSTOMER | 19 Nov 01 |
| CONTRACTOR | 19 Nov 01 |
| AS | 19 Nov 01 |

Kevin Searles 19 Nov 01
CONTRACT ADMINISTRATOR DATE

[signature] 19 Nov 01
CONTRACTING OFFICER DATE

AFSPC FORM 33, 20000501 *(EF-V1) (Form Flow 2.15)*

# AMENDMENT OF SOLICITATIO. .MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J
PAGE OF PAGES: 1 | 3

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO.(If applicable) |
|---|---|---|---|
| P^^^02 | 19-Nov-2001 | FQDEUD03480300 | |

ED BY CODE F48608
..H CONTRACTING SQUADRON
7505 MARNE LOOP

F.E. WARREN AFB, WY 82005-2860

7. ADMINISTERED BY (If other than item 6) CODE F48608
90TH CONTRACTING SQUADRON
7505 MARNE LOOP

F.E. WARREN AFB, WY 82005-2860

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)

M G CONSTRUCTION INC
3850 MAINLINE DRIVE NE

SALEM, OR 97303-4172

CODE 0K1D9 FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MOD. OF CONTRACT/ORDER NO.
F48608-01-D-0008

X 10B. DATED (SEE ITEM 13)
29-Jun-2001

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the document; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN THE REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

: ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying .ice, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Increase Quantities

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) CARROLL M. VYE / CONTRACTING OFFICER | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR ________ (..nature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer) | 16C. DATE SIGNED 19-Nov-2001 |

E... ION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED F48608-01-D-0008-P00002 | PAGE 2 OF 56 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
M G CONSTRUCTION INC

SECTION B Supplies or Services and Prices

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0001 | | 1,871,721.53 | Each | $1.00 | $1,871,721.53 |
| | BASIC YEAR<br>FFP<br>NSN Z119-04-REQ-ROOF<br>PURCHASE REQUEST NUMBER FQDEUD03480300<br>SIGNAL CODE A | | | | |
| | | | | MAX NET AMT | $1,871,721.53 |
| | | | | GUARANTEED MIN AMOUNT | |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0002 | | 1,067,668.31 | Each | $1.00 | $1,067,668.31 |
| | OPTION YEAR ONE<br>FFP<br>NSN Z119-04-REQ-ROOF<br>PURCHASE REQUEST NUMBER FQDEUD03480300<br>SIGNAL CODE A | | | | |
| | | | | MAX NET AMT | $1,067,668.31 |
| | | | | GUARANTEED MIN AMOUNT | |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>F48608-01-D-0008-P00002 | PAGE<br>3 OF 56 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
M G CONSTRUCTION INC

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0003 | | 1,102,545.09 | Each | $1.00 | $1,102,545.09 |
| | OPTION YEAR TWO<br>FFP<br>NSN Z119-04-REQ-ROOF<br>PURCHASE REQUEST NUMBER FQDEUD03480300<br>SIGNAL CODE A | | | | |

| | |
|---|---|
| MAX NET AMT | $1,102,545.09 |
| GUARANTEED MIN AMOUNT | |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED F48608-01-D-0008-P00002 | PAGE 4 OF 56 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
M G CONSTRUCTION INC

SECTION C Descriptions and Specifications

PART I - THE SCHEDULE

SECTION C

DESCRIPTION/SPECIFICATIONS/WORK STATEMENT
FEDERAL ACQUISITION REGULATION

C-1 SPECIFICATIONS, STANDARDS AND DRAWINGS

The following documents, which constitute the work description and specifications to define the task requirements for performance under this contract, are hereby incorporated into this contract either by reference or full text:

Specifications for project GHLN 01-1004, Roof Requirements Contract, dated November 2000, referenced in Section J.

PART I - THE SCHEDULE

SECTION E

INSPECTION AND ACCEPTANCE

| | Clause | Clause Title | Date |
|---|---|---|---|
| E-18 | 52.246-12 | INSPECTION OF CONSTRUCTION (IAW FAR 46.312) | AUG 1996 |
| E-19 | 52.246-13 | INSPECTION-DISMANTLING, DEMOLITION, OR REMOVAL OF IMPROVEMENTS (IAW FAR 46.313) | AUG 1996 |
| | 252.201-7000 | CONTRACTING OFFICER'S REPRESENTATIVE (IAW DFARS 201.602-70) | DEC 1991 |

NAME OF OFFEROR OR CONTRACTOR
M G CONSTRUCTION INC

PART I - THE SCHEDULE

SECTION F

DELIVERIES OR PERFORMANCE

F-5 **EXCLUSION OF PERIODS IN COMPUTING COMPLETION SCHEDULES**
(X) APPLICABLE WHEN CHECKED

No work will be required during the period between **1 Oct through 30 Apr** inclusive and such period has been considered in computing the time allowed for completion. The Contractor may, however, perform work during all or any part of this period of winter upon giving prior written notice to the Contracting Officer. The contractor must have Contracting Officer approval in writing to work during winter exclusion.

| | | |
|---|---|---|
| 52.211-10 | **COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK** (IAW FAR 11.404(b)) | APR 1984 |

For the purposes of this provision the blank (s) are completed as follows:

within **10**
not later than **As specified on each delivery order.**

| | | | |
|---|---|---|---|
| F-20 | 52.211-12 | **LIQUIDATED DAMAGES—CONSTRUCTION** (IAW FAR 11.503(b)) | Sep 2000 |

For the purposes of this clause the blank(s) are completed as follows:

(a) The sum of **$176.45** for each day of delay.

| | | |
|---|---|---|
| 52.211-13 | **TIME EXTENSIONS** (IAW FAR 11.503(c)) | SEP 2000 |
| 52.211-18 | **VARIATION IN ESTIMATED QUANTITY** (IAW FAR 11.703(c)) | APR 1984 |
| 52.242-14 | **SUSPENSION OF WORK** (IAW FAR 42.1305(a)) | APR 1984 |

**PERFORMANCE SCHEDULE**

| | CLIN/SUBCLIN | PERFORMANCE PERIOD |
|---|---|---|
| Basic: | 0001-0042AF | 365 days from award of contract |
| OPTION I: | 1001-1042AF | 365 days from the effective date of the option exercised |
| OPTION II: | 2001-2042AF | 365 days from the effective date of the option exercised |

PART I - THE SCHEDULE

SECTION G

DELIVERIES OR PERFORMANCE

G-1 ACCOUNTING AND APPROPRIATION DATA (JUN 1991)

The accounting and appropriation data shall be cited on each individually issued delivery order.

G-2 ADMINISTRATIVE MATTERS

a. The address and telephone number of the Contracting Officer (CO) and the Contract Specialist (CS) are:

| | |
|---|---|
| Contracting Officer: | Carroll M. Vye, 7505 Marne Loop<br>F E Warren AFB, WY 82005-2860; (307) 773-3689 |
| Contract Specialist: | SSgt Brian A. Thornton, 7505 Marne Loop<br>F E Warren AFB, WY 82005-2860; (307) 773-6073 |

G-3 SUBMISSION OF INVOICES

a. The contractor shall submit one (1) original copy of invoice in accordance with I-387 which shall cite the DATE, CONTRACT NUMBER, INVOICE NUMBER, AND COMPANY'S NAME. Invoices shall be submitted to the Contracting Office for certification before the Government payment office designated in paragraph G-2b, above can make payment.

G-9 5352.232-9000 REMITTANCE ADDRESS (IAW AFFARS 5332.908) MAY 1996

If the remittance address is different from the mailing address, enter the remittance address below. Failure to provide this information may impact payment.

________________________
________________________
________________________

NAME OF OFFEROR OR CONTRACTOR
M G CONSTRUCTION INC

PART II - CONTRACT CLAUSES

SECTION I

CONTRACT CLAUSES

| NO | FAR PARA | CLAUSE TITLE | DATE |
|---|---|---|---|
| FAR | 52.252-2 | CLAUSES INCORPORATED BY REFERENCE (IAW FAR 52.107(b)) | FEB 1998 |

This contract incorporates one or more clauses by reference, with the same force and effects as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at the following addresses:

http://farsite.hill.af.mil
OR FOR FAR ONLY PROVISIONS/CLAUSES
http://www.arnet.gov/far/
OR FOR DFARS ONLY PROVISIONS/CLAUSES
http://www.acq.osd.mil/dp/dars/dfars/dfars.html

| NO | FAR PARA | CLAUSE TITLE | DATE |
|---|---|---|---|
| | 52.202-1 | DEFINITIONS (IAW FAR 2.201) | OCT 1995 |
| I-12 | 52.202-1 | ALTERNATE I (IAW FAR 2.201) | APR 1984 |
| I-19 | 52.203-3 | GRATUITIES (IAW FAR 3.202) | APR 1984 |
| I-20 | 52.203-5 | COVENANT AGAINST CONTINGENT FEES (IAW FAR 3.404) | APR 1984 |
| I-21 | 52.203-6 | RESTRICTIONS ON SUBCONTRACTOR SALES TO THE GOVERNMENT (IAW FAR 3.503-2) | JUL 1995 |
| I-22 | 52.203-7 | ANTI-KICKBACK PROCEDURES (IAW FAR 3.502-3) | JUL 1995 |
| I-23 | 52.203-8 | CANCELLATION, RESCISSION, AND RECOVERY OF FUNDS FOR ILLEGAL OR IMPROPER ACTIVITY (IAW FAR 3.104-9(a)) | JAN 1997 |
| I-25 | 52.203-10 | PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY (IAW FAR 3.104-9(b)) | JAN 1997 |
| I-25C | 52.203-12 | LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (IAW FAR 3.808(b)) | JUN 1997 |
| I-39 | 52.204-4 | PRINTING/COPYING DOUBLE-SIDED ON RECYCLED PAPER (IAW FAR 4.304) | AUG 2000 |
| I-78 | 52.209-6 | PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTORS DEBARRED, | |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED F48608-01-D-0008-P00002 | PAGE 8 OF 56 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
M G CONSTRUCTION INC

| | | | |
|---|---|---|---|
| | | SUSPENDED, OR PROPOSED FOR DEBARMENT (IAW FAR 9.409(b)) | JUL 1995 |
| I-102 | 52.211-15 | DEFENSE PRIORITY AND ALLOCATION REQUIREMENTS (IAW FAR 11.604(b)) | SEP 1990 |
| I-128 | 52.215-2 | AUDIT AND RECORDS--NEGOTIATION (IAW FAR 15.209(b)(1)) | JUN 1999 |
| I-129G | 52.215-8 | ORDER OF PRECEDENCE--UNIFORM CONTRACT FORMAT (IAW FAR 15.209(h)) | OCT 1997 |
| | 52.215-11 | PRICE REDUCTION FOR DEFECTIVE COST AND PRICING DATA MODIFICATIONS (IAW FAR 15.408(c)) | OCT 1997 |
| | 52.215-13 | SUBCONTRACTOR COST OR PRICING DATA MODIFICATIONS (IAW FAR 15.408(e)) | OCT 1997 |
| I-139C | 52.215-15 | PENSION ADJUSTMENTS AND ASSET REVERSIONS (IAW FAR 15.408(g)) | DEC 1998 |
| I-146C | 52.215-18 | REVERSION OR ADJUSTMENT OF PLANS FOR POSTRETIREMENT BENEFITS OTHER THAN PENSIONS (PRB) (IAW FAR 15.408(j)) | OCT 1997 |
| - 'J | 52.215-19 | NOTIFICATION OF OWNERSHIP CHANGES (IAW FAR 15.408(k)) | OCT 1997 |
| I-147K | 52.215-21 | REQUIREMENTS FOR COST OR PRICING DATA OR INFORMATION OTHER THAN COST OR PRICING DATA - MODIFICATIONS (IAW FAR 15.408(m)) | OCT 1997 |
| I-170 | 52.216-18 | ORDERING (IAW FAR 16.506(a)) | OCT 1995 |

For the purposes of this clause the blank(s) are completed as follows:
(a) issued from 8 May 2001 or award date of contract through 7 May 2002.

| | | | |
|---|---|---|---|
| I-171 | 52.216-19 | ORDER LIMITATIONS (IAW FAR 16.506(b)) | OCT 1995 |

For the purposes of this clause the blank(s) are completed as follows:
(a) amount of less than $2,000.00;
(b)(1) in excess of $250,000.00;
(b)(2) in excess of $400,000.00;
(b)(3) within 10 days;
(d) within 10 days;

| | | | |
|---|---|---|---|
| I-173 | 52.216-21 | REQUIREMENTS (IAW FAR 16.506(d)(1)) | OCT 1995 |

For the purposes of this clause the blank(s) are completed as follows:
(f) Contractor shall not be required to make any deliveries under this contract after 3 years after award date of contract.

| | | | |
|---|---|---|---|
| I-195 | 52.217-9 | OPTION TO EXTEND THE TERM OF THE CONTRACT (IAW FAR 17.208(g)) | MAR 2000 |

r the purposes of this clause the blank(s) are completed as follows:

(a) within 15 calendar days
(c) shall not exceed **three** (3) years after award of contract

| | | | |
|---|---|---|---|
| I-214 | 52.219-8 | UTILIZATION OF SMALL BUSINESS CONCERNS (IAW FAR 19.708(a)) | OCT 2000 |
| | 52.219-14 | LIMITATIONS ON SUBCONTRACTING (IAW FAR 19.508(e)) | DEC 1996 |
| | 52.219-18 | NOTIFICATION OF COMPETITION LIMITED TO 8(a) CONCERNS (IAW FAR 19.811-3(d) | JUN 1999 |

(d)(2) The [________________] will notify the **90th CONS/LGCA** Contracting Officer in writing immediately upon entering an agreement (either oral or written) to transfer all or part of its stock or other ownership interest to any other party.

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED F48608-01-D-0008-P00002 | PAGE 10 OF 56 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
M G CONSTRUCTION INC

| | | | |
|---|---|---|---|
| I-245 | 52.222-1 | NOTICE TO THE GOVERNMENT OF LABOR DISPUTES (IAW FAR 22.103-5(a)) | FEB 1997 |
| I-247 | 52.222-3 | CONVICT LABOR (IAW FAR 22.202) | AUG 1996 |
| I-248 | 52.222-4 | CONTRACT WORK HOURS AND SAFETY STANDARDS ACT-- OVERTIME COMPENSATION (IAW FAR 22.305) | SEP 2000 |
| I-250 | 52.222-6 | DAVIS-BACON ACT (IAW FAR 22.407(a)) | FEB 1995 |
| I-251 | 52.222-7 | WITHHOLDING OF FUNDS (IAW FAR 22.407(a)) | FEB 1988 |
| I-252 | 52.222-8 | PAYROLLS AND BASIC RECORDS (IAW FAR 22.407(a)) | FEB 1988 |
| I-253 | 52.222-9 | APPRENTICES AND TRAINEES (IAW FAR 22.407(a)) | FEB 1988 |
| I-254 | 52.222-10 | COMPLIANCE WITH COPELAND ACT REQUIREMENTS (IAW FAR 22.407(a)) | FEB 1988 |
| I-255 | 52.222-11 | SUBCONTRACTS (LABOR STANDARDS) (IAW FAR 22.407(a)) | FEB 1988 |
| I | 52.222-12 | CONTRACT TERMINATION--DEBARMENT (IAW FAR 22.407(a)) | FEB 1988 |
| I-257 | 52.222-13 | COMPLIANCE WITH DAVIS-BACON AND RELATED ACT REGULATIONS (IAW FAR 22.407(a)) | FEB 1988 |
| I-258 | 52.222-14 | DISPUTES CONCERNING LABOR STANDARDS (IAW FAR 22.407(a)) | FEB 1988 |
| I-259 | 52.222-15 | CERTIFICATION OF ELIGIBILITY (IAW FAR 22.407(a))) | FEB 1988 |
| I-263 | 52.222-21 | PROHIBITION OF SEGREGATED FACILITIES (IAW 22.810(a)(1)) | FEB 1999 |
| I-264 | 52.222-26 | EQUAL OPPORTUNITY (IAW FAR 22.810(e)) | FEB 1999 |
| I-266 | 52.222-27 | AFFIRMATIVE ACTION COMPLIANCE REQUIREMENTS FOR CONSTRUCTION (IAW FAR 22.810(f)) | FEB 1999 |
| I-274 | 52.222-35 | AFFIRMATIVE ACTION FOR DISABLED VETERANS AND VETERANS OF THE VIETNAM ERA (IAW FAR 22.1308(a)(1), and DFARS 222.1308(a)(1)) | APR 1998 |
| I-276 | 52.222-36 | AFFIRMATIVE ACTION FOR WORKERS WITH DISABILITIES (IAW FAR 22.1408) | JUN 1998 |
| I-278 | 52.222-37 | EMPLOYMENT REPORTS ON DISABLED VETERANS AND VETERANS OF THE VIETNAM ERA (IAW FAR 22.1308(b)) | JAN 1999 |
| I-293 | 52.223-3 | HAZARDOUS MATERIAL IDENTIFICATION AND MATERIAL SAFETY (IAW FAR 23.303) | JAN 1997 |

NAME OF OFFEROR OR CONTRACTOR
M G CONSTRUCTION INC

For the purposes of this clause there are blanks to be filled out

(b) MATERIAL (If none, insert "None") IDENTIFICATION NO.

| MATERIAL (If none, insert "None") | IDENTIFICATION NO. |
|---|---|
| | |
| | |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED F48608-01-D-0008-P00002 | PAGE 12 OF 56 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
M G CONSTRUCTION INC

| | | | |
|---|---|---|---|
| I-294 | 52.223-5 | POLLUTION PREVENTION AND RIGHT-TO-KNOW INFORMATION (IAW FAR 23.1005) | APR 1998 |
| I-295 | 52.223-6 | DRUG-FREE WORKPLACE (IAW FAR 23.505(a)/(b)) | JAN 1997 |
| I-297E | 52.223-14 | TOXIC CHEMICAL RELEASE REPORTING (IAW FAR 23.907(b)) | OCT 2000 |
| I-308 | 52.225-9 | BUY AMERICAN ACT-BALANCE OF PAYMENTS PROGRAM CONSTRUCTION MATERIALS (IAW FAR 25.1102(a)) | FEB 2000 |

For the purposes of this clause the blank(s) are completed as follows:
(b) Domestic preference.
(1) This clause implements the Buy American Act (41 U.S.C. 10a-10d) and the Balance of Payments Program by providing a preference for domestic construction material. The Contractor shall use only domestic construction material in performing this contract, except as provided in paragraphs (b)(2) and (b)(3) of this clause.
(2) This requirement does not apply to the construction material or components listed by the Government as follows: NONE
(d) Data. To permit evaluation of requests under paragraph (c) of this clause based on unreasonable cost, the Contractor shall include the following information an any
:cable supporting data based on the survey of suppliers:
.gn and Domestic Construction Materials Price Comparison

| Construction material description | Unit of measure | Quantity | Price (dollars) \1\ |
|---|---|---|---|
| Item 1 | | | |
| Foreign construction material | | | |
| Domestic construction material | | | |
| Item 2 | | | |
| Foreign construction material | | | |
| Domestic construction material | | | |

Include all delivery costs to the construction site and any applicable duty (whether or not a duty-free entry certificate is issued).List name, address, telephone number, and contact for suppliers surveyed. Attach copy of response; if oral, attach summary. Include other applicable supporting information.

| | | | |
|---|---|---|---|
| I-312 | 52.225-13 | RESTRICTIONS ON CERTAIN FOREIGN PURCHASES (IAW FAR 25.1103(a)) | JUL 2000 |
| I-314D | 52.226-1 | UTILIZATION OF INDIAN ORGANIZATIONS AND INDIAN OWNED ECONOMIC ENTERPRISES (IAW FAR 26.104(a)/DFARS 226.104) | JUN 2000 |
| I-315 | 52.227-1 | AUTHORIZATION AND CONSENT (IAW FAR 27.201-2(a)) | JUL 1995 |
| I-317 | 52.227-2 | NOTICE AND ASSISTANCE REGARDING PATENT AND COPYRIGHT INFRINGEMENTS (IAW FAR 27.202-2) | AUG 1996 |
| J ¯1 | 52.227-4 | PATENT INDEMNITY--CONSTRUCTION CONTRACTS | APR 1984 |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE |
| --- | --- | --- |
| | F48608-01-D-0008-P00002 | 13 OF 56 |

NAME OF OFFEROR OR CONTRACTOR
M G CONSTRUCTION INC

| | | | |
| --- | --- | --- | --- |
| | | (IAW FAR 27.203-5) | |
| I-332 | 52.228-2 | **ADDITIONAL BOND SECURITY**<br>(IAW FAR 28.106-4(a)) | OCT 1997 |
| I-337 | 52.228-5 | **INSURANCE--WORK ON A GOVERNMENT INSTALLATION**<br>(IAW FAR 28.310) | JAN 1997 |
| I-345 | 52.228-11 | **PLEDGES OF ASSETS**<br>(IAW FAR 28.203-6) | FEB 1992 |