| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>F48608-01-D-0008-P00002 | PAGE<br>14 OF 56 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
M G CONSTRUCTION INC

| | | | |
|---|---|---|---|
| I-346 | 52.228-12 | PROSPECTIVE SUBCONTRACTOR REQUESTS FOR BONDS (IAW FAR 28.106-4(b)) | OCT 1995 |
| I-348 | 52.228-14 | IRREVOCABLE LETTER OF CREDIT (IAW FAR 28.204-4) | DEC 1999 |
| I-348H | 52.228-15 | PERFORMANCE AND PAYMENT BONDS – CONSTRUCTION (IAW FAR 28.102-3(a)) | JUL 2000 |
| I-353. | 52.229-3 | FEDERAL, STATE, AND LOCAL TAXES (IAW FAR 29.401-3) | JAN 1991 |
| I-354 | 52.229-5 | TAXES--CONTRACTS PERFORMED IN U.S. POSSESSIONS OR PUERTO RICO (IAW FAR 29.401-5 and 52.229-3 or -4) | APR 1984 |
| I-387 | 52.232-5 | PAYMENTS UNDER FIXED-PRICE CONSTRUCTION CONTRACTS (IAW FAR 32.111(a)(5)) | MAY 1997 |
| I-403 | 52.232-17 | INTEREST (IAW FAR 32.617(a)) | JUN 1996 |
| I-409 | 52.232-23 | ASSIGNMENT OF CLAIMS (IAW FAR 32.806(a)(1)) | JAN 1986 |
| I-415 | 52.232-27 | PROMPT PAYMENT FOR CONSTRUCTION CONTRACTS (IAW FAR 32.908(b)) | JUN 1997 |

i .he purposes of this clause the blank(s) are completed as follows:
(a, (1)(i)(A) 14
(a)(4)(i) 7
(b)(1) 30

| | | | |
|---|---|---|---|
| I-416 | 52.232-33 | PAYMENT BY ELECTRONIC FUNDS TRANSFER – CENTRAL CONTRACT REGISTRATION (IAW FAR 32.1110(a)(1)) | MAY 1999 |
| I-417 | 52.233-1 | DISPUTES (IAW FAR 33.215) | DEC 1998 |
| I-419 | 52.233-3 | PROTEST AFTER AWARD (IAW FAR 33.106(b)) | AUG 1996 |
| I-445 | 52.236-2 | DIFFERING SITE CONDITIONS (IAW FAR 36.502) | APR 1984 |
| I-446 | 52.236-3 | SITE INVESTIGATION AND CONDITIONS AFFECTING THE WORK (IAW FAR 36.503) | APR 1984 |
| I-448 | 52.236-5 | MATERIAL AND WORKMANSHIP (IAW FAR 36.505) | APR 1984 |
| I-449 | 52.236-6 | SUPERINTENDENCE BY THE CONTRACTOR (IAW FAR 36.506) | APR 1984 |
| I-450 | 52.236-7 | PERMITS AND RESPONSIBILITIES (IAW FAR 36.507) | NOV 1991 |
| I-451 | 52.236-8 | OTHER CONTRACTS (IAW FAR 36.508) | APR 1984 |
| I-452 | 52.236-9 | PROTECTION OF EXISTING VEGETATION, STRUCTURES, EQUIPMENT, UTILITIES, AND IMPROVEMENTS | APR 1984 |

NAME OF OFFEROR OR CONTRACTOR
M G CONSTRUCTION INC

| | | | |
|---|---|---|---|
| | | (IAW FAR 36.509) | |
| I-453 | 52.236-10 | OPERATIONS AND STORAGE AREAS (IAW FAR 36.510) | APR 1984 |
| I-454 | 52.236-11 | USE AND POSSESSION PRIOR TO COMPLETION (IAW FAR 36.511) | APR 1984 |
| I-455 | 52.236-12 | CLEANING UP (IAW FAR 36.512) | APR 1984 |
| I-456 | 52.236-13 | ACCIDENT PREVENTION (IAW FAR 36.513) | NOV 1991 |
| I-458 | 52.236-14 | AVAILABILITY AND USE OF UTILITY SERVICES (IAW FAR 36.514) Refer to Specifications for utilities | APR 1984 |
| I-459 | 52.236-15 | SCHEDULES FOR CONSTRUCTION CONTRACTS (IAW FAR 36.515) | APR 1984 |
| I-462 | 52.236-17 | LAYOUT OF WORK (IAW FAR 36.517) | APR 1984 |
| I-466 | 52.236-21 | SPECIFICATIONS AND DRAWINGS FOR CONSTRUCTION (IAW FAR 36.521) | FEB 1997 |
| I-466 | 52.236-21 | ALTERNATE II (IAW FAR 36.521) | APR 1984 |

· the purposes of this clause the blank(s) is completed as follows:
l completing the work under this contract, the contractor shall furnish O.. (1) set of prints of all shop drawings as finally approved.

| | | | |
|---|---|---|---|
| I-473 | 52.236-26 | PRECONSTRUCTION CONFERENCE (IAW FAR 36.522) | FEB 1995 |
| I-541 | 52.242-13 | BANKRUPTCY (IAW FAR 42.903) | JUL 1995 |
| I-559 | 52.243-4 | CHANGES (IAW FAR 43.205(d)) | AUG 1987 |
| | 52.244-5 | COMPETITION IN SUBCONTRACTING (IAW FAR 44.204(c)) | DEC 1996 |
| | 52.246-21 | WARRANTY OF CONSTRUCTION (IAW FAR 46.710(e)1) | MAR 1994 |
| I-676 | 52.248-3 | VALUE ENGINEERING--CONSTRUCTION (IAW FAR 48.202) | FEB 2000 |
| I-684 | 52.249-2 | TERMINATION FOR CONVENIENCE OF THE GOVERNMENT(FIXED-PRICE) (IAW FAR 49.502(b)(1)(i)) | SEP 1996 |
| I-685 | 52.249-2 | ALTERNATE I (IAW FAR 49.502(b)(1)(i)) | SEP 1996 |
| I-688 | 52.249-3 | TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (DISMANTLING,DEMOLITION OR REMOVAL OF IMPROVEMENTS) (IAW FAR 49.502(b)(2)) | SEP 1996 |
| I-702 | 52.249-10 | DEFAULT (FIXED-PRICE CONSTRUCTION) (IAW FAR 49.504(c)(1)) | APR 1984 |
| I-703 | 52.249-10 | ALTERNATE I (IAW FAR 49.504(c)(1)) | APR 1984 |

| | | | |
|---|---|---|---|
| I-750 | 52.253-1 | COMPUTER GENERATED FORMS (IAW FAR 53.111) | JAN 1991 |

DEPARTMENT OF DEFENSE FEDERAL ACQUISITION REGULATION
SUPPLEMENTAL CLAUSES
SECTION IA

| | | | |
|---|---|---|---|
| IA-22 | 252.203-7001 | PROHIBITION ON PERSONS CONVICTED OF FRAUD OR OTHER DEFENSE-CONTRACT-RELATED FELONIES (IAW DFARS 203.570-5) | MAR 1999 |
| IA-33 | 252.204-7003 | CONTROL OF GOVERNMENT PERSONNEL WORK PRODUCT (IAW DFARS 204.404-70(b)) | APR 1992 |
| IA-34 | 252.204-7004 | REQUIRED CENTRAL CONTRACTOR REGISTRATION (IAW DFARS 204.7304) | MAR 2000 |

**CONTINUATION SHEET** | REFERENCE NO. OF DOCUMENT BEING CONTINUED F48608-01-D-0008-P00002 | PAGE 17 OF 56

NAME OF OFFEROR OR CONTRACTOR
M G CONSTRUCTION INC

| | | | |
|---|---|---|---|
| IA-13101 | 252.205-7000 | PROVISION OF INFORMATION TO COOPERATIVE AGREEMENT HOLDERS (IAW DFARS 205.470-2) | DEC 1991 |
| IA-90 | 252.209-7000 | ACQUISITION FROM SUBCONTRACTORS SUBJECT TO ON-SITE INSPECTION UNDER THE INTERMEDIATE-RANGE NUCLEAR FORCES (INF) TREATY (IAW DFARS 209.103-70) | NOV 1995 |
| IA-092 | 252.209-7004 | SUBCONTRACTING WITH FIRMS THAT ARE OWNED OR CONTROLLED BY THE GOVERNMENT OF A TERRORIST COUNTRY (IAW DFARS 209.409) | MAR 1998 |
| | 252.215-7000 | PRICING ADJUSTMENTS (IAW DFARS 215.408(1)) | DEC 1991 |
| | 252.215-7002 | COST ESTIMATING SYSTEM REQUIREMENTS (IAW DFARS 215.408(2)) | OCT 1998 |
| | 252.219-7009 | SECTION 8(a) DIRECT AWARD (IAW DFARS 219.811-3(1)) U.S. SMALL BUSINESS ADMINISTRATION 721 19TH Street, Suite 426 Denver, Colorado 80202-2599 | JUN 1998 |
| | 252.219-7010 | ALTERNATE A (IAW DFARS 219.811-3(2) | JUN 1998 |
| 9 | 252.223-7001 | HAZARD WARNING LABELS (IAW DFAR 223.303) | DEC 1991 |

(b) MATERIAL ACT
(If none, insert "None")

| | | | |
|---|---|---|---|
| IA-282 | 252.223-7006 | PROHIBITION ON STORAGE AND DISPOSAL OF TOXIC AND HAZARDOUS MATERIALS (IAW DFARS 223.7103(a)) | APR 1993 |
| IA-293 | 252.225-7012 | PREFERENCE FOR CERTAIN DOMESTIC COMMODITIES (IAW DFARS 225.7002-3(a) | AUG 2000 |
| IA-312H | 252.225-7031 | SECONDARY ARAB BOYCOTT OF ISRAEL (IAW DFARS 225.770-5) | JUN 1992 |
| | 252.227-7033 | RIGHTS IN SHOP DRAWINGS (IAW DFARS 227.7107-1(c)) | SEP 1966 |
| | 252.231-7000 | SUPPLEMENTAL COST PRINCIPLES (IAW DFARS 231.100-70) | DEC 1991 |
| IA-462 | 252.236-7000 | MODIFICATION PROPOSALS - PRICE BREAKDOWN (IAW DFARS 236.570(a)) | DEC 1991 |
| IA-463 | 252.236-7001 | CONTRACT DRAWINGS, MAPS AND SPECIFICATIONS (IAW DFARS 236.570(a)) | AUG 2000 |

For the purposes of this clause the blank(s) are completed as follows:
(a)(1) 0 Sets - There are no drawings or maps with this solicitation. Each delivery order will have drawings and maps provided.

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>F48608-01-D-0008-P00002 | PAGE<br>18 OF 56 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
M G CONSTRUCTION INC

| | | | |
|---|---|---|---|
| IA-632 | 252.242-7000 | POSTAWARD CONFERENCE<br>(IAW DFARS 242.570) | DEC 1991 |
| IA-648 | 252.243-7001 | PRICING OF CONTRACT MODIFICATIONS<br>(IAW DFARS 243.205-71) | DEC 1991 |
| IA-649 | 252.243-7002 | REQUESTS FOR EQUITABLE ADJUSTMENT<br>(IAW DFARS 243.205-72) | MAR 1998 |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED F48608-01-D-0008-P00002 | PAGE 19 OF 56 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
M G CONSTRUCTION INC

| | | | |
|---|---|---|---|
| IA-745 | 252.247-7023 | TRANSPORTATION OF SUPPLIES BY SEA (IAW DFARS 247.573(b)) | MAR 2000 |
| | 252.247-7024 | NOTIFICATION OF TRANSPORTATION OF SUPPLIES BY SEA (IAW DFARS 247.573(c) | MAR 2000 |

APPLICABLE ONLY IF OFFEROR'S RESPONSE TO DFARS PROVISION 252.247-7022 IS NAGATIVE

**AIR FORCE FEDERAL ACQUISITION REGULATION SUPPLEMENT CLAUSES**

| | | | |
|---|---|---|---|
| IB-343 | 5352.242-9000 | CONTRACTOR ACCESS TO AIR FORCE INSTALLATIONS (IAW AFFARS 5342.490-1) | MAY 1996 |

For the purposes of this clause the blank(s) is/are completed as follows:

(b) Social security number and one form of picture identification.

**AIR FORCE SPACE COMMAND FEDERAL ACQUISITION REGULATION SUPPLEMENT CLAUSES**

| | | | |
|---|---|---|---|
| Ib | 5352.228-9502 | INSURANCE REQUIREMENTS (AFSPCFARS) (IAW AFSPCFARS 5328.306(b)) | MAR 1993 |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>F48608-01-D-0008-P00002 | PAGE<br>20 OF 56 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
M G CONSTRUCTION INC

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>F48608-01-D-0008-P00002 | PAGE<br>21 OF 56 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
M G CONSTRUCTION INC

**PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS**

**SECTION J**

**LIST OF ATTACHMENTS**
(All listed attachments are at the end of this document)

| ATTACHMENT | DOCUMENT | DATE | NO. OF PAGES |
|---|---|---|---|
| 1. | U.S. DEPARTMENT OF LABOR WAGE DECISION, # WY000004, Building Construction Projects Laramie County, WY | 12/08/00 | 4 |
| 2. | U.S. DEPARTMENT OF LABOR WAGE DECISION, #WY000014, Residential Construction Projects, Laramie County, WY | 02/11/00 | 2 |
| 3. | SPECIFICATIONS FOR PROJECT NUMBER GHLN 01-1004 | 11/00 | 59 |
| 4. | AF FORM 66, SCHEDULE OF MATERIAL SUBMITTALS | 11/00 | 2 |
| 5. | INDIAN INCENTIVE LETTER | 02/16/01 | 2 |

| EXHIBITS | | | |
|---|---|---|---|
| A. | Data Item Descriptions (DID) DD Form 1664 | 4/89 | 2 |
| B. | Contract Data Requirements List (CDRL) DD From 1423 | 6/90 | 2 |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED F48608-01-D-0008-P00002 | PAGE 22 OF 56 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
M G CONSTRUCTION INC

PART IV - REPRESENTATIONS AND INSTRUCTIONS

SECTION K

REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF BIDDERS, OFFERORS OR QUOTERS

K-1 52.203-2 CERTIFICATE OF INDEPENDENT PRICE DETERMINATION APR 1985
(IAW FAR 3.103-1)

________________________________

(insert full name of person(s) in the offeror's organization responsible for determining the prices offered in this bid or proposal, and the title of his or her position in the offeror's organization);

K-4C 52.203-11 CERTIFICATION AND DISCLOSURE REGARDING PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS APR 1991
(IAW FAR 3.808)

K-10D 52.204-5 WOMEN-OWNED BUSINESS (OTHER THAN SMALL BUSINESS) MAY 1999
(IAW FAR 4.603(b))

(A) REPRESENTATION. The offeror represents that it ( ) is ( ) is not a woman-owned business concern.

52.209-5 CERTIFICATION REGARDING DEBARMENT, SUSPENSION, PROPOSED DEBARMENT, AND OTHER RESPONSIBILITY MATTERS JAN 2001
(IAW FAR 9.409(a))

For the purposes of this provision the blank(s) are completed as follows:

(a) (1) The Offeror certifies, to the best of its knowledge and belief, that

(i) The Offeror and/or any of its Principals--

(A) **Are ( ) are not ( )** presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency;

(B) **Have ( ) have not ( )**, within the three-year period preceding this offer, been of or had a civil judgment rendered against them for: commission of fraud or convicted a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, state, or local) contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion or receiving stolen property;

(C) **Are ( ) are not ( )** presently indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any of the offenses enumerated in paragraph (a)(1)(i)(B) of this provision; and

(ii)(A) The offeror, aside from the offenses enumerated in paragraphs (a)(1)(i)(A) (B) and (C) of this provision, **has ( ) has not ( )** within the past three years, relative to tax, labor and employment, environmental, antitrust, or consumer protection laws-

(iii) The Offeror **has ( ) has not ( )**, within a three-year period preceding this offer, had one or more contracts terminated for default by any Federal agency.

K-75C 52.219-1 **SMALL BUSINESS PROGRAM REPRESENTATIONS** OCT 2000
(IAW FAR 19.307(a)(1))

For the purposes of this provision the blank(s) are completed as follows:

(a)(1) The North American Industry Classification System (NAICS) code for this acquisition is __________ (insert NAICS code).

(2) The small business size standard is ________ (insert size standard).

(b) Representations. (1) The offeror represents as part of its offer that it {__} **is**, {__} **is not** a small business concern.

(2) (Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offeror represents, for general statistical purposes that it {__} **is**, {__} **is not** a small disadvantaged business concern as defined in 13 CFR 124.1002.

(3) (Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offeror represents as part of its offer that it {__} **is**, {__} **is not** a women-owned small business concern.

(4) (Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offferor represents as part of its offer that it {__} **is**, {__} **is not** a veteran-owned small business concern.

(5) (Complete only if the offeror represented itself as a veteran-owned small business concern in paragraph (b)(4) of this provision.) The offeror represents as part of its offer that it {__} **is**, {__} **is not** a service-disabled veteran-owned small business concern.

K-75CD 52.219-1 **SMALL BUSINESS PROGRAM REPRESENTATIONS ALTERNATE I** OCT 2000
(IAW FAR 19.307(a)(2))

For the purposes of this provision the blank(s) are completed as follows:

As prescribed in 19.307(a)(2), add the following paragraph (b)(6) to the basic provision.

(6) [Complete only if offeror represented itself as a small business concern in paragraph (b)(1) of this provision.] The offeror represents, as part of its offer, that--
(i) It {__} **is**, {__} **is not** a HUBZone small business concern listed, on the date of this representation, on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration, and no material change in ownership and control, principal office, or HUBZone employee percentage has occurred since it was certified by the Small Business Administration in accordance with 13 CFR Part 126; and

(ii) It {__} **is**, {__} **is not** a joint venture that complies with the requirements of 13 CFR Part 126, and the representation in paragraph (b)(6)(i) of this provision is accurate f the HUBZone small business concern or concerns that are participating in the joint

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>F48608-01-D-0008-P00002 | PAGE 24 OF 56 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
M G CONSTRUCTION INC

venture. [The offeror shall enter the name or names of the HUBZone small business concern or concerns that are participating in the joint venture: ___________.] Each HUBZone small business concern participating in the joint venture shall submit a separate signed copy of the HUBZone representation.

K-75CE 52.219-1 **SMALL BUSINESS PROGRAM REPRESENTATIONS ALTERNATE II** OCT 2000
(IAW FAR 19.307(a)(3))

(For the purposes of this provision the blank(s) are completed as follows:

As prescribed in 19.307(a)(3), add the following paragraph (b)(7) to the basic provision:

(7) [Complete if offeror represented itself as disadvantaged in paragraph (b)(2) of this provision.] The offeror shall check the category in which its ownership falls:
_____ Black American.
_____ Hispanic American.
_____ Native American (American Indians, Eskimos, Aleuts, or Native Hawaiians).
_____ Asian-Pacific American (persons with origins from Burma, Thailand, Malaysia, Indonesia, Singapore, Brunei, Japan, China, Taiwan, Laos, Cambodia (Kampuchea), Vietnam, Korea, The Philippines, U.S. Trust Territory of the Pacific Islands (Republic of Palau), R[illegible]blic of the Marshall Islands, Federated States of Micronesia, the Commonwealth of the [illegible]ern Mariana Islands, Guam, Samoa, Macao, Hong Kong, Fiji, Tonga, Kiribati, Tuvalu, or Na[illegible]u).
_____ Subcontinent Asian (Asian-Indian) American (persons with origins from India, Pakistan, Bangladesh, Sri Lanka, Bhutan, the Maldives Islands, or Nepal).
_____ Individual/concern, other than one of the preceding

K-79C 52.219-19 **SMALL BUSINESS CONCERN REPRESENTATION FOR THE SMALL BUSINESS COMPETITIVENESS DEMONSTRATION PROGRAM** OCT 2000
(IAW FAR 19.1007(a))

(b) [Complete only if the offeror has represented itself under the provision at 52.219-1 as a small business concern under the size standards of this solicitation.] The Offeror[ ] is, [ ] is not an emerging small business.
(c) [Complete only if the Offeror is a small business or an emerging small business, indicating its size range.] Offeror's number of employees for the past 12 months [check this column if size standard stated in solicitation is expressed in terms of number of employees] or Offeror's average annual gross revenue for the last 3 fiscal years [check this column if size standard stated in solicitation is expressed in terms of annual receipts]. [Check one of the following.]

| NO. OF EMPLOYEES | AVG. ANNUAL GROSS REVENUES |
|---|---|
| [ ] 50 or fewer | [ ] $1 million or less |
| [ ] 51-100 | [ ] $1,000,001 - $2 million |
| [ ] 101-250 | [ ] $2,000,001 - $3.5 million |
| [ ] 251-500 | [ ] $3,500,001 - $5 million |
| [ ] 501-750 | [ ] $5,000,001 - $10 million |
| [ ] 751-1,000 | [ ] $10,000,001 - $17 million |

[ ] Over 1,000 [ ] $Over $17 million

K-92 52.222-22 **PREVIOUS CONTRACTS AND COMPLIANCE REPORTS** FEB 1999
(IAW FAR 22.810(a)(2))

(a) ( ) has, ( ) has not
(b) ( ) has, ( ) has not

K-99 52.223-13 **CERTIFICATION OF TOXIC CHEMICAL RELEASE REPORTING** OCT 2000
(IAW FAR 23.907(a))

(b) (2) **(Check each block that is applicable.)**

( ) (i) The facility does not manufacture, process or otherwise use any toxic chemicals listed under section 313(c) of EPCRA, 42 U.S.C. 11023(c).

( ) (ii) The facility does not have 10 or more full-time employees as specified in section 313.(b)(1)(A) of EPCRA 42 U.S.C. 11023(b)(1)(A).

( ) (iii) The facility does not meet the reporting thresholds of toxic chemicals established under section 313(f) of EPCRA, 42 U.S.C. 11023(f) (including the alternate thresholds at 40 CFR 372.27, provided an appropriate certification form has been filed with EPA).

( ) (iv) The facility does not fall within Standard Industrial Classification Code (SIC) major groups 20 through 39 or their corresponding North American Industry Classification System (NAICS) sectors 31 through 33; or

( ) (v) The facility is not located within any State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, Guam, American Samoa, the United States Virgin Islands, The Northern Mariana Islands, or any other territory or possession over which the United States has jurisdiction.

52.236-28 **PREPARATION OF PROPOSALS-CONSTRUCTION** OCT 1997
(IAW FAR 36.520)

**DEPARTMENT OF DEFENSE FEDERAL ACQUISITION REGULATION SUPPLEMENT**

K-210 252.209-7001 **DISCLOSURE OF OWNERSHIP OR CONTROL BY THE GOVERNMENT OF A TERRORIST COUNTRY** MAR 1998
(IAW DFARS 209.104-70(a))

K-213 252.209-7003 **COMPLIANCE WITH VETERANS' EMPLOYMENT REPORTING REQUIREMENTS** MAR 1998
(IAW DFARS 209.104-70(c)

K-280 252.247-7022 **REPRESENTATION OF EXTENT OF TRANSPORTATION BY SEA** AUG 1992
(IAW DFARS 247.573(a))

(a) The Offeror shall indicate by checking the appropriate blank in paragraph (b) of this provision whether transportation of supplies by sea is anticipated under the resultant contract. The term "supplies" is defined in the Transportation of Supplies by Sea clause of this solicitation.

(b) Representation.
The Offeror represents that it--

( ) Does anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

( ) Does not anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

(c) Any contract resulting from this solicitation will include the Transportation of Supplies by Sea clause. If the Offeror represents that it will not use ocean transportation, the resulting contract will also include the Defense FAR Supplement clause at 252.247-7024, Notification of Transportation of Supplies by Sea.

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED F48608-01-D-0008-P00002 | PAGE 28 OF 56 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
M G CONSTRUCTION INC

PART IV - REPRESENTATIONS AND INSTRUCTIONS
SECTION L
INSTRUCTIONS, CONDITIONS AND NOTICES TO BIDDERS, OFFERORS OR QUOTERS

52.252-1 SOLICITATION PROVISIONS INCORPORATED BY REFERENCE (IAW FAR 52.107(a)) FEB 1998

This solicitation incorporates one or more solicitation provisions by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. The offeror is cautioned that the listed provisions may include blocks that must be completed by the offeror and submitted with its quotation or offer. In lieu of submitting the full text of those provisions, the offeror may identify the provisions by paragraph identifier and provide the appropriate information with its quotation or offer. Also, the full text of a solicitation provision may be accessed electronically at the following addresses:

http://farsite.hill.af.mil
OR FOR FAR ONLY PROVISIONS/CLAUSES
http://www.arnet.gov/far/
OR FOR DFARS ONLY PROVISIONS/CLAUSES
http://www.acq.osd.mil/dp/dars/dfars/dfars.html

| | | | |
|---|---|---|---|
| 1 | 52.204-6 | DATA UNIVERSAL NUMBERING SYSTEM (DUNS) NUMBER (IAW FAR 4.603(a)) | JUN 1999 |
| L-4 | 52.211-2 | AVAILABILITY OF SPECIFICATIONS LISTED IN THE DoD INDEX OF SPECIFICATIONS AND STANDARDS (DoDISS) AND DESCRIPTIONS LISTED IN THE ACQUISITION MANAGEMENT SYSTEMS AND DATA REQUIREMENTS CONTROL LIST DoD 5010.12-L (IAW FAR 11.204(b)) | DEC 1999 |
| L-6 | 52.211-6 | BRAND NAME OR EQUAL (IAW FAR 11.107(a)) | AUG 1999 |
| L-8 | 52.211-14 | NOTICE OF PRIORITY RATING FOR NATIONAL DEFENSE USE (IAW FAR 11.604(a)) | SEP 1990 |

For the purposes of this provision, the blanks are completed on the cover sheet.

| | | | |
|---|---|---|---|
| | 52.215-1 | INSTRUCTIONS TO OFFERORS - COMPETITIVE ACQUISITIONS (IAW FAR 15.209(a) | FEB 2000 |
| L-62C. | 52.215-20 | ALTERNATE IV (IAW FAR 15.408(l)(4)) | OCT 1997 |

"As prescribed in FAR 15.408(m), replace the text of the basic clause with the following:
(a) Submission of cost or pricing data is not required.
(b) Provide information describe below:

T' offeror shall allow any necessary pre-award or post award access to their records.

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>F48608-01-D-0008-P00002 | PAGE<br>29 OF 56 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
M G CONSTRUCTION INC

L-65C 52.216-1 **TYPE OF CONTRACT** APR 1984
(IAW FAR 16.105)
For the purposes of this provision the blank(s) are completed as follows:
**FIRM FIXED PRICE REQUIREMENTS**

52.216-27 **SINGLE OR MULTIPLE AWARDS** OCT 1995
(IAW FAR 16.506(f)

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>F48608-01-D-0008-P00002 | PAGE<br>30 OF 56 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
M G CONSTRUCTION INC

L-90 52.222-23 **NOTICE OF REQUIREMENT FOR AFFIRMATIVE ACTION TO ENSURE EQUAL EMPLOYMENT OPPORTUNITY FOR CONSTRUCTION** FEB 1999
(IAW FAR 22.810(b))

For the purposes of this provision the blank(s) is/are completed as follows:

(b) Goals for minority participation for each trade **10.9%** Goals for female participation for each trade **6.9%**

(e) "covered area" is **Cheyenne, Laramie County, WY**

L-100E 52.225-10 **NOTICE OF BUY AMERICAN ACT/BALANCE OF PAYMENTS PROGRAM REQUIREMENT-CONSTRUCTION MATERIALS** FEB 2000
(IAW FAR 25.1102(b)(1))

L-120 52.233-2 **SERVICE OF PROTEST** AUG 1996
(IAW FAR 33.106(a))

(a) Protests, as defined in section 33.101 of the Federal Acquisition Regulation, that are filed directly with an agency, and copies of any protests that are filed with the General ɹunting Office (GAO), shall be served on the Contracting Officer (addressed as follows) by ɪining written and dated acknowledgment of receipt **from 90 CONS/LGCA 7505 Marne Loop, FE Warren AFB WY 82005.**

(b) The copy of any protest shall be received in the office designated above within one day of filing protest with the GAO.

(End of Provision)

L-124 52.236-27 **SITE VISIT (CONSTRUCTION)** FEB 1995
(IAW FAR 36.523)

For the purpose of this clause the blanks are completed as follows:

(b) NAME: SSgt Brian Thornton
ADDRESS: 7505 Marne Loop
F. E. Warren AFB, WY 82005-2860
PHONE: (307) 773-4789 FAX (307) 773-6073

L-124 52.236-27 **ALTERNATE I** FEB 1995
(IAW FAR 36.523)

For the purpose of this clause the blanks are completed as follows:

(b) **28 February 2001, 10:00 A.M.**
(c) 7505 Marne Loop
F. E. Warren AFB, WY 82005-2860

**DEPARTMENT OF DEFENSE**
**FEDERAL ACQUISITION REGULATION SUPPLEMENT**

**252.211-7001** **AVAILABILITY OF SPECIFICATIONS AND STANDARDS NOT LISTED IN DODISS, DATA ITEM DESCRIPTIONS NOT LISTED IN DOD 5010.12-L AND PLANS, DRAWINGS AND OTHER PERTIENT DOCUMENTS** **DEC 1991**
(IAW DFARS 211-204(c))

Offerors may obtain the specifications, standards, plans, drawings, data item descriptions, and other pertinent documents cited in this solicitation by submitting a request to:

STANDARIZATION DOCUMENT DESK
BUILDING 4D
700 ROBBINS AVENUE
PHILADELPHIA, PA. 19111-5094

**252.211-7002** **AVAILABILITY OF EXAMINATION OF SPECIFICATIONS, STANDARDS, PLANS, DRAWINGS, DATA ITEM DESCRIPTIONS, AND OTHER PERTIENT DOCUMENTS** **DEC 1991**
(IAW DFARS 211.204(c))

Specifications, standards, plans drawings, data item descriptions, and other pertinent documents cited in this solicitation are not available for distribution but may be examined at the following location:

90 CES/CECE
300 VESLE DRIVE
F. E. WARREN AFB, WY 82005

**252.228-7004** **BONDS OR OTHER SECURITY** **DEC 1991**
(IAW DFARS 228.170)

**AIR FORCE**
**FEDERAL ACQUISITION REGULATION SUPPLEMENT**

L-312 **5352.215-9001** **NOTICE OF PRE-BID/PRE-PROPOSAL CONFERENCE** **MAY 1996**
(IAW AFFARS 5314.207-90 or 5315.201(c)(8))

(a) A pre-bid/pre-proposal conference will be conducted at **10:00 a.m.** on **28 February 2001** at 90th CONS Conference Room, 7505 Marne Loop, F.E. Warren AFB, WY 82005-2860 for the purpose of answering questions regarding this solicitation.
(b) Submit the names, of all attendees (not to exceed **2 persons**) to SSgt Brian Thornton **NO *LATER THAN* 3 P.M. on 21 February 2001.** This information must be provided in advance in order to ensure adequate seating for the conference attendees. This will be the **only** pre-proposal meeting.
(c) Bidders/Offerors are requested to submit questions in writing to the point of contact noted above not later than **21 February 2001**. Information provided at this conference shall not qualify the terms and conditions of the solicitation and specifications. Terms of the solicitation and specifications remain unchanged unless the solicitation is amended in

writing. If an amendment is issued, normal procedures relating to the acknowledgment and receipt of solicitation amendments shall apply.

(d) A record of the conference shall be made and furnished to all prospective bidders/offerors. The record should include minutes of the meeting, including questions and answers. *This record will be posted on the Internet with the solicitation documents without notice.*

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED F48608-01-D-0008-P00002 | PAGE 33 OF 56 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
M G CONSTRUCTION INC

AIR FORCE SPACE COMMAND
FEDERAL ACQUISITION REGULATION SUPPLEMENT

5352.236-9500 **MAGNITUDE OF PROJECT (AFSPC)** JUL 1996
(IAW AFSPCFARS 5336.204)

1. The price range of this project is: f

a. Less than $25,000
b. Between $25,000 and $100,000
c. Between $100,000 and $250,000
d. Between $250,000 and $500,000
e. Between $500,000 and $1,000,000
**f. Between $1,000,000 and $5,000,000**
g. Between $5,000,000 and $10,000,000
h. Between $10,000,000 and $25,000,000
i. More than $25,000,000

This range does not necessarily reflect the proximity of the actual estimated cost.

2 The physical characteristics of this project are:

Provide all labor, tools, materials and Year 2000 compliant equipment for the **Removal, repair, and installation of various or specific types of roofing systems, including asphalt shingles and clay tile, EPDM, rolled roofing and BURS, and Standing Seam metal.**

L-500 **TYPE OF ACQUISITION**

THIS ACQUISITION IS COMPETITIVE 8(a)

L-501 **AMENDMENT OF SOLICITATION PRIOR TO PROPOSAL CLOSING TIME**

The Government reserves the right to revise or amend the specification, drawings or the solicitation prior to the proposal closing time. Such revisions or amendments will be communicated by amendments to this Request For Proposal. If such amendments require material changes in quantities or prices, the proposal closing date may be postponed by enough days to enable offerors to revise their proposals. In such cases, the amendment will include an announcement of the new closing date and time. ***Amendments will be posted on the Internet with the solicitation documents without notice. Offerors are responsible for accessing all amendments prior to proposal submission.***

L-502 **POSTPONEMENT OF PROPOSAL CLOSING DATE**

a. An amendment postponing the proposal closing date may be issued even after the time scheduled for proposal closing, under the following conditions:

(1) When the Contracting Officer has reason to believe that the offers of an important segment of offerors have been delayed in the mail for causes beyond their control

and without their fault or negligence (such as, but not limited to, flood, fire, accident, weather conditions, or strikes); or

(2) When emergency or unanticipated events interrupt normal governmental processes so that conducting closing as schedule is impracticable.

b. At the time a determination is made to postpone a proposal closing under subparagraph a(1) above, an announcement of the determination shall be publicly posted and, if practicable before issuance of formal amendment of the RFP, otherwise communicated to prospective offerors. A copy of such announcement will also be posted on the Internet with the solicitation documents without prior notice.

c. In the case of subparagraph a(2) above, the Contracting Officer may proceed with the proposal closing date as soon as practicable after the time scheduled, without prior amendment to the RFP or Notice to Offerors whenever the delay incident to such amendment or notice is not the best interest of the Government. In such case, the time of actual proposal closing shall be deemed to be the time set for proposal closing for the purpose of determining late proposals.

L-503 **POST-AWARD/PREPERFORMANCE CONFERENCE**
(X) Applicable when checked.

A preperformance conference shall be scheduled by and held at a place to be designated by the Contracting Officer issuing this RFP prior to the commencement of any work under the contract which will be awarded as a result of this solicitation and offer. The contractor or his duly authorized representative shall be required to attend the preperformance conference.

**PROPOSAL PREPARATION INSTRUCTIONS**

1. The following is established as the specific information and format required for any proposal submitted. Incomplete proposals are not acceptable. Each offeror may submit only one complete proposal package as discussed in paragraph 1.b.(3) below.

a. To aid in the evaluation process, proposals shall be complete, comprehensive and clearly presented. Proposals shall be neat, indexed (cross indexed as appropriate) and assembled in an orderly manner. Elaborate art work, expensive paper/binding, and expensive visual and other presentation aids are neither necessary nor desired. All pages of each part shall be appropriately numbered and identified with the Request for Proposal (RFP) number.

b. Proposals shall be submitted in the following form and format:

(1) Dimensions of the paper 8 1/2 by 11 inches excluding foldout charts and drawings, which are not to exceed 36 inches in length.

Typing format:

(a) Both sides of sheet permitted, head to head, this is considered as two pages.
(b) Single space, 1 1/2 space or double space.
(c) Photo reduction of type size below 10-pitch type size or a font size below 10 are not permitted. Size 8 font is permitted within graphics only.

(2) Type of binding: must be easily separated to facilitate review.

(3) A complete proposal consists of the following:

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>F48608-01-D-0008-P00002 | PAGE<br>36 OF 56 |
| --- | --- | --- |

NAME OF OFFEROR OR CONTRACTOR
M G CONSTRUCTION INC

(a) Part I - Past Performance, unlimited pages, one (1) copy from each customer required: DUE 12 March 2001, 3:00 p.m. Mountain Standard Time.

(b) Part II - Executed Request for Proposal Documents as noted in paragraph 3 (Part II) below, original signed copy required. DUE 22 March 2001, 3:00 p.m. Mountain Standard Time.

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED F48608-01-D-0008-P00002 | PAGE 37 OF 56 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
M G CONSTRUCTION INC

**2. PART I - PAST PERFORMANCE**

Past performance shall provide adequate information describing the offeror's previous experience in **roofing requirements in accordance with the applicable sections of schedule "B" showing work of a similar complexity and magnitude, both commercial and government** within the **past three years.** In addition, past performance information on contracts not listed by the offeror may be solicited by the Government. If an offeror does not have any past performance information to submit as the entity under which the proposal is being submitted, then the offeror should submit past performance data identified above under which the offeror's key personnel have worked. If the offeror claims there is no past performance, then that status must be identified to the Contracting Officer no later than the date and time due for past performance proposals from all offerors. **Lack of any past performance will not automatically disqualify an offeror, but is a factor that is considered in the Performance Price Trade-Off (PPT) technique described in Section M.**

(1) Provide a summary of the previous contracts described above. **Include information on subcontractors** whose effort on this acquisition is projected to be more than 25% of the effort. The summary must include:

(a) Name of project (contract number, if applicable)
(b) Name and address of customer or government agency
(c) Name and telephone number of customer contact or contracting officer
(d) Description of work performed

(2) Provide statements, letters, reports, or evaluations from prior customers indicating the level and quality of performance on the above contracts.

(3) Mail attached Past Performance Questionnaire (Appendix 1 to this Section) to all past performance references listed above and instruct them to return completed questionnaire directly to:

90th Contracting Squadron/LGCA
ATTN: SSgt Brian Thornton
7505 Marne Loop
F.E. Warren AFB, WY 82005-2860

All questionnaires and references shall be forwarded to the 90th Contracting Squadron no later than 12 March 2001.

**3. PART II - EXECUTED REQUEST FOR PROPOSAL DOCUMENTS**

This part shall contain the following, signed original, documents:

(a) Solicitation/Contract Award Document, SF 1442
(b) Completed bid schedule, Section B, ALL CLINS and Sub-CLINS
(c) Representations, Certifications and Other Statements of Offerors, Section K
(d) Section G, Section I and Section L fill-in provisions and clauses
(e) Signed acknowledgement of amendment receipt (Standard Form 30)
(f) Letter on contractor's letterhead identifying financial institution

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED F48608-01-D-0008-P00002 | PAGE 38 OF 56 |
| --- | --- | --- |

NAME OF OFFEROR OR CONTRACTOR
M G CONSTRUCTION INC