L-508 **DEBRIEFING OF UNSUCCESFUL OFFERORS**

a. Successful or unsuccessful offerors may request debriefings by providing a written request to the Contracting Officer in accordance with FAR 15.506(a)(1). Debriefings shall be conducted when an offeror is deleted from the competitive range or after notice of award.

b. Debriefings are conducted with the goal of identifying to unsuccessful offerors where changes can be made to improve future participation. To that end, debriefings requested will be conducted with only one offeror at a time. **Offerors requesting a debriefing, shall provide their questions in writing in advance of the debriefing.** The debriefing shall be confined to a discussion of the offeror's proposal, its strong and weak points in relation to the requirements of the solicitation.

**CENTRALIZED CONTRACTOR REGISTRATION SYSTEM (CCRS)**

All contractors doing business with the Department of Defense (DOD) must register with the CCRS. The CCRS applies to all contractors; those doing business electronically and those who are not. **Contractors not registered in the CCRS will not be eligible for contract award in accordance with DFARS 252.204-7004.** Register with CCRS by contacting the DOD Electronic Commerce Office at one of the following:

A[illegible]ess:
[illegible]ronic Commerce Office
A[illegible] Electronic Commerce Office
5111 Leesburg Pike, Suite 9104
Falls Church, VA 22041

Telephone: 1-800-EDI-3414
FAX: 703-681-1225
e-mail: dodedi@acq.osd.mil
Web site: http://ccr.edi.disa.mil

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED F48608-01-D-0008-P00002 | PAGE 40 OF 56 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
M G CONSTRUCTION INC

APPENDIX 1 - SECTION L
PAST PERFORMANCE

MEMORANDUM FOR PROJECT OWNERS

FROM: 90th CONTRACTING SQUADRON/LGCA
7505 Marne Loop
F.E. Warren AFB, WY 82005-2860

SUBJECT: Request for Performance Information

1. One of the integral considerations in proposal evaluations is the verification of the offeror's past and present performance on contracts which reflect the offeror's ability to perform on the proposed effort of ROOF REQUIREMENTS CONTRACT. We depend on information received from agencies such as yours, which have had first hand experience with the offeror, and for the evaluation of their performance. Therefore, request the attached questionnaire be completed concerning the offeror's past/present performance.

2. Our areas of interest in the offeror are summarized in the enclosed questionnaire. You are urged to submit your comments on other similar programs for which your activity has contracts or administers contracts with the offeror. Any additional information that you t : would benefit the Government in our evaluation of the offeror's proposal would be a ciated. Please note we may contact the offeror on problem areas or concerns identified to see what corrective actions have been taken or will be taken. However, the offeror was required to provide points of contact for each reference provided to the Government, and the individual's name completing the questionnaire will not be disclosed to the offeror.

3. Due to time constraints it is imperative that the questionnaire be completed and returned not later than **12 March 2001** to 90th CONTRACTING SQUADRON/LGCA, ATTN: **SSgt BRIAN THORNTON**, Solicitation **F48608-01-R0001**, 7505 Marne Loop, F.E. Warren AFB, WY 82005-2860. The completed document should be marked Source Selection Sensitive/For Official Use Only. We would appreciate the questionnaire to be returned to us by FAX to (307) 773-4636 or DSN 481-4636, then mail your hard copy.

4. If additional information is required, please **contact SSgt BRIAN THORNTON at (307) 773-6073.**

CARROLL M. VYE
Contracting Officer

ATTACHMENT
Questionnaire

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>F48608-01-D-0008-P00002 | PAGE<br>41 OF 56 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
M G CONSTRUCTION INC

QUESTIONNAIRE

Attn: SSgt BRIAN THORNTON (GLHN 01-1004)
90th CONTRACTING SQUADRON/LGCA
7505 Marne Loop
F E Warren AFB, WY 82005-2860

FOR:

______________________________
(Name of Offeror)

1. CONTRACT INFORMATION: Complete the following information on the contractor that provided or is currently providing services for your company.

a. Contractor's Name/Address/Phone:
______________________________
______________________________
______________________________
______________________________

b. Contract Number: ________________

c. Program Title: ________________

d. Contract Type: Firm Fixed Price

Fixed Price Incentive

Cost Plus Award Fee

Cost Plus Incentive Fee

Other ________________

e. Period of Performance: ________________

f. Total Contract Dollar Value (as of this date): ________________

g. Total Number of Contractor Personnel (as of this date): __________

h. Brief Description of Contracted Item(s) or Service(s): __________

2. When responding to this questionnaire please use the following definitions as a guide:

**Exceptional (E)**

Performance meets contractual requirements and exceeds many to the Government's benefit.

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>F48608-01-D-0008-P00002 | PAGE<br>42 OF 56 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
M G CONSTRUCTION INC

The contractual performance of the element or sub-element being assessed was accomplished with few minor problems for which corrective actions taken by the contractor were highly effective.

**Very Good (VG)**

Performance meets contractual requirements and exceeds some to the Government's benefit. The contractual performance of the element or sub-element being assessed was accomplished with some minor problems for which corrective actions taken by the contractor were effective.

**Satisfactory (S)**

Performance meets contractual requirements. The contractual performance of the element or sub-element contains some minor problems for which corrective actions taken by the contractor appear or were satisfactory.

**Marginal (M)**

Performance does not meet some contractual requirements. The contractual performance of the element or sub-element being assessed reflects a serious problem for which the contractor has not yet identified corrective actions. The contractor's proposed actions appear only marginally effective or were not fully implemented.

**U tisfactory (U)**

P...ormance does not meet most contractual requirements and recovery is not likely in a timely manner. The contractual performance of the element or sub-element contains serious problem(s) for which the contractor's corrective actions appear or were ineffective.

**Unknown (N/A)** Did not observe performance in this area.

3. Please respond to the following questions regarding the contractor's past performance. For all ratings, please provide a narrative explaining how the contractor either exceeded your requirement or how the contractor failed to meet your requirement. If the contractor had problems in a specific area, but you determined them to be non-impactive to the mission, please state as such in your narrative remarks.

a. Please rate the contractor's organizational support structure and their ability to provide an adequate span of control and supervision.

☐ Exceptional ☐ Very Good ☐ Satisfactory ☐ Marginal ☐ Unsatisfactory ☐ Unknown

Narrative: ______________________________

b. Please rate the contractor's ability to provide experienced managers and supervisors, with the technical and administrative abilities needed to meet contract requirements recruit and retain quality, qualified personnel.

☐ Exceptional ☐ Very Good ☐ Satisfactory ☐ Marginal ☐ Unsatisfactory ☐ Unknown

Narrative: ______________________________

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE |
|---|---|---|
| | F48608-01-D-0008-P00002 | 44 OF 56 |

NAME OF OFFEROR OR CONTRACTOR
M G CONSTRUCTION INC

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>F48608-01-D-0008-P00002 | PAGE 45 OF 56 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
M G CONSTRUCTION INC

c. Please rate the contractor's demonstrated ability to replace personnel, if necessary, without project delays.

☐ Exceptional ☐ Very Good ☐ Satisfactory ☐ Marginal ☐ Unsatisfactory ☐ Unknown

Narrative: ______________________

d. Please rate the contractors' ability to hire and manage quality subcontractors.

☐ Exceptional ☐ Very Good ☐ Satisfactory ☐ Marginal ☐ Unsatisfactory ☐ Unknown

Narrative: ______________________

e. Please rate the contractor's ability to provide effective quality control which resulted in a quality finished product.

☐ Exceptional ☐ Very Good ☐ Satisfactory ☐ Marginal ☐ Unsatisfactory ☐ Unknown

Narrative: ______________________

f. Please rate the contractor's ability to identify problems as they occurred. Suggested approaches to problems. Displayed initiative to solve problems. Performed as a "Team" member.

☐ Exceptional ☐ Very Good ☐ Satisfactory ☐ Marginal ☐ Unsatisfactory ☐ Unknown

Narrative: ______________________

g. Please rate the contractor's overall compliance with contract terms and conditions.

☐ Exceptional ☐ Very Good ☐ Satisfactory ☐ Marginal ☐ Unsatisfactory ☐ Unknown

Narrative: ______________________

h. Please rate the contractor's responsiveness to contract changes.

☐ Exceptional ☐ Very Good ☐ Satisfactory ☐ Marginal ☐ Unsatisfactory ☐ Unknown

Narrative: ______________________

i. Please rate the contractor's ability to provide submittals in a timely manner. Submittals were well researched and clearly identified the proposed item.

☐ Exceptional ☐ Very Good ☐ Satisfactory ☐ Marginal ☐ Unsatisfactory ☐ Unknown

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>F48608-01-D-0008-P00002 | PAGE<br>46 OF 56 |
| --- | --- | --- |

NAME OF OFFEROR OR CONTRACTOR
M G CONSTRUCTION INC

Narrative: ____________________

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>F48608-01-D-0008-P00002 | PAGE<br>47 OF 56 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
M G CONSTRUCTION INC

j. Please rate the contractor's timely resolution of punchlist items, and warranty calls.

☐ Exceptional ☐ Very Good ☐ Satisfactory ☐ Marginal ☐ Unsatisfactory ☐ Unknown

Narrative: ______________________________

k. Has the contractor ever been given a cure notice, a show cause notice, a suspension of payment, or had a claim denied?

Yes (please explain)
No

Narrative: ______________________________

l. Based on your judgment of the contractor's performance, would you award the contractor another Government contract?

Yes (please explain)
No (please explain)

Narrative: ______________________________

m. Please rate the overall consistency and reliability of the contractor's pe...ormance on the installation of BURS and EPDM roofing systems.

☐ Exceptional ☐ Very Good ☐ Satisfactory ☐ Marginal ☐ Unsatisfactory ☐ Unknown

Narrative: ______________________________

n. Please rate the overall consistency and reliability of the contractor's performance on the installation of Metal roofing systems.

☐ Exceptional ☐ Very Good ☐ Satisfactory ☐ Marginal ☐ Unsatisfactory ☐ Unknown

Narrative: ______________________________

o. Please rate the overall consistency and reliability of the contractor's performance on the installation of Shingle and Clay tile roofing systems.

☐ Exceptional ☐ Very Good ☐ Satisfactory ☐ Marginal ☐ Unsatisfactory ☐ Unknown

Narrative: ______________________________

p. Please rate overall customer satisfaction with the contractor's performance.

☐ Exceptional ☐ Very Good ☐ Satisfactory ☐ Marginal ☐ Unsatisfactory ☐ Unknown

Na...ative: ______________________________

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED F48608-01-D-0008-P00002 | PAGE 48 OF 56 |
| --- | --- | --- |

NAME OF OFFEROR OR CONTRACTOR
M G CONSTRUCTION INC

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>F48608-01-D-0008-P00002 | PAGE<br>49 OF 56 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
M G CONSTRUCTION INC

4. The following information will help us track the responses received, as well as resolve whatever differences may arise between your perception of the contractor's performance and the contractor's perception of their performance. **You are advised that the Air Force FAR Supplement (AFFARS) requires that the offeror be given an opportunity to respond to adverse past performance information.**

a. Evaluator's Name: ____________________

b. Title: ____________________

c. Telephone Number: ____________________

d. Organization, Office Symbol, and Address:

____________________

____________________

____________________

e. Length of involvement in the contract: ____________________

f. Date of questionnaire completion: ____________________

6. Again, thank you for your time and effort in assisting us with our requirement.

CARROLL M. VYE
Contracting Officer

SECTION M

REPRESENTATIONS AND INSTRUCTIONS

EVALUATION FACTORS FOR AWARD

52.217-5 EVALUATION OF OPTIONS (IAW 17.208(c)(1)) JUL 1990

M-1 AWARD WITHOUT DISCUSSIONS

The Government intends to evaluate the offeror's proposal and award a contract and/or contracts without discussions. However, the Government reserves the right to conduct discussions if later determined by the contracting officer to be necessary.

M-2 BASIS FOR AWARD

The offeror must bid on every CLIN in PART I - THE SCHEDULE, SECTION B. The Government will make an award and/or awards based on offeror submitting an acceptable price proposal, consistent with the evaluation criteria. An award for the total of all three sections I, II or multiple awards for any combination of sections may be made based on the best rests of the Government and IAW FAR 52.216-27.

M-3. PERFORMANCE PRICE TRADE-OFF (PPT).

(a) Performance Price Trade-Off (PPT). This acquisition will utilize the PPT technique to make a best value award decision. Past Performance of offerors is approximately equal to price. Price and Past Performance risk may be traded off, one against the other, as addressed in paragraph (2) below. The application of the PPT technique in contract award and selection and approval process is as follows:

(1) All offerors will receive a performance risk assessment rating of High Confidence, Significant Confidence, Confidence, Unknown Confidence, Little Confidence or No Confidence on each section, and a single rating for the combined sections.

(2) The Government reserves the right to award a contract to other than the lowest evaluated price offeror and award to a higher priced offeror with a better performance risk rating for each section or the combination of sections. In these cases, price and performance risk are both treated as equal areas and may be traded off, one against the other. The contracting officer shall make an assessment of the price proposed and the performance risk rating assigned to determine the best value for the government.

(b) Past Performance Risk Assessment:

(1) Performance risk is assessed based on recency, relevancy and quality of performance. A relevance determination is made based upon whether an offeror's performance is relevant to this acquisition in terms of work, size and complexity. performance information is not limited to just that of the offeror. It may also

include predecessor companies, key personnel who have relevant experience, or subcontractors that will perform major or critical aspects of the requirements. In assessing performance risk, the evaluators will employ several approaches including: (i) reviewing the experience listed in the proposal, (ii) seeking additional present and past performance information through the use of simplified questionnaires and (iii) using data independently obtained from other government and commercial sources.

(2) The purpose will be to identify and review relevant present and past performance, and then make an individual section and overall risk assessment of our confidence in the offeror's ability to perform this effort. The PPT process will result in individual risk ratings per section and an overall risk rating as defined below. This risk assessment represents the Government evaluation team's judgment of the probability of an offeror successfully accomplishing the proposed effort based on the offeror's demonstrated present and past performance.

| Rating | Definition |
|---|---|
| Exceptional/High Confidence | Based on the offeror's performance record, essentially no doubt exits that offeror will successfully perform the required effort. |
| Very Good/Significant Confidence | Based on the offeror's performance record, little doubt exists that the offeror will successfully perform the required effort. |
| Satisfactory/Confidence | Based on the offeror's performance record, some doubt exists that the offeror will successfully perform the required effort. |
| Neutral/Unknown Confidence | No performance record identifiable. |
| Marginal/Little Confidence | Based on the offeror's performance record, substantial doubt exists that the offeror will successfully perform the required effort. Changes to the offeror's existing processes may be necessary in order to achieve contract requirements. |
| Unsatisfactory/No Confidence | Based on the offeror's performance record, extreme doubt exists that the offeror will successfully perform the required effort. |

c. The following documents will be evaluated for responsiveness, completeness and compliance with the requirements of the Request for Proposal. Incomplete items may be basis for rejection.

(1) A signed copy of the solicitation contract award document, SF 1442.

(2) Completed bid schedule, Section B.

(3) Acknowledgment of all amendments.

(4) Completed Representations and Instructions, Section K.

(5) Section G, Section I and Section L, with fill-in provisions completed.

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>F48608-01-D-0008-P00002 | PAGE<br>54 OF 56 |
| --- | --- | --- |

NAME OF OFFEROR OR CONTRACTOR
M G CONSTRUCTION INC

SECTION E Inspection and Acceptance

INSPECTION AND ACCEPTANCE TERMS

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
| --- | --- | --- | --- | --- |
| 0001 | N/A | N/A | N/A | N/A |
| 0002 | N/A | N/A | N/A | N/A |
| 0003 | N/A | N/A | N/A | N/A |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>F48608-01-D-0008-P00002 | PAGE<br>55 OF 56 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
M G CONSTRUCTION INC

SECTION F Deliveries or Performance

DELIVERY INFORMATION

| CLINS | DELIVERY DATE | UNIT OF ISSUE | QUANTITY | FOB | SHIP TO ADDRESS |
|---|---|---|---|---|---|
| 0001 | POP 29-JUN-01 TO 28-JUN-02 | Each | 1,871,721.53 | Dest. | FQDEUD<br>90th Civil Engineering Squadron<br>300 Vesle Drive<br>F.E. Warren AFB, WY 82005<br>No Contacts Identified |
| 0002 | POP 29-JUN-02 TO 28-JUN-03 | Each | 1,067,668.31 | Dest. | Same as CLIN 0001 |
| 0003 | POP 29-JUN-03 TO 28-JUN-04 | Each | 1,102,545.09 | Dest. | Same as CLIN 0001 |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>F48608-01-D-0008-P00002 | PAGE<br>56 OF 56 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
M G CONSTRUCTION INC

SECTION G Contract Administration Data

ACCOUNTING AND APPROPRIATION DATA

| CONTRACT | FUNDING DATA | COST CODE |
|---|---|---|