# SOLIC TION/CONTRACT FILE FOLDER DEX

CONTRACT NUMBER — MODIFICATION NUMBER

| INDEX TEMPLATE TITLE | # | DESCRIPTION | APPL AND IN FILE |
|---|---|---|---|
| ODIFICATIONS | M-1 | PR / PROCUREMENT DIRECTIVE | |
| | M-2 | OPTION MOD ADMIN | |
| | M-3 | NOTICE TO CONTRACTOR | |
| | M-4 | NOTICE TO UNION | |
| | M-5 | DETERMINATIONS AND FINDINGS | |
| | M-6 | REQUEST FOR PROPOSAL | |
| | M-7 | CONTRACTOR'S PROPOSAL | |
| | M-8 | GOVERNMENT'S TECHNICAL EVALUATION | |
| | M-9 | PRICING ANALYSIS | |
| | M-10 | AUDIT REPORT(S) | |
| | M-11 | CERTIFICATE OF CURRENT COST OR PRICING DATA | |
| | M-12 | PRE-NEGOTIATION OBJECTIVES | |
| | M-13 | PRICE NEGOTIATION MEMORANDUM (INCL. WEIGHTED GUIDELINES) | |
| | M-14 | STAFF JUDGE ADVOCATE COORDINATION (AF FORM 3059) | |
| | M-15 | DD 350 | |
| | M-16 | CORRESPONDENCE TRANSMITTING AND ACCEPTING MODIFICATIONS | |
| | M-17 | SF 30 (WITH ATTACHMENTS) | X |
| | M-18 | LOCAL REVIEWS | |
| | M-19 | CHRONOLOGY | |
| | M-20 | | |
| | M-21 | | |
| | M-22 | | |
| | M-23 | | |
| | M-24 | | |
| | M-25 | | |

DATE MOD DISTRIBUTED

ORIG TO FILE 20 Nov 01

CUSTOMER 20 Nov 01

CONTRACTOR 20 Nov 01

FAS 20 Nov 01

Kevin Searles — 20 Nov 01
CONTRACT ADMINISTRATOR — DATE

Carroll McGee (signature) — 20 Nov 01
CONTRACTING OFFICER — DATE

# AMENDMENT OF SOLICITATIO. /IODIFICATION OF CONTRACT

| | | | |
|---|---|---|---|
| 1. CONTRACT ID CODE: J | PAGE OF PAGES: 1 / 3 | | |
| 2. AMENDMENT/MODIFICATION NO.<br>P | 3. EFFECTIVE DATE<br>19-Nov-2001 | 4. REQUISITION/PURCHASE REQ. NO.<br>FQDEUD03480300 | 5. PROJECT NO.(If applicable) |
| 6. I... ..D BY CODE F48608<br>90TH CONTRACTING SQUADRON<br>7505 MARNE LOOP<br>F.E. WARREN AFB, WY 82005-2860 | | 7. ADMINISTERED BY (If other than item 6) CODE F48608<br>90TH CONTRACTING SQUADRON<br>7505 MARNE LOOP<br>F.E. WARREN AFB, WY 82005-2860 | |
| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)<br>M G CONSTRUCTION INC<br>3850 MAINLINE DRIVE NE<br>SALEM, OR 97303-4172 | | 9A. AMENDMENT OF SOLICITATION NO. | |
| | | 9B. DATED (SEE ITEM 11) | |
| | | X 10A. MOD. OF CONTRACT/ORDER NO.<br>F48608-01-D-0008 | |
| CODE 0K1D9 | FACILITY CODE | X 10B. DATED (SEE ITEM 13)<br>29-Jun-2001 | |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the document; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN THE REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.**
**IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

☐ A.THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

X ..ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

☐ C.THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

☐ D.OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Increase Quantities

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>CARROLL M. VYE / CONTRACTING OFFICER | |
| 15B. CONTRACTOR/OFFEROR<br>______<br>..nature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY [signature]<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>20-Nov-2001 |

EX... ..ION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>F48608-01-D-0008-P00003 | PAGE<br>2 OF 3 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
M G CONSTRUCTION INC

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

SUMMARY OF CHANGES

Changes in Solicitation/Contract/Order Form

The total cost has increased from $1,871,721.53 by $95,000.00 to $1,966,721.53

Changes in Section B

CLIN 0001

The pricing detail quantity has increased from 1,871,721.53 by 95,000.00 to 1,966,721.53

**CONTINUATION SHEET**

| REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE | OF | |
|---|---|---|---|
| F48608-01-D-0008-P00003 | 3 | OF | 3 |

NAME OF OFFEROR OR CONTRACTOR
M G CONSTRUCTION INC

Changes in Section 00800

Summary for the Payment Office

The total funded amount of the contract remains unchanged.

# SOLIC TION/CONTRACT FILE FOLDER DEX

CONTRACT NUMBER | MODIFICATION NUMBER

| NDEX TEMPLATE TITLE | | DESCRIPTION | APPL AND IN FILE |
|---|---|---|---|
| .FICATIONS | M-1 | PR / PROCUREMENT DIRECTIVE | |
| | M-2 | OPTION MOD ADMIN | |
| | M-3 | NOTICE TO CONTRACTOR | |
| | M-4 | NOTICE TO UNION | |
| | M-5 | DETERMINATIONS AND FINDINGS | |
| | M-6 | REQUEST FOR PROPOSAL | |
| | M-7 | CONTRACTOR'S PROPOSAL | |
| | M-8 | GOVERNMENT'S TECHNICAL EVALUATION | |
| | M-9 | PRICING ANALYSIS | |
| | M-10 | AUDIT REPORT(S) | |
| | M-11 | CERTIFICATE OF CURRENT COST OR PRICING DATA | |
| | M-12 | PRE-NEGOTIATION OBJECTIVES | |
| | M-13 | PRICE NEGOTIATION MEMORANDUM (INCL. WEIGHTED GUIDELINES) | |
| | M-14 | STAFF JUDGE ADVOCATE COORDINATION (AF FORM 3059) | |
| | M-15 | DD 350 | |
| | M-16 | CORRESPONDENCE TRANSMITTING AND ACCEPTING MODIFICATIONS | |
| | M-17 | SF 30 (WITH ATTACHMENTS) | X |
| | M-18 | LOCAL REVIEWS | |
| | M-19 | CHRONOLOGY | |
| | M-20 | | |
| | M-21 | | |
| | M-22 | | |
| | M-23 | | |
| | M-24 | | |
| | M-25 | | |

DATE MOD DISTRIBUTED

ORIG TO FILE 21 June 02

CUSTOMER 21 June 02

ITRACTOR 21 June 02

.S 21 June 02

Mary J. Abbott — 12 June 02
CONTRACT ADMINISTRATOR — DATE

Carroll McCoy — 12 June 02
CONTRACTING OFFICER — DATE

# MEMORANDUM FOR RECORD

09 February 2004

**SUBJECT: Self-Inspection of Contract F48608-01-D-0008 titled Base Roofing Requirements**

During a recent self-inspection of the above mentioned Contract it was discovered that during the execution of the first option year (P00004), the previous Contract Administrator failed build an options package with all the associated and required letters to include the Issuance of preliminary and final notice for option exercise, CO determination of satisfactory performance, CO determination of being in the Governments best interest, and Determination of Contractor's Responsibility. These items have been briefed to the squadron as to how important it is to have timely and correctly reporting and proper documentation of options packages.

DUTCH VAN STOCKUM
Contract Specialist

**DEPARTMENT OF THE AIR FORCE**
90TH SPACE WING (AFSPC)

12 June 2002

MEMORANDUM FOR 90 CONS/LGCI

FROM: 90 CES/CEOE
300 Vesle Drive, Building 320
F.E. Warren AFB, WY 82005

SUBJECT: Option to extend Contract F48608-01-D008, Roof Requirements

1. We wish to renew the option for the next year of the Roof Requirements Contract, in accordance with contract clause 52.217-9, "Option to Extend the Terms of the Contract."

2. If you need additional information from this office please contact Captain Eric Hoversten at extension 6016, or the project engineer, Mr. Loran Bartow, at extension 4086.

ROBERT H. FARWELL
Deputy Base Civil Engineer

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J
PAGE OF PAGES: 1 | 3

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P | 06-Jun-2002 | FQDEUD03480300 | |

| 6. ISSUED BY — CODE F48608 | 7. ADMINISTERED BY (If other than item 6) — CODE F48608 |
|---|---|
| 90TH CONTRACTING SQUADRON<br>7505 MARNE LOOP<br><br>F.E. WARREN AFB, WY 82005-2860 | 90TH CONTRACTING SQUADRON<br>7505 MARNE LOOP<br><br>F.E. WARREN AFB, WY 82005-2860 |

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)

M G CONSTRUCTION INC
3850 MAINLINE DRIVE NE

SALEM, OR 97303-4172

CODE 0K1D9 | FACILITY CODE

| | |
|---|---|
| | 9A. AMENDMENT OF SOLICITATION NO. |
| | 9B. DATED (SEE ITEM 11) |
| X | 10A. MOD. OF CONTRACT/ORDER NO. F48608-01-D-0008 |
| X | 10B. DATED (SEE ITEM 13) 29-Jun-2001 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the document; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN THE REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority)<br>Unilateral IAW 52.217-9, Option to Extend the Term of the Contract |

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Reason for modification:

1. To exercise the First Option year from 29 June 2002 through 28 June 2003.
2. The total cost has increased from $1,966,721.53 by $1,067,668.31 to $3,034,389.84.
3. All other terms and conditions shall remain the same.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| Miguel Garcia Pres. | | CARROLL M. VYE / CONTRACTING OFFICER | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| [signature]<br>(Signature of person authorized to sign) | 6-17-02 | BY [signature]<br>(Signature of Contracting Officer) | 12-Jun-2002 |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>F48608-01-D-0008-P00004 | PAGE<br>2 OF 3 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
M G CONSTRUCTION INC

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

SUMMARY OF CHANGES

Changes in Solicitation/Contract/Order Form

The total cost has increased from $1,966,721.53 by $1,067,668.31 to $3,034,389.84

Changes in Section B

CLIN 0002

The CLIN extended description To exercise Option Year 1. has been added.
The option setting has changed from selected to deselected

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE |
|---|---|---|
| | F48608-01-D-0008-P00004 | 3 OF 3 |

NAME OF OFFEROR OR CONTRACTOR
M G CONSTRUCTION INC

Changes in Section 00800

Summary for the Payment Office

The total funded amount of the contract remains unchanged.

# SOL[illegible]ATION/CONTRACT FILE FOLDE[illegible] [illegible]NDEX

| CONTRACT NUMBER | MODIFICATION NUMBER | | |
|---|---|---|---|
| [illegible]NDEX TEMPLATE TITLE | | DESCRIPTION | APPL AND IN FILE |
| [illegible]ODIFICATIONS | M-1 | PR / PROCUREMENT DIRECTIVE | |
| | M-2 | OPTION MOD ADMIN | |
| | M-3 | NOTICE TO CONTRACTOR | |
| | M-4 | NOTICE TO UNION | |
| | M-5 | DETERMINATIONS AND FINDINGS | |
| | M-6 | REQUEST FOR PROPOSAL | |
| | M-7 | CONTRACTOR'S PROPOSAL | |
| | M-8 | GOVERNMENT'S TECHNICAL EVALUATION | |
| | M-9 | PRICING ANALYSIS | |
| | M-10 | AUDIT REPORT(S) | |
| | M-11 | CERTIFICATE OF CURRENT COST OR PRICING DATA | |
| | M-12 | PRE-NEGOTIATION OBJECTIVES | |
| | M-13 | PRICE NEGOTIATION MEMORANDUM (INCL. WEIGHTED GUIDELINES) | |
| | M-14 | STAFF JUDGE ADVOCATE COORDINATION (AF FORM 3059) | |
| | M-15 | DD 350 | |
| | M-16 | CORRESPONDENCE TRANSMITTING AND ACCEPTING MODIFICATIONS | |
| | M-17 | SF 30 (WITH ATTACHMENTS) | X |
| | M-18 | LOCAL REVIEWS | |
| | M-19 | CHRONOLOGY | |
| | M-20 | | |
| | M-21 | | |
| | M-22 | | |
| | M-23 | | |
| | M-24 | | |
| | M-25 | | |

DATE MOD DISTRIBUTED

ORIG TO FILE 09 Jul 02

CUSTOMER 09 July 02

[illegible]ITRACTOR 09 July 02

[illegible]AS 09 July

[signature] 9 July 02

CONTRACT ADMINISTRATOR DATE

[signature] 9 Jul 02

CONTRACTING OFFICER DATE