MEMORANDUM FOR RECORD

DATE: 9 July 2002

SUBJECT: Assignment of Claims against MG Construction

1. This modification shall be identified as P00005 against contract F48608-01-D-0008, MG Construction.

2. The notice of assignment and instrument of assignment of clain can be found in Folder 4 Tab 118. The instrument of claim is incorporated and made part of the subject contract.

3. Payments due or to become due under this contract are to be made to Compass Bank as the Trustee for MG Construction, Inc.

4. MG Construction is assigned to Compass Bank under the provisions of the Assignment of Claim Act of 1940, as amended, 31 USC 3727, 41 USC 15.

5. Payments will go to:

   Compass Bank
   3500 W. Davis, Suite 100
   Conroe, TX 77304
   Trust Account # 85032976
   ABA # 113010547

6. The total amount of the contract remains unchanged.

Mary J. Abbott, DAF
Contract Administrator

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J
PAGE OF PAGES: 1 4

2. AMENDMENT/MODIFICATION NO.: F
3. EFFECTIVE DATE: 08-Jul-2002
4. REQUISITION/PURCHASE REQ. NO.: FQDEUD03480300
5. PROJECT NO. (If applicable)

6. ISSUED BY — CODE F48608
90TH CONTRACTING SQUADRON
7505 MARNE LOOP
F.E. WARREN AFB, WY 82005-2860

7. ADMINISTERED BY (If other than item 6) — CODE F48608
90TH CONTRACTING SQUADRON
7505 MARNE LOOP
F.E. WARREN AFB, WY 82005-2860

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
M G CONSTRUCTION INC
3850 MAINLINE DRIVE NE
SALEM, OR 97303-4172
CODE 0K1D9 FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
X 10A. MOD. OF CONTRACT/ORDER NO. F48608-01-D-0008
X 10B. DATED (SEE ITEM 13) 29-Jun-2001

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the document; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN THE REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

X B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Reason for Modification is an Assignment of Claims.

1. Attached notice of assignment and instrument of assignmnet of claim are incorporated and made part of the subject contract.
2. Payments due or to become due under this contract are to be made to Compass Bank as the Trustee for MG Construction, Inc. are to be assigned to the following activity under provisions of the Assignment of Claim Act of 1940, as amended, 31 USC 3727, 41 USC 15 Construction Bank Trustee for MG Construction, Inc. to be sent to :

Compass Bank
3500 W. Davis, Suite 100
Conroe, TX 77304
Trust Account# 85032976
ABA#113010547

3. The total amount of the contract remains unchanged.
4. All other terms and condition shall remain the same.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
CARROLL M. VYE / CONTRACTING OFFICER

15B. CONTRACTOR/OFFEROR
(Signature of person authorized to sign)

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY [signature]
(Signature of Contracting Officer)

16C. DATE SIGNED
09-Jul-2002

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>F48608-01-D-0008-P00005 | PAGE<br>2 OF 4 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
M G CONSTRUCTION INC

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

SUMMARY OF CHANGES

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>F48608-01-D-0008-P00005 | PAGE<br>3 OF 4 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
M G CONSTRUCTION INC

Changes in Section 00800

Summary for the Payment Office

The total funded amount of the contract remains unchanged.

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>F48608-01-D-0008-P00005 | PAGE<br>4 OF 4 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
M G CONSTRUCTION INC

Changes in Section J

Section J Table Of Contents

| DOCUMENT TYPE | DESCRIPTION | PAGES | DATE |
|---|---|---|---|

# SOLICITATION/CONTRACT FILE FOLDER INDEX

CONTRACT NUMBER F48608-01-D0008 MODIFICATION NUMBER P00006

| INDEX TEMPLATE TITLE | | DESCRIPTION | APPL AND IN FILE |
|---|---|---|---|
| MODIFICATIONS | M-1 | PR / PROCUREMENT DIRECTIVE | |
| | M-2 | OPTION MOD ADMIN | |
| | M-3 | NOTICE TO CONTRACTOR | |
| | M-4 | NOTICE TO UNION | |
| | M-5 | DETERMINATIONS AND FINDINGS | |
| | M-6 | REQUEST FOR PROPOSAL | |
| | M-7 | CONTRACTOR'S PROPOSAL | |
| | M-8 | GOVERNMENT'S TECHNICAL EVALUATION | |
| | M-9 | PRICING ANALYSIS | |
| | M-10 | AUDIT REPORT(S) | |
| | M-11 | CERTIFICATE OF CURRENT COST OR PRICING DATA | |
| | M-12 | PRE-NEGOTIATION OBJECTIVES | |
| | M-13 | PRICE NEGOTIATION MEMORANDUM (INCL. WEIGHTED GUIDELINES) | |
| | M-14 | STAFF JUDGE ADVOCATE COORDINATION (AF FORM 3059) | |
| | M-15 | DD 350 | |
| | M-16 | CORRESPONDENCE TRANSMITTING ~~AND ACCEPTING MODIFICATIONS~~ | X |
| | M-17 | SF-30 (WITH ATTACHMENTS) | X ✓ |
| | M-18 | LOCAL REVIEWS | |
| | M-19 | CHRONOLOGY | |
| | M-20 | DFAS Statements | X |
| | M-21 | | |
| | M-22 | | |
| | M-23 | | |
| | M-24 | | |
| | M-25 | | |

DATE MOD DISTRIBUTED

| | |
|---|---|
| ORIG TO FILE | 26 Nov 02 |
| CUSTOMER | 26 Nov 02 |
| CONTRACTOR | 26 Nov 02 |
| DFAS | 26 Nov 02 |

[signature] 25 Nov 02
CONTRACT ADMINISTRATOR DATE

[signature] Carol M. [illegible] 25 Nov 02
CONTRACTING OFFICER DATE

MEMORANDUM FOR RECORD

DATE: 25 November 2002

SUBJECT: Assignment of Claims Error F48608-01-D-0008

1. This is a modification shall be known as P00006 which is being made to change the account number for the Assignment of Claims from 85032836 to 85033425. The ABA routing number shall remain the same.

2. It has been brought to my attention that on November 18, 2002, DFAS Orlando failed to update an Assignment of Claims modification identified as P00005 under contract F48608-01-D-0008 for MG Construction dated 9 July 2002.

3. Funds from DFAS were consistently being sent to the wrong account although this account was an MG Construction account. However, when DFAS updated the correct account information according to the Assignment of Claims information on the modification, the funds were rejected. Compass Bank, the originator of the Assignment of Claims, provided the wrong accounting information. This contract administrator telephoned Compass Bank in July to verify the account information, since the Assignment of Claims provided two different account numbers; this information was still incorrect.

4. Mr. Carroll Vye contacted Mary-Anne Skinner of Skinner Bonding of Oregon, Inc. Ms. Skinner provided Mr. Vye with the correct Account number for SW Escrow Company. TSgt. Cree, NCOIC, DFAS Orlando made the necessary corrections to the account information without having a modification for this correction.

5. Interest is due for Delivery Order 5004. DFAS was to pay MG Construction for 5004 on 11/22/02 but payment was not made, according to the distribution schedule, due to DFAS computer failure. This error was not the fault of FE Warren Contracting as all Invoices where processed in a timely manner. DFAS has a scheduled payment distribution date for 5004 as 12/03/02.

Mary J. Abbott, DAF
Contract Administrator

90th Contracting Squadron
7505 Marne Loop
F. E. Warren AFB, Wy 82005-2860
Phone: (307) 773-3689
Fax: (307) 773-4636

**USAF**

# Fax

| | | | |
|---|---|---|---|
| **To:** | Sgt Cree | **From:** | Carroll M. Vye |
| **Fax:** | DSN 791-4950 | **Date:** | November 22, 2002 |
| **Phone:** | DSN 791-4670 | **Pages:** | 2 |
| **Re:** | MG Construction Inc. | **CC:** | |

☐ **Urgent** ☑ **For Review** ☐ **Please Comment** ☐ **Please Reply** ☐ **Please Recycle**

•**Comments:** Sent as requested.

FROM : FAX NO. : Nov. 22 2002 02:24PM P2
SEP-25-2001 14:17 SKINNER BONDING 5032266534 P.02/02

DSN (791)
Fax 407-696-4950

**skb@sprintmail.com**

**From:** skb@sprintmail.com
**Sent:** Wednesday, September 12, 2001 2:50 PM
**To:** Kevin Searles
**Subject:** M.G. Construction

Dear Kevin

Further to our conversation today, please issue a modification to MG Construction's contract changing the the remittance account to the following:
Account #85033425*
ABA (routing #): 113010547
Account Name: SW Escrow Co.* ← include this info. in your Letter

I have alerted MG Construction that this modification will be forth coming, so hopefully we'll be able to process this request quickly.

If you have any questions, please do not hesitate to contact me at (800) 473-2640.

Mary-Anne Skinner
Skinner Bonding of Oregon, Inc.

I spoke with TSgt. Linda Cree, NCOIC, DFAS Orlando. TSgt Cree (DSN 791-4670) has assured me they updated the system with the correct Accounting information as the Assignment of Claims Acct# was incorrect and money sent was rejected on 11/22/02. However, accounting information was updated without a modification.

Mary Abbott, DAF
Contract Administrator
25 Nov 2002

P. 01

# TRANSACTION REPORT

NOV-22-02 FRI 02:44 PM

| DATE | START | RECEIVER | TX TIME | PAGES | TYPE | NOTE | M# | DP |
|---|---|---|---|---|---|---|---|---|
| NOV-22 | 02:43 PM | 947914950 | 39" | 2 | SEND | OK | 607 | |

# AMENDMENT OF SOLICITA..ON/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J
PAGE OF PAGES: 1 | 3

2. AMENDMENT/MODIFICATION NO.: P'
3. EFFECTIVE DATE: 25-Nov-2002
4. REQUISITION/PURCHASE REQ. NO.: FQDEUD03480300
5. PROJECT NO.(If applicable)

6. I... D BY — CODE F48608
90TH CONTRACTING SQUADRON
7505 MARNE LOOP
F.E. WARREN AFB WY 82005-2860

7. ADMINISTERED BY (If other than item 6) — CODE F48608
90TH CONTRACTING SQUADRON
7505 MARNE LOOP
F.E. WARREN AFB WY 82005-2860

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
M G CONSTRUCTION INC
MIGUEL GARCIA
3850 MAINLINE DRIVE NE
SALEM OR 97303-4172

9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
X 10A. MOD. OF CONTRACT/ORDER NO. F48608-01-D-0008
X 10B. DATED (SEE ITEM 13) 29-Jun-2001

CODE 0K1D9 — FACILITY CODE

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

☐ A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

X ... ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying ...e, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

☐ C. ...IS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

☐ D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [X] is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The reason for this modification is to correct an incorrect Account routing number for the Assignment of Claims.

1. The account number for the Assignment of Claims will change from 85032976 to 85033425.
2. The routing number shall remain the same.
3. All other terms and conditions shall remain the same.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
CARROLL M. VYE / CONTRACTING OFFICER

15B. CONTRACTOR/OFFEROR
______________________
(Signature of person authorized to sign)

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY [signature]
(Signature of Contracting Officer)

16C. DATE SIGNED: 25-Nov-2002

EX...ION TO SF 30
A... ED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

SUMMARY OF CHANGES

Changes in Section G

Summary for the Payment Office

The total funded amount of the contract remains unchanged.

| | |
|---|---|
| **Contract Number:** | F4860801D0008 |
| **Delivery Order / Call Number:** | 5004 |
| **Invoice Number:** | INVOICE1 |
| **Voucher Number:** | |
| **Pay Status:** | call cert Act |
| **Check Number:** | |
| **EFT Trace Number:** | |
| **Payment Distribution Date:** | |
| **EFT / Check Amount:** | |
| **Invoice Amount:** | 54,580.39 |
| **Freight:** | |
| **Tax Withheld:** | |
| **Discount Taken:** | |
| **Interest Paid:** | 0 |
| **Gross Invoice:** | |
| **Invoice Date:** | 10/01/2002 |
| **Merchandise Acceptance Date:** | |
| **Paying DSSN:** | 3801 |
| **Location:** | |
| **Cage Code:** | 000K1 |
| **Shipment Number:** | ORL1 |
| **Reason Code:** | |
| **Date of Last Action:** | |
| **Due Date:** | |
| **Invoice Received Date:** | 10/27/2002 |
| **Remarks:** | |
| **Locator Code:** | |

- Computers went down - 3 Dec, 02 PAYMENT Interest PFR

---

- **Return Links**
  - DFAS Vendor Pay Inquiry System

**Invoice amounts shown are in the currency invoiced.**

| | |
|---|---|
| **Contract Number:** | F4860801D0008 |
| **Delivery Order / Call Number:** | 5003 |
| **Invoice Number:** | 1 |
| **Voucher Number:** | DE30005029 |
| **Pay Status:** | PAID |
| **Check Number:** | |
| **EFT Trace Number:** | 102036554045111 |
| **Payment Distribution Date:** | 11/22/2002 |
| **EFT / Check Amount:** | 58,965.19 |
| **Invoice Amount:** | 58,956.59 |
| **Freight:** | .00 |
| **Tax Withheld:** | .00 |
| **Discount Taken:** | .00 |
| **Interest Paid:** | 8.60 |
| **Gross Invoice:** | 58,956.59 |
| **Invoice Date:** | 10/01/2002 |
| **Merchandise Acceptance Date:** | 11/07/2002 |
| **Paying DSSN:** | 3801 |
| **Location:** | |
| **Cage Code:** | 000K1 |
| **Shipment Number:** | ORL1 |
| **Reason Code:** | |
| **Date of Last Action:** | |
| **Due Date:** | |
| **Invoice Received Date:** | 11/07/2002 |
| **Remarks:** | |
| **Locator Code:** | |

---

- **Return Links**
  - DFAS Vendor Pay Inquiry System

**Invoice amounts shown are in the currency invoiced.**

| | |
|---|---|
| **Contract Number:** | F4860801D0008 |
| **Delivery Order / Call Number:** | 5005 |
| **Invoice Number:** | 1 |
| **Voucher Number:** | DE30005031 |
| **Pay Status:** | PAID |
| **Check Number:** | |
| **EFT Trace Number:** | 102036554045112 |
| **Payment Distribution Date:** | 11/22/2002 |
| **EFT / Check Amount:** | 264,749.33 |
| **Invoice Amount:** | 264,710.73 |
| **Freight:** | .00 |
| **Tax Withheld:** | .00 |
| **Discount Taken:** | .00 |
| **Interest Paid:** | 38.60 |
| **Gross Invoice:** | 264,710.73 |
| **Invoice Date:** | 10/01/2002 |
| **Merchandise Acceptance Date:** | 11/07/2002 |
| **Paying DSSN:** | 3801 |
| **Location:** | |
| **Cage Code:** | 000K1 |
| **Shipment Number:** | ORL1 |
| **Reason Code:** | |
| **Date of Last Action:** | |
| **Due Date:** | |
| **Invoice Received Date:** | 11/07/2002 |
| **Remarks:** | |
| **Locator Code:** | |

---

- **Return Links**
  - DFAS Vendor Pay Inquiry System

**Invoice amounts shown are in the currency invoiced.**

| | |
|---|---|
| **Contract Number:** | F4860801D0008 |
| **Delivery Order / Call Number:** | 5006 |
| **Invoice Number:** | 3 |
| **Voucher Number:** | DE30004409 |
| **Pay Status:** | PAID |
| **Check Number:** | |
| **EFT Trace Number:** | 102036553984234 |
| **Payment Distribution Date:** | 11/18/2002 |
| **EFT / Check Amount:** | 7,124.91 |
| **Invoice Amount:** | 7,124.91 |
| **Freight:** | .00 |
| **Tax Withheld:** | .00 |
| **Discount Taken:** | .00 |
| **Interest Paid:** | 0 |
| **Gross Invoice:** | 7,124.91 |
| **Invoice Date:** | 10/01/2002 |
| **Merchandise Acceptance Date:** | 11/07/2002 |
| **Paying DSSN:** | 3801 |
| **Location:** | |
| **Cage Code:** | 000K1 |
| **Shipment Number:** | ORL1 |
| **Reason Code:** | |
| **Date of Last Action:** | |
| **Due Date:** | |
| **Invoice Received Date:** | 11/08/2002 |
| **Remarks:** | |
| **Locator Code:** | |

---

- **Return Links**
  - DFAS Vendor Pay Inquiry System

**Invoice amounts shown are in the currency invoiced.**

| | |
|---|---|
| **Contract Number:** | F4860801D0008 |
| **Delivery Order / Call Number:** | 5003 |
| **Invoice Number:** | 1 |
| **Voucher Number:** | |
| **Pay Status:** | In Process |
| **Check Number:** | |
| **EFT Trace Number:** | |
| **Payment Distribution Date:** | 12/08/2002 |
| **EFT / Check Amount:** | |
| **Invoice Amount:** | 58,956.59 |
| **Freight:** | |
| **Tax Withheld:** | |
| **Discount Taken:** | |
| **Interest Paid:** | 0 |
| **Gross Invoice:** | |
| **Invoice Date:** | 10/01/2002 |
| **Merchandise Acceptance Date:** | |
| **Paying DSSN:** | 3801 |
| **Location:** | |
| **Cage Code:** | 000K1 |
| **Shipment Number:** | ORL1 |
| **Reason Code:** | |
| **Date of Last Action:** | |
| **Due Date:** | |
| **Invoice Received Date:** | 11/08/2002 |
| **Remarks:** | |
| **Locator Code:** | |

*Should be changed to 11/22/02 not done

---

- **Return Links**
  - DFAS Vendor Pay Inquiry System

**Invoice amounts shown are in the currency invoiced.**

DFAS loaded at 30 days payment should be 14 day payment.

Mary J. Abbott

Routing # changed

| | |
|---|---|
| **Contract Number:** | F4860801D0008 |
| **Delivery Order / Call Number:** | 5005 |
| **Invoice Number:** | 1 |
| **Voucher Number:** | DE30004814 |
| **Pay Status:** | sched for pay |
| **Check Number:** | |
| **EFT Trace Number:** | |
| **Payment Distribution Date:** | 11/21/2002 |
| **EFT / Check Amount:** | 264,710.73 |
| **Invoice Amount:** | 264,710.73 |
| **Freight:** | .00 |
| **Tax Withheld:** | .00 |
| **Discount Taken:** | .00 |
| **Interest Paid:** | 0 |
| **Gross Invoice:** | 264,710.73 |
| **Invoice Date:** | 10/01/2002 |
| **Merchandise Acceptance Date:** | |
| **Paying DSSN:** | 3801 |
| **Location:** | |
| **Cage Code:** | 000K1 |
| **Shipment Number:** | ORL1 |
| **Reason Code:** | |
| **Date of Last Action:** | |
| **Due Date:** | |
| **Invoice Received Date:** | 11/07/2002 |
| **Remarks:** | |
| **Locator Code:** | |

Re-scheduled 11/22 !
22 Nov 02

---

- **Return Links**
  - DFAS Vendor Pay Inquiry System

**Invoice amounts shown are in the currency invoiced.**

| | |
|---|---|
| **Contract Number:** | F4860801D0008 |
| **Delivery Order / Call Number:** | 5004 |
| **Invoice Number:** | 1 |
| **Voucher Number:** | DE30004813 |
| **Pay Status:** | sched for pay |
| **Check Number:** | |
| **EFT Trace Number:** | |
| **Payment Distribution Date:** | 11/21/2002 |
| **EFT / Check Amount:** | 54,580.39 |
| **Invoice Amount:** | 54,580.39 |
| **Freight:** | .00 |
| **Tax Withheld:** | .00 |
| **Discount Taken:** | .00 |
| **Interest Paid:** | 0 |
| **Gross Invoice:** | 54,580.39 |
| **Invoice Date:** | 10/01/2002 |
| **Merchandise Acceptance Date:** | |
| **Paying DSSN:** | 3801 |
| **Location:** | |
| **Cage Code:** | 000K1 |
| **Shipment Number:** | ORL1 |
| **Reason Code:** | |
| **Date of Last Action:** | |
| **Due Date:** | |
| **Invoice Received Date:** | 11/07/2002 |
| **Remarks:** | |
| **Locator Code:** | |

No records returned!
11-22-02

---

- **Return Links**
  - DFAS Vendor Pay Inquiry System

**Invoice amounts shown are in the currency invoiced.**

| | |
|---|---|
| **Contract Number:** | F4860801D0008 |
| **Delivery Order / Call Number:** | 5003 |
| **Invoice Number:** | 1 |
| **Voucher Number:** | DE30005029 |
| **Pay Status:** | sched for pay |
| **Check Number:** | |
| **EFT Trace Number:** | |
| **Payment Distribution Date:** | 11/22/2002 |
| **EFT / Check Amount:** | 58,965.19 |
| **Invoice Amount:** | 58,956.59 |
| **Freight:** | .00 |
| **Tax Withheld:** | .00 |
| **Discount Taken:** | .00 |
| **Interest Paid:** | 8.60 |
| **Gross Invoice:** | 58,956.59 |
| **Invoice Date:** | 10/01/2002 |
| **Merchandise Acceptance Date:** | |
| **Paying DSSN:** | 3801 |
| **Location:** | |
| **Cage Code:** | 000K1 |
| **Shipment Number:** | ORL1 |
| **Reason Code:** | |
| **Date of Last Action:** | |
| **Due Date:** | |
| **Invoice Received Date:** | 11/07/2002 |
| **Remarks:** | |
| **Locator Code:** | |

Not Paid 11/22/02

---

- **Return Links**
  - DFAS Vendor Pay Inquiry System

**Invoice amounts shown are in the currency invoiced.**

DFAS made corrections To this pay date from 12/08/2002 updating to reflected date.
Mary Abbott

**Contract Number:** F4860801D0008
**Delivery Order / Call Number:** 5006
**Invoice Number:** 3
**Voucher Number:** DE30004409
**Pay Status:** PAID
**Check Number:**
**EFT Trace Number:** 102036553984234
**Payment Distribution Date:** 11/18/2002
**EFT / Check Amount:** 7,124.91
**Invoice Amount:** 7,124.91
**Freight:** .00
**Tax Withheld:** .00
**Discount Taken:** .00
**Interest Paid:** 0
**Gross Invoice:** 7,124.91
**Invoice Date:** 10/01/2002
**Merchandise Acceptance Date:** 11/07/2002
**Paying DSSN:** 3801
**Location:**
**Cage Code:** 000K1
**Shipment Number:** ORL1
**Reason Code:**
**Date of Last Action:**
**Due Date:**
**Invoice Received Date:** 11/08/2002
**Remarks:**
**Locator Code:**

---

- **Return Links**
  - DFAS Vendor Pay Inquiry System

**Invoice amounts shown are in the currency invoiced.**