Modifications

to

Basic Contract

# SOLI( ATION/CONTRACT FILE FOLDEI IDEX

CONTRACT NUMBER F48608-01-D-0008 MODIFICATION NUMBER 07

| INDEX TEMPLATE TITLE | # | DESCRIPTION | APPL AND IN FILE |
|---|---|---|---|
| ODIFICATIONS | M-1 | PR / PROCUREMENT DIRECTIVE | |
| | M-2 | OPTION MOD ADMIN | |
| | M-3 | NOTICE TO CONTRACTOR | |
| | M-4 | NOTICE TO UNION | |
| | M-5 | DETERMINATIONS AND FINDINGS | |
| | M-6 | REQUEST FOR PROPOSAL | |
| | M-7 | CONTRACTOR'S PROPOSAL | |
| | M-8 | GOVERNMENT'S TECHNICAL EVALUATION | |
| | M-9 | PRICING ANALYSIS | |
| | M-10 | AUDIT REPORT(S) | |
| | M-11 | CERTIFICATE OF CURRENT COST OR PRICING DATA | |
| | M-12 | PRE-NEGOTIATION OBJECTIVES | |
| | M-13 | PRICE NEGOTIATION MEMORANDUM (INCL. WEIGHTED GUIDELINES) | |
| | M-14 | STAFF JUDGE ADVOCATE COORDINATION (AF FORM 3059) | |
| | M-15 | DD 350 | |
| | M-16 | CORRESPONDENCE TRANSMITTING AND ACCEPTING MODIFICATIONS | |
| | M-17 | SF 30 (WITH ATTACHMENTS) | X |
| | M-18 | LOCAL REVIEWS | |
| | M-19 | CHRONOLOGY | |
| | M-20 | Memo | X |
| | M-21 | | |
| | M-22 | | |
| | M-23 | | |
| | M-24 | | |
| | M-25 | | |

DATE MOD DISTRIBUTED

| | |
|---|---|
| ORIG TO FILE | 20040330 |
| CUSTOMER | 20040330 |
| CONTRACTOR | |
| 'AS | |
| .BA | |

[signature] 20040330
CONTRACT ADMINISTRATOR DATE

[signature] 20040330
CONTRACTING OFFICER DATE

AFSPC FORM 33, 20000501 *(IMT-V1)*

# SOLI TATION/CONTRACT FILE FOLDE NDEX

CONTRACT NUMBER

| INDEX/TEMPLATE TITLE | # | DESCRIPTION | APPL AND IN FILE |
|---|---|---|---|
| CONTRACT ADMINISTRATION | 118 | ASSIGNMENTS OF CLAIMS (IF ANY) | |
| | 119 | INVOICES/PAYMENT VOUCHERS/FUNDS EXPENDITURE REGISTER | |
| | 120 | CONTRACTOR'S RELEASE OF CLAIMS | |
| | 121 | PRE-FINAL PAYMENT CHECKLIST, [AF FORM 3035] | |
| | 122 | PERFORMANCE EVALUATION (CONSTRUCTION), [DD FORM 2626] | |
| | 123 | ANNUAL PERFORMANCE EVALUATION, (SERVICES/SUPPLIES) (AFMC FORM 162A-1) | |
| | 124 | CONTRACTOR PAST PERFORMANCE; PERFORMANCE EVALUATION REPORT, (ARCHITECT-ENGINEERING), [DD FORM 2631] | |
| | 125 | CONTRACT ADMINISTRATION RECORD, [DD FORM 1593]; FINAL ACCEPTANCE/CONTRACT COMPLETION CERTIFICATE, [DD FORM 1594] | |
| | 126 | CONTRACT CLOSEOUT CHECKLIST, [DD FORM 1597] | |
| | 127 | MISCELLANEOUS/GENERAL ADMINISTRATION CORRESPONDENCE | |
| | 128 | | |
| | 129 | | |
| | 130 | | |
| | 131 | | |
| | 132 | | |
| | 133 | | |
| | 134 | | |
| | 135 | | |
| | 136 | | |
| | 137 | | |
| | 138 | | |
| | 139 | | |
| | 140 | | |
| | 141 | | |
| | 142 | | |
| | 143 | | |
| | 144 | | |
| | 145 | | |

# AFSPC/PKP MODIFICATION CHECKLIST

## Answers to the following questions should be in the affirmative:

**Planning and Development of Pre-Negotiation Position**

N/A 1. The work contained in the modification is within the scope of work of the Statement of Work.

✓ 2. The dollar value of the modification is within scope. (The impact of a dollar change for purpose of scope determination should be evaluated on a case-by-case basis however; a change of 25% in dollar value can be used as a guide).

N/A 3. If the work and/or dollar values are determined to be out of scope, has a J&A been executed in accordance with FAR 6.304 as supplemented?

N/A 4. For modifications to actions that were awarded under a J&A to the procedures now depicted at the <u>**MANDATORY**</u> Air Force Guide entitled "**DEVELOPING AND PROCESSING JUSTIFICATION AND APPROVAL (J&A) DOCUMENTS**" were followed for review, approval, and amendment of J&A.

N/A 5. Funding being used for the modification is consistent with the work being done (correct fund type, year, purpose etc.). If applicable, bona-fide need considerations have been addressed. In addition, the funding document meets the requirements to address environmental considerations.

✓ 6. The change in contract value that would result from the modification does not exceed any statutory levels approved for the project. This review prevents entering into an Anti-Deficiency Act violation.

N/A 7. If the modification is to exercise an option year, the proper notifications were issued to the contractor and the labor unions, an SF 98 executed (see FAR 22.1010) and the requirements at FAR 17.207 regarding synopsis and the appropriate determination accomplished to support exercising the option.

N/A 8. An independent government technical assessment of the impact of the modification in terms of manpower and labor hours and other direct costs is accomplished by the functional and provided to the contracting officer for use in developing the Pre-Negotiation Objective.

N/A 8. If the modification requires an audit, the contracting officer has obtained an audit and used it to support the decisions reached and recorded in the Pre-Negotiation Memorandum.

N/A 9. As applicable, the possibility of using Integrated Product Team (IPT) pricing is considered (see AFFARS 5301.9000(b)(2)).

**Obtaining Clearance**

N/A 10. The contracting officer has developed a Pre-Negotiation Objective (see AFSPCFARS 5301.9504(a)(2)(i)).

N/A 11. A technical evaluation of the offeror's proposal was accomplished to evaluate types, quantities and mix of skills, technical approach, and materials. The technical evaluation also discusses any divergence from the government estimate. (Note separate technical evaluation checklist available for use)

N/A 12. Legal review has been accomplished for all actions for which legal review is required (see AFSPCFARS 5301.602-2(c)(1)).

N/A 13. If the clearance was granted with specific conditions, conditions were met or a revised clearance was obtained.

N/A 14. All local/MAJCOM reviews have been accomplished and approval from the "CLEARANCE AUTHORITY" was obtained prior to entering into negotiations with the contractor (See AFSPCFARS 5301.102(e).

N/A 15. If negotiations with the contractor resulted in addition of a significant term or condition or the negotiator was unable to negotiate within the parameters approved, a revised clearance was obtained to support a different negotiation position.

N/A 16. The contracting officer has executed a final Price Negotiation Memorandum PNM) after all negotiations are completed. The PNM reflects complete discussion of the negotiation and references the sources of information (technical evaluation, audit etc.) supporting the contracting officer's decision to award the modification.

**Executing the Modification**

N/A 17. If required a Certificate of Current Cost and Pricing Data was obtained from the contractor(see FAR 15.406-2).

N/A 18. If required, 1279 report (Report Control Symbol DD-LA- (AR) 1279) was prepared for actions >$5 million to SAF/LLP (see DFARS 205.303 and AFFARS 5303.303(a)(ii))?

N/A 19. A DD Form 350 report (Report Control Symbol DD-AT&L (M)1014) was prepared for all actions as referenced in DFARS 204.670-6.

✓ 20. The modification indicates, by contract section, the changes made to the contract.

✓ 21. Changes to Section "B" and the contract amount shown on the "award form" area have been presented in a format that indicates the nature and impact of the dollar change by expressing that the dollar value changed from: _____ to _____ for a total change of __________." This format applies to other areas of the contract (e.g. Section H, Award Fee Plan and so forth) where dollar values have been changed.

✓ 22. If the dollar value of the modification increases a threshold to a level that requires the inclusion of a required clause(s) not previously in the contract, the required clause(s) are included in the modification (e.g. Service Contract Act for actions over $2,500).

N/A 23. For bilateral modification actions, the contractor's signature was obtained prior to execution by the contracting officer.

N/A 24. For bilateral actions, a release statement substantially the same as that found at FAR 43.204(c) was included in the modification.

✓ 25. The SF 30 cites the proper authority for the modification action.

MEMORANDUM FOR RECORD

DATE: 35 March 2004

SUBJECT: Increase Quantities

1. This modification shall be identified as P00007 against contract F48608-01-D-0008, Base Roofing Requirements Contract.

2. While attempting to process the modifications for Delivery orders 5001 and 5004 for additional work that the contractor was expected to perform, It was noticed by myself that the contract was in a deficit for the base year in terms of quantity. This contract was issued as a lump sum and did not have specific CLINS to adjust so I increased the quantity to reflect what is being used so, in-turn, I could process the delivery order modifications.

3. The total amount of the contract remains unchanged.

DUTCH VAN STOCKUM
Contract Specialist

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J
PAGE OF PAGES: 1 | 2

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO.(If applicable) |
|---|---|---|---|
| P' | 24-Mar-2004 | FQDEUD03480300 | |

6. ) BY — CODE F48608
90TH CONTRACTING SQUADRON
7505 MARNE LOOP
F.E. WARREN AFB WY 82005-2860

7. ADMINISTERED BY (If other than item 6) — CODE F48608
90TH CONTRACTING SQUADRON
7505 MARNE LOOP
F.E. WARREN AFB WY 82005-2860

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
M G CONSTRUCTION INC
MIGUEL GARCIA
3850 MAINLINE DRIVE NE
SALEM OR 97303-4172

CODE 0K1D9 — FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MOD. OF CONTRACT/ORDER NO. F48608-01-D-0008

X 10B. DATED (SEE ITEM 13) 29-Jun-2001

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

☐ A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

X ' ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying ce, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

☐ .IS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

☐ D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [X] is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to:
1. Increase quantities on contract to compensate for the additional work required for Delivery Order 5001 and 5004
2. Total contract value for Base year is changed from $1,966,721.53 to $2,106,721.50 an increase of $140,000.00
2. All other terms and conditions remain unchanged.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) CARROLL M. VYE / CONTRACTING OFFICER | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY Carroll M Vye<br>(Signature of Contracting Officer) | 16C. DATE SIGNED 26-Mar-2004 |

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

SUMMARY OF CHANGES

Changes in Solicitation/Contract/Order Form

The total cost has increased from $3,034,389.84 by $140,000.00 to $3,174,389.84

Changes in Section B

CLIN 0001

The total CLIN cost has increased from $1,966,721.53 by $140,000.00 to $2,106,721.53
The pricing detail quantity has increased from 1,966,721.53 by 140,000.00 to 2,106,721.53

Changes in Section G

Summary for the Payment Office

The total funded amount of the contract remains unchanged.