Delivery

Orders

Placed

against

Contract

Delivery
Order

5001

**REQU_ST FOR PURCHASE** SSgt Thornton

| | |
|---|---|
| INSTALLATION<br>_ WARREN AFB | NO.<br>FQDEUD11780200 |
| | DATE<br>27-JUN-01 |
| _NTRACTING OFFICER<br>CONS | CLASS<br>Z119 |
| _JGH<br>_90 CPTS/FMFL | CONTRACT, PURCHASE ORDER OR DEI |
| FROM: *(insert RC/CC if applicable)*<br>90TH CIVIL ENGINEER SQUADRON/CECE | F48608 01 D0008 5001 |

IT IS REQUESTED THAT THE SUPPLIES AND SERVICES ENUMERATED BELOW AND IN THE ATTACHED LIST, BE

| PURCHASED FOR | FOR DELIVERY TO | NOT LATER THAN |
|---|---|---|
| J MENNELLA/4768 | | 27-JUL-01 |

| ITEM | DESCRIPTION OF MATERIAL OR SERVICES TO BE PURCHASED | QUANTITY | UNIT | ESTIMATED UNIT PRICE | ESTIMATED TOTAL COST |
|---|---|---|---|---|---|
| | CLASS CODE Z11904<br>PROJECT # GHLN 01-1004<br>I have reviewed the requirement, including available technical documentation, and believe that it does not require the contractor to use Class I Ozone Depleting Substances (ODS) identified in Air Force Policy, nor is it written so that it can only be met by use of a Class 1 ODS.<br><br>I CERTIFY THAT FUNDS WILL BE AVAILABLE EFFECTIVE 1 JUL 01 UNLESS YOU ARE ADVISED TO THE CONTRARY BEFORE THAT DATE. | | | $ | $ |
| 0200 | REPLACE & REPAIR MULTIPLE BASE ROOFS (NON-HOUSING) | 1 | JB | 370,000.00 | 370,000.00 |
| | | | | | $369,630.08 |
| | | | | TOTAL | $ 370,000.00 |

PURPOSE REPLACE & REPAIR MULTIPLE BASE ROOFS (NON-HOUSING)

| DATE | TYPED NAME AND GRADE OF REQUESTING OFFICIAL | SIGNATURE / TELEPHONE NO. |
|---|---|---|
| 27-JUN-01 | WOOD,JULANE M.,GS09<br>BUDGET ANALYST<br>90 CES/CER | SIGNATURE //SIGNED*//<br>TELEPHONE NO. 481-5291 |

| DATE | TYPED NAME AND GRADE OF APPROVING OFFICIAL | SIGNATURE |
|---|---|---|
| 27-JUN-01 | WOOD,JULANE M.,GS09<br>BUDGET ANALYST<br>90 CES/CER 481-5291 | //SIGNED*// |

*I certify that the supplies and services listed above and in the attached list are properly chargeable to the following allotments, the available balances of which are sufficient to cover the cost thereof, _funds have been committed.*

| _NTING CLASSIFICATION | AMOUNT |
|---|---|
| _3400 301 83M1 234421 010000 52100 35878F 662400 F62400<br>_18232<br>_N: AA FSR: 001361 PSR: 052120 DSR: 010452 | $ ~~370,000.00~~<br>369,630.08 |

| DA_ | TYPED NAME AND GRADE OF CERTIFYING OFFICIAL | |
|---|---|---|
| 28-JUN-01 | TRANTHAM,JANET,GS11<br>CHIEF ALO<br>90 SW/90CPTS 481-7002 | Janet Trantham |

FL

...IOR, EQUIPMENT, APPLIANCES, AND MATERIALS IN PERFORMING ALL NECESS... SERVICES REQUIRED IN ACCORDANCE WITH THE ATTACHED STATEMENT OF WO...
CONTRACTOR SHALL PERFORM ALL WORK AS SPECIFIED IN THE INCLUDE... ...IONS DATED NOV 2000 NOTED AS PROJECT NUMBER GHLN 01-1004.

## ROOF REQUIREMENTS CONTRACT

BASIC CONTRACT PERIOD: ONE (1) YEAR FROM DATE OF AWARD OF CONTRACT

FY 01 D.O. 5000

| CLIN # | DESCRIPTION | BLDG 222 | BLDG 224 | BLDG 226 | BLDG 152 | BLDG 341 | BLDG 315 | BLDG 1284 | BLDG 250 | BLDG 212 | EST. QTY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0026AG | Demo 1 Shingle Layer w/1 layer felt: Slope 5/12 to 8/12 (>1 Story) | 171 | 107 | 116 | 90 | 200 | 133 | | | | 817 | SQ | $ 41.20 | $ 33,660.40 |
| 0027AG | Install 1 Layer 30 lb Felt & 100 mph Three Tab Wind Warranty Shingle : Slope 5/12 to 8/12 (>1 story) | 171 | 107 | 116 | 90 | 200 | 133 | | | | 817 | SQ | $ 80.00 | $ 65,360.00 |
| 0028AB | Install 30 lb Felt Ice Dam | 700 | 480 | 760 | 420 | 1100 | 870 | | | | 4330 | LF | $ 1.00 | $ 4,330.00 |
| 0029AA | Hand Seal Shingles | | | | | | | | | 1 | 1 | SQ | $ 1.00 | $ 1.00 |
| 0037AA | Drip Edge & Eave Flashing, 26 Ga. | 700 | 480 | 760 | 420 | 1100 | 870 | | | | 4330 | LF | $ 2.49 | $ 10,781.70 |
| 0037AB | Valley Flashing, 24" W, 26 Ga., Standard "v" Shape | 154 | 200 | 200 | 124 | 50 | | | | 20 | 748 | LF | $ 3.23 | $ 2,416.04 |
| 0037AC | Ridge Roll (Screw Fastened)_ 2 1/2" Dia., 26 Ga. | 335 | 290 | 360 | 222 | 252 | 170 | | | 200 | 1829 | LF | $ 0.10 | $ 182.90 |
| 0038AC | Cricket | | | 4 | | | | | | | 4 | EA | $ 508.00 | $ 2,032.00 |
| 0038AD | Surface Mount Flashing | 168 | 110 | 150 | 220 | 510 | 340 | | | | 1498 | LF | $ 12.88 | $ 19,294.24 |
| 0039AC | 3/4" Plywood | 320 | 320 | 320 | 320 | 320 | 320 | | | | 1920 | SF | $ 1.55 | $ 2,976.00 |
| 0040AB | Remove Gutter/Downspout | | | | | | 15 | | | | 15 | LF | $ 1.00 | $ 15.00 |
| 0040AC | Gutter, "K", 5", 26 Ga. | | | | | | 15 | | | | 15 | LF | $ 3.00 | $ 45.00 |
| 0040AE | Downspout, 2x3", 26 Ga. | | | | | | 15 | | | | 15 | LF | $ 3.00 | $ 45.00 |
| 0040AK | Gutter Lining, EPDM, 60 mil | | | | | | | | | 45 | 45 | LF | $ 5.00 | $ 225.00 |
| 0022AB | Install Roofing Panels, 24 Ga. | | | | | | | | 2450 | | 2450 | SF | $ 2.75 | $ 6,737.50 |
| 0022AC | Prefinished Drip Edge, 24 Ga., | | | | | | | | 145 | | 145 | LF | $ 2.00 | $ 290.00 |
| 0022AD | Prefinished Reglet, 24 GA | | | | | | | | 145 | | 145 | LF | $ 2.00 | $ 290.00 |
| 0025AA | Standing Seam Seaming Machine | | | | | | | | 1 | | 1 | MO | $ 800.00 | $ 800.00 |
| 0025AB | Crane Rental | | | | | | | | 24 | | 24 | HR | $ 80.00 | $ 1,920.00 |
| 0001AC | Remove BURS (5-ply max) & 2" Insulation (2" Mopped) | | | | | | 500 | 44735 | | | 45235 | SF | $ 0.80 | $ 36,188.00 |
| 0002AA | Adhered, Less Than 5 SQ Per Delivery Order | | | | | | 5 | | | 1 | 6 | SQ | $ 240.00 | $ 1,440.00 |
| 0002AB | Adhered, More Than 5 SQ Per Delivery Order | | | | | | | 448 | | | 448 | SQ | $ 225.00 | $ 100,800.00 |
| 0003AA | Install Insulation, Min r Value >= 12 | | | | | | 5 | 448 | | | 453 | SQ | $ 85.00 | $ 38,505.00 |
| 0010AE | Step Flashing 12" x 8", 26 Ga. | | | | | | | | 30 | 30 | 60 | LF | $ 2.30 | $ 138.00 |
| 0010AF | Wall Mounted Reglet. 26 Ga., Mechanically Fastened, 6" Face | | | | | | 130 | 3130 | | | 3260 | LF | $ 1.58 | $ 5,150.80 |
| 0010AG | Counter Flashing 12" Wide 26 Ga. | | | | | | | 3130 | 145 | | 3275 | LF | $ 1.74 | $ 5,698.50 |
| 0010AM | Remove, Rebend & Replace Aluminum Coping | | | | | | 103 | 1725 | | | 1828 | LF | $ 1.00 | $ 1,828.00 |
| 0014AA | Remove Integrated System Air Terminals and Conductors | | | | | | | 6 | | | 6 | EA | $ 500.00 | $ 3,000.00 |
| 0014AB | Work Around Concealed Lightning Protection System, Add This Cost to Roof Installation Cost per SQ | | | | | | | 448 | | | 448 | SQ | $ 10.00 | $ 4,480.00 |
| 0014AC | Restore Integrated System Air Terminals and Conductors | | | | | | | 6 | | | 6 | EA | $ 500.00 | $ 3,000.00 |
| 0014AD | Electrically Test Restored System per Specifications | | | | | | | 1 | | | 1 | EA | $ 2,000.00 | $ 2,000.00 |
| 0015AA | Crane Rental | | | | | | | 80 | | | 80 | HR | $ 200.00 | $ 16,000.00 |
| | | $ 26,358.96 | $ 17,231.40 | $ 21,853.60 | $ 16,126.12 | $ 35,330.50 | $ 26,486.50 | $ 215,264.00 | $ 10,358.80 | $ 619.60 | ESTIMATED TOTAL | | | $ 369,630.06 |

D.O. 5000
FY01 Roof Requirements Contract

28 June 2001

**Statement of Work**

1. Building 222 needs a total roof replacement. The Contractor shall completely remove and dispose of the existing shingles and felt and install 1 layer of new felt and 1 layer of 100 mph Wind Warranted Three Tab Shingles as well as all necessary flashings and ridge caps.

2. Building 224 needs a total roof replacement. The Contractor shall completely remove and dispose of the existing shingles and felt and install 1 layer of new felt and 1 layer of 100 mph Wind Warranted Three Tab Shingles as well as all necessary flashings and ridge caps.

3. Building 226 needs a total roof replacement. The Contractor shall completely remove and dispose of the existing shingles and felt and install 1 layer of new felt and 1 layer of 100 mph Wind Warranted Three Tab Shingles as well as all necessary flashings and ridge caps.

4. Building 152 needs a total roof replacement including dormers. The Contractor shall completely remove and dispose of the existing shingles and felt and install 1 layer of new felt and 1 layer of 100 mph Wind Warranted Three Tab Shingles as well as all necessary flashings and ridge caps. No work will be performed on the elevator roof except for flashing at shaft- main roof intersections.

5. Building 341 needs a partial roof replacement. The Contractor shall completely remove and dispose of the existing shingles and felt on the roof of the main building and the loft roof and install 1 layer of new felt and 1 layer of 100 mph Wind Warranted Three Tab Shingles as well as all necessary flashings and ridge caps. No work will be performed on the roof over the western building expansion or eastern drop off canopy.

6. Building 315 needs a total roof replacement. The Contractor shall completely remove and dispose of the existing shingles and felt and install 1 layer of new felt and 1 layer of 100 mph Wind Warranted Three Tab Shingles as well as all necessary flashings and ridge caps. In addition, the Contractor shall completely remove and dispose of the existing BURS roof over the west extension and replace it with a fully adhered EPDM roofing system. This work shall include the replacement of the mechanically fastened wall mounted reglet and any necessary removal, rebending, and refastening of the parapet coping. Also, the gutter on the east side of the building (15 LF) shall be removed and replaced, and a new downspout installed.

7. Building 1284 needs a partial roof replacement. This building consists of several different roof areas. Work shall be performed on the areas indicated. Each area requires complete roof replacement. The Contractor shall completely remove and

dispose of existing BURS and insulation underlayment to the decking and install a new fully adhered EPDM roof system including insulation. This work shall also include the replacement of the mechanically fastened wall mounted reglet, any necessary removal, rebending, and refastening of the parapet coping, sealing building expansion joint, and all incidental work necessary to provide a fully functional roof.

8. Building 250 requires installation of standing seam metal roof over newly constructed porch including all necessary flashings and accessories. The standing seam metal panels shall be shop painted to match the historic red color of the existing metal roofs. Penetrations through underside of tongue and groove planking is not acceptable.

9. Bldg 212 requires minor roof repairs including: securing loose shingles and step flashing around chimneys, properly securing all ridge cap, installing EPDM gutter liner to rear porch gutter, patching east valley EPDM and all incidental work necessary to provide a fully functional roof.

10. Required Submittals: As per specifications Section 01000, Parts 1.12 and 1.13, the written guarantees, warranties, and any other items listed on the attached AF Form 66 are hereby specified as required submittals for this delivery order. The length and terms of each warranty shall meet the minimum requirements as set forth for that type of roofing system in the contract specifications.

11. All roofing and related work shall be performed in accordance with the specifications of the requirements contract, any attached drawings, and the line item list.

12. Performance Period: All work shall be completed 120 calendar days after receipt of the Notice to Proceed.

Delivery

Order

5003

**REQ... ST FOR PURCHASE**

NO. FQDEUD12720100

INSTALLATION
WARREN AFB

DATE
29-SEP-01

...TRACTING OFFICER
...ONS

CLASS
Z161

...SH
90 CPTS/FMFL

CONTRACT, PURCHASE ORDER OR DELIVERY ORDER NO.

FROM: *(insert RC/CC if applicable)*
90TH CIVIL ENGINEER SQUADRON/CECE

IT IS REQUESTED THAT THE SUPPLIES AND SERVICES ENUMERATED BELOW AND IN THE ATTACHED LIST, BE

PURCHASED FOR
J MENNELLA/4768

FOR DELIVERY TO

*NOT LATER THAN
29-OCT-01

| ITEM | DESCRIPTION OF MATERIAL OR SERVICES TO BE PURCHASED | QUANTITY | UNIT | ESTIMATED UNIT PRICE | ESTIMATED TOTAL COST |
|---|---|---|---|---|---|
| | CLASS CODE: Z16104 PROJECT # 02-1011F<br>I have reviewed the requirement, including available technical documentation, and believe that it does not require the contractor to use Class I Ozone Depleting Substances (ODS) identified in Air Force Policy, nor is it written so that it can only be met by use of a Class 1 ODS. | | | $ | $ |
| 0100 | REPLACE BASE HOUSING ROOFS (MCP) | 1 | JB | 65,600.00 | 65,600.00 |
| | | | | TOTAL | $ 65,600.00 |

PURPOSE
REPLACE BASE HOUSING ROOFS

| DATE | TYPED NAME AND GRADE OF REQUESTING OFFICIAL | SIGNATURE |
|---|---|---|
| 29-SEP-01 | WOOD, JULANE M., GS09<br>BUDGET ANALYST<br>90 CES/CER | //SIGNED*//<br>TELEPHONE NO.<br>481-5291 |

| DATE | TYPED NAME AND GRADE OF APPROVING OFFICIAL | SIGNATURE |
|---|---|---|
| 29-SEP-01 | WOOD, JULANE M., GS09<br>BUDGET ANALYST<br>90 CES/CER 481-5291 | //SIGNED*// |

*I certify that the supplies and services listed above and in the attached list are properly chargeable to the following allotments, the available balances of which are sufficient to cover the cost thereof, and funds have been committed.*

...UNTING CLASSIFICATION
.7045 831 83M1 P72262 234421 52200 35878F 662400 F62400
A18305
...N: AA FSR: 001368 PSR: 039390 DSR: 008018

AMOUNT
$ ~~65,600.00~~ 65,507.32

| DATE | TYPED NAME AND GRADE OF CERTIFYING OFFICIAL | |
|---|---|---|
| 29-SEP-01 | BELLE, KIM H., TSGT<br>ACCT TECH<br>90 SW/FMFL 481-5102 | [redacted] |

AF FORM 9, MAR 77 *(EF)* *Generated by ABSS Created using ORACLE Reports

~~FOR OFFICIAL USE ONLY~~

29/01

FURNISH ALL LABOR, EQUIPMENT, APPLIANCES, AND MATERIALS IN PERFORMING ALL NECESSARY TRAVEL AND SERVICES REQUIRED IN ACCORDANCE WITH THE ATTACHED STATEMENT OF WORK. THE CONTRACTOR SHALL PERFORM ALL WORK AS SPECIFIED IN THE INCLUDED SPECIFICATIONS DATED NOV 2000 NOTED AS PROJECT NUMBER GHLN 01-1004.

## ROOF REQUIREMENTS CONTRACT

BASIC CONTRACT PERIOD: ONE (1) YEAR FROM DATE OF AWARD OF CONTRACT

FY 01 (MCP ROOFS)

| ITEM # | DESCRIPTION | BLDG 1933 | BLDG ~~1926~~ 1906 | BLDG 1900 | TOTAL | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 001AB | Remove BURS (5-ply max) & 2" Insulation (2" Mopped) (Base Housing) | 4500 | 4362 | 4500 | 13,362 | SF | $0.70 | 9,353 |
| 0002AB | Adhered, more than 5 SQ Per Delivery Order (Base Housing) | 47 | 45 | 47 | 139 | SQ | $225.00 | 31,275 |
| 0003AA | Install insulation, min r value >= 12 | 45 | 44 | 45 | 134 | SQ | $110.00 | 14,740 |
| 0010AB | 8" Drip Edge & Eave Flashing, 26 Ga. | 390 | 374 | 390 | 1,154 | LF | $2.13 | 2,458 |
| 0010AH | Gravel Stop, 6" Face, 24 Ga. (Base Housing) | 10 | 10 | 10 | 30 | LF | $1.13 | 34 |
| 0011AC | 3/4" Plywood | 300 | 300 | 300 | 900 | SF | $2.50 | 2,250 |
| 0011AF | Wood Nailer - 6" Nom width | 390 | 374 | 390 | 1,154 | SF | $2.50 | 2,885 |
| 0012AB | Remove Gutter/Downspout | 240 | 232 | 240 | 712 | LF | $1.00 | 712 |
| 0015AB | Factory Formed rubber boot | 6 | 6 | 6 | 18 | Ea | $100.00 | 1,800 |
| | TOTAL ESTIMATED COST PER BUILDING | $22,082.00 | $21,343.32 | $22,082.00 | | DELIVERY ORDER TOTAL | | $ 65,507.32 |

FOR OFFICIAL USE ONLY

**D.O. (MCP Housing)** 5003 **29 Sept. 01**
**FY 01 Roof Requirements Contract**

**Statement of Work**

1. Building 1900, 1926 & 1933 , single story duplexes located in MCP Housing, need a total roof replacement. On each unit, the contractor shall completely remove and dispose of the existing built up roofing system down to the wood decking and install a new fully adhered EPDM single ply roofing system, including insulation and all necessary drip edge and eave flashing. The contractor shall install wood nailers as necessary to correctly install the new single ply EPDM system. All the existing gutters and downspouts are to be saved and attached into the new installation. Where rain diverts currently exists over the front door of each unit, similar rain diverts (gravel stop with 2" lip and 5"-6" face) shall be installed in the new roof.

2. All roofing and related work shall be performed in accordance with the specifications of the requirements contract, any attached drawings, and line items list.

3. Performance Period: All work shall be completed 20 calendar days after receipt of the Notice to proceed.

Delivery

Order

5004

PAGE 1

# REQUEST FOR PURCHASE

NO. FQDEUD12500100

DATE 07-SEP-01

CLASS Z119

CONTRACT, PURCHASE ORDER OR DELIVERY ORDER NO.

INSTALLATION: WARREN AFB

CONTRACTING OFFICER: CONS

THROUGH: 90 CPTS/FMFL

FROM: (insert RC/CC if applicable) 90TH CIVIL ENGINEER SQUADRON/CECE

IT IS REQUESTED THAT THE SUPPLIES AND SERVICES ENUMERATED BELOW AND IN THE ATTACHED LIST, BE

| PURCHASED FOR | FOR DELIVERY TO | NOT LATER THAN |
|---|---|---|
| MANNELLA/4784 | | 07-OCT-01 |

| ITEM | DESCRIPTION OF MATERIAL OR SERVICES TO BE PURCHASED | QUANTITY | UNIT | ESTIMATED UNIT PRICE | ESTIMATED TOTAL COST |
|---|---|---|---|---|---|
| | CLASS CODE: Z11904<br><br>THIS REQUIREMENT HAS BEEN PROVIDED FOR IN THE HQ AFSPC FINANCIAL PLANS FOR FY 02. NO OBLIGATIONS MAY BE INCURRED WITHOUT CERTIFICATION OF AVAILABILITY OF FUNDS. | | | $ | $ |
| 0100 | CONTRACTURAL SERVICES TO REPLACE BASE ROOFS ON BUILDING 1284. PROJECT NUMBER 03-1007B.<br>I have reviewed the requirement, including available technical documentation, and believe that it does not require the contractor to use Class I Ozone Depleting Substances (ODS) identified in Air Force Policy, nor is it written so that it can only be met by use of a Class 1 ODS. | 1 | JB | 117,528.84 | 117,528.84 |
| | TOTAL | | | | $ 117,528.84 |

PURPOSE: APA - IDIQ - ROOFING - BLDG 1284

| DATE | TYPED NAME AND GRADE OF REQUESTING OFFICIAL | SIGNATURE / TELEPHONE NO. |
|---|---|---|
| 07-SEP-01 | COLVIN,AGNES L.,GS07<br>BUDGET TECH<br>90 CES/CERF | //SIGNED*//<br>TELEPHONE NO. 2124 |

| DATE | TYPED NAME AND GRADE OF APPROVING OFFICIAL | SIGNATURE |
|---|---|---|
| 07-SEP-01 | COLVIN,AGNES L.,GS07<br>BUDGET TECH<br>90 CES/CERF 2124 | //SIGNED*// |

*I certify that the supplies and services listed above and in the attached list are properly chargeable to the following allotments, the available balances of which are sufficient to cover the cost thereof, and funds have been committed.*

ACCOUNTING CLASSIFICATION
`13400 301 83M1 234421 010000 52100 35878F 662400 F62400
A18283
CRN: AA FSR: 001361 PSR: 052120 DSR: 008378

AMOUNT $ 117,528.84

| DATE | TYPED NAME AND GRADE OF CERTIFYING OFFICIAL | SIGNATURE |
|---|---|---|
| 29-SEP-01 | BELLE,KIM H.,TSGT<br>ACCT TECH<br>90 SW/FMFL 481-5102 | [redacted] |

AF FORM 9, MAR 77 (EF) *Generated by ABSS Created using ORACLE Reports

FOR OFFICIAL USE ONLY

| SCHEDULE OF MATERIAL SUBMITTALS | PROJECT NUMBER | PROJECT TITLE | SOLICITATION/CONTRACT NUMBER |
|---|---|---|---|
| | GLHN 01-1004 | Roof Requirements Contract - DO 5003 | |

FURNISH ALL LABOR, EQUIPMENT, APPLIANCES, AND MATERIALS IN PERFORMING ALL NECESSARY TRAVEL AND SERVICES REQUIRED IN ACCORDANCE WITH THE ATTACHED STATEMENT OF WORK. THE CONTRACTOR SHALL PERFORM ALL WORK AS SPECIFIED IN THE INCLUDED SPECIFICATIONS DATED NOV

## ROOF REQUIREMENTS CONTRACT

BASIC CONTRACT PERIOD: ONE (1) YEAR FROM DATE OF AWARD OF CONTRACT

FY 01 D.O. 5003

| CLIN # | DESCRIPTION | Area 9 | Area 10 | Area 11 | Area 12 | Area 13 | Area 14 | Area 15 | EST. QTY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0001AC | Remove BURS (5-ply max) & 2" Insulation (2" Mopped) | 6720 | 6720 | 4060 | 2530 | 2500 | 1345 | 470 | 24,345 | SF | $ 0.80 | $ 19,476.00 |
| 0002AA | Adhered, Less Than 5 SQ Per Delivery Order | | | | | | | | 0 | SQ | $ 240.00 | $ - |
| 0002AB | Adhered, More Than 5 SQ Per Delivery Order | 74 | 74 | 45 | 28 | 28 | 15 | 5 | 269 | SQ | $ 225.00 | $ 60,525.00 |
| 0003AA | Install Insulation, Min r Value >= 12 | 74 | 74 | 45 | 28 | 28 | 15 | 5 | 269 | SQ | $ 85.00 | $ 22,865.00 |
| 0010AE | Step Flashing 12" x 8", 26 Ga. | | | | | | | | 0 | LF | $ 2.30 | $ - |
| 0010AF | Wall Mounted Reglet. 26 Ga., Mechanically Fastened, 6" Face | 450 | 450 | 328 | 355 | 235 | 170 | 110 | 2,098 | LF | $ 1.58 | $ 3,314.84 |
| 0010AG | Counter Flashing 12" Wide 26 Ga. | | | | | | | | 0 | LF | $ 1.74 | $ - |
| 0010AM | Remove, Rebend & Replace Aluminum Coping | 290 | 290 | 328 | 355 | 235 | 170 | 110 | 1,778 | LF | $ 1.00 | $ 1,778.00 |
| 0014AA | Remove Integrated System Air Terminals and Conductors | | | | | | | | 0 | EA | $ 500.00 | $ - |
| 0014AB | Work Around Concealed Lightning Protection System, Add This Cost to Roof Installation Cost per SQ | | | 5 | 6 | 4 | 2 | | 17 | SQ | $ 10.00 | $ 170.00 |
| 0014AC | Restore Integrated System Air Terminals and Conductors | | | | | | | | 0 | EA | $ 500.00 | $ - |
| 0014AD | Electrically Test Restored System per Specifications | | | 1 | 1 | 1 | 1 | | 4 | EA | $ 2,000.00 | $ 8,000.00 |
| 0015AA | Crane Rental | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | HR | $ 200.00 | $ 1,400.00 |
| | | $ 29,517.00 | $ 29,517.00 | $ 20,294.24 | $ 13,879.90 | $ 13,526.30 | $ 8,384.60 | $ 2,409.80 | ESTIMATED TOTAL | | | $ 117,528.84 |

**D.O. 5009** 14

**FY01 Roof Requirements Contract**

**06 September 2001**

**Statement of Work**

1. Building 1284 requires partial roof replacement. This building consist of several roofs sections. Work shall be performed on the areas indicated:

   Areas 9- 15 need a complete roof replacement. The Contractor shall completely remove and dispose of existing BURS and insulation underlayment to the decking and install a new fully adhered EPDM roof system including insulation. This work shall also include the replacement of the mechanically fastened wall mounted reglet, any necessary removal, rebending, and refastening of the parapet coping, working around, restoring and testing lightning protection system and all incidental work necessary to provide a fully functional roof.

2. Required Submittals: As per specifications Section 01000, Parts 1.12 and 1.13, the written guarantees, warranties, and any other items listed on the attached AF Form 66 are hereby specified as required submittals for this delivery order. The length and terms of each warranty shall meet the minimum requirements as set forth for that type of roofing system in the contract specifications.

3. All roofing and related work shall be performed in accordance with the specifications of the requirements contract, any attached drawings, and the line item list.

4. Performance Period: All work shall be completed ~~20~~ 115 calendar days after receipt of the Notice to Proceed.

It has been brought to this CA attention the period of performance was mis stated due to a typo. The correct period of performance is 115 calendar days.

Mary J. Abbott
30 Aug 02