Delivery

Order

5005

# REQU ST FOR PURCHASE

NO. FQDEUD12500200

LLATION
WARREN AFB

DATE
07-SEP-01

NTRACTING OFFICER
ONS

CLASS
Z119

JGH
90 CPTS/FMFL

CONTRACT, PURCHASE ORDER OR DELIVERY ORDER NO.

FROM: *(insert RC/CC if applicable)*
90TH CIVIL ENGINEER SQUADRON/CECE

IT IS REQUESTED THAT THE SUPPLIES AND SERVICES ENUMERATED BELOW AND IN THE ATTACHED LIST, BE

| PURCHASED FOR | FOR DELIVERY TO | NOT LATER THAN |
|---|---|---|
| MANNELLA/4768 | | 07-OCT-01 |

| ITEM | DESCRIPTION OF MATERIAL OR SERVICES TO BE PURCHASED | QUANTITY | UNIT | ESTIMATED UNIT PRICE | ESTIMATED TOTAL COST |
|---|---|---|---|---|---|
| | CLASS CODE: Z11904<br><br>THIS REQUIREMENT HAS BEEN PROVIDED FOR IN THE HQ AFSPC FINANCIAL PLANS FOR FY 02. NO OBLIGATIONS MAY BE INCURRED WITHOUT CERTIFICATION OF AVAILABILITY OF FUNDS. | | | $ | $ |
| 0200 | CONTRACTURAL SERVICES TO REPLACE ROOF ON BUILDING 1284. PROJECT NUMBER 03-1007A<br>I have reviewed the requirement, including available technical documentation, and believe that it does not require the contractor to use Class I Ozone Depleting Substances (ODS) identified in Air Force Policy, nor is it written so that it can only be met by use of a Class 1 ODS. | 1 | JB | 348,900.40 | 348,900.40 |
| | | | | TOTAL | $ 348,900.40 |

PURPOSE APA - IDIQ ROOFING - BLDG 1284

| DATE | TYPED NAME AND GRADE OF REQUESTING OFFICIAL | SIGNATURE / TELEPHONE NO. |
|---|---|---|
| 07-SEP-01 | COLVIN,AGNES L.,GS07<br>BUDGET TECH<br>90 CES/CERF | SIGNATURE //SIGNED*//<br>TELEPHONE NO. 2124 |

| DATE | TYPED NAME AND GRADE OF APPROVING OFFICIAL | SIGNATURE |
|---|---|---|
| 07-SEP-01 | COLVIN,AGNES L.,GS07<br>BUDGET TECH<br>90 CES/CERF 2124 | //SIGNED*// |

*I certify that the supplies and services listed above and in the attached list are properly chargeable to the following allotments, the available balances of which are sufficient to cover the cost thereof, and funds have been committed.*

UNTING CLASSIFICATION
3400 301 83M1 234421 010000 52100 35878F 662400 F62400
418284
.N: AA FSR: 001361 PSR: 052120 DSR: 008527

AMOUNT $ 348,900.40

| DATE | TYPED NAME AND GRADE OF CERTIFYING OFFICIAL | SIGNATURE |
|---|---|---|
| 29-SEP-01 | BELLE,KIM H.,TSGT<br>ACCT TECH<br>90 SW/FMFL 481-5102 | [redacted] |

FURNISH ALL LABOR, EQUIPMENT, APPLIANCES, AND MATERIALS IN PERFORMING ALL NECESSARY TRAVEL AND SERVICES REQUIRED IN ACCORDANCE WITH THE ATTACHED STATEMENT OF WORK. THE CONTRACTOR SHALL PERFORM ALL WORK AS SPECIFIED IN THE INCLUDED SPECIFICATIONS DATED NOV 2000 NOTED AS PROJECT NUMBER GHLN 01-1004.

## ROOF REQUIREMENTS CONTRACT

BASIC CONTRACT PERIOD: ONE (1) YEAR FROM DATE OF AWARD OF CONTRACT

FY 01 D.O. 5002

| CLIN # | DESCRIPTION | Area 1 | Area 2 | Area 3 | Area 4 | Area 5 | Area 6 | Area 7 | Area 8 | EST. QTY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0001AC | Remove BURS (5-ply max) & 2" Insulation (2" Mopped) | 10,832 | 10832 | 12880 | 12880 | 6480 | 6480 | 6720 | 6720 | 73,824 | SF | $ 0.80 | $ 59,059.20 |
| 0002AA | Adhered, Less Than 5 SQ Per Delivery Order | | | | | | | | | 0 | SQ | $ 240.00 | $ - |
| 0002AB | Adhered, More Than 5 SQ Per Delivery Order | 120 | 120 | 142 | 142 | 72 | 72 | 74 | 74 | 816 | SQ | $ 225.00 | $ 183,600.00 |
| 0003AA | Install Insulation, Min r Value >= 12 | 120 | 120 | 142 | 142 | 72 | 72 | 74 | 74 | 816 | SQ | $ 85.00 | $ 69,360.00 |
| 0010AE | Step Flashing 12" x 8", 26 Ga. | | | | | | | | | 0 | LF | $ 2.30 | $ - |
| 0010AF | Wall Mounted Reglet. 26 Ga., Mechanically Fastened, 6" Face | 455 | 455 | 515 | 515 | 400 | 400 | 450 | 450 | 3,640 | LF | $ 1.58 | $ 5,751.20 |
| 0010AG | Counter Flashing 12" Wide 26 Ga. | | | | | | | | | 0 | LF | $ 1.74 | $ - |
| 0010AM | Remove, Rebend & Replace Aluminum Coping | 170 | 170 | 165 | 165 | 260 | 260 | 290 | 290 | 1,770 | LF | $ 1.00 | $ 1,770.00 |
| 0014AA | Remove Integrated System Air Terminals and Conductors | 2 | 2 | 3 | 3 | | | | | 10 | EA | $ 500.00 | $ 5,000.00 |
| 0014AB | Work Around Concealed Lightning Protection System, Add This Cost to Roof Installation Cost per SQ | | | | | 3 | 3 | 5 | 5 | 16 | SQ | $ 10.00 | $ 160.00 |
| 0014AC | Restore Integrated System Air Terminals and Conductors | 2 | 2 | 3 | 3 | | | | | 10 | EA | $ 500.00 | $ 5,000.00 |
| 0014AD | Electrically Test Restored System per Specifications | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 8 | EA | $ 2,000.00 | $ 16,000.00 |
| 0015AA | Crane Rental | 3 | 3 | 3 | 3 | 1 | 1 | 1 | 1 | 16 | HR | $ 200.00 | $ 3,200.00 |
| | | $ 51,354.50 | $ 51,354.50 | $ 60,902.70 | $ 60,902.70 | $ 30,626.00 | $ 30,626.00 | $ 31,567.00 | $ 31,567.00 | ESTIMATED TOTAL | | | $ 348,900.40 |

**D.O. 5002 5** **06 September 2001**
**FY01 Roof Requirements Contract**

**Statement of Work**

1. Building 1284 requires partial roof replacement. This building consist of several roofs sections. Work shall be performed on the areas indicated:

   Areas 1- 8 need a complete roof replacement. The Contractor shall completely remove and dispose of existing BURS and insulation underlayment to the decking and install a new fully adhered EPDM roof system including insulation. This work shall also include the replacement of the mechanically fastened wall mounted reglet, any necessary removal, rebending, and refastening of the parapet coping, working around, restoring and testing lightning protection system and all incidental work necessary to provide a fully functional roof.

2. Required Submittals: As per specifications Section 01000, Parts 1.12 and 1.13, the written guarantees, warranties, and any other items listed on the attached AF Form 66 are hereby specified as required submittals for this delivery order. The length and terms of each warranty shall meet the minimum requirements as set forth for that type of roofing system in the contract specifications.

3. All roofing and related work shall be performed in accordance with the specifications of the requirements contract, any attached drawings, and the line item list.

4. Performance Period: All work shall be completed 70 calendar days after receipt of the Notice to Proceed.

Delivery

Order

5006

# REQU ..T FOR PURCHASE

NO. FQDEUD12530300

| | |
|---|---|
| ·LATION<br>NARREN AFB | DATE<br>29-SEP-01 |
| TRACTING OFFICER<br>ONS | CLASS Z119 |
| JGH<br>90 CPTS/FMFL | CONTRACT, PURCHASE ORDER OR DELIVERY ORDER NO. |
| FROM: *(insert RC/CC if applicable)*<br>90TH CIVIL ENGINEER SQUADRON/CE | |

IT IS REQUESTED THAT THE SUPPLIES AND SERVICES ENUMERATED BELOW AND IN THE ATTACHED LIST, BE

| PURCHASED FOR | FOR DELIVERY TO | NOT LATER THAN |
|---|---|---|
| MENNELLA/4768 | | 10-OCT-01 |

| ITEM | DESCRIPTION OF MATERIAL OR SERVICES TO BE PURCHASED | QUANTITY | UNIT | ESTIMATED UNIT PRICE | ESTIMATED TOTAL COST |
|---|---|---|---|---|---|
| | CLASS CODE: Z11904 PROJECT NUMBER: 02-1011D | | | $ | $ |
| | THIS REQUIREMENT HAS BEEN PROVIDED FOR IN THE HQ AFSPC FINANCIAL PLANS FOR FY 02. NO OBLIGATIONS MAY BE INCURRED WITHOUT CERTIFICATION OF AVAILABILITY OF FUNDS. | | | | |
| 0300 | CONTRACTURAL SERVICES TO REPLACE ROOFING ON MULTI BUILDINGS. | 1 | JB | 226,187.68 | 226,187.68 |
| | I have reviewed the requirement, including available technical documentation, and believe that it does not require the contractor to use Class I Ozone Depleting Substances (ODS) identified in Air Force Policy, nor is it written so that it can only be met by use of a Class 1 ODS. | | | | |
| | | | | TOTAL | $ 226,187.68 |

PURPOSE APA - IDIQ ROOFING - MULTI

| DATE | TYPED NAME AND GRADE OF REQUESTING OFFICIAL | SIGNATURE / TELEPHONE NO. |
|---|---|---|
| 29-SEP-01 | COLVIN,AGNES L.,GS07<br>BUDGET TECH<br>90 CES/CERF | SIGNATURE //SIGNED*//<br>TELEPHONE NO. 2124 |

| DATE | TYPED NAME AND GRADE OF APPROVING OFFICIAL | SIGNATURE |
|---|---|---|
| 29-SEP-01 | WOOD,JULANE M.,GS09<br>BUDGET ANALYST<br>90 CES/CER 481-5291 | //SIGNED*// |

*I certify that the supplies and services listed above and in the attached list are properly chargeable to the following allotments, the available balances of which are sufficient to cover the cost thereof, and funds have been committed.*

| | |
|---|---|
| ·INTING CLASSIFICATION<br>1400 301 83M1 234421 010000 52100 35878F 662400 F62400<br>18288<br>RN: AA FSR: 001361 PSR: 052120 DSR: 011723 | AMOUNT<br>$ 226,187.68 |

| DATE | TYPED NAME AND GRADE OF CERTIFYING OFFICIAL | SIGNATURE |
|---|---|---|
| 29-SEP-01 | BELLE,KIM H.,TSGT<br>ACCT TECH<br>90 SW/FMFL 481-5102 | [redacted] |

AF FORM 9, MAR 77 *(EF)* *Generated by ABSS

Created using ORACLE Reports

FOR OFFICIAL USE ONLY

FURN. LABOR, EQUIPMENT, APPLIANCES, AND MATERIALS IN PERFO L NECESSARY TRAVEL AND SERVICES REQUIRED IN ACCORDA THE ATTACHED STATEMENT OF WORK. THE CONTRACTOR SHALL PERFORM ALL WORK AS SPECIFIED IN THE INCLUDED SPECIFICATIONS DATED NOV 2000 NOTED AS PROJECT NUMBER GHLN 01-1004.

## ROOF REQUIREMENTS CONTRACT

BASIC CONTRACT PERIOD: ONE (1) YEAR FROM DATE OF AWARD OF CONTRACT

FY 01 D.O. 5007

| CLIN # | DESCRIPTION | Bldg 1200 | Bldg 65 | BLDG 720 Area 10 | BLDG 720 Area 11 | EST. QTY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 0001AC | Remove BURS (5-ply max) & 2" Insulation (2" Mopped) | 74,226 | 3093 | | | 77,319 | SF | $ 0.80 | $ 61,855.20 |
| 0001AD | Remove Ballasted EPDM, Ballast and all Underlayment | | | 1687 | 12114 | 13,801 | SF | $ 0.85 | $ 11,730.85 |
| 0002AB | Adhered, More Than 5 SQ Per Delivery Order | 272 | 34 | 19 | 133 | 458 | SQ | $ 225.00 | $ 103,050.00 |
| 0003AA | Install Insulation, Min r Value >= 12 | 272 | 34 | 19 | 133 | 458 | SQ | $ 85.00 | $ 38,930.00 |
| 0010AB | 8" Drip Edge & Eave Flashing, 26 Ga. | 1513 | 0 | 0 | 0 | 1,513 | LF | $ 2.13 | $ 3,222.69 |
| 0010AF | Wall Mounted Reglet. 26 Ga., Mechanically Fastened, 6" Face | 600 | 160 | 33 | 200 | 993 | LF | $ 1.58 | $ 1,568.94 |
| 0010AM | Remove, Rebend & Replace Aluminum Coping | 0 | 174 | 325 | 331 | 830 | LF | $ 1.00 | $ 830.00 |
| 0012AK | Gutter Lining, EPDM, 60 mil | 143 | 0 | 0 | 0 | 143 | | | |
| 0015AA | Crane Rental | 9 | 2 | 1 | 4 | 16 | HR | $ 200.00 | $ 3,200.00 |
| 0015AB | Factory Formed Rubber Flashing Boot (up to 6" Dia) | 9 | 0 | 0 | 9 | 18 | EA | $ 100.00 | $ 1,800.00 |
| 0016AB | Metal Roof Drain Domes | 0 | 0 | 0 | 0 | 0 | EA | $ 50.00 | $ - |
| | | $ 150,571.49 | $ 13,841.20 | $ 7,901.09 | $ 53,873.90 | TOTAL ESTIMATE | | | $ 226,187.68 |

FOR OFFICIAL USE ONLY

**D.O. 5006** **10 September 2001**
**FY01 Roof Requirements Contract**

**Statement of Work**

1. Building 720 requires partial roof replacement. This building consist of several roofs sections. Work shall be performed on the areas indicated:

   Areas 10 &11 need a complete roof replacement. The Contractor shall completely remove and dispose of existing Ballasted EPDM and insulation underlayment to the decking and install a new fully adhered EPDM roof system including insulation. This work shall also include the replacement of the mechanically fastened wall mounted reglet; any removal, rebending & replacing aluminum coping and all incidental work necessary to provide a fully functional roof.

   Conduit is know to exist on the under side of the decking. Contractor shall protect conduit from damage during the performance of this delivery order.

2. Building 1200 requires complete roof replacement. The Contractor shall completely remove and dispose of existing BURS, foam and insulation underlayment to the decking and install a new fully adhered EPDM roof system including insulation. This work shall also include the replacement of the mechanically fastened wall mounted reglet, drip edge flashing, gutter lining and all incidental work necessary to provide a fully functional roof.

3. Building 65 requires partial roof replacement. The Contractor shall completely remove and dispose of existing BURS and insulation underlayment to the decking and install a new fully adhered EPDM roof system including insulation. This work shall also include the replacement of the mechanically fastened wall mounted reglet, drip edge flashing; any removal, rebending & replacing aluminum coping and all incidental work necessary to provide a fully functional roof.

4. Required Submittals: As per specifications Section 01000, Parts 1.11 and 1.37, the written guarantees, warranties, and any other items listed on the attached AF Form 66 are hereby specified as required submittals for this delivery order. The length and terms of each warranty shall meet the minimum requirements as set forth for that type of roofing system in the contract specifications.

5. All roofing and related work shall be performed in accordance with the specifications of the requirements contract, any attached drawings, and the line item list.

6. Performance Period: All work shall be completed 45 calendar days after receipt of the Notice to Proceed.

Delivery

Order

5008

SSgt Searles

PAGE 1

# REQ[UE]ST FOR PURCHASE

NO. FQDEUD12500300

[LOC]ATION: [W]ARREN AFB

DATE: 19-OCT-01

[CONT]RACTING OFFICER: [C]ONS

CLASS: Z119

THROUGH: 90 CPTS/FMFL

CONTRACT, PURCHASE ORDER OR DEI

FROM: *(insert RC/CC if applicable)* 90TH CIVIL ENGINEER SQUADRON/CECE

IT IS REQUESTED THAT THE SUPPLIES AND SERVICES ENUMERATED BELOW AND IN THE ATTACHED LIST, BE

PURCHASED FOR: MENNELLA/4768

FOR DELIVERY TO:

NOT LATER THAN: 07-OCT-01

| ITEM | DESCRIPTION OF MATERIAL OR SERVICES TO BE PURCHASED | QUANTITY | UNIT | ESTIMATED UNIT PRICE | ESTIMATED TOTAL COST |
|---|---|---|---|---|---|
| | CLASS CODE: Z11904 | | | $ | $ |
| 0300 | CONTRACTURAL SERVICES TO REPAIR ROOF ON BUILDING 1250. PROJECT NUMBER 02-1011B. | 1 | JB | 339,300.00 | 339,300.00 |
| | I have reviewed the requirement, including available technical documentation, and believe that it does not require the contractor to use Class I Ozone Depleting Substances (ODS) identified in Air Force Policy, nor is it written so that it can only be met by use of a Class 1 ODS. | | | | |
| | | | | TOTAL | $ 339,300.00 |

PURPOSE: IDIQ - ROOFING - BUILDING 1250

| DATE | TYPED NAME AND GRADE OF REQUESTING OFFICIAL | SIGNATURE |
|---|---|---|
| 19-OCT-01 | COLVIN,AGNES L.,GS07<br>BUDGET TECH<br>90 CES/CERF | //SIGNED*//<br>TELEPHONE NO. 2124 |

| DATE | TYPED NAME AND GRADE OF APPROVING OFFICIAL | SIGNATURE |
|---|---|---|
| 19-OCT-01 | WOOD,JULANE M.,GS09<br>BUDGET ANALYST<br>90 CES/CER 481-5291 | //SIGNED*// |

[I c]ertify that the supplies and services listed above and in the attached list are properly chargeable to the following allotments, the available balances of which are sufficient to cover the cost thereof, [an]d funds have been committed.

[ACCO]UNTING CLASSIFICATION
[5]23400 302 83M1 234421 010000 52100 11978F 662400 F62400
[ED]:A18285
ACRN: AA FSR: 002270 PSR: 102345 DSR: 004924

AMOUNT: $ ~~339,300.00~~ $339,279.80

| DATE | TYPED NAME AND GRADE OF CERTIFYING OFFICIAL | SIGNATURE |
|---|---|---|
| 19-OCT-01 | HERRON,BARBARA J.,GS05<br>ACCOUNTING LIASON TECH<br>90 SW/FMFL 481-5102 | [signature] |

FURNISH ALL LABOR, EQUIPMENT, APPLIANCES, AND MATERIALS IN PERFORMING ALL NECESSARY TRAVEL AND SERVICES REQUIRED IN ACCORDA... ...H THE ATTACHED STATEMENT OF WORK. THE CONTRACTOR SHALL PERFORM ALL WORK AS SPECIFIED IN THE INCLUDED SPECIFICATIONS DATED NOV 2000 NOTED AS PROJECT NUMBER GHLN 01-1004.

## ROOF REQUIREMENTS CONTRACT

BASIC CONTRACT PERIOD: ONE (1) YEAR FROM DATE OF AWARD OF CONTRACT

FY 01 D.O. 5008

| CLIN # | DESCRIPTION | Area 1 | Area 2 | Area 3 | Area 4 | Area 5 | EST. QTY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 0001AC | Remove BURS (5-ply max) & 2" Insulation (2" Mopped) | 11,964 | 25596 | 5511 | 17111 | 4593 | 64,775 | SF | $ 0.80 | $ 51,820.00 |
| 0001AS | Remove Abandoned Conduit/Wiring | 480 | 495 | 375 | 530 | 212 | 2,092 | LF | $ 2.00 | $ 4,184.00 |
| 0002AB | Adhered, More Than 5 SQ Per Delivery Order | 164 | 340 | 73 | 230 | 61 | 868 | SQ | $ 225.00 | $ 195,300.00 |
| 0003AA | Install Insulation, Min r Value >= 12 | 164 | 340 | 73 | 230 | 61 | 868 | SQ | $ 85.00 | $ 73,780.00 |
| 0010AB | 8" Drip Edge & Eave Flashing, 26Ga. | 240 | 710 | 375 | 500 | 212 | 2,037 | LF | $ 0.70 | $ 1,425.90 |
| 0010AF | Wall Mounted Reglet. 26 Ga., Mechanically Fastened, 6" Face | 310 | 510 | 25 | 350 | 200 | 1,395 | LF | $ 1.58 | $ 2,204.10 |
| 0010AM | Remove, Rebend & Replace Aluminum Coping | 0 | 220 | 0 | 200 | 0 | 420 | LF | $ 1.00 | $ 420.00 |
| 0012AK | Gutter Lining, EPDM, 60 mil | 120 | 245 | 140 | 104 | 120 | 729 | LF | $ 5.00 | $ 3,645.00 |
| 0015AA | Crane Rental | 5 | 10 | 2 | 7 | 2 | 26 | HR | $ 200.00 | $ 5,200.00 |
| 0015AB | Factory Formed Rubber Flashing Boot (up to 6" Dia) | 5 | 3 | 0 | 3 | 2 | 13 | EA | $ 100.00 | $ 1,300.00 |
| | | $ 63,629.00 | $ 131,914.60 | $ 29,190.80 | $ 89,371.80 | $ 24,672.80 | ESTIMATED TOTAL | | | $ 339,279.00 |

FOR OFFICIAL USE ONLY

**D.O. 50048**
**FY01 Roof Requirements Contract**

**06 September 2001**

**Statement of Work**

1. Building 1250 requires complete roof replacement. This building consists of several roofs sections. Work shall be performed on the areas indicated:

   Areas 1- 5 need a complete roof replacement. The Contractor shall completely remove and dispose of existing BURS and insulation underlayment to the decking and install a new fully adhered EPDM roof system including insulation. This work shall also include the replacement of the mechanically fastened wall mounted reglet, any necessary removal, rebending, and refastening of the aluminum coping, installing drip edge, lining gutters and all incidental work necessary to provide a fully functional roof. Coordinate function and operation of the micro-wave dish during periods of construction. Work also includes demolition of the existing lightening system without replacement.

2. Required Submittals: As per specifications Section 01000, Parts 1.12 and 1.13, the written guarantees, warranties, and any other items listed on the attached AF Form 66 are hereby specified as required submittals for this delivery order. The length and terms of each warranty shall meet the minimum requirements as set forth for that type of roofing system in the contract specifications.

3. All roofing and related work shall be performed in accordance with the specifications of the requirements contract, any attached drawings, and the line item list.

4. Performance Period: All work shall be completed 75 calendar days after receipt of the Notice to Proceed.