IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M G CONSTRUCTION, INC. | ) | |
| | ) | No. 04-cv-00473-MBH |
| Plaintiff, | ) | (Judge Horn) |
| vs. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION FOR SUMMARY JUDGMENT**

Pursuant to RCFC 56, Plaintiff M.G. Construction, Inc. ("MG Construction") hereby moves for partial summary judgment upon its claim for amounts due from the United States for the line item "Remove Aggregate Surfacing." Resolution of this matter requires only interpretation of the parties' contract, which is a legal question for the court appropriate for summary judgment. Since there are no genuine issues of material fact, and since MG Construction is entitled to judgment under the plain language of the subject contract, MG Construction respectfully requests that the Court award partial summary judgment in its favor and against the United States, holding that the United States must pay MG Construction $1.50 per square foot ("SF") for each SF of aggregate removed.

///

///

///

///

///

///

This motion is supported by Plaintiff's Memorandum in Support of Summary Judgment, Joint Statement of Issues of Law, Joint Stipulation of Uncontroverted Fact, and Appendix.

DATED this 22 day of April, 2005.

"s/Joseph A. Yazbeck, Jr."
Joseph A. Yazbeck, Jr.
YAZBECK, CLORAN & HANSON, LLC
1300 SW 5th Av.
Suite 2750
Portland, Oregon 97201
(503) 227-1428
Attorney of Record for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of April, 2005, a copy of the foregoing MOTION FOR SUMMARY JUDGMENT was field electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system.

s/ Joseph A. Yazbeck, Jr.