# APPENDIX

TABLE OF CONTENTS

1. Declaration of Miguel Garcia in Support of Motion for Summary Judgment.......................Appendix 1 to 2.
2. Contract - Part I - The Schedule - Section B - Supplies or Services and Prices/Costs - for the Basic Contract Period ..........................................................Appendix 3 to 10.
3. Contract - Specifications ...............Appendix 11 to 69.
4. Delivery Orders.............................Appendix 70 to 89.
5. Supplemental Declaration of Miguel Garcia in Support of Motion for Summary Judgment......Appendix 90 to 91.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M.G. CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 04-00473 |
| | ) | |
| v. | ) | (Judge Horn) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF MIGUEL GARCIA IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON THE AGGREGATE SURFACING REMOVAL CLAIM

1. I make this declaration under penalty of perjury. I am the owner and president of the Plaintiff.

2. The unit price Schedule is attached as "Exhibit 1."

3. The technical specifications in the contract that apply to removal of roofing material are attached as "Exhibit 2." The gravel must be removed before any of the BUR material is removed.

4. The first item under demolition is 001AA, "Remove Aggregate Surfacing." It states an estimated quantity of 200 SF. My bid for this item was $1.50 a square foot.

5. The Government did not allow any pre-bid inspection for security reasons. I did not know that the amount of Aggregate Surfacing to be removed was more than 1200 times the amount stated in the contract.

6. The amount of Aggregate Surfacing that Plaintiff has removed is shown on my attached e-mail to this declaration. The e-mail is attached as "Exhibit 3."

7. No one from the Air Force has given me an explanation for the overrun. They just tell me to do the work and that they will not pay for it.

8. The amount of effort to remove one square foot does not change from one area to the next. It is very repetitive work. There was no increase or decrease in effort per unit of work because of the overrun.

S/ "Miguel Garcia"
Dated:

PART I - THE SCHEDULE

SECTION B

SUPPLIES OR SERVICES AND PRICES/COSTS

FURNISH ALL LABOR, EQUIPMENT, APPLIANCES, AND MATERIALS IN PERFORMING ALL NECESSARY TRAVEL AND SERVICES REQUIRED IN ACCORDANCE WITH THE ATTACHED STATEMENT OF WORK. THE CONTRACTOR SHALL PERFORM ALL WORK AS SPECIFIED IN THE INCLUDED SPECIFICATIONS DATED NOV 2000 NOTED AS PROJECT NUMBER GHLN 01-1004.

| BASIC CONTRACT PERIOD: ONE (1) YEAR FROM DATE OF AWARD OF CONTRACT | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| **BIDDING SCHEDULE FOR BASIC PERIOD** | | | | | |
| | | | | | |
| **BUR & EPDM<br>REFERENCE SPECIFICATIONS 7510, 7530, 7559, 7620, 7631** | | | | | |
| | | | | | |
| **CLIN #** | **DESCRIPTION – Section I** | **EST. QTY** | **UNIT** | **UNIT PRICE** | **ESTIMATED AMOUNT** |
| 0001 | **Demolition** | | | | |
| 0001AA | Remove Aggregate Surfacing | 200 | SF | 1.50 | 300.00 |
| 0001AB | Remove Mopped-On Roll Roofing & Underlayment : Slope 5/12 or less | 23,333 | SF | .70 | 16333.10 |
| 0001AC | Remove BURS (5-ply max) & 2" Insulation (2" Mopped) | 23,333 | SF | .80 | 18666.40 |
| 0001AD | Remove Ballasted EPDM, Ballast, and All Underlayment | 13,333 | SF | .85 | 11333.05 |
| 0001AE | Remove Adhered EPDM and All Underlayment | 600 | SQ | 40.00 | 24000.00 |
| 0001AF | Remove Rigid Insulation (2" thick) | 167 | SQ | 25.00 | 4,175.00 |
| 0001AG | Remove Rigid Insulation (4" thick) | 167 | SQ | 30.00 | 5,010.00 |
| 0001AH | Remove Underlayment / Vapor Barrier | 22 | SQ | 15.00 | 330.00 |
| 0001AJ | Remove Metal Fascia / Flashing | 1,667 | LF | .25 | 416.75 |
| 0001AK | Remove Wood Nailers/ Curbs | 111 | SF | 1.00 | 111.00 |
| 0001AL | Remove Sealant | 333 | LF | 1.00 | 333.00 |
| 0001AM | R & R Curb Mount Equip ( 3'x3' Max – Unpowered) | 2 | EA | 150.00 | 300.00 |
| 0001AN | R & R Curb Mount Equip ( 3'x3' Max – Powered) | 3 | EA | 200.00 | 600.00 |
| 0001AP | R & R Curb Mount Equip (over 3'x3' – Powered) | 3 | EA | 200.00 | 600.00 |
| 0001AQ | Remove & Scrap Abandoned Mechanical Equipment/ Vents | 2 | EA | 150.00 | 300.00 |
| 0001AR | Remove & Scrap Sewer Vent/ Pipe Flashing | 2 | EA | 2.00 | 4.00 |
| 0001AS | Remove Abandoned Conduit / Wiring | 111 | LF | 2.00 | 222.00 |
| 0002 | **Install EPDM Membrane** | | | | |
| 0002AA | Adhered, Less Than 5 SQ Per Delivery Order | 33 | SQ | 240.00 | 7,920.00 |
| 0002AB | Adhered, More Than 5 SQ Per Delivery Order | 833 | SQ | 225.00 | 187,425.00 |
| 0002AC | Loose Laid, Ballasted w/Stone (10 lb/SF) | 33 | SQ | 150.00 | 4,950.00 |
| 0003 | **Install Insulation for EPDM Roofing** | | | | |
| 0003AA | Install Insulation, Min r Value >= 12 | 833 | SQ | 85.00 | 70805.00 |

Revised per Amendment 0001, dated 12 March 2001

| | | | | | |
|---|---|---|---|---|---|
| 0. | **Install Roll Roofing** | | | | |
| 04AA | Install Roll Roofing System | 3 | SQ | 300.00 | 900.00 |
| 05 | **Install 4-Ply BURS with Insulation & Gravel** | | | | |
| 05AA | Less Than 5 SQ per Delivery Order/20 yr Warranty | 4 | SQ | 400.00 | 1,600.00 |
| 05AB | More Than 5 SQ per Delivery Order/20 yr Warranty | 4 | SQ | 300.00 | 1,200.00 |
| 05AC | More Than 5 SQ per Delivery Order/20 yr Warranty (Base Housing) | 5 | SQ | 250.00 | 1,250.00 |
| 06 | **Mechanically Fasten Plywood Deck** | | | | |
| 06AA | Mechanically Fasten 5/8" Plywood Deck, as Substrate, Using Manufacturer's Suggested Fastening System | 3 | SQ | 150.00 | 450.00 |
| 07 | **Curb Extension** | | | | |
| 07AA | 2" x 6" Curb Extension w/Standard Ducting | 60 | LF | 3.00 | 180.00 |
| 08 | **1/2" Plywood (CDX) Used as Roof Substrate** | | | | |
| 08AA | 1/2" Plywood (CDX) Mechanically Fastened up to 12" Wide | 20 | LF | 9.00 | 180.00 |
| 09 | **Install Drip Edge** | | | | |
| 09AA | Install Drip Edge, Galv., 24 Ga. | 450 | LF | 2.69 | 1,210.50 |
| 10 | **Install G.I. Flashing** | | | | |
| 10AA | 5" Drip Edge & Eave Flashing, 26 Ga. | 1,667 | LF | 1.71 | 2,850.57 |
| 10AB | 8" Drip Edge & Eave Flashing, 26 Ga. | 333 | LF | 2.13 | 709.29 |
| 10AC | 12" Flashing, 26 Ga. | 1,667 | LF | 1.74 | 2900.58 |
| 1[illegible]D | Valley Flashing, 24" W, 26 Ga., Standard "v" Shape | 300 | LF | 3.23 | 969.00 |
| 10AE | Step Flashing 12" x 8", 26 Ga. | 1,100 | LF | 2.30 | 2,530.00 |
| 10AF | Wall Mounted Reglet. 26 Ga., Mechanically Fastened, 6" Face | 117 | LF | 1.58 | 184.86 |
| 10AG | Counter Flashing 12" Wide 26 Ga. | 1,667 | LF | 1.74 | 2900.58 |
| 10AH | Gravel Stop, 6" Face, 24 Ga. | 200 | LF | 1.15 | 230.00 |
| 10AJ | Gravel Stop, 4" on Concrete Decks | 200 | LF | .83 | 166.00 |
| 10AK | Gravel Stop, 4", Include 2 x 6 Nailers | 800 | LF | 1.13 | 904.00 |
| 10AL | Ventilator, Remove & Install, All Accessories | 5 | EA | 100.00 | 500.00 |
| 10AM | Remove, Rebend & Replace Aluminum Coping | 3,333 | LF | 1.00 | 3,333.00 |
| 11 | **Replace Damaged Wood Sheathing and Decking** | | | | |
| 11AA | 1/2" Plywood | 667 | SF | 1.35 | 900.45 |
| 11AB | 5/8" Plywood | 333 | SF | 1.45 | 482.85 |
| 11AC | 3/4" Plywood | 3,333 | SF | 1.55 | 5,166.15 |
| 11AD | 1 1/2" T&G V Joint Plank & Paint (exterior) | 17 | LF | 7.00 | 119.00 |
| 11AE | 1 1/2" T&G V Joint Plank & Stain (interior) | 17 | LF | 7.00 | 199.00 |
| 11AF | Wood Nailer - 6" & up Nom Width | 167 | LF | 2.50 | 417.50 |
| 11AG | Wood Nailer - 4" Nom Width | 667 | LF | 2.00 | 1,334.00 |
| 11AH | Wood Fascia | 111 | LF | 3.00 | 333.00 |
| 12 | **Gutter & Downspouts** | | | | |
| 1[illegible]AA | Remove Downspout & Cap Gutter | 7 | EA | 5.00 | 35.00 |
| 1[illegible]B | Remove Gutter/Downspout | 556 | LF | 1.00 | 556.00 |
| 12AC | Gutter, "K", 5", 26 Ga. | 111 | LF | 3.00 | 333.00 |

Revised per Amendment 0001, dated 12 March 2001

| | | | | | |
|---|---|---|---|---|---|
| 0012AD | Prefinished Gutter, 24 Ga., max 30" Stretchout | 67 | LF | 6.00 | 402.00 |
| 0012AE | Downspout, 2x3", 26 Ga. | 56 | LF | 3.00 | 168.00 |
| 0012AF | Downspout, 3x4", 26 Ga. | 67 | LF | 3.25 | 217.75 |
| 0012AG | Downspout, Round, Corrugated, 4" | 33 | LF | 3.50 | 115.50 |
| 0012AH | Prefinished Downspout, 26 Ga., max 30" Stretchout. | 67 | LF | 3.00 | 201.00 |
| 0012AJ | Gutter Lining, Brush Applied Rubber Sealant | 167 | LF | 2.00 | 334.00 |
| 0012AK | Gutter Lining, EPDM, 60 mil | 167 | LF | 5.00 | 835.00 |
| 0012AL | Gutter Screen Mesh | 167 | LF | 2.00 | 334.00 |
| 0012AM | Gutter, 1/2 Round, 5", 26 Ga. | 11 | LF | 5.00 | 55.00 |
| 0013 | **WSA Access Delays** | | | | |
| 0013AA | Delays | 50 | CRH* | 96.00 | 4,800.00 |
| 0014 | **Lightning Protection System** | | | | |
| 0014AA | Remove Integrated System Air Terminals and Conductors | 10 | EA | 500.00 | 5,000.00 |
| 0014AB | Work Around Concealed Lightning Protection System, Add This Cost to Roof Installation Cost per SQ | 333 | SQ | 10.00 | 3,330.00 |
| 0014AC | Restore Integrated System Air Terminals and Conductors | 13 | EA | 500.00 | 6,500.00 |
| 0014AD | Electrically Test Restored System per Specifications | 1 | EA | 2000.00 | 2,000.00 |
| 0015 | **Miscellaneous** | | | | |
| 0015AA | Crane Rental | 5 | HR | 200.00 | 1,000.00 |
| 0015AB | Factory Formed Rubber Flashing Boot (up to 6" Dia) | 13 | EA | 100.00 | 1,300.00 |
| 015AC | Replace Vent Rain Hood (to 8" Dia Vent) | 3 | EA | 100.00 | 300.00 |
| 0015AD | Replace Vent Rain Hood (to 16" Dia Vent) | 3 | EA | 125.00 | 375.00 |
| 0015AE | Steel plate -3/16" (Over Abandoned Penetrations) | 50 | SF | 10.00 | 500.00 |
| 0015AF | Reroute Conduit/Wiring | 50 | LF | 3.00 | 150.00 |
| 0015AG | Painting | 300 | SF | 1.00 | 300.00 |
| 0016 | **Low Slope Roof Accessories** | | | | |
| 0016AA | Concrete Paver Blocks, 2' x 2' Square x Approx. 2" Deep, Minimum Weight 40 lb. Each | 50 | EA | 4.00 | 200.00 |
| 0016AB | Metal Roof Drain Domes | 2 | EA | 50.00 | 100.00 |
| 0016AC | Metal Roof Drain Inserts | 2 | EA | 50.00 | 100.00 |
| 0016AD | Metal Roof Drain Rings | 2 | EA | 50.00 | 100.00 |
| 0016AE | Metal Roof Drain Bolts | 6 | EA | 10.00 | 60.00 |
| | | | **ESTIMATED TOTAL** | | **417,855.88** |

## METAL ROOFING
## REFERENCE SPECIFICATIONS 7530, 7611, 7620, 7631

| LIN # | DESCRIPTION – Section II | EST. QTY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
|---|---|---|---|---|---|
| 7 | **Demolition** | | | | |
| 7AA | Remove Underlayment / Vapor Barrier | 22 | SQ | 15.00 | 330.00 |
| 7AB | Remove Metal Fascia / Flashing | 1,667 | LF | .30 | 500.10 |
| 7AC | Remove Wood Nailers/ Curbs | 111 | SF | 1.00 | 111.00 |
| 7AD | Remove Sealant | 333 | LF | 1.00 | 333.00 |
| 7AE | R & R Curb Mount Equip ( 3'x3' Max – Unpowered) | 2 | EA | 150.00 | 300.00 |
| 7AF | R & R Curb Mount Equip ( 3'x3' Max – Powered) | 3 | EA | 200.00 | 600.00 |
| 7AG | R & R Curb Mount Equip (over 3'x3' – Powered) | 3 | EA | 200.00 | 600.00 |
| 7AH | Remove & Scrap Abandoned Mechanical Equipment/ Vents | 2 | EA | 150.00 | 300.00 |
| 7AJ | Remove & Scrap Sewer Vent/ Pipe Flashing | 2 | EA | 2.00 | 4.00 |
| 7AK | Remove Abandoned Conduit / Wiring | 111 | LF | 2.00 | 222.00 |
| 18 | **Mechanically Fasten Plywood Deck** | | | | |
| 18AA | Mechanically Fasten 5/8" Plywood Deck, as Substrate, Using Manufacturer's Suggested Fastening System | 3 | SQ | 145.00 | 435.00 |
| 19 | **1/2" Plywood (CDX) Used as Roof Substrate** | | | | |
| 19AA | 1/2" Plywood (CDX) Mechanically Fastened up to 12" Wide | 20 | LF | 10 | 200.00 |
| 20 | **Replace Damaged Wood Sheathing and Decking** | | | | |
| 20AA | 1/2" Plywood | 667 | SF | 1.35 | 900.45 |
| 20AB | 5/8" Plywood | 333 | SF | 1.45 | 482.85 |
| 20AC | 3/4" Plywood | 3,333 | SF | 1.55 | 5,166.15 |
| 20AD | 1 1/2" T&G V Joint Plank & Paint (exterior) | 17 | LF | 7.00 | 119.00 |
| 20AE | 1 1/2" T&G V Joint Plank & Stain (interior) | 17 | LF | 7.00 | 119.00 |
| 20AF | Wood Nailer - 6" & up Nom Width | 167 | LF | 2.50 | 417.50 |
| 20AG | Wood Nailer - 4" Nom Width | 667 | LF | 2.00 | 1,334.00 |
| 20AH | Wood Fascia | 111 | LF | 3.00 | 333.00 |
| 21 | **Gutter & Downspouts** | | | | |
| 21AA | Remove Downspout & Cap Gutter | 7 | EA | 5.00 | 35.00 |
| 21AB | Remove Gutter/Downspout | 556 | LF | .75 | 417.00 |
| 21AC | Gutter, "K", 5", 26 Ga. | 111 | LF | 3.00 | 333.00 |
| 21AD | Prefinished Gutter, 24 Ga., Max 30" Stretchout | 67 | LF | 6.00 | 402.00 |
| 21AE | Downspout, 2x3", 26 Ga. | 56 | LF | 3.00 | 168.00 |
| 21AF | Downspout, 3x4", 26 Ga. | 67 | LF | 3.25 | 217.75 |
| 21AG | Downspout, Round, Corrugated, 4" | 33 | LF | 3.50 | 115.50 |
| 21AH | Prefinished Downspout, 26 Ga., max 30" Stretchout | 67 | LF | 3.00 | 201.00 |
| 21AJ | Gutter Lining, Brush Applied Rubber Sealant | 167 | LF | 2.00 | 334.00 |
| 21AK | Gutter Lining, EPDM, 60 mil | 167 | LF | 5.00 | 835.00 |

Revised per Amendment 0001, dated 12 March 2001

| | | | | | |
|---|---|---|---|---|---|
| 0021AL | Gutter Screen Mesh | 167 | LF | 1.00 | 167.00 |
| 0021AM | Gutter, 1/2 Round, 5", 26 Ga. | 11 | LF | 5.00 | 55.00 |
| 0022 | **Standing Seam Roofing** | | | | |
| 0022AA | Remove Standing Seam Roofing, Drip Edge, & Underlayment | 3,000 | SF | .55 | 1,650.00 |
| 0022AB | Roofing Panels, 24 Ga. | 3,000 | SF | 2.75 | 8,250.00 |
| 0022AC | Prefinished Drip Edge, 24 Ga., | 233 | LF | 2.00 | 466.00 |
| 0022AD | Prefinished Reglet, 24 GA | 100 | LF | 2.00 | 200.00 |
| 0022AE | Metal Z-Purlin and All Clips, Fasteners, and Accessories | 333 | LF | 7.10 | 2,364.30 |
| 0022AF | Prefinished Ridge Cap | 167 | LF | 2.00 | 334.00 |
| 0022AG | Prefinished Valley Flashing | 167 | LF | 2.00 | 334.00 |
| 0022AH | Prefinished Metal Fascia | 167 | LF | 2.00 | 334.00 |
| 0022AJ | Apply Acrylic Membrane Waterproofing System | 3,333 | SF | 1.00 | 3,333.00 |
| 0022AK | Batt Insulation | 333 | SF | 1.25 | 416.25 |
| 0022AL | Quick Fix, Place Self Tapping Screws, Two per Sub-Purlin per Panel | 333 | LF | 1.00 | 333.00 |
| 0023 | **WSA Access Delays** | | | | |
| 0023AA | Delays | 50 | MH | 7.00 | 350.00 |
| 0024 | **Lightning Protection System** | | | | |
| 0024AA | Remove Integrated System Air Terminals and Conductors | 10 | EA | 500.00 | 5,000.00 |
| 0024AB | Work Around Concealed Lightning Protection System, Add This Cost to Roof Installation Cost per SQ | 333 | SQ | 10.00 | 3,333.00 |
| 0024AC | Restore Integrated System Air Terminals and Conductors | 13 | EA | 500.00 | 6,500.00 |
| 0024AD | Electrically Test Restored System per Specifications | 1 | EA | 2,000.00 | 2,000.00 |
| 0025 | **Miscellaneous** | | | | |
| 0025AA | Standing Seam Seaming Machine | 1 | MO | 800.00 | 800.00 |
| 0025AB | Crane Rental | 5 | HR | 80.00 | 400.00 |
| 0025AC | Tighten Metal Roof Fasteners | 900 | EA | 1.00 | 900.00 |
| 0025AD | Replace Metal Roof Fasteners | 200 | EA | 1.00 | 200.00 |
| 0025AE | Replace Vent Rain Hood (to 8" Dia Vent) | 3 | EA | 100.00 | 300.00 |
| 0025AF | Replace Vent Rain Hood (to 16" Dia Vent) | 3 | EA | 125.00 | 375.00 |
| 0025AG | Steel plate -3/16" (Over Abandoned Penetrations) | 33 | SF | 4.07 | 134.31 |
| 0025AH | Reroute Conduit/Wiring | 33 | LF | 3.00 | 99.00 |
| 0025AJ | Painting | 200 | SF | 1.00 | 200.00 |
| | | | **ESTIMATED TOTAL** | | **54690.16** |

# SHINGLE & CLAY TILE
## REFERENCE SPECIFICATIONS 7311, 7320, 7530, 7620, 7631

| LIN # | DESCRIPTION – Section III | EST. QTY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
|---|---|---|---|---|---|
| 26 | **Demolition** | | | | |
| 26AA | 1 Shingle Layer w/1 layer felt: slope 5/12 to 8/12 (1 Story) | 509 | SQ | 33.00 | 16,797.00 |
| 26AB | 2 Shingle Layers w/1 layer felt: Slope 5/12 to 8/12 (1 Story) | 60 | SQ | 45.30 | 2,718.00 |
| 26AC | 3 Shingle Layers w/1 layer felt: Slope 5/12 to 8/12 (1 Story) | 1 | SQ | 49.20 | 49.20 |
| 26AD | 1 Shingle Layer w/1 layer felt: Slope >8/12 to 12/12 (1 Story) | 1 | SQ | 45.30 | 45.30 |
| 26AE | 2 Shingle Layers w/1 layer felt: Slope >8/12 to 12/12 (1 Story) | 1 | SQ | 49.20 | 49.20 |
| 26AF | 3 Shingle Layers w/1 layer felt: Slope >8/12 to 12/12 (1 Story) | 1 | SQ | 53.00 | 53.00 |
| 26AG | 1 Shingle Layer w/1 layer felt: Slope 5/12 to 8/12 (>1 Story) | 2,791 | SQ | 41.20 | 114,989.20 |
| 2[illegible]H | 2 Shingle Layers w/1 layer felt: Slope 5/12 to 8/12 (>1 Story) | 355 | SQ | 49.20 | 17,466.00 |
| 26AJ | 3 Shingle Layers w/1 layer felt: Slope 5/12 to 8/12 (>1 Story) | 32 | SQ | 53.00 | 1,696.00 |
| 26AK | 1 Shingle Layer w/1 layer felt: Slope >8/12 to 12/12 (>1 Story) | 32 | SQ | 49.20 | 1,574.40 |
| 26AL | 2 Shingle Layers w/1 layer felt: Slope >8/12 to 12/12 (>1 Story) | 9 | SQ | 53.00 | 477.00 |
| 26AM | 3 Shingle Layers w/1 layer felt: Slope >8/12 to 12/12 (>1 Story) | 9 | SQ | 59.00 | 531.00 |
| 26AN | 1 Layer Felt | 13,333 | SF | .20 | 2,666.60 |
| 26AP | 2 Layers Felt | 5,000 | SF | .30 | 1,500.00 |
| 26AQ | Remove Clay Tile Roofing & Underlayment Including Nailing Strips if Present | 100 | SQ | 75 | 7,500.00 |
| 26AR | Remove Underlayment / Vapor barrier | 22 | SQ | 1.00 | 22.00 |
| 26AS | Remove Wood Nailers/ Curbs | 111 | SF | 3.00 | 333.00 |
| 26AT | Remove Sealant | 333 | LF | 1.00 | 333.00 |
| 26AU | Remove & Scrap Abandoned Mechanical Equipment/ Vents | 2 | EA | 150.00 | 300.00 |
| 26AV | Remove & Scrap Sewer Vent/ Pipe Flashing | 2 | EA | 2.00 | 4.00 |
| 26AW | Remove Abandoned Conduit / Wiring | 111 | LF | 2.00 | 222.00 |

Revised per Amendment 0001, dated 12 March 2001

| | | | | | |
|---|---|---|---|---|---|
| 0027 | **Install New Felt & Shingles** | | | | |
| 0027AA | 1 Layer 30 lb Felt & Wind Resistant T-Lock Shingle : Slope 5/12 to 8/12 (1 story) | 11 | SQ | 95.00 | 1,045.00 |
| 0027AB | 1 Layer 30 lb Felt & Wind Resistant T-Lock Shingle : Slope >8/12 to 12/12 (1 Story) | 1 | SQ | 110.00 | 110.00 |
| 0027AC | 1 Layer 30 lb Felt & Wind Resistant T-Lock Shingle : Slope 5/12 to 8/12 (>1 story) | 3 | SQ | 120.00 | 360.00 |
| 0027AD | 1 Layer 30 lb Felt & Wind Resistant T-Lock Shingle : Slope >8/12 to 12/12 (>1 Story) | 1 | SQ | 125.00 | 125.00 |
| 0027AE | 1 Layer 30 lb Felt & 100 mph Three Tab Wind Warranty Shingle : Slope 5/12 to 8/12 (1 story) | 558 | SQ | 75.00 | 41850.00 |
| 0027AF | 1 Layer 30 lb Felt & 100 mph Three Tab Wind Warranty Shingle : Slope >8/12 to 12/12 (1 story) | 1 | SQ | 125.00 | 125.00 |
| 0027AG | 1 Layer 30 lb Felt & 100 mph Three Tab Wind Warranty Shingle : Slope 5/12 to 8/12 (>1 story) | 3,185 | SQ | 80.00 | 254,800.00 |
| 0027AH | 1 Layer 30 lb Felt & 100 mph Three Tab Wind Warranty Shingle : Slope >8/12 to 12/12 (>1 story) | 42 | SQ | 95.00 | 3,990.00 |
| 0028 | **Install Felt** | | | | |
| 0028AA | Install 1 Layer 30 lb Felt | 333 | SQ | 30.00 | 9,990.00 |
| 0028AB | Install 30 lb Felt Ice Dam | 5,000 | LF | 1.00 | 5,000.00 |
| 0029 | **Hand Seal Shingles** | | | | |
| 0029AA | Hand Seal Shingles | 60 | SQ | 1.00 | 60.00 |
| 0030 | **Storm Nail** | | | | |
| 0030AA | Extra Storm Nail, Each Tab Twice (Min. 100 LF) | 2,000 | LF | .25 | 500.00 |
| 0031 | **Install New Felt & Wood Eave Strips for Clay Tile Roofing** | | | | |
| 0031AA | Install New Felt & Wood Eave Strips for Clay Tile Roofing | 7 | SQ | 100.00 | 700.00 |
| 0032 | **Install Clay Tile Roofing** | | | | |
| 0032AA | Field Tile | 2 | SQ | 600.00 | 1,200.00 |
| 0032AB | Field Tile (Replacement Only) | 7 | EA | 600.00 | 4,200.00 |
| 0032AC | Ridge Tile | 3 | EA | 600.00 | 1,800.00 |
| 0032AD | Ridge End | 1 | EA | 600.00 | 600.00 |
| 0032AE | End Band | 3 | EA | 600.00 | 1,800.00 |
| 0032AF | Gable Rake | 3 | EA | 600.00 | 1,800.00 |
| 0032AG | Hip Roll | 3 | EA | 600.00 | 1,800.00 |
| 0032AH | Hip Starter | 2 | EA | 600.00 | 1,200.00 |
| 0032AJ | Hip Terminal | 1 | EA | 600.00 | 600.00 |
| 0033 | **Remove and Refasten Clay Tile Roofing** | | | | |
| 0033AA | Remove and Refasten Clay Tile Roofing: One Layer 30lb Felt, Scaffolding, and Fasteners | 5 | SQ | 100.00 | 500.00 |
| 0034 | **Mechanically Fasten Plywood Deck** | | | | |
| 0034AA | Mechanically Fasten 5/8" Plywood Deck, as Substrate, Using Manufacturer's Suggested Fastening System | 3 | SQ | 145.00 | 435.00 |

Revised per Amendment 0001, dated 12 March 2001

| | | | | | |
|---|---|---|---|---|---|
| 5 | **1/2" Plywood (CDX) Used as Roof Substrate** | | | | |
| 5AA | 1/2" Plywood (CDX) Mechanically Fastened up to 12" Wide | 20 | LF | 1.00 | 20.00 |
| 5 | **Install Drip Edge** | | | | |
| 5AA | Install Drip Edge, Galv., 24 Ga. | 450 | LF | 2.69 | 1,210.50 |
| 7 | **Install G.I. Flashing** | | | | |
| 7AA | Drip Edge & Eave Flashing, 26 Ga. | 2,000 | LF | 2.49 | 4,980.00 |
| 7AB | Valley Flashing, 24" W, 26 Ga., Standard "v" Shape | 300 | LF | 3.23 | 969.00 |
| 7AC | Ridge Roll (Screw Fastened)_ 2 1/2" Dia., 26 Ga. | 2,200 | LF | .10 | 220.00 |
| 7AD | Step Flashing 12" x 8", 26 Ga. | 1,100 | LF | 2.30 | 2,530.00 |
| 7AE | Wall Mounted Reglet. 26 Ga., Mechanically Fastened, 6" Face | 117 | LF | 1.58 | 184.86 |
| 8 | **Install 16 oz copper** | | | | |
| 8AA | Valley Flashing, 24" W | 60 | LF | 20.00 | 1200.00 |
| 8AB | Corner Flashing | 9 | LF | 12.88 | 115.92 |
| 8AC | Cricket | 3 | EA | 508.00 | 1,524.00 |
| 8AD | Surface Mount Flashing | 20 | LF | 12.88 | 257.60 |
| 8AE | Step Flashing | 15 | LF | 12.88 | 193.20 |
| 39 | **Replace Damaged Wood Sheathing and Decking** | | | | |
| 39AA | 1/2" Plywood | 667 | SF | 1.35 | 900.45 |
| 39AB | 5/8" Plywood | 333 | SF | 1.45 | 482.85 |
| 3[illegible]C | 3/4" Plywood | 3,333 | SF | 1.55 | 5,166.15 |
| 39AD | 1 1/2" T&G V Joint Plank & Paint (exterior) | 17 | LF | 7.00 | 119.00 |
| 39AE | 1 1/2" T&G V Joint Plank & Stain (interior) | 17 | LF | 7.00 | 119.00 |
| 39AF | Wood Nailer - 6" & up Nom Width | 167 | LF | 2.50 | 417.50 |
| 39AG | Wood Nailer - 4" Nom Width | 667 | LF | 2.00 | 1,334.00 |
| 39AH | Wood Fascia | 111 | LF | 3.00 | 333.00 |
| 40 | **Gutter & Downspouts** | | | | |
| 40AA | Remove Downspout & Cap Gutter | 7 | EA | 5.00 | 35.00 |
| 40AB | Remove Gutter/Downspout | 556 | LF | 1.00 | 556.00 |
| 40AC | Gutter, "K", 5", 26 Ga. | 111 | LF | 3.00 | 333.00 |
| 40AD | Prefinished Gutter, 24 Ga., max 30" Stretchout | 67 | LF | 6.00 | 402.00 |
| 40AE | Downspout, 2x3", 26 Ga. | 56 | LF | 3.00 | 168.00 |
| 40AF | Downspout, 3x4", 26 Ga. | 67 | LF | 3.25 | 217.75 |
| 40AG | Downspout, Round, Corrugated, 4" | 33 | LF | 3.50 | 115.50 |
| 40AH | Prefinished Downspout, 26 Ga., max 30" Stretchout | 67 | LF | 3.00 | 201.00 |
| 40AJ | Gutter Lining, Brush Applied Rubber Sealant | 167 | LF | 2.00 | 334.00 |
| 40AK | Gutter Lining, EPDM, 60 mil | 167 | LF | 5.00 | 835.00 |
| 40AL | Gutter Screen Mesh | 167 | LF | 1.00 | 167.00 |
| 40AM | Gutter, 1/2 Round, 5", 26 Ga. | 11 | LF | 5.00 | 55.00 |

Revised per Amendment 0001, dated 12 March 2001

# Roof Requirements Contract

PROJECT #: GHLN 01-1004

NOVEMBER 2000

---

AIR FORCE SPACE COMMAND

F.E. WARREN AIR FORCE BASE, WYOMING

# INDEX

INDEX

SPECIFICATIONS

DIVISION 01 - GENERAL REQUIREMENTS
01000 - GENERAL REQUIREMENTS
01400 - QUALITY REQUIREMENTS
01700 - EXECUTION REQUIREMENTS

DIVISION 07 - THERMAL AND MOISTURE PROTECTION
07311 - ASPHALT SINGLES
07320 - ROOFING TILES
07510 - BUILT-UP ROOFING SYSTEM
07530 -ELASTOMERIC SINGLE-PLY ROOFING (EPDM)
07559 - ROLL ROOFING
07611 - SHEET METAL ROOFING
07620 - SHEET METAL FLASHING, TRIM, AND ACCESSORIES
07631 - GUTTERS AND DOWNSPOUTS

# SPECIFICATIONS

This page intentionally left blank.

# DIVISION 01 - GENERAL REQUIREMENTS

## SECTION 01000- GENERAL REQUIREMENTS

### SECTION TABLE OF CONTENTS

1.1 Scope
1.2 Statement of Work
1.3 Contractor Responsibilities
1.4 Work by Government
1.5 Occupancy
1.6 Existing Conditions and Hazards
1.7 Working Hours
1.8 Performance Period
1.9 Discrepancies on Drawings
1.10 Definitions
1.11 Submittals
1.12 New and Recycled Materials
1.13 Hazardous and Prohibited Construction Materials
1.14 Industry Standards
1.15 Building Codes, Laws and Regulations
1.16 Safety Standards
1.17 Work Site Access
1.18 Storage, Staging and Parking
1.19 Temporary Utilities
1.20 Temporary Sanitary Facilities
1.21 Field Office and Telephone
1.22 Project Supervision
1.23 Project Meetings
1.24 Construction Methods and Means
1.25 Quality Control and Inspection
1.26 Pre Final And Final Inspection
1.27 Barricades, Fencing, Warning Signs and Related Devices
1.28 Cutting, Patching, and Repairing
1.29 Protection and Restoration of Property
1.30 Special Alteration and Renovation Requirements
1.31 Special Requirements for Site Utilities
1.32 Road Closings
1.33 Welding, Cutting and Brazing Permits
1.34 Spill Prevention and Response
1.35 Disposal and Cleanup
1.36 Maintenance and Warranty Manuals
1.37 Written Guarantee
1.38 Description of Bid items
1.39 Security
1.40 WSA Site Access
1.41 WSA Vechical and Equipment Access

Appendix 000014



Attachment 3

1.1 SCOPE

A. Provide all labor, means, operations, materials, equipment, sales tax, accessories and incidentals necessary for performing all operations required for repairing or replacing existing roofing on various base buildings at F.E. Warren AFB, Wyoming, in strict accordance with these Specifications, applicable Drawings, Other Attachments and the Terms and Conditions of the Contract.

B. Provide any special permits and licenses that may be required.

C. Refer to Bid Schedule as furnished by the Base Contracting Office for breakdown of bid items.

1.2 STATEMENT OF WORK

The work will be performed on non-housing type buildings, such as dormitories, administrative facilities, and industrial buildings, and Military Family Housing units. The work to be performed shall consist of, but is not necessarily limited to, the following principal features:

A. Demolition and removal of existing roofing.

B. Installation and patching of new roof systems.

C. Replacement of existing Galvanized lodized (G.I.) and copper flashing and other sheet metal work with new G.I. and copper flashing and sheet metal work.

D. Replacement of damaged wood sheathing, fascia, decking and other roofing elements.

E. Replacement or repair of damaged gutter and downspout.

F. Removal, preservation, and reinstallation of rooftop Lightning Protection System components and systems.

G. Other items of work as indicated on the Drawings or in the Specifications. Some minor portions of the work may not be described by the technical specifications, but shall be performed as indicated on the Drawings.

H. Related or incidental work which is manifestly necessary or customary to finish the project and provide a complete installation.

1.3 CONTRACTOR RESPONSIBILITIES

A. The Contractor will dispose of all materials from all demolition. The Government reserves the right to retain all salvageable materials removed under this contract. Thus, the material disposal list from each delivery order must be turned into the contracting officer prior to actual removal and disposal. This list need not include normal and expected bulk roof construction debris (i.e.: old shingles, old felt, nails, and old flashings), but shall be specific in listing all other items that may be of value (i.e.: roof tiles, roof vents, special wood or metal decorative roof items, etc.).

B. All normal and expected roof debris not identified on the material disposal list and/or identified by the Government as salvageable shall be removed from the job site each day. On completion of the project, the contractor shall remove all rubbish and accumulated materials and scrap from the premises leaving the job site in a clean,

14 pos.

acceptable condition. Any adjacent areas which are damaged by the contractor due to demolition or removal shall be repaired to the satisfaction of the contracting officer or authorized contracting officer representative, or shall be replaced. All scrap and debris shall be disposed of off base.

C. The contractor shall insure that inclement weather is not imminent before exposing roof sheathing and shall not demo more than can be replaced that day. Contractor shall not leave any area of the roof uncovered or unprotected overnight, over a weekend, or over a holiday.

D. Existing roof jacks, guy wires and anchors, all antennas, sheet metal vents, stub metal stocks, roof flashing and other metal items, where they occur, shall be removed as required to permit the installation of the new roofing material. The contractor shall replace only those items that are necessary or required for the building use as directed by the contracting officer or authorized contracting officer representative. Areas on roofs where items have been removed and are not replaced, and all holes or cracks in existing sheathing larger than 1/4 inch (6 mm) shall have opening sheathed with 26 gauge G.I. flashing, in accordance with Section 07620, before new roof installation is started. All roof jacks and metal drip caps shall be replaced with new.

E. The Contractor may be required to remove existing lightning protection system components where applicable. All lightning protection equipment affected by the roof repair shall be completely removed. The contractor may be required to work around air terminals on buildings with concealed lightning protection systems and restore air terminals and conductors disturbed during roof installation. Disturbed systems and components shall be restored in accordance with NFPA 780; Standard for Installation of Lightning Protection Systems, and AFI 32-1065; Grounding Systems. In no instance will it be permissible to overlay existing lightning protection conductors with roofing material. Undamaged lightning protection components may be retained for re-use, providing they meet current lightning protection system requirements. Actual work to be accomplished will be determined at the time of the delivery order.

F. The Contractor shall electrically test the completed lightning protection system in accordance with the requirements of AFI 32-1065; Grounding Systems. Electrical testing will include ground resistance and continuity.

G. The Contractor may be required to remove certain other roof appurtenances by direction of the contracting officer.

H. The Contractor shall insure all work in F.E. Warren's Historic District shall have no adverse effect on buildings. If new roofing system will have adverse effect on the building, the Contractor shall stop all work in the affected area and notify Contracting Officer immediately.

I. The Contractor may be required to coordinate efforts with others to accomplish work on roofs that consist of more than one type of roofing system.

## 1.4 WORK BY GOVERNMENT

A. The Government will identify work to be accomplished by Delivery Order method.

B. The Government shall also accomplish or provide the following:

(1.) Notice to Proceed.
(2.) Pre-construction meeting.

(3.) An on base staging area will be made available. Direction and instruction will be through the Contracting Officer.
(4.) Access escort (for work in the Weapons Storage Area) and a construction inspector.
(5.) Contract Specifications and Drawings.
(6.) Signed and dated returned submittals.
(7.) Site and area access security.
(8.) Develop and process Entry Authorization List (EAL) for Contractor site access into the Weapons Storage Area. Develop and process Photograph Authorization List (PAL) for Contractor site photograph access in the Weapons Storage Area.

C. Preparation work on each roof shall be inspected and approved by the Contracting Officer or authorized Contracting Officer representative before any roofing materials are applied.

1.5 OCCUPANCY

A. The contractor shall be responsible for coordinating all phases of his/her operations with the appropriate base personnel through the contracting officer. Advance notice of not less than five (5) working days will be given to the contracting officer or authorized contracting officer representative prior to any operations. The contractor shall cooperate fully with base personnel in these operations.

B. The Government intends to occupy all buildings identified in all delivery orders.

C. Cooperate with the Government to minimize conflict, and to facilitate Government operations. Schedule the Work to accommodate Government occupancy.

1.6 EXISTING CONDITIONS AND HAZARDS:

A. Field verify all existing conditions, existing construction, dimensions, quantities, other pertinent requirements and suitability for the intended use prior to starting work activities, ordering materials or fabricating components. Determine special requirements or precautions required for items to be renovated or removed.

B. Prepare written inventory of facility prior to starting work including condition, defects, and equipment present (for purposes of establishing liability for any damages or losses later).

C. Do not obstruct or close roadways, sidewalks or exitways without authorization.

1.7 WORKING HOURS:

A. Normal working hours for the Contractor will be 7:30 a.m. to 4:30 p.m. excluding Saturdays, Sundays, and Federal holidays. Notify the Contracting Officer three days in advance if work is desired during other time periods. If Inspectors will be available, a modified work period may be authorized. If Inspectors are required to work other than their normal duty/days solely for the benefit of the Contractor, the actual cost of inspections at overtime rates will the charged to the Contractor and an adjustment made to the contract price.

1.8 PERFORMANCE PERIOD

A. The performance period as specified in each individual delivery order.

1.9 DRAWINGS:

A. The Drawings are based on record drawings, surveys, on-site observations and field measurements made by the Government and others.

B. Check and compare all Drawings immediately upon their receipt and notify the Contracting Officer of any discrepancies.

D. Verify all dimensions and quantities shown and adequacy of available spaces prior to construction or ordering materials.

E. Follow dimensions marked on Drawings in lieu of scaled measurements

1.10 DEFINITIONS

A. Use of certain phrases or words on the Drawings or Specifications have the following definitions:
1. The term "replace" means remove and dispose of existing material or item and furnish and install a similar new material or item that matches both the original material and remaining adjacent materials or items.
2. The term "reinstall" means remove existing material or item and reinstall same material or item properly aligned, plumb and secure to match existing adjacent materials or items.
3. The terms "provide" or "furnish" mean furnish and install unless otherwise indicated.
4. The term "Contracting Officer" shall mean the Contracting Officer

1.11 SUBMITTALS:

A. Provide submittals called for by the Technical Specifications to the Contracting Office, 90 CONS/LGCR, 7505 Marne Loop, Bldg. 208, F. E. Warren AFB, Wyoming. 82005-2860. Transmit each Technical Submittal to the Contracting Office using AF Form 3000. Submittals received from sources other than the Contractor will be returned without action.
1. PRODUCT DATA, AND OTHER SUBMITTALS: Four (4) copies, minimum. The Government will retain two (2) copies and return the remainder to the Contractor, marked with action taken and corrections or modifications required.
2. SAMPLES: One (1) set, minimum. The Government will retain this set.

B. Review of Technical Submittals by the Government will not be construed as a complete check, but indicates only that the submittals are in general conformance with the design concept and with the information given in the Contract Documents. This approval shall not relieve the Contractor from responsibility for errors and omissions. The Contractor is responsible for field measurements, dimensions, design of adequate connections, details, fabrication processes, and the means, methods, techniques, and procedures for satisfactory installation.

C. Confirm that the Product Data is in compliance with requirements of the Contract Documents before submitting.

D. No submittals for colors or finishes will be approved until all samples have been received. All samples will become the property of the Government.

E. Allow sufficient time for submittal review (four weeks for colors and finishes and two weeks minimum, for other submittals). Advise Contracting Officer when processing time

is critical to the progress of the work. The Government reserves the right to withhold action on a submittal requiring coordination with other submittals until related submittals are received.

F. Do NOT proceed with purchase, fabrication or installation until an approved submittal has been received.

G. After submittals have been approved, no resubmittals for the substitution of products will be considered without an acceptable explanation from the Contractor.

H. Submit PROGRESS SCHEDULE on AF Form 3064 provided by the Government.

1.12 NEW AND RECYCLED MATERIALS:

A. All materials shall be new or newly manufactured using recycled materials unless otherwise indicated. All materials (both new and recycled) shall be the most suitable and highest grade and type for the intended use unless otherwise indicated. They shall be produced by a manufacturer regularly engaged in manufacturing or fabricating similar products with a history of successful production acceptable to the Contracting Officer.

B. The specific product(s) called out by Manufacturer and Model is the basis for the design but is not intended to limit competition. Products by other manufacturers may be used subject to the following:

1. The product meets or exceeds the quality level of the specified product.
2. The warranty is the same as for the specified products.
3. The Government determines that the product(s) is equivalent to the specified product, is otherwise suitable for the intended use and approves its use in writing.
4. The Contractor coordinates the installation and makes any necessary changes at no additional cost to the Government.
5. The Contractor waives claims for any time extension associated with the use of the product.

C. Recycled products:

1. Comply with guidelines and requirements of The Air Force Affirmative Procurement Program for the purchase and use of recycled construction materials. The construction materials included under this requirement are all types of insulation and insulation board, and structural fiberboard. The use of other products manufactured from recycled materials is encouraged. The use of recycled products is mandatory unless they are not available within a reasonable time frame, or if the cost exceeds the cost of a non-recycled item or if they do not meet the technical requirements of the project, or if they are not available from at least two (2) sources so as to maintain a satisfactory level of competition.

2. Compile a "Recycled Products Report" for the Resource Recovery and Recycling Manager at 90 CES/CEV listing the total quantity recycled products used. Submit the report through the Contracting Officer at the end of the contract period or at the end of the calendar year, whichever comes first.

D. UNACCEPTABLE MATERIALS: Any finish material that has been discontinued or will be discontinued within two (2) years is unacceptable.

E. If any proposed usage or installation method does not comply with the recommendations or specifications of the Manufacturer, notify the Contracting Officer.

F. Protect materials during delivery, storage, handling and installation per manufacturer's printed instructions. Place on blocking and cover when necessary to protect from water,

dust, direct exposure to sunlight and other elements. Deliver in original containers or packaging with labels intact. Storage locations shall not interfere with work of other trades.

1.13 HAZARDOUS AND PROHIBITED CONSTRUCTION MATERIALS:

A. Hazardous Materials

1. Submit a Material Safety Data Sheet (MSDS) for each chemical and/or compound proposed for this project to the Base Bioenvironmental Office (90 AMS/SGPB) for review and approval prior to delivery to the base. A hazardous material is defined in federal Standard DED-STD-313C (Table I and II). The definition of materials presenting a health hazard or physical hazard is found in OSHA twenty-nine CFR. Contractor is required to keep a copy of all MSDS on site during execution of the delivery order.

2. Compile a "Hazardous Materials Report" for the Resource Recovery and Recycling Manager at 90 CES/CEV listing the description of the hazardous material, brand name, part number, SSL No., unit of issue, quantity issued/used and person(s) issued to. Submit the report by the 5th of the following month through the Contracting Officer.

Prohibited materials include those that contain Class 1 ozone-depleting chemicals (including CFC's, halons, carbon tetrachloride, methyl chloroform, and methyl bromide), lead, asbestos, PCB's or other hazardous substances.

1.14 INDUSTRY STANDARDS:

A. General Applicability of Standards: Applicable standards of the construction industry have the same force and effect (and are made a part of the contract documents when referenced) as if copied directly into contract documents, or as if published copies were bound herewith.

B. Standards apply only to the technical aspects of manufacture, design and construction. No provision of any referenced standard, manual, or code shall change or increase the duties and responsibilities of the Government or the Contractor.

C. Reference standards (referenced directly in contract documents or by governing regulations) have precedence over nonreferenced standards that are recognized in industry for applicability to work.

D. Nonreferenced standards recognized in the construction industry are hereby defined, except as otherwise limited in contract documents, to have direct applicability to the work and will be so enforced for performance of the work.

E. Publication Dates: Comply with standard in effect as of date of contract documents.

F. Copies of Standards: Provide where needed for proper performance of the work; obtain directly from publication sources.

G. On items effected by the July 25,1991 Executive Order 12770 covering the use of metric (SI) system the contractor will acknowledge the format but the American standard format will govern during construction until the point that the suppliers are utilizing the metric (SI) system.

1.15 BUILDING CODES, LAWS, AND REGULATIONS:

A. Comply with the latest editions of the UNIFORM BUILDING CODE.

B. Comply with all other FEDERAL, STATE, and LOCAL LAWS and REGULATIONS that apply to this project.

1.16 SAFETY STANDARDS:

A. Comply with requirement of the CHIEF OF SAFETY for the protection of Air Force Personnel and Property.

B. Comply with the rules, regulations, standards and requirements of the DEPT. OF DEFENSE (DOD), WYOMING DEPT. OF ENVIRONMENTAL QUALITY (DEQ), EPA AND OSHA regarding disturbing, removing and disposing of HAZARDOUS MATERIALS (( ASBESTOS, LEAD-BASED PAINTS, PIGEON DROPPINGS and OTHER HAZARDOUS MATERIALS. ))

C. Comply with CORPS OF ENGINEERS SAFETY & HEALTH REQUIREMENTS MANUAL EM 385-l-l (Oct 1992), OSHA STANDARDS, and other applicable rules, regulations, standards and requirements regarding WORKER SAFETY.

D. Comply with WYOMING OCCUPATIONAL HEALTH AND SAFETY RULES AND REGULATIONS FOR CONSTRUCTION.

1.17 WORK SITE ACCESS:

A. Coordinate access to the Base and Project Facility for personnel and equipment with the Contracting Officer.

1.18 STORAGE, STAGING AND PARKING:

A. Space is available at the project site, for the Contractor's parking.

B. No sodded or landscaped areas or exitways shall be used for storage, staging, or parking, except as coordinated with the Government Inspector.

C. Storage and staging area will be coordinated with Government Inspector

1.19 TEMPORARY UTILITIES:

A. Utilities will be provided at job site for work required. Any special requirements will be provided by Contractor.

1.20 TEMPORARY SANITARY FACILITIES:

A. Provide all required portable self-contained sanitary toilets at a location determined by the Contracting Officer.

1.21 FIELD OFFICE AND TELEPHONE:

A. No Field Office is required.

B. Provide temporary job phone (cellular unit) and secondary means of communication.

1.22 PROJECT SUPERVISION:

A. Provide a competent superintendent on site at all times for the project. Superintrentdent shall coordinate and be responsible for the proper and timely layout, scheduling, installation, and completion of the work.

B. Lay out and install work in a timely manner and in a sequence to avoid delay or interference with other work. Anticipate and resolve conflicts before work begins. Submit questions to the Contracting Officer or authorized contracting officer representative for resolution before proceeding with the work in question.

C. All questions will be submitted through prime to contracting.

1.23 COORDINATION AND PROJECT MEETINGS:

A. All coordination and meetings will be set up by and through the contracting officer. Any changes to the contract must be through the contacting officer. No other government agent has the authority to produce changes/modifications to the contract.

B. Conduct coordination/ progress meetings at the project site at regular intervals intervals but not less than once per month. Attendees shall include the Government's Representatives, Subcontractors and others concerned with project progress, coordination or performance, as applicable. These representatives shall be familiar with the Project and authorized to conclude matters relating to coordination & progress.

C. Conduct a pre-construction meeting at contracting before any construction activity is undertaken. The Installer and representatives of Manufacturers, Fabricators, other Subcontractors involved in or affected by the installation and Government Representatives shall attend the meeting.

D. At the pre-construction meeting, review the progress of other construction activities, preparations for the particular activity under consideration and other relevant considerations. Consider the following:

1 Options.
2. Purchases.
3. Deliverlies.
4. Shop Drawings, Product Data and quality control Samples.
5. Possible conflicts.
6. Compatibility problems.
7. Time schedules.
8. Weather limitations.
9. Manufacturer's recommendations.
10. Compatibility of materials.
11. Acceptability of substrates.
12. Temporary facilities.
13. Space and access limitations.
14. Governing regulations.
15. Safety.
16. Recording requirements.
17. Protection.
18. Initial installation.

1.24 CONSTRUCTION METHODS AND MEANS:

A. The Contractor is solely responsible for construction means, methods, techniques, procedures, fabrication processes, sequences, scheduling, coordination, safety

precautions, safety programs and other necessary precautions during construction. The Government will NOT assume responsibility for any of these.

1.25 QUALITY CONTROL AND INSPECTION:

A. The Contractor shall ensure that all work has been inspected by a Government Inspector prior to concealment. Inspector will be on site daily.

1.26 PRE-FINAL AND FINAL INSPECTIONS

A. The Contractor shall provide the contracting officer or authorized contracting officer representative with an advance notice of not less than five (5) working days when scheduling each and very pre-final inspection. Pre-final inspections shall be scheduled such that the contracting officer, or authorized contracting officer representative, is present at the work site during the installation of the ridge cap, when applicable. At the pre-final inspection, the Work will be inspected by Government representatives, and the Contractor will be given notice of what items, if any, need to be corrected prior to the final inspection. The Contractor will then provide the contracting officer or authorized contracting officer representative with a written advance notice of not less than three (3) working days when scheduling the final inspection. Acceptance of the Work will occur at the final. The contractor shall provide equipment to support Government inspections.

1.27 BARRICADES, FENCING, WARNING SIGNS AND RELATED DEVICES:

A. Erect barricades, safety barriers, barrels, fencing, signs, warning lights, flagging, flagpersons and devices as appropriate to control traffic and to warn and protect the workmen, users, occupants and the public. All signs shall be professional quality. Comply with latest edition of MANUAL ON UNIFORM TRAFFIC CONTROL DEVICES.

1.28 CUTTING, PATCHING, AND REPAIRING:

A. Patch, repair, replace or restore all finished or unfinished surfaces cut, disturbed or damaged by demolition and construction. Fill, seal or close all holes, voids and openings remaining after demolition activities. Finish to match adjacent surfaces in color, texture and appearance. When adjacent surfaces and finishes cannot be matched, refinish entire surface to nearest intersection.

1.29 PROTECTION AND RESTORATION OF PROPERTY:

A. Protect the existing facility, all materials and equipment to be incorporated therein, completed work, site improvements, trees, landscaping, utilities, public ways and other facilities.

B. Promptly remedy all damage or loss resulting from activities or operations under this contract. Restore equivalent to original conditions.

C. Restore disturbed areas to a condition equivalent to or better than that which existed previously.

1.31 SPECIAL ALTERATION AND RENOVATION REQUIREMENTS:

A. Make smooth, even and neat transitions between new and existing work.

B. Reinstall materials, equipment or items that are disturbed or removed temporarily. Comply with workmanship and other applicable provisions of technical specification sections for comparable new work. Use new screws and other fastening devices.

1.32 ROAD CLOSINGS:

A. Roads may be closed one lane at a time with vehicular traffic allowed to pass through the construction area. If an entire street is to be closed notify the Government in writing at least two (2) weeks prior to the closing. Comply with separate Article "Barricades, Fencing, Warning Signs and Related Devices.

1.33 WELDING, CUTTING AND BRAZING PERMITS: **(NOT APPLICABLE TO THIS PROJECT)**

1.34 SPILL PREVENTION AND RESPONSE:

A. Develop a plan for spill prevention and for spill detection, reporting, containment, cleanup and disposal. A manifest indicating proper disposal is required. All workers shall be familiar with this plan.

B. Submit copy of this plan to the Contracting Officer for approval.

C. Contractor is to contain, immediately clean up, and properly dispose of all spills.

1.35 DISPOSAL AND CLEANUP:

A. Remove all debris, waste and surplus materials from the immediate work areas each day and from the premises at suitable intervals. Disposal shall be at an off-base location at an established landfill or other site approved for the type of material being removed. Burning or burial at the project site are not acceptable disposal methods.

B. When the materials are hazardous, dangerous or unsanitary, handle separately from other waste and place in appropriate containers. Provide evidence that all required permits and arrangements for transportation and disposal have been obtained. Provide evidence that the disposal landfill is EPA-approved. Provide copy of letter from landfill operator agreeing to accept the waste and documentation regarding proper disposal including waste manifests and landfill receipts.

C. On completion of the project, leave interior and exterior surfaces including site and streets in a clean, sanitary, odor-free, acceptable condition, ready for operation and occupancy.

D. Remove temporary labels, foreign matter, dirt, dust, fingerprints, marks, stains, streaks, splatters, water spots, films, cleaning residue, paint drippings or overspray, cobwebs, mold and mildew from exposed surfaces and accessible spaces.

E. Use cleaning materials and procedures as recommended by the manufacturer of the surface being cleaned.

1.36 MAINTENANCE AND WARRANTY MANUALS:

A. Upon completion, submit to the Contracting Officer M & W manuals. Assemble data into 3-ring binders. All pages shall be neatly typed and arranged with labeled dividers. Organize the data into an orderly sequence based on the Table of Contents of the Specifications. Exterior edge of binder to be identified with project name and number at

least 1/4 inch high. Submit one copy for advance approval and make changes requested. Provide four (4) sets.

B. Include the following:
1. Title page including name of project, date, and preparer.
2. Table of contents.
3. Directory listing company name, contact person, address, and telephone number of General Contractor, all Subcontractors, & Suppliers
4. Manufacturer's product data sheets and detailed diagrams when required by the Technical Specifications.
5. Copies of all guarantees and warranties exceeding one year.

## 1.37 WRITTEN GUARANTEES

A. Within ten days after final acceptance of the Work, obtain and furnish written guarantees for all materials installed under this contract. Furnish with each guarantee the name, address and telephone number of the grantors representative nearest to the location where the material is installed, who, upon request, after completion of the contract, will honor the guarantee during the written guarantee period and will provide the service prescribed by the terms of the guarantee. The materials installed under this contract shall be guaranteed against defective materials, installation and workmanship for a period of not less than the manufacturer's written guarantee for each type of material.

B. Upon receipt of notice from the Government of failure of the guaranteed material, within the guarantee period of the material and labor, new replacement parts and any necessary installation labor shall be furnished and accomplished by the grantor at no expense to the Government. If the material fails within the guarantee period of the material but beyond the guarantee period of the labor, the grantor shall furnish new replacement materials to the Government at no expense to the Government. Copies of each guarantee shall be included with final as-built drawings for future reference of maintenance personnel, complete with the effective dates of such guaranteed.

C. Follow these warranty instructions in conjunction with FAR 52.246-21, Warranty of Construction.

## 1.38 DESCRIPTION OF BID ITEMS

A. Provide a proposal for each of the Bid Items described in the Bid Schedule. The description for each item is a "scope description", incomplete and abbreviated, and does not detail the full range of materials and processes needed to complete the required work.

1 All unit prices to include waste and material overlap (i.e. on sheet of roofing material, etc.).

2 Quantities for payment purposes will be based on net installed area unless noted otherwise.

3 Line items listed below are for the basic year. Option year items have the same description, but have numbers prescripted by '1' (ie base year items: 0001, 0002,..0102; option year items: 10001, 10002,..1010)..

B. Provide all labor, materials including taxes, equipment, plant, means, operations, accessories and incidentals indicated, specified, mentioned, scheduled, implied, or necessary for a complete and functional installation for that portion of the work.

C. All demolition items shall include all industry standard safety and work practices, proper tools, enclosed chutes, dust control, dumpsters, legal disposal of wastes, etc. All work shall comply with applicable industrial and OSHA safety standards. Demolition items to include associated clean up and surface preparation / cleaning to support succeeding material installation.

D. Refer to the Bid Schedule provided by the Government for actual breakdown of Bid Items.

1.39 SECURITY

The Contractor shall:

A. Protect all Government property.

B. Comply with Air Force base physical security regulations and procedures, as specified herein and briefed at the pre-construction conference.

C. The Government representative/escort will be responsible for on-site security for work within the Weapons Storage Area.

D. During all on-site work within the Weapons Storage Area, the Contractor personnel will be accompanied and continuously monitored by a USAF escort. Failure to remain within the area being monitored is a serious breach of security and safety regulations. The Contractor will take all necessary action to ensure compliance. Should contractor personnel and the escort official become separated for any reason, the unescorted Contractor personnel should report to any security force personnel and await further guidance.

E. The Contracting Officer reserves the right to deny entry onto the base or into the Weapons Storage Area to any Contractor personnel who refuse to conform to security and/or safety regulations. **Delays resulting from such entry denial shall not result in any cost to the Government or schedule delay.**

1.40 WSA SITE ACCESS

The Weapons Storage Area (WSA) is a secure area and will remain in 24-hour daily operation. Contractor personnel will require escorts at all times.

A. In order to gain entry into the WSA, the Contractor must give a minimum of ten (10) working days notice prior to commencing initial work. See also para. D, E, and F of this section for other requirements for entry. Only one USAF inspector/escort shall be available for work per 6 people. The Contractor shall also provide ways and means for the Contracting Officer to contact them after regular working hours for notification of emergency changes to the schedule. These means may be any or all of the following: telephone, pager, voice-mail, fax, e-mail, etc.

B. **The Contractor must prepare and submit to the Contracting Officer on a weekly basis their proposed and updated daily work schedule for work in the WSA. Each schedule shall cover two weeks from the day of submittal in order to coordinate work under this contract.** Each schedule shall be on a Government approved form and shall include but not be limited to buildings to be worked on, any facility access interruptions (doors, overhead doors, etc.), utility requirements, tests and inspections to be performed.

C. WSA site work hours shall be from 7:30 AM to 4:30 PM. Workdays are Monday through Friday except federal holidays.

D. **In order to gain access into the WSA, Contractor personnel must be listed on an Entry Authorization List (EAL), identified by escort personnel, and physically searched and escorted on-site by an authorized escort official.** Should Contractor personnel and their escort official become separated for any reason, the unescorted Contractor personnel should report to any security force personnel and await further guidance.

E. Ten (10) working days prior to the initial commencement of work within the WSA, the Prime Contractor must submit to the Contracting Officer a list showing the names of companies (i.e., Prime Contractor, Sub Contractor, etc.), and the full name, Social Security Account Number (SSAN), birth date, and Driver's License number for each employee being utilized for on-site work. See paragraph F of this section for ID requirements to get on site. See paragraph 1.16 for vehicle and equipment requirements. This list will be used to prepare the EAL referenced above. Owners, managers, supervisors, superintendents, foremen, etc., must be identified as such on the EAL list. Deletions to the EAL may be made without preparing a new list. For any additions or corrections to the EAL, however, the Contractor must submit a new list. All requested changes to an approved list must be submitted by the Contractor to the Contracting Officer a minimum of ten (10) working days before any affected Contractor personnel require access to the site.

F. Upon arrival at the WSA work site, Contractor personnel will park in the designated area, remain clear of all fences and gates, and await the arrival of the escort and security personnel. Upon arrival, the security personnel will identify all Contractor personnel. **To enter the WSA, all Contractor personnel shall present two (2) forms of identification which match the information on the EAL.** Both forms of identification are required to meet the following: 1.) Both forms are required to match the information on the EAL. 2.) At least one form must have the individual's picture and SSAN.

G. To assist with identification, the Contractor may provide each of his personnel with a company identification badge, with current photograph, company ID number, and the employee's SSAN. Photo IDs submitted for inclusion on the EAL must be the same IDs that are used for entry and/or exit to the site.

H. If Contractor personnel are not listed on the EAL, or those who are listed cannot provide proper identification, they will not be permitted in the WSA. **Delays caused by lack of proper EAL data or proper identification shall be at no cost to the Government.**

I. The site military security official will approve entry into the WSA, using standard Air Force procedures, and turn Contractor personnel over to escort. Processing into the WSA will require approximately thirty (30) minutes and **will not be considered delay time.** Personnel must be escorted at all times within the perimeter fence. The Contractor's vehicles and personnel will be checked and searched by WSA site military security personnel prior to site entry.

J. The site military security official will approve exit from the WSA. Processing out of the WSA will require approximately ten (10) minutes and **will not be considered delay time.** Personnel must be escorted at all times within the perimeter fence. The Contractor's vehicles and personnel will be checked and searched by WSA site military security personnel prior to site exit.

K. In order to take on-site photographs, Contractor personnel must be listed on a Photograph Authorization List (PAL), identified by WSA site military security personnel,

and physically escorted on-site by an authorized escort official. The WSA site military security officials and the authorized escort official shall have control of what photographs are allowed. The PAL is compiled and handled in the same manner as the EAL. Ten (10) working days are required to prepare the PAL. Photograph Authorization shall be processed after access to the site. Two (2) forms of identification are required showing the individual's full name and SSAN, one being a picture identification. If Contractor personnel are not listed on the PAL, or those who are listed cannot provide proper identification, they will not be permitted to take photographs. **Delays caused by lack of proper PAL data or proper identification shall be at no cost to the Government.**

1.41 WSA VEHICLES AND EQUIPMENT ACCESS

A. Ten (10) working days prior to the initial commencement of work within the Weapons Storage Area, the Contractor must submit to the Contracting Officer a list showing the License Plate numbers, Make, Model, and years of all Contractor vehicles which will need to enter the Weapons Storage Area at any time during the duration of this contract. This information can be submitted at the same time as the information for the Entry Authorization Lists, as described previously. Private owned vechicals will not be authorized in the WSA

B. Once equipment and supplies are brought inside the WSA perimeter fence, escort personnel are required to accompany and advise Contractor personnel in placement and removal of such items. The Government shall not be held responsible for loss or damage of any Contractor materials, machines, tools, or equipment.

D. Prior to the finish of work every day, all scaffolding and ladders must be pulled away from all buildings. No contractor vehicles may be left in the WSA overnight.

END OF SECTION

# SECTION 01400 - QUALITY REQUIREMENTS

## PART 1 GENERAL

### 1.1 SECTION INCLUDES

A. References and standards.

B. Control of installation.

### 1.2 RELATED SECTIONS

A. Section 01000 - General Requirements

### 1.3 REFERENCES AND STANDARDS

A. For products and workmanship specified by reference to a document or documents not included in the Project Manual, also referred to as reference standards, comply with requirements of the standard, except when more rigid requirements are specified or are required by applicable codes.

B. Conform to reference standard of date of issue current on date of Contract Documents, except where a specific date is established by applicable code.

C. Obtain copies of standards where required by product specification sections.

D. Maintain copy at project site during submittals, planning, and progress of the specific work, until Substantial Completion.

E. Should specified reference standards conflict with Contract Documents, request clarification from Contracting Officer before proceeding.

F. Neither the contractual relationships, duties, or responsibilities of the parties in Contract nor those of the Government shall be altered from the Contract Documents by mention or inference otherwise in any reference document.

## PART 2 PRODUCTS - NOT USED

## PART 3 EXECUTION

### 3.1 CONTROL OF INSTALLATION

A. Monitor quality control over suppliers, manufacturers, products, services, site conditions, and workmanship, to produce Work of specified quality.

B. Comply with manufacturers' instructions, including each step in sequence.

C. Should manufacturers' instructions conflict with Contract Documents, request clarification from Contracting Officer before proceeding.

D. Comply with specified standards as minimum quality for the Work except where more stringent tolerances, codes, or specified requirements indicate higher standards or more precise workmanship.

E. Have Work performed by persons qualified to produce required and specified quality.

F. Verify that field measurements are as instructed by the manufacturer.

G. Secure products in place with positive anchorage devices or system designed and sized to withstand stresses, vibration, physical distortion, and disfigurement.

H. Contractor is responsible for quality control.

3.2 DEFECT ASSESSMENT

A. Replace Work or portions of the Work not conforming to specified requirements.

B. If, in the opinion of the Contracting Officer, it is not practical to remove and replace the Work, the Contracting Officer will direct an appropriate remedy or adjust payment.

END OF SECTION

SECTION 01700 - EXECUTION REQUIREMENTS

PART 1 GENERAL

1.1 SECTION INCLUDES

A. Examination, preparation, and general installation procedures.
B. Cleaning

1.2 RELATED SECTIONS

A. Section 01000 - General Requirements.

1.3 PROJECT CONDITIONS

A. Pollution Control: Provide methods, means, and facilities to prevent contamination of soil, water, and atmosphere from discharge of noxious, toxic substances, and pollutants produce( by construction operations.

1.4 COORDINATION

A. Coordinate work of roofing to expedite completion and to accommodate occupancy requirements.

B. Coordinate scheduling, submittals, and work to ensure efficient and orderly sequence of installation of interdependent construction elements, with provisions for accommodating item installed later.

C. Coordinate completion and clean-up of work.

PART 2 PRODUCTS (NOT USED)

PART 3 EXECUTION

3.1 EXAMINATION

A. Verify that existing site conditions and substrate surfaces are acceptable for subsequent work. Beginning new work means acceptance of existing conditions.

B. Examine and verify specific conditions described in individual specification sections.

C. Prior to Roofing: Examine existing conditions prior to commencing work, including elements subject to damage or movement during Roofing. After uncovering existing work, assess conditions affecting performance of work. Beginning of roofing means acceptance of existing conditions.

3.2 PREPARATION

A. Cut, move, or remove items as necessary for access to roofing work. Replace and restore at completion.

B. Remove debris and abandoned items from area.

C. Weather openings in exterior surfaces to protect existing facility and salvage items from weather and extremes of temperature and humidity.

D. Prepare surfaces for proper installation of new work.

3.3 GENERAL INSTALLATION REQUIREMENTS

A. Install Products as specified in individual sections.

B. Make neat transitions. Patch work to match adjacent work in texture and appearance. Where new Work abuts or aligns with existing, perform a smooth and even transition.

3.4 PROGRESS CLEANING

A. Maintain areas free of waste materials, debris, and rubbish. Maintain site in a clean and orderly condition.

B. Collect and remove waste materials, debris, and rubbish from site periodically during the day and dispose off-site.

3.5 FINAL CLEANING

A. Clean construction debris from roofs, gutters, downspouts, drainage systems, walks, lawns, patios and streets.

B. Remove waste and surplus materials, rubbish, and construction facilities from the site.

END OF SECTION

## SECTION 07311
## ASPHALT SHINGLES

### PART 1 GENERAL

1.1 SECTION INCLUDES

A. Granular surfaced asphalt shingle roofing.

B. Ice dam protection, moisture shedding underlayment, eave, valley, and ridge protectior

1.2 RELATED SECTIONS

A. Section 07620 - Sheet Metal Flashing, Trim, and Accessories.

B. Section 07631 - Gutters and Downspouts.

1.3 REFERENCES

A. ASTM D3018 - Class A Asphalt Shingles Surfaced with Mineral Granules.

B. ASTM D3462 - Asphalt Shingles Made From Glass Felt and Surfaced With Mineral Granules.

C. ASTM D4586 - Asphalt Roof Cement, Asbestos Free.

D. UL 790 - Tests for Fire Resistance of Roof Covering Materials.

E. Fed Spec FF-N-105 - Nails, Brads, Staples, and Spikes, Wire, Cut, and Wrought.

F. Fed Spec SS-S-001 534 - Shingles, Asphalt (mineral Surfaced, Classes A, B, and C Fire Rating).

G. ASTM D226 - Asphalt-Saturated Organic Felt Used in Roofing and Waterproofing.

1.4 SUBMITTALS FOR REVIEW

A. Submit all Submittals in accordance with Section 01000, 1.11.

B. Product Data: Provide data indicating material characteristics, performance criteria, and limitations. (Shingle Submittal #1)

C. Samples: Submit two samples of each shingle color indicating color range and finish texture/pattern; for color selection. (Shingle Submittal #2)

D. Manufacturer's Instructions: Indicate installation criteria and procedures. (Shingle Submittal #3)

E. Manufacturer's Certificate: Certify that Products meet or exceed specified requirements. (Shingle Submittal #4)

F. Warranty: Warranty Certificates shall be submitted to initiate a material warranty of not less than twenty (20) years to include a five (5) year wind warranty, and a labor warranty of not less than two (2) years. (Shingle Submittal #5)

1.5 REGULATORY REQUIREMENTS

A. Conform to applicable code for shingle types specified.

**PART 2 PRODUCTS**

2.1 ASPHALT SHINGLES

A. Asphalt Shingles: Class A, mineral granule surface, self sealing type; black in color, unless otherwise specified. Shingles shall be T-Lock and warranted to a minimum of 100 mph wind, unless otherwise approved by Civil Engineering and the Contracting officer. The contractor shall submit all material specifications for government approval prior to application.

B. Asphalt Shingles: Class A, mineral granule surface, self sealing type; black in color, unless otherwise specified. Shingles shall be Three Tab and warranted to a minimum of 100 mph wind, unless otherwise approved by Civil Engineering and the Contracting officer. The contractor shall submit all material specifications for government approval prior to application.

C. Asphalt Shingles: Class A, mineral granule surface, self sealing type; black in color, unless otherwise specified. Shingles shall be Laminate and warranted to a minimum of 100 mph wind, unless otherwise approved by Civil Engineering and the Contracting officer. The contractor shall submit all material specifications for government approval prior to application.

D. Asphalt Shingles: Class A, mineral granule surface, self sealing type-, black in color, unless otherwise specified. Shingles shall be Laminate and warranted to a minimum of 100 mph wind, unless otherwise approved by Civil Engineering and the Contracting officer, The contractor shall submit all material specifications for government approval prior to application.

2.2 SHEET MATERIALS

A. Eave (ice Dam) Protection: ASTM D226, No. 30 non-perforated asphalt saturated felts.

B. Underlayment: ASTM D226, No. 30 non-perforated asphalt saturated felts.

2.3 FLASHING MATERIALS - G.I. FLASHING

A. See Section 07620 - Sheet Metal Flashing, Trim, and Accessories.

2.4 ACCESSORIES

A. Nails: Nails shall conform to the applicable requirements of Federal Specification FF-N-105 and shall be standard round wire shingle type, minimum 10 gauge, zinc coated or galvanized steel type, of sufficient length to penetrate through a minimum of 75% of the roof sheathing thickness. The head size shall be as recommended by the manufacturer for each type of roofing used.

B. Screws: All ridge rolls and metal ridge flashing shall be attached using neoprene or similar headed screws. Screws shall conform to the applicable requirements of Federal Specification FF-N-105 and shall be standard type, of sufficient length to penetrate through a minimum of 75% of the roof sheathing thickness.

C. Staples: Standard wire shingle zinc coated steel type, of sufficient length to penetrate through a minimum of 75% of the roof sheathing thickness. Staples shall not be used for application of asphalt shingles with out written consent from the manufacturer, Civil Engineering, and the Contracting officer.

D. Plastic Cement: ASTM D 2822, type 11, asphalt type with mineral fiber components, free of toxic solvents.

E. Sheathing: APA, veneer grade CDX exterior plywood. Thickness to match existing.

## PART 3 EXECUTION

### 3.1 EXAMINATION

A. Verify that roof penetrations and plumbing stacks are in place and flashed to deck surface.

B. Verify roof openings are correctly framed.

C. Verify deck surfaces are dry, free of ridges, warps, or voids.

### 3.2 PREPARATION - ENTIRE REROOF

A. Existing shingles and felt on the building shall be completely removed. Existing roof sheathing shall be re-nailed where required. The contractor shall install base asphalt felt to provide protection against the weather.

B. Replace damaged sheathing where required to increase the structural capacity for the new roofing material. Replace with similar thickness of CDX plywood.

C. Broom clean deck surfaces under eave protection.

### 3.3 PREPARATION - PATCHING

A. Remove all damaged material. Remove adjacent undamaged material to include an area such that the new material will be tied in to provide a water tight service. The contractor shall insure that inclement weather is not imminent before exposing additional roof sheathing.

B. Replace damaged sheathing where required to increase the structural capacity for the new roofing material. Replace with similar thickness of CDX plywood.

### 3.4 INSTALLATION - EAVE (ICE DAM) PROTECTION

A. Place eave edge and gable edge metal flashings tight with facia boards in conjunction with installation procedures outlined in Section 07620.

B. Apply approved eave (ice dam) protection in accordance with manufacturer's instructions.

C. Extend eave protection membrane minimum 2' (609 mm) up-slope beyond interior face of exterior wall.

3.5 INSTALLATION - PROTECTIVE UNDERLAYMENT

A. Place one ply of No. 30 felt underlayment over the entire roof area as recommended by the manufacturer and approved by Civil Engineering and the Contracting officer. The underlayment shall be secured using approved nails spaced a maximum of 24" horizontally and in a pattern and spacing approved by the Contracting Officer.

B. Felt underlayment shall be sealed watertight to the top of the metal edge flashing or eave (ice dam) protection membrane along all eave and gable edges. Weather lap and seal watertight with plastic cement items projecting through or mounted on roof.

3.6 INSTALLATION - VALLEY PROTECTION

A. This item will be determined on a building by building basis, and will be explained in the Delivery Order. Although one of the following methods shall be used the majority of the time.

1. Place one layer of sheet metal flashings in accordance with Section 07620.

2. Place one layer of single-ply EPDM roofing material as valley protection in accordance with manufacturer's instructions, see Section 07530.

3. Install closed valleys. This method involves the installation of the asphalt shingle system over top of the valley flashing.

3.7 INSTALLATION - ASPHALT SHINGLES

A. Install shingles in accordance with manufacturer's instructions.

B. Install a starter row of shingles along the bottom and sides of each roof section. The starter rows of shingles shall be sealed watertight to the top of the felt underlayment along all eave and gable edges.

C. Project first course of shingles 3/4 inch (19 mm) beyond fascia boards. The first course of shingles shall be hand sealed to the top of the starter row shingles.

D. Replace hip and ridge caps with a material similar to that which was originally in place. Shingle method shall follow manufacturer's instructions for maintaining weather exposure requirements. Ensure the shingle nailing procedure allows no exposed nails on the completed roof.

E. Coordinate installation of roof mounted components or work projecting through roof with weather tight placement of counter flashings.

F. Complete installation to provide weather tight service.

3.8 SHINGLE WORK DURING WINTER EXCLUSION

If the Contracting Officer, or his/her authorized representative, permits the Contractor to install asphalt shingles during the winter exclusion period, the Contractor shall hand seal all shingles at the direction of the Contracting Officer. This hand sealing work shall be accomplished at no cost to the Government.

3.9 PROTECTION OF FINISHED WORK

A. Do not permit traffic over finished roof surface.

END OF SECTION

# SECTION 07320
# ROOFING TILES

## PART 1 GENERAL

1.1 SECTION INCLUDES

A. Formed clay roofing tiles.

B. Underlayment, eave, valley, ridge protection, and nailers.

C. Slate tile.

1.2 RELATED SECTIONS

A. Section 07620 - Sheet Metal Flashing, Trim, and Accessories.

B. Section 07631 - Gutters and Downspouts.

1.3 REFERENCES

A. UL 790 - Tests for Fire Resistance of Roof Covering Materials.

B. ASTM D226 - Asphalt-Saturated Organic Felt Used in Roofing and Waterproofing.

C. ASTM D4586 - Asphalt Roof Cement, Asbestos-Free.

1.4 SUBMITTALS FOR REVIEW

A. Submit all Submittals in accordance with Section 01000, 1.11.

B. Product Data: Provide tile properties, configurations, special shapes, and securing methods. (Tile Submittal #6)

C. Samples: Submit two tile units, of each tile type illustrating color, surface finish and texture, tile configuration. (Tile Submittal #7)

D. Manufacturer's Instructions: Indicate installation techniques, details, and standard warranty. (Tile Submittal #8)

1.5 QUALITY ASSURANCE

A. Manufacturer: Company specializing in manufacturing the Products specified in this section with minimum three years documented experience. (Tile Submittal #9)

B. Installer: Company specializing in performing the work of this section with minimum three years documented experience. (Tile Installer #10)

1.6 REGULATORY REQUIREMENTS

A. Conform to applicable code for roofing materials specified.

Appendix 000038

1.7 DELIVERY, STORAGE, AND PROTECTION

A. Accept tile on site in packaging. Inspect for damage.

1.8 WARRANTY

A. Warranty Certificates shall be submitted as indicated in this section, part 1.4, paragraph D, to initiate a material warranty of not less than fifteen (15) years, and a labor warranty of not less than two (2) years.

## PART 2 PRODUCTS

2.1 MANUFACTURER

A. Field tile shall be ordered that matches the existing style and color as described in Section 2.2 A or a product will be provided that is equal to the described tile. The tile shall be approved by the Contracting Officer before installation. A suggested source is Ludowici-Celadon Inc., 4757 Tile Plant Road, P.O. Box 69, New Lexington, OH 43764.

2.2 TILE MATERIALS

A. Clay Tile: French Style; 16-1/4 inches x 9 inches (412 x 228 mm) nominal size; achieve holes before firing; special shapes to suit valley, ridge, rake, eave, and other conditions; glazed exterior surface finish, Clay Red color. Field tile shall not weigh less than 935 pounds per square (4565 Kg per sq m). Transverse breaking strength shall not be less than 800 lbf (110.64 Kg-m). Absorption shall not exceed 2.5%. Tile shall be of sufficient grade to exceed the Severe Weathering Index (500 or greater). Weathering Index is calculated as the product of average annual number of freezing cycle days and the average annual winter rainfall in inches.

B. Mortar: Portland cement, sand and water to meet strength, slump and color of manufacturer's requirements.

C. Tile Nails: Copper, 11 gauge, large headed, of sufficient length to penetrate through roof sheathing.

D. Slate Tile: Slate tile is to be used on the side of the upper dormers on "stable type" buildings and some historic quarters.

2.3 SHEET MATERIALS

A. Eave (Ice Dam) Protection: ASTM D226, No. 30, non-perforated asphalt saturated felts.

B. Underlayment: ASTM D226, No. 30 non-perforated asphalt saturated felts.

2.4 FLASHINGS

A. Metal Flashings: Flashings shall be of 16 oz copper, unless otherwise directed by Civil Engineering. Flashings shall fall into the requirements Section 07620.

2.5 ACCESSORIES

A. Plastic Cement: ASTM D4586; asphalt type with mineral fiber components, free of toxic

solvents.

B. Wood Battens: 1-1/2 inches x 2 inch (38 x 50 mm) Softwood cant strips, at eaves. Hips and ridges shall have 1" (25 mm) wood stringers for proper height alignment of Hip Roll and Ridge.

C. All other materials shall be installed in accordance with manufacturer's instructions

## PART 3 EXECUTION

3.1 EXAMINATION

A. Verify that roof penetrations are in place and flashed to deck surface.

B. Verify roof openings are correctly framed prior to installing work of this section.

C. Verify that deck is of sufficient thickness to accept fasteners.

D. Verify deck surfaces are dry, unfrozen, free of ridges, warps, or voids.

3.2 PREPARATION

A. Existing roof tile surrounding the damaged area shall be protected from breakage. Undamaged tiles shall be turned over to the Government.

B. Replace damaged sheathing where required to increase the structural capacity for the new roofing material. Replace with similar thickness of CDX plywood.

C. Broom clean deck surfaces.

D. The contractor shall remove and replace all metal flashings, unless otherwise specified.

3.3 INSTALLATION - EAVE (ICE DAM) PROTECTION

A. Place ice dam protection in accordance with manufacturer's recommendations.

B. Extend eave protection membrane minimum 2' (609 mm) up slope beyond interior face of exterior wall.

3.4 INSTALLATION - UNDERLAYMENT

A. Place two plies of underlayment over full roof area, with ends and edges weather lapped minimum 4" (101 mm). Stagger end laps of each consecutive layer. Nail in place.

B. Install underlayment perpendicular to slope of roof and weather lap minimum 4" (101 mm).

C. Weather lap and seal watertight with plastic cement, items projecting through or mounted on roof.

3.5 INSTALLATION - METAL FLASHING

A. Install flashings in accordance with manufacturer's instructions and Section 07620. Conceal fastenings.

B. Flash and seal work projecting through or mounted on roofing with plastic cement, weather tight.

3.6 CLAY TILE INSTALLATION - ENTIRE REROOF

A. Install all tile in accordance with manufacturer's instructions and details. Application is not permitted when the temperature is below 40 degrees F (5 degrees C) or when there is ice, frost, surface moisture, or visible dampness on the roof.

B. Place wood battens of size and configuration to suit tile system and in accordance with manufacturer's recommendations.

C. Project tile 1-1/2 inches (38 mm) beyond face of fascia boards.

D. Place tile square with building lines and parallel with roof slope. Place filler and closure pieces as required.

E. Place edge, ridge and hip tile units with mortar, cut flush and tool exposed joints with tile unit.

F. Coordinate installation of roof mounted components or work projecting through roof with weather tight placement of counter flashings.

G. Complete installation to provide weather tight service.

H. The Contractor shall walk upon roof tiles by applying weight to the bottom 3 to 4 inches of each tile stepped upon. The roof deck supports the bottom 3 to 4 inches of the tile. The middle section of the tiles is not supported and is the most vulnerable to damage.

3.7 CLAY TILE REMOVE/REFASTEN

A. Remove clay tiles, stack tile for placement back on roof, and remove felt and wood strips.

B. Follow procedures outlined for installation, above, using clay tile that was removed from roof. Reuse all clay tile that is undamaged.

END OF SECTION

## SECTION 07510
## BUILT-UP ROOFING SYSTEMS

### PART 1 GENERAL

1.1 SECTION INCLUDES

A. Built-Up Roof System (BURS) and assembly of components consisting of the underlayment and insulation as applicable, and roofing membrane, final surfacing, bituminous and metal flashings, and all related parts necessary to complete the assembly.

B. This specification is as taken from Engineering Technical Letter (ETL) 90-1 Built-Up Roof Repair/Replacement Guide Specification.

1.2 RELATED SECTIONS

A. Section 07620 - Sheet Metal Flashing, Trim, and Accessories.

B. Section 07631 - Gutters and Downspouts.

1.3 REFERENCES

A. ASTM C726 - Mineral Fiber and Mineral Fiber, Rigid Cellular Polyurethane Composite Roof Insulation Board.

B. ASTM D41 - Asphalt Primer Used in Roofing, Dampproofing, and Waterproofing.

C. ASTM D226 - Asphalt-Saturated Organic Felt Used in Roofing and Waterproofing.

D. ASTM D312 - Asphalt Used in Roofing.

E. ASTM D450 - Specification for Coal Tar Bitumen Used in Roofing, Dampproofing, and Waterproofing.

F. ASTM D1863 - Mineral Aggregate for Use on Built-Up Roofs

G. ASTM D2178 - Asphalt Glass Felt Used in Roofing and Waterproofing.

H. ASTM D2822 - Asphalt Roof Cement.

I. ASTM D3617 - Recommended Practice for Sampling and Analysis of New Built-Up Roof Membranes.

J. Federal Spec. HH-1-1972/GEN and /2 - Insulation Board, Thermal, Polyurethane or Polyisocyanurate, Faced with Asphalt/Organic Felt, Polymer/Organic mat, Asphalt/Glass mat, or Polymer/Glass mat on both sides of foam, Class 1.

1.4 SYSTEM DESCRIPTION

A. Built-Up Roofing System: Four ply asphalt membrane system with insulation, and aggregate surfacing.

1.5 SUBMITTALS

A. Submit all submittals in accordance with Section 01000, 1.11.

B. Product Data: Provide data indicating membrane and bitumen materials, base flashing materials, insulation, and underlayment, if applicable. (BURS Submittal #11)

C. Manufacturer's Installation Instructions: Indicate installation criteria and procedures. (BURS Submittal #12)

D. Manufacturer's Certificate: Certify that all Products meet or exceed specified requirements. (BURS Submittal #13)

E. Designation of Roofing Quality Control Controller. (BURS Submittal #14)

F. Built-Up Roof System 20-Year Labor and Material Warranty/Guarantee. (BURS Submittal #15)

1.6 QUALITY CONTROL AND ASSURANCE

A. Perform Work in strict compliance with manufacturer's instructions.

B. Contractor must complete AF Form 1063 on all phases of the work under the provisions of this section.

C. Contractor must look at each of the following areas as a minimum, to insure compliance with the contract:

1. Material Identification and Moisture Content.
2. Kettle Temperature.
3. Substrate Preparation.
4. Insulation Installation.
5. Ply Construction and Interply Bitumen Integrity.
6. Sample Removal and Repair.
7. Envelopes and Bitumen Dams.
8. Flashing Installation.
9. Surfacing.

1.7 QUALIFICATIONS

A. Manufacturer: Company specializing in manufacturing the Products specified in this section with minimum five years documented experience.

B. Applicator: Company specializing in performing the work of this section with minimum three years documented experience.

1.8 REGULATORY REQUIREMENTS

A. Conform to applicable code for roof assembly fire hazard requirements.

1.9 ENVIRONMENTAL REQUIREMENTS

A. Do not apply roofing membrane during unsuitable weather when ambient temperature is below 40 degrees F (5 degrees C).

B. Do not apply roofing membrane to damp or frozen deck surface or when precipitation is occurring.

C. Do not expose materials vulnerable to water or sun damage in quantities greater than can be weatherproofed the same day.

## PART 2 PRODUCTS

2.1 SHEET MATERIALS

A. Asphalt Glass Fiber Felts: ASTM D2178, Type IV or Type VI, as recommended by the manufacturer.

B. Asphalt Saturated Organic Felt ASTM D226, Type II.

C. Aggregate-surfaced Fibrous Glass Felt with 3 or 4 plies of ASTM D312 Type II or IV asphalt.

D. Sheet Metal: Galvanized Steel: ASTM A446, Grade A, minimum G90 zinc coating; 24 gauge core steel, not chemically treated, not oiled, phosphatized.

2.2 BITUMINOUS MATERIALS

A. Asphalt Bitumen: ASTM D312, Type to be determined by slope requirements of the BURS manufacturer.

B. Asphalt Primer: ASTM D41.

C. Plastic Cement: ASTM D2822 Type II, cutback asphalt type.

2.3 DECK COVERING MATERIALS

A. Sheathing: APA, veneer grade CDX exterior plywood, Thickness, minimum of 1/2 inch (12 mm).

2.4 INSULATION

A. Insulation: Insulation as suggested per the manufactures recommendation. The insulation shall be closed cell foam board; with the following minimum characteristics:

| | | |
|---|---|---|
| 1. | Board Density | 2.5 lb/Cu ft (40 Kg/Cu m) |
| 2. | Board Thickness | 2" (50 mm) |
| 3. | Thermal Conductivity | K factor of .07 |
| 4. | Board Edges | Square |

Appendix 000044

2.5 FLASHINGS

A. Flexible Flashings: Modified bitumen, SPS or APP type; black color; as per manufacturer's instructions.

B. Expansion Joint: Metal cap type roof expansion joints shall be installed on wood curbs extending 8" (203 mm) minimum above the roof. Elastomeric type shall have a non-reinforced EPDM or neoprene bellows with foam backing. It shall mechanically interlock to the mounting flanges.

2.6 ROOF SURFACING

A. Aggregate: ASTM D1863; gravel, gradation size 6, 7, or 67.

2.7 CANTS

A. Fiber Cant and Tapered Edge Strips: ASTM C726 Mineral Fiberboard and as recommended by the manufacturer.

2.8 ACCESSORIES

A. Insulation Fasteners: Appropriate for purpose intended and approved by the BURS manufacturer; length required for thickness of insulation material and penetration of deck substrate.

B. Roofing Nails: Galvanized or Non-ferrous type, size and configuration as required to suit application.

**PART 3 EXECUTION**

3.1 EXAMINATION

A. Verify that surfaces and site conditions are ready to receive work.

B. Verify deck is supported and secure.

C. Verify deck is clean and smooth, flat, free of depressions, waves, or projections, properly sloped to drains, valleys, or eaves, and suitable for installation of roof system.

D. Verify deck surfaces are dry and free of snow or ice.

E. Verify adjacent plywood sheets do not vary more than 1/4 inch (6 mm) in height.

G. Verify roof openings, curbs, and penetrations through roof are solidly set, and regrets are in place.

3.2 PREPARATION - GENERAL

A. Roof Drains are to be removed, replaced and/or adjusted to accommodate the new roofing system. Existing drainage system shall be protected during construction. Tapered insulation around the roof drains shall be provided as shown in the standard NRCA roof drain details.

B. Slopes 1/2 inch per foot (41 mm/m) or less: 4 Plies of asphalt-coated fibrous glass felts

and asphalt, ASTM D312 Type II.

C. Slopes 1/2 inch to 3 inches per foot (41 mm to 250 mm/m): 4 Plies of asphalt-coated fibrous glass felts and asphalt, ASTM D312 Type IV.

D. Slopes greater than 3 inches per foot (250 mm/m): 3 Plies of asphalt impregnated glass felts and a glass fiber base cap sheet and asphalt.

E. The entire roofing system, excluding aggregate surfacing, shall be finished in one operation up to the line of termination at end of day's work. Application of roofing shall immediately follow application of insulation as a continuous operation. Phased construction will not be permitted. To ensure a waterproof membrane, care shall be taken to preclude bare spots (voids) between plies. To prevent slippage, care shall be taken to preclude use of excessive amounts of bitumen. Kettle attendants shall be present at the kettle at all times during the heating. Application temperatures shall be measured at the mop bucket or mechanical applicator. Asphalt shall be applied at or no less than 25 degrees F (-3 degrees C) below the manufacturer's stated EVT. Asphalt at a temperature below this shall be returned to the kettle. ASTM D450, Type I shall not be heated above 450 degrees F (232 degrees C) and Type III above 425 degrees F (218 degrees C). The surface of the felts shall be broomed in full width to obtain complete adhesion between plies and to eliminate air pockets.

3.3 PREPARATION AND VAPOR RETARDER APPLICATION - WOOD DECK

A. Verify flatness and tight joints of wood decking. Fill knot holes with latex filler.

B. Lay one ply of dry sheathing paper, 5 lb (1.87 Kg) rosin-size, with one ply of asphalt glass fiber felt. Nail as recommended by the manufacturer.

C. Extend vapor retardant under cant strips and blocking.

D. Install a minimum of two layers of insulation. Install in accordance with this section, para. 3.6.

E. Install flexible flashings from vapor retardant to air seal material of wall construction, lap and seal to provide continuity of the air barrier plane.

3.4 PREPARATION AND VAPOR RETARDER APPLICATION - CONCRETE DECK

A. Fill surface honeycomb and variations with latex filler.

B. Install underlayment of one ply of asphalt coated fibrous glass felt. Attach by manufacturer's recommendation.

C. Install a minimum of two layers of insulation in accordance with this section, para. 3.6.

D. Apply primer at a rate of 1 gal/square (3.79 L / 9.29 Sq m) and allow to dry.

E. Lap flexible flashings over air seal material of wall construction to provide continuity of the air barrier plane.

3.5 PREPARATION AND VAPOR RETARDER APPLICATION - METAL DECK - WITH GYPSUM SHEATHING

A. Install gypsum sheathing on metal deck.

B. Install underlayment of one ply of asphalt coated fibrous glass felt. Mechanically fasten the felt underlayment at 6" to 9" (152 to 228 mm) o.c. Also, stagger nail center of sheets at approximately 18" (457 mm) o.c., in parallel rows, 10" to 12" (254 to 304 mm) from the edges of the base ply. Do not drive fasteners into or between the metal edges of the gypsum planks.

C. Install a minimum of two layers of insulation in accordance with this section, para. 3.6.

D. Cut sheathing cleanly and accurately at roof breaks and protrusions to provide smooth surface. Tape joints.

3.6 INSULATION APPLICATION

A. On Nailable Decks: Mechanically fasten first layer of insulation to deck. Embed a second layer of insulation into flood coat mopping of hot bitumen in accordance with insulation manufacturer's instructions. Lay second layer of insulation with joints staggered from first layer.

B. On Non-Nailable Decks: Embed all layers of insulation into flood coat mopping of hot bitumen in accordance with insulation manufacturer's instructions. Lay second layer of insulation with joints staggered from first layer.

C. Place the constant thickness first layer and the tapered thickness insulation second layer to the required slope pattern in accordance with manufacturer's instructions.

D. Lay boards with edges in moderate contact without forcing. Cut insulation to fit neatly to perimeter blocking and around penetrations through roof.

F. Do not apply more insulation than can be covered with membrane in same day.

H. Tape joints of insulation in accordance with insulation manufacturer's instructions.

3.7 MEMBRANE APPLICATION

A. Equiviscous Temperature (EVT) at Point of Application: In accordance with NRCA and manufacturer's recommendations.

B. Apply 3 or 4 plies of roof felt, weather lap edges and ends. Apply felt in same direction.

C. Apply felts smooth, free from air pockets, wrinkles, fishmouths, or tears.

D. Bitumen: Bitumen shall be applied at 22-25 lb/100 sq feet (107-122 kg/100 sq m) for each ply and 60 lb/100 sq feet (292 kg/100 sq m) for the flood coat.

E. Bitumen Dams: Felt envelops shall be provided at the eaves and rakes and sheet metal dams at deck penetrations to prevent bitumen drippage. Sheet metal bitumen dams shall be installed with the flange set in plastic cement on top of the insulation. Roofing felts shall be applied over the flanges with the sleeve of the dam set to prevent drippage of bitumen.

F. Edge envelops shall be organic felt strips at least 18" (457 mm) wide. The strip shall be set in plastic cement or Type IV asphalt and positioned to extend 9" (228 mm) onto the nailer around the perimeter of the building with 9" (228 mm) lapped over the edge of the building. After roofing felt application is complete, the 9" (228 mm) overlapped section

shall be folded back over the plies and mopped down to form an envelop around the perimeter of the membrane.

G. Broom or squeegee each ply of roll goods into place, full width, while the bitumen is hot and fluid, such that felt does not touch felt and interply voids or skips in the bitumen do not occur Broom or squeegee and do not walk on the freshly laid felt until bitumen has reached set temperature. Bitumen shall be visible continuously along both edges of the felt.

3.8 FLASHINGS AND ACCESSORIES

A. Apply flexible base flashings to seal membrane to vertical elements.

B. Install prefabricated roofing control and expansion joints to isolate roof into areas in accordance with manufacturer's instructions.

C. Coordinate installation of roof drains and related flashings to NRCA Drawings and Details.

D. Mop in and seal flashings and flanges of items penetrating membrane with two plies of felt.

3.9 AGGREGATE SURFACING

A. Apply uniform flood coat of bitumen and while hot, embed the first application of roofing aggregate at a minimum of 400 lb/100 sq feet (1953 Kg/100 sq m) or manufacturer's recommended rate. Sweep away loose aggregate prior to application of second coat. Apply second flood coat of bitumen and while hot, embed a second application of roofing aggregate at the manufacturer's recommended rate.

B. Evenly distribute aggregate and ensure bond with flood coat. Extend aggregate to bottom edge of cant strips.

3.10 PATCHING

A. For any patching applications, follow manufacturer's recommendations for materials, overlap, and bonding.

3.11 FIELD QUALITY CONTROL

A. Correct identified defects or irregularities.

B. On small jobs, less than 5 SQ (46.45 sq m) , take one test cut 12" x 12" (304 mm x 304 mm). On large jobs, more than 5 SQ (46.45 sq m), take one test cut 12" x 12" (304 mm x 304 mm) each day work is performed.

C. Repair sample areas in accordance with manufacturer's recommendations.

D. Test sample in accordance with ASTM D3617 and manufacturer's recommendations.

E. Require site attendance of roofing material manufacturers upon completion of installation of the Work.

F. The contractor is responsible for all Quality Control to the level required by the manufacturer to approve the suitable warranty.

3.12 CLEANING

A. Remove bituminous markings from finished surfaces.

B. In areas where finished surfaces are soiled by bitumen or any other source of soiling caused by work of this section, consult manufacturer of surfaces for cleaning advice and conform to their documented instructions.

C. Repair or replace defaced or disfigured finishes caused by work of this section.

3.13 PROTECTION OF FINISHED WORK

A. Where traffic must continue over finished roof membrane, protect surfaces.

END OF SECTION

# SECTION 07530
# ELASTOMERIC SINGLE-PLY ROOFING
# ETHYLENE PROPYLENE DIENE MONOMER
# (EPDM)

## PART 1 GENERAL

### 1.1 DESCRIPTION OF WORK

A. Furnish the administration , facilities, materials, labor, equipment, and quality control (QC) necessary to integrate the work into the total building system so that leakage into the roofing system or building does not occur. The roofing system is an assembly of components including the underlayment and insulation as applicable, roofing membrane, elastomeric and metal flashing, and all related parts necessary to complete the assembly. The roofing system manufacturer is the elastomeric membrane manufacturer, who may or may not manufacture and market the other components of the roofing system. The manufacturer or their licensed/approved installer shall complete the work and provide a material and labor warranty for a fifteen-year period from date of final acceptance of the building.

B. This specification is as taken from Engineering Technical Letter (ETL) 90-8 Guide Specification for Ethylene Propylene Diene Monomer (EPDM) Roofing.

### 1.2 SECTION INCLUDES

A. Membrane roofing, base flashings, roofing membrane expansion joints, and counter flashings.

### 1.3 RELATED SECTIONS

A. Section 07620 - Sheet Metal Flashing, Trim, and Accessories.

### 1.4 REFERENCES

A. ASTM D297 - Rubber Products - Chemical Analysis.

B. ASTM D412 - Rubber Properties in Tension.

C. ASTM D624 - Rubber Property - Tear Resistance.

D. ASTM D746 - Brittleness Temperature of Plastics and Elastomeric by Impact.

E. ASTM D822 - Practice for Operating Light and Water-Exposure Apparatus (Carbon-Arc) Type for Testing Paint, Varnish, Lacquer, and Related Products.

F. ASTM DI 149 - Test for Rubber Deterioration - Surface Ozone Cracking in a Chamber.

G. ASTM E96 - Water Vapor Transmission of Materials.

H. FM 4470 (Factory Mutual Engineering Corporation) - Roof Assembly Classifications.

I. UL 790 - Fire Hazard Classifications.

1.5 SYSTEM DESCRIPTION

A. Elastomeric Sheet Membrane Conventional Roofing System: One ply membrane system with , insulation, and adhesive applied membrane finish.

B. Insulation: Insulation per manufacture's recommendations.

1.6 SUBMITTALS

A. Submit all Submittals in accordance with Section 01000, 1.11.

B. Product Data: Provide characteristics on membrane materials, flashing materials, and insulation. (EPDM Submittal #16)

C. Samples: Submit one, 12" x 12" (304 x 304 mm) in size. (EPDM Submittal #17)

D. Manufacturer: Company specializing in manufacturing the products specified in this section with five years documented experience. (EPDM Submittal #18)

E. Designation of Roofing Quality Control Controller: Must be filled out by the contractor naming the Quality Control Controller, who shall have at least five years experience in roofing quality control. (EPDM Submittal #19)

F. Warranty: Shall be filled out to complete the Air Force EPDM Roofing System 15-Year Labor and Material Warranty. (EPDM Submittal #20)

G. Manufacturer's Installation Instructions: Indicate special precautions required for seaming the membrane. (EPDM Submittal #21)

H. Manufacturer's Certificate: Certify that products meet or exceed specified requirements. (EPDM Submittal #22)

1.7 QUALITY CONTROL AND ASSURANCE

A. Perform Work in strict compliance with manufacturer's instructions.

B. Contractor must complete AF Form 1063 on all phases of the work under the provisions of this section.

C. Contractor must look at each of the following areas as a minimum, to insure compliance with the contract:

1. Material Identification and Moisture Content.
2. No work during inclement weather.
3. Substrate Preparation.
4. Proper handling of roofing material.
5. Proper placement of roofing material.
6. Proper installation of EPDM and all related accessories.

7. Traffic flow on completed work.

D. Applicator: Company specializing in performing the work of this section with five years experience and approved by system manufacturer.

1.8 REGULATORY REQUIREMENTS

A. Conform to applicable code for roof assembly fire hazard requirements.

1.9 ENVIRONMENTAL REQUIREMENTS

A. Do not apply roofing membrane during inclement weather.

B. Do not apply roofing membrane to damp or frozen deck surface.

C. Do not expose materials vulnerable to water or sun damage in quantities greater than can be weatherproofed during same day.

## PART 2 PRODUCTS

2.1 MEMBRANE AND ASSOCIATED MATERIALS

A. Membrane: EPDM conforming to ASTM D4637; minimum of 0.06 inch (1.5 mm) thick, black in color, and conforming to the following criteria:

| Properties | Test | Results |
|---|---|---|
| Tensile Strength | ASTM D412 | 1300 psi (8.96 MPa) |
| Elongation | ASTM D412 | 300% |
| Specific Gravity | ASTM D297 | 1.12 |
| Tear Resistance | ASTM D624 | 175 lb/in (3.1 kg/mm) |
| Sheet Composition | ASTM D297 | 100% EPDM polymer<br>30% polymer sheet |
| Moisture Vapor Perms | ASTM E96 | |
| Exposure | ASTM D822 | |
| Low Temperature Brittleness | ASTM D746 | |

B. Seaming Materials: As recommended by membrane manufacturer.

2.2 ADHESIVE MATERIALS

A. Membrane Adhesives: As recommended and supplied by membrane manufacturer.

B. Insulation Adhesive: As recommended and supplied by insulation manufacturer.

C. Thinner and Cleaner: As recommended and supplied by adhesive manufacturer, compatible with sheet membrane.

2.3 FLASHINGS

A. Flexible Flashings: Same material as membrane: conforming to the following:

| Properties | Test | Results |
|---|---|---|
| Thickness | | >= 0.06 mil (1.5 mm) |
| Elongation | ASTM D412 | 400% |
| Tensile Strength | ASTM D412 | 1,200 psi (8.28 MPa) |
| Brittleness Temperature | ASTM D746 | -40'F (-40'C) |
| Color | | black |
| Tear Resistance Die C | ASTM D624 | 140 lb/in (2.5 kg/mm) |
| Resistance to Ozone | ASTM D1149 | No cracks |

B. Counterflashings: metal, as specified in Section 07620.

C. Control or Expansion Joint Flashing: materials and installation detail shall be as recommended by the membrane manufacturer in his latest published technical manual or installation guide.

2.4 ACCESSORIES

A. Fasteners: Fasteners shall be as recommended by the membrane manufacturer for the type of deck, type and thickness of insulation, and fastening requirements of the manufacturer's system, UL, local building code, or insurance requirements, whichever is most stringent. Fastener spacing shall meet FM approval Guide for 1-90 windstorm rating when used with the selected insulation. Fasteners shall be galvanized steel or other noncorrosive material employing plastic washers of a size recommended by the EPDM manufacturer. Washers, batten strips and metal flashings or clips will be protected from contact with dissimilar metals in fasteners or companion accessories to preclude electrolytic corrosion. Length of penetration into substrate deck, wall, or nailer shall be sufficient to prevent backing out by vibration, shrinkage, or swelling action.

B. Sealants: As recommended by membrane manufacturer.

C. Metal Termination Bars: Manufacturer's standard aluminum bars, approximately 1 inch (25 mm) wide, roll formed and pre-punched.

2.5 WOOD PRODUCTS

A. Sheathing: APA, veneer grade CDX exterior plywood. Thickness to match existing conditions, or minimum of 1/2 inch (12 mm).

**PART 3 EXECUTION**

3.1 EXAMINATION

A. Verify that surfaces and site conditions are ready to receive work.

B. Verify deck is supported and secure.

C. Verify deck is clean and smooth, free of depressions, waves, or projections, properly sloped to drains, valleys, or eaves.

D. Verify deck surfaces are dry and free of snow or ice.

E. Verify roof openings, curbs, pipes, sleeves, ducts, and vents through roof are solidly set, and wood cant strips, wood nailing strips, and regrets are in place.

3.2 PREPARATION -WOOD DECK

A. Verify flatness, soundness, and tight joints of wood decking.

B. Seal joints of decking with tape.

C. Fill knot holes with latex filler.

3.3 VAPOR RETARDER APPLICATION

A. If required by EPDM manufacturer, apply vapor retarder to deck sheathing surface with adhesive in accordance with manufacturer's instructions.

3.4 MEMBRANE APPLICATION

A. Apply membrane in accordance with manufacturer's instructions.

B. Apply adhesive at a rate and consistency of the EPDM manufacturer's printed application instructions. Allow adhesive to dry before adhering sheets to the substrate.

C. Roll out membrane, free from air pockets, wrinkles, or tears. Firmly press sheet into place without stretching.

D. Bond sheet to substrate except those areas directly over or within 3" (76 mm) of a control or expansion joint.

E. Overlap edges and ends and seal by contact adhesive, minimum 4" (101 mm). Seal permanently waterproof.

F. Extend membrane up cant strips a minimum of 6" (152 mm) onto vertical surfaces.

G. Seal membrane around roof penetrations.

3.5 FLASHINGS AND ACCESSORIES

A. Apply flexible flashings to seal membrane to vertical elements.

B. Fabricate roofing control and expansion joints to isolate roof into areas as indicated.

C. Install metal flashing as required by roof conditions and under the provisions of Section 07620.

D. Seal flashings and flanges of items penetrating membrane.

3.6 FIELD QUALITY CONTROL

A. Correct identified defects or irregularities.

B. Require site attendance of roofing materials' manufacturers upon completion of the Work.

3.7 CLEANING

A. In areas where finished surfaces are soiled by Work of this section, consult manufacturer of surfaces for cleaning advice and conform to their documented instructions.

B. Repair or replace defaced or disfigured finishes caused by Work of this section.

3.8 PROTECTION OF FINISHED WORK

A. Protect building surfaces against damage from roofing work.

B. Where traffic must continue over finished roof membrane, protect surfaces.

END OF SECTION

# SECTION 07559
# ROLL ROOFING

## PART 1 GENERAL

1.1 SECTION INCLUDES

A. Roll Roofing.

1.2 RELATED SECTIONS

A. Section 07620 - Sheet Metal Flashing, Trim, and Accessories.

B. Section 07631 - Gutters and Downspouts.

1.3 REFERENCES

A. Fed Spec. FF-N-105 - Nails, Brads, Staples, and Spikes Wire, Cut and Wrought.

B. Fed Spec. SS-C-153C - Plastic Cement; Bituminous.

C. ASTM D249 - Roll Roofing, Surfaced with Mineral Granules.

1.4 SUBMITTALS

A. Submit all Submittals in accordance with Section 01010, 1.12.

B. Product Data: Provide the manufacturer's data and specifications for any roofing products to be installed under this section. (Roll Submittal #23)

C. Submit manufacturer's warranty to initiate a material warranty of not less than fifteen (15) years and a labor warranty of not less than two (2) years. (Roll Submittal #24)

1.5 REGULATORY REQUIREMENTS

A. Conform to applicable code for materials types specified.

## PART 2 PRODUCTS

2.1 ROLL ROOFING

A. Mineral-surfaced Asphalt-based Roll Roofing: shall have an approximate weight of 100 pounds per square, black in color.

B. Underlayment: ASTM D226, No. 30 non-perforated asphalt saturated felts.

2.2 ACCESSORIES

A. Plastic Cement: Bituminous, conforming to Federal Spec. SS-C-153, Type II.

B. Nails: Conform to Federal Spec. FF-N-105 and shall be lighter than 10 gauge, zinc coated or galvanized steel; large head with sufficient length to penetrate through the roof sheathing.

C. Sheathing: APA, veneer grade CDX exterior plywood.

D. Flashing: Flashing shall be as set forth in Section 07620.

**PART 3 EXECUTION**

3.1 PREPARATION - ENTIRE REROOF

A. Existing roofing, felt, and flashing shall be completely removed. All existing decking shall be re-nailed as required.

B. Replace damaged sheathing where required to increase the structural capacity for the new roofing material. Replace with similar thickness of CDX plywood.

C. Broom clean deck surfaces.

3.2 PREPARATION - TEMPORARY PATCHING

A. Remove existing damaged material. Refasten existing roofing material as required.

B. Replace damaged sheathing where required to increase the structural capacity for the new roofing material. Replace with similar thickness of CDX plywood.

3.3 INSTALLATION - FLASHING

A. Install appropriate flashing in accordance with Section 07620.

3.4 INSTALLATION - ROLL ROOFING ENTIRE REROOF

A. Install one layer of felt in accordance with manufacturer's instructions.

B. Install double layer of roll roofing in accordance with manufacturer's instructions, over entire roofing surface.

3.5 INSTALLATION - ROLL ROOFING TEMPORARY PATCH

A. Install one layer on roll roofing in accordance with manufacturer's instructions, over entire damaged area.

END OF SECTION

## SECTION 07611
## SHEET METAL ROOFING

### PART 1 GENERAL

1.1 SECTION INCLUDES

A. Precoated Galvanized steel roofing, associated integral flashings, and underlayment.

B. WSA - Galvanized steel roofing, associated integral flashings, insulation, integral gutters and downspouts, and integral fascias.

1.2 RELATED SECTIONS

A. Section 07620 - Sheet Metal Flashing, Trim, and Accessories.

B. Section 07631 - Gutter and Downspouts.

1.3 REFERENCES

A. ASTM A446 - Steel Sheet, Zinc Coated, (Galvanized) by the Hot-Dip Process, Structural (Physical) Quality.

B. ASTM D2178 - Asphalt Impregnated Glass Mat for Roofing and Waterproofing.

C. ASTM D4586 - Asphalt Roof Cement, Asbestos-Free.

D. SMACNA - Architectural Sheet Metal Manual - Fourth Edition.

1.4 SUBMITTALS

A. Submit all Submittals in accordance with Section 01000, 1.11.

B. Product Data: Provide data on metal types, finishes, characteristics, and all related integral parts. (Metal Submittal #25)

C. Submit specified trade association installation instructions. (Metal Submittal #26)

D. Submit one sample illustrating metal finish color. (Metal Submittal #27)

E. Submit manufacturer's warranty to initiate a material warranty of not less than fifteen (15) years and a labor warranty of not less than two (2) years. (Metal Submittal #28)

1.5 QUALITY ASSURANCE

A. Perform work in accordance with standard details and requirements.

1.6 QUALIFICATIONS

A. Fabricator and Installer: Company specializing in sheet metal roof installations with minimum three years documented experience.

1.7 DELIVERY, STORAGE, AND HANDLING

A. Stack performed and prefinished material to prevent twisting, bending, or abrasion, and to provide ventilation. Slope metal sheets to ensure drainage.

B. Prevent contact with materials which may cause discoloration or staining.

1.8 WARRANTY

A. Provide standard warranty to include coverage for degradation of metal finish, water tightness, and integrity of seals.

**PART 2 PRODUCTS**

2.1 SHEET MATERIALS

A. Pre-Coated Galvanized Steel: ASTM A446, Grade A, minimum G90 zinc coating; 24 gauge core steel, pre-coated Colonial Red (or equivalent). The selected product must be approved by the Contracting Officer prior to installation.

B. Pre-Coated Galvanized Steel Panels: Minimum G90 zinc coating; 24 gauge, pre-coated Colonial Red (or equivalent). The selected product must be approved by the Contracting Officer prior to installation.

C. WSA Metal Roof Panels: Varco-Pruden Standing Seam Roof (VP SSR), 24 gauge, shop coating to match existing color.

D. SSR panels will be painted with 1 coat vinyl wash, 1 coat latex metal primer and 2 coats acrylic finish.

2.2 Paint Materials for Sheet Metal Roofing

A. Paint: Fiber-reinforced aluminum.
B. Color: Match existing

2.3 ACCESSORIES

A. Fasteners: Galvanized steel, same material and finish as flashing metal, with soft neoprene washers.

B. Underlayment: ASTM D226, No. 30 asphalt saturated roofing felt.

C. Plastic Cement: ASTM D4586, Type II.

D. Eave (Ice Dam) Protection: ASTM D226, No. 30, non-perforated asphalt saturated felts.

E. Drip Edge: Galvanized, 24 gauge, minimum 6" (152 mm) stretchout under roof material.

F. Reglets: Surface mounted type, galvanized steel.

G. WSA - Sub-Purlins: Z-shape, 2" x 4" x 2" (50 x 101 x 50 mm)

H. WSA - Insulation: 3" (76 mm) Batt insulation.

I. WSA - Seaming Machine: Machine to seam SSR panels closed.

J. WSA - Rake Closure: Prefinished, 24 gauge sheet metal, fastened as per manufacturer's recommendations.

K. WSA - Downspout: Prefinished, size and gauge to match existing.

L. WSA - Ridge Cap: Prefinished, fastened as per manufacturer's recommendations to ensure watertight seal.

M. WSA - Fascia: Prefinished, fastened as per manufacturer's recommendations to ensure watertight seal.

N. WSA - Fasteners: #10 x 1" (25 mm) Self-tapping sheet metal screws with large neoprene coated washer.

## PART 3 EXECUTION

### 3.1 EXAMINATION

A. Inspect roof deck to verify deck is clean and smooth, free of depressions, waves, or projections, properly sloped to drains, valley, or eaves.

B. Verify deck is dry and free of snow or ice. Verify joints in wood deck are solidly supported and fastened.

C. Verify roof openings, curbs, pipes, sleeves, ducts, or vents through roof are solidly set, regrets are in place, and nailing strips located.

D. Verify roofing termination and base flashings are in place, sealed, and secure.

### 3.2 PREPARATION

A. Install starter and edge strips, and cleats before starting installation.

B. Install surface mounted regrets true to lines and levels. Seal top of regrets with sealant.

C. Replace damaged sheathing where required to increase the structural capacity for the new roofing material. Replace with similar thickness of CDX plywood.

### 3.3 INSTALLATION - EAVE (ICE DAM) PROTECTION

A. Place eave edge and gable edge metal flashings tight with facia boards. Weather lap joints 2" (50 mm) and seal with plastic cement. Secure flange with nails spaced 6" (152 mm) o.c.

B. Apply lap cement at rate recommended by manufacturer.

C. Extend eave protection membrane minimum 2' (609 mm) upslope beyond interior face of exterior wall.

3.4 INSTALLATION

A. Conform to drawing details included in the manufacturer's instructions.

B. Apply underlayment in single layer laid perpendicular to slope; weather lap edges 2" (50 mm) and nail in place. Minimize nail quantity.

C. Stagger transverse joints of roofing sheets.

D. Provide integral gutters, downspouts, fascias, and flashings.

E. Sheet metal roof areas shall be painted in accordance with paint manufacturer's recommendations

3.5 WSA - STANDING SEAM ROOFING

A. Remove and replace damaged panels.

B. Replace and refasten sub-purlins as needed. Weld 4' (1219 mm) o.c.

C. Place 3" (76 mm) Batt insulation.

D. Install all roofing and integral parts in accordance with manufacturer's instructions.

3.6 WSA - FLASHINGS, FASCIA, GUTTER AND DOWNSPOUT

A. Conform to manufacturer's instructions for installation of all flashings, fascia, and gutter.

B. Secure flashings, ridge cap, fascia, gutters, and downspouts in place using concealed fasteners.

C. Fit tight in place. Make corners square, surfaces true and straight in planes, and lines accurate to profiles.

D. Seal metal joints watertight.

3.7 WSA - QUICK FIX

A. For loose panels that have not yet been removed from building, place self-tapping screws at 2 per sub-purlin per panel in unfastened area.

B. Ensure all screws have neoprene washers to form a watertight seal.

3.8 PROTECTION OF FINISHED WORK

A. Do not permit traffic over unprotected roof surface.

END OF SECTION

# SECTION 07620
# SHEET METAL FLASHING, TRIM, AND ACCESSORIES

## PART 1 GENERAL

1.1 SECTION INCLUDES

A. Galvanized Sheet Metal Flashing and Accessories.

B. Copper Metal Flashing and Accessories.

1.2 RELATED SECTIONS

A. Section 07311 - Asphalt Shingles.

B. Section 07320 - Roofing Tiles.

C. Section 07510 - Built-Up Roofing Systems.

D. Section 07530 - Single-Ply Roofing (EPDM).

E. Section 07611 - Custom Sheet Metal Roofing.

F. Section 07631 - Gutters and Downspouts.

1.3 REFERENCES

A. ASTM A446 - Steel Sheet, Zinc Coated, (Galvanized) by the Hot-Dip Process.

B. ASTM B370 - Copper Sheet and Strip for Building Construction.

C. ASTM D4586 - Asphalt Roof Cement, Asbestos-Free.

D. SMACNA - Architectural Sheet Metal Manual.

1.4 SUBMITTALS

A. Submit all Submittals in accordance with Section 01000, 1.11.

B. Samples: Submit one sample 24" (609 mm) in length of each type of flashing, illustrating typical material and finish. (Flashing Submittal #29)

1.5 QUALITY ASSURANCE

A. Perform work in accordance with standard industry details and requirements.

1.6 QUALIFICATIONS

A. Fabricator and Installer: Company specializing in sheet metal flashing work with 5 years documented experience.

## PART 2 PRODUCTS

2.1 SHEET MATERIALS

A. Copper: ASTM B370, cold rolled 16 oz; natural finish.

B. Galvanized Steel: ASTM A446, Grade A, minimum G90 commercial finish zinc coating; 26 gauge core steel, 0.90 oz per square foot (total of both sides).

C. Ridge Cap: Screw fastened, 2-1/2 inches (63 mm) Dia., 26 gauge.

D. Drip Edge: 24 gauge, minimum 6 " (152 mm) extension under roofing material, 1-1/2 inches (38 mm) minimum, but to match existing.

2.2 ACCESSORIES

A. Fasteners: Same material and finish as flashing metal, with soft neoprene washers.

B. Underlayment: ASTM D226, No. 30 asphalt saturated roofing felt, where required.

C. Plastic Cement: ASTM D4586, Type 11.

D. Mortar for Unit Masonry: ASTM C 270, Proportion Specification Type S.

E. Pre-Compressed Expanding-Foam Sealant

1. Pre-compressed expanding-foam sealant shall have the following properties:

| Property | Test Method | Value |
|---|---|---|
| In-place Density | ASTM D-816 | 9-10 pcf |
| Apparent Thermal Conductivity | ASTM C-518 | .34 BTU*in/(h*ft$^2$*°F) |
| Tensile Strength | ASTM D-2406 | 21 psi minimum |
| Elongation | ASTM D-3574 | 140% +/- 20% |
| Shear Strength | ASTM E-96 | 8N/cm$^2$ minimum |
| Flash Point | | 590°F (310°C) |

F. Soffits and fascia materials shall be chosen to match existing materials.

G. One-part Polyurethane Sealant: Except as otherwise indicated, provide manufacturer's standard, non-modified, one-part silicone-rubber based, air curing, nonsag, elastomeric sealant; complying with either ASTM c920, type S, Class 25 Grade NS or FS TT-S-001543A, Class A type, nonsag.

1. Porous-Bond Type: Where sealant–bond surfaces are porous or noncompatible with acid-type sealant, provide manufacturer's nonacid, "low-modulus" type; with fully cured modulus of elasticity not exceeding 40psi, Shore A hardness of 15 to 25, minimum elongation of 400% and minimum tensile strength of 75 psi (ASTM D412)

2. Nonporous-Bond Type: Where sealant-bond surfaces are nonporous and compatible with acid-type sealant, provide manufacturer's acid-type with "mid-to-high" full cured modulus of elasticity not exceeding 75 psi, Shore A hardness of 25 to 35, minimum elongation of 500% and minimum tensile strength of 150 psi (ASTM D412); with adhesion in peel of 20lb. per inch and 10% maximum loss of bond substrate (ASTM C794) and tear resistance of not less than 30 lb. per inch (ASTM D624)

H. Roof Vents: Size and space by code to allow adequate ventilation. Premanufactured to replace existing when approved by Civil Engineering and the Contracting Officer.

2.3 FABRICATION - PROCESS

A. Form sections true to shape, accurate in size, square, and free from distortion or defects.

B. Fabricate cleats of same material as sheet, interlockable with sheet.

C. Form pieces in longest possible lengths.

D. Hem exposed edges on underside 1/2 inch (12 mm); miter and seam corners.

E. Fabricate vertical faces with bottom edge formed outward 1/4 inch (6 mm) and hemmed to form drip.

2.4 FABRICATION - PARTS G.I.

A. Valley Flashing: Minimum 24" (609 mm) wide, 26 gauge, standard "V" shape.

B. Corner and Eave: 26 gauge, minimum 6" (152 mm) extension under roofing material.

C. Step Flashing: 12" x 8" (304 x 203 mm), 26 gauge.

D. Wall Mounted Reglet: 26 gauge, 6" (152 mm) face, mechanically fastened.

E. Ventilator: 18 gauge galvanized metal, 2' (.61 m) tall, 4'x 5' (1.22 x 1.52 m) base (WSA only).

F. Crickets: Construct to fit each individual usage.
Two applications: Up to 3' (.914 m) in length and 3'to 6' (.914 - 1.829 m) in length.

G. Roof-Penetration Flashing: 26 gauge, constructed to fit each individual usage.

2.5 FABRICATION - COPPER PARTS 16 OZ UNLESS SPECIFIED OTHERWISE

A. Crickets: Construct to fit each individual usage.
Two applications: Up to 3' (.914 m) in length and 3' to 6' (.914 - 1.829 m) in length.

B. Valleys: Minimum 24" (609 mm) wide, standard "V" shape.

I. Corner and Eave: Minimum 6" (152 mm) extension under roofing material.

D. Surface Mount Flashing: 6" (152 mm) face, mechanically fastened.

E. Step Flashings: 12" x 8" (304 x 203 mm).

PART 3 EXECUTION

3.1 EXAMINATION

A. Verify roof openings, curbs, pipes, sleeves, ducts, or vents through roof are solidly set, regrets in place, and nailing strips located.

B. Verify roofing termination and base flashings are in place, sealed, and secure.

3.2 PREPARATION

A. Install all flashings and accessories flush and secure to the roof deck and/or fascia prior to installing starter and edge strips.

B. Install surface mounted regrets true to lines and levels. Seal top of regrets with sealant.

3.3 INSTALLATION

A. Secure flashings in place using concealed fasteners. Use exposed fasteners only where permitted, by Civil Engineering and the contracting officer.

B. Apply plastic cement compound between metal flashings and felt flashings.

C. Fit flashings tight in place. Make corners square, surfaces true and straight in planes, and lines accurate to profiles.

D. Seal metal joints watertight.

E. Wall (Surface) Mounted Reglet: Insert flashings into reglets to form tight fit. Seal flashings into regrets with sealant.

F. Valley Flashing: Centered over open valleys and crimped to guide water. Weather lap joints minimum 2" (50 mm). Nail in place minimum 18" (457 mm) o.c., 1" (25 mm) from edges.

G. Ridge Cap: Screw in place minimum 24" (609 mm) o.c., both sides.

H. Corner and Eave Flashing: Nail in place minimum 24" (609 mm) o.c.

I. Step Flashing: Fasten at a minimum of 24" (609 mm) o.c., with concealed fasteners.

J. Crickets: Place and seal to provide adequate watertight seal.

K. Roof Vents: Space by code. Place prior to flashing work so roof vents can be adequately sealed for watertightness.

L. Ventilators: Lift into place with crane. Fasten securely for location and functionality of ventilator.

M. Metal Fascia on Low Parapet Flat Roofs: Metal fascia installed on the exterior of parapet walls or as fascia around the exterior of flat roofs shall be securely screwed in place as directed by the Contracting Officer at a minimum of 24" o.c.

N. Roof-Penetration flashing shall be sealed and clamped to pipes penetrating roof.

O. During the tooling of masonry joints, enlarge voids and holes, except weep holes, and completely fill with mortar. Point-up joints, including corners, openings, and adjacent construction, to provide a neat, uniform appearance. Prepare joints for the application c the sealant.

P. Installation of pre-compressed expanding-foam sealant

1. Prepare all surfaces for the installation of sealant by removing all deleterious materials such as loose debris, oil and grease.

2. Install pre-compressed expanding-foam sealant in accordance with manufacturer's instructions

Q. Soffits and Fascia shall be installed to match existing

R. Install polyurethane joint sealant in accordance with manufacturer's recommendations

## SECTION 07631
## GUTTERS AND DOWNSPOUTS

**PART 1 GENERAL**

1.1 SECTION INCLUDES

A. Pre-coated Galvanized Steel and Aluminum Gutters and Downspouts.

B. Fabricated Gutters and Downspouts.

C. EPDM gutter liners.

D. Accessories and other items required.

1.2 RELATED SECTIONS

A. Section 07311 -Asphalt Shingles.

B. Section 07320 - Roofing Tiles.

C. Section 07510 - Built-Up Roofing Systems.

D. Section 07530 - Single-Ply Roofing (EPDM).

E. Section 07611 - Custom Sheet Metal Roofing.

F. Section 07620 - Sheet Metal Flashing, Trim, and Accessories.

1.3 REFERENCES

A. ASTM A446 - Steel Sheet, Zinc Coated, (Galvanized) by the Hot-Dip Process, Structural (Physical) Quality.

B. ASTM B209 - Aluminum and Aluminum Alloy Sheet and Plate.

C. FS TT-C-494 - Coating Compound, Bituminous, Solvent Type, Acid Resistant.

D. SMACNA - Architectural Sheet Metal Manual.

1.4 SUBMITTALS

A. Submit all Submittals in accordance with Section 01000, 1.11.

B. Product Data: Provide data on prefabricated components. (Gutter Submittal #30)

C. Samples: Submit one sample, 24" (609 mm) long illustrating any fabricated component design, finish, color, and configuration. (Gutter Submittal #31)

1.5 REGULATORY REQUIREMENTS

A. Conform to applicable code for size and method of rain water discharge.

**PART 2 PRODUCTS**

2.1 MATERIALS

A. Pre-Coated Galvanized Steel: ASTM A446, Grade A, zinc coated; 26 gauge core steel, shop pre-coated with coating of color as selected by Civil Engineering and Contracting officer.

B. Aluminum Sheet: ASTM B209, 0.02 inch (0.5 mm) thick; shop pre-coated with coating of color as selected by Civil Engineering and Contracting officer.

C. Factory Painted "K" Style Galvanized Steel Gutter: 5 inch (127 mm) 26 gauge.

D. Factory Painted Box Style Galvanized Steel Gutter: 8 inch (203 mm) 24 gauge.

E. Factory Painted 1/2Round Style Galvanized Steel Gutter: 5 inch (127 mm) 26 gauge.

F. Factory Painted Downspout, Square, Corrugated: 2" x 3" (51 x 76 mm), 26 gauge.

G. Factory Painted Downspout, Square, Corrugated: 2" x 4" (51 x 102 mm), 26 gauge.

H. Factory Painted Downspout, Round, Corrugated: 3" dia. (76 mm), 26 gauge.

I. Factory Painted Downspout, Round, Corrugated: 4" dia. (102 mm), 26 gauge.

J. Factory Painted Downspout, Open-Faced, Non-Corrugated, various sizes, 26 gauge.

2.2 COMPONENTS

A. Gutters: SMACNA profile to match existing.

B. Downspouts: SMACNA profile to match existing.

C. Gutter liner: Uncured EPDM, 60 mil, UV resistant, adhered with splice adhesive.

D. Gutter guard mesh: Galvanized welded wire (hardwire cloth) with ¼ inch openings to cover all gutters.

E. Accessories: Profiled to suit gutters and downspouts.

2.3 ACCESSORIES

A. Anchorage Devices: Type recommended by fabricator.

B. Gutter Supports: Brackets

C. Downspout Supports: Brackets or Straps to match existing.

D. Fasteners: Match gutter or downspout material.

E. Spacers: Metal spacers for angled fascia.

F. Sealants: Silicone rubber.

G. Solder: One-half pig lead and one-half block tin (new metals).

H. Plastic Cement: Black plastic asphaltic cement reinforced with fibers. Compatible with adjacent materials.

I. EPDM Patching Material: Non-cured EPDM with properties conforming to provisions of Section 07530

J. Seam Splicing Cement: As recommended and supplied by membrane manufacturer

K. Screws and rivets: Same material as flashing sheet, or other rust-resistant, compatible material as recommended by manufacturer of flashing sheet.

2.4 FABRICATION -WHEN REQUIRED

A. Form gutters and downspouts of profiles and to match existing conditions.

B. Fabricate with required connection pieces.

C. Form sections square, true, and accurate in size, in maximum possible lengths, free of distortion or defects detrimental to appearance or performance.

D. Fabricate gutter and downspout accessories, where required; seal watertight.

## PART 3 EXECUTION

3.1 INSPECTION

Examine substrate and conditions under which work is to be performed. Do not proceed until unsatisfactory conditions are corrected.

3.2 PREPARATION

Remove and do not use damaged, deteriorated, rusted, or otherwise unsatisfactory materials.

3.3 INSTALLATION

A. Install gutters, downspouts, and accessories in accordance with manufacturer's instructions.

(1) Manufacturer's printed instructions and details.

(2) Shop drawings.

B. Install materials rigid, secure, plumb, level, aligned, square and straight with suitable fastening devices.

C. Conceal fasteners and expansion provisions wherever possible in exposed work.

D. Rivet, solder, caulk or assemble field joints as required.

E. Seal work as necessary for watertight installation.

F. Separate dissimilar metals with thick bituminous coating, asphalt-saturated felt or other acceptable material.

G. Attach gutters with existing strap anchors at approximately 24" o.c. (Fastened to crown molding).

H. Install EPDM gutter liner on all gutters.

I. Install gutter guard mesh on all gutters.

J. Install downspout strap anchors near top and bottom, at 8 ft. spacing, maximum, and at offsets in wall plain.

K. Slope gutters 1/8 inch per foot (10.4 mm/m) minimum.

3.4 ADJUSTMENT AND REPAIR

A. Patching of EPDM Gutter liners: Install patching materials in accordance with manufacturer's recommendations

B. Correct nonconforming work. Repair when possible, otherwise replace.

END OF SECTION

Statement of Work

1. Building 222 needs a total roof replacement. The Contractor shall completely remove and dispose of the existing shingles and felt and install 1 layer of new felt and 1 layer of 100 mph Wind Warranted Three Tab Shingles as well as all necessary flashings and ridge caps.

2. Building 224 needs a total roof replacement. The Contractor shall completely remove and dispose of the existing shingles and felt and install 1 layer of new felt and 1 layer of 100 mph Wind Warranted Three Tab Shingles as well as all necessary flashings and ridge caps.

3. Building 226 needs a total roof replacement. The Contractor shall completely remove and dispose of the existing shingles and felt and install 1 layer of new felt and 1 layer of 100 mph Wind Warranted Three Tab Shingles as well as all necessary flashings and ridge caps.

4. Building 152 needs a total roof replacement including dormers. The Contractor shall completely remove and dispose of the existing shingles and felt and install 1 layer of new felt and 1 layer of 100 mph Wind Warranted Three Tab Shingles as well as all necessary flashings and ridge caps. No work will be performed on the elevator roof except for flashing at shaft- main roof intersections.

5. Building 341 needs a partial roof replacement. The Contractor shall completely remove and dispose of the existing shingles and felt on the roof of the main building and the loft roof and install 1 layer of new felt and 1 layer of 100 mph Wind Warranted Three Tab Shingles as well as all necessary flashings and ridge caps. No work will be performed on the roof over the western building expansion or eastern drop off canopy.

6. Building 315 needs a total roof replacement. The Contractor shall completely remove and dispose of the existing shingles and felt and install 1 layer of new felt and 1 layer of 100 mph Wind Warranted Three Tab Shingles as well as all necessary flashings and ridge caps. In addition, the Contractor shall completely remove and dispose of the existing BURS roof over the west extension and replace it with a fully adhered EPDM roofing system. This work shall include the replacement of the mechanically fastened wall mounted reglet and any necessary removal, rebending, and refastening of the parapet coping. Also, the gutter on the east side of the building (15 LF) shall be removed and replaced, and a new downspout installed.

7. Building 1284 needs a partial roof replacement. This building consists of several different roof areas. Work shall be performed on the areas indicated. Each area requires complete roof replacement. The Contractor shall completely remove and

dispose of existing BURS and insulation underlayment to the decking and install a new fully adhered EPDM roof system including insulation. This work shall also include the replacement of the mechanically fastened wall mounted reglet, any necessary removal, rebending, and refastening of the parapet coping, sealing building expansion joint, and all incidental work necessary to provide a fully functional roof.

8. Building 250 requires installation of standing seam metal roof over newly constructed porch including all necessary flashings and accessories. The standing seam metal panels shall be shop painted to match the historic red color of the existing metal roofs. Penetrations through underside of tongue and groove planking is not acceptable.

9. Bldg 212 requires minor roof repairs including: securing loose shingles and step flashing around chimneys, properly securing all ridge cap, installing EPDM gutter liner to rear porch gutter, patching east valley EPDM and all incidental work necessary to provide a fully functional roof.

10. Required Submittals: As per specifications Section 01000, Parts 1.12 and 1.13, the written guarantees, warranties, and any other items listed on the attached AF Form 66 are hereby specified as required submittals for this delivery order. The length and terms of each warranty shall meet the minimum requirements as set forth for that type of roofing system in the contract specifications.

11. All roofing and related work shall be performed in accordance with the specifications of the requirements contract, any attached drawings, and the line item list.

12. Performance Period: All work shall be completed 120 calendar days after receipt of the Notice to Proceed.

FURNISH ALL LABOR, EQUIPMENT, APPLIANCES, AND MATERIALS IN PERFORMING ALL NECESSARY TRAVEL AND SERVICES REQUIRED IN ACCORDANCE WITH THE ATTACHED STATEMENT OF WORK. THE CONTRACTOR SHALL PERFORM ALL WORK AS SPECIFIED IN THE INCLUDED SPECIFICATIONS DATED NOV 2000 NOTED AS PROJECT NUMBER GHLN 01-1004.

## ROOF REQUIREMENTS CONTRACT

BASIC CONTRACT PERIOD: ONE (1) YEAR FROM DATE OF AWARD OF CONTRACT

FY 01 D.O. 5001

| CLIN # | DESCRIPTION | BLDG 222 | BLDG 224 | BLDG 228 | BLDG 162 | BLDG 341 | BLDG 316 | BLDG 1284 | BLDG 250 | BLDG 212 | EST. QTY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0026AG | Demo 1 Shingle Layer w/1 layer felt: Slope 5/12 to 8/12 (>1 Story) | 171 | 107 | 116 | 90 | 200 | 133 | | | | 817 | SQ | $ 41.20 | $ 33,660.40 |
| 0027AG | Install 1 Layer 30 lb Felt & 100 mph Three Tab Wind Warranty Shingle : Slope 5/12 to 8/12 (>1 story) | 171 | 107 | 116 | 90 | 200 | 133 | | | | 817 | SQ | $ 80.00 | $ 65,360.00 |
| 0028AB | Install 30 lb Felt Ice Dam | 700 | 400 | 760 | 420 | 1100 | 870 | | | | 4330 | LF | $ 1.00 | $ 4,330.00 |
| 0020AA | Hand Seal Shingles | | | | | | | | | 1 | 1 | SQ | $ 1.00 | $ 1.00 |
| 0037AA | Drip Edge & Eave Flashing, 28 Ga. | 700 | 400 | 760 | 420 | 1100 | 870 | | | | 4330 | LF | $ 2.49 | $ 10,781.70 |
| 0037AB | Valley Flashing, 24" W, 28 Ga., Standard "V" Shape | 154 | 200 | 200 | 124 | 50 | | | | 20 | 748 | LF | $ 3.23 | $ 2,416.04 |
| 0037AC | Ridge Roll (Screw Fastened) 2 1/2" Dia., 26 Ga. | 335 | 290 | 360 | 222 | 252 | 170 | | | 200 | 1829 | LF | $ 0.10 | $ 182.90 |
| 0038AC | Cricket | | | 4 | | | | | | | 4 | EA | $ 508.00 | $ 2,032.00 |
| 0038AD | Surface Mount Flashing | 108 | 110 | 150 | 220 | 510 | 340 | | | | 1498 | LF | $ 12.86 | $ 19,264.24 |
| 0039AC | 3/4" Plywood | 320 | 320 | 320 | 320 | 320 | 320 | | | | 1920 | SF | $ 1.55 | $ 2,976.00 |
| 0040AB | Remove Gutter/Downspout | | | | | | 15 | | | | 15 | LF | $ 1.00 | $ 15.00 |
| 0040AC | Gutter, "K", 5", 26 Ga. | | | | | | 15 | | | | 15 | LF | $ 3.00 | $ 45.00 |
| 0040AE | Downspout, 2x3", 26 Ga. | | | | | | 15 | | | | 15 | LF | $ 3.00 | $ 45.00 |
| 0040AK | Gutter Lining, EPDM, 60 mil | | | | | | | | | 45 | 45 | LF | $ 5.00 | $ 225.00 |
| 0022AB | Install Roofing Panels, 24 Ga. | | | | | | | | 2450 | | 2450 | SF | $ 2.75 | $ 6,737.50 |
| 0022AC | Prefinished Drip Edge, 24 Ga., | | | | | | | | 145 | | 145 | LF | $ 2.00 | $ 290.00 |
| 0022AD | Prefinished Reglet, 24 GA | | | | | | | | 145 | | 145 | LF | $ 2.00 | $ 290.00 |
| 0025AA | Standing Seam Seaming Machine | | | | | | | | 1 | | 1 | MO | $ 800.00 | $ 800.00 |
| 0025AB | Crane Rental | | | | | | | | 24 | | 24 | HR | $ 80.00 | $ 1,920.00 |
| 0001AC | Remove BURS (5-ply max) & 2" Insulation (2" Mopped) | | | | | | 500 | 44735 | | | 45235 | SF | $ 0.80 | $ 36,188.00 |
| 0002AA | Adhered, Less Than 5 SQ Per Delivery Order | | | | | | 5 | | | 1 | 6 | SQ | $ 240.00 | $ 1,440.00 |
| 0002AB | Adhered, More Than 5 SQ Per Delivery Order | | | | | | | 448 | | | 448 | SQ | $ 225.00 | $ 100,800.00 |
| 0003AA | Install Insulation, Min r Value >= 12 | | | | | | 5 | 448 | | | 453 | SQ | $ 85.00 | $ 38,505.00 |
| 0010AE | Step Flashing 12" x 8", 26 Ga. | | | | | | | | 30 | 30 | 60 | LF | $ 2.30 | $ 138.00 |
| 0010AF | Wall Mounted Reglet, 26 Ga., Mechanically Fastened, 6" Face | | | | | | 130 | 3130 | | | 3260 | LF | $ 1.58 | $ 5,150.80 |
| 0010AG | Counter Flashing 12" Wide 26 Ga. | | | | | | | 3130 | 145 | | 3275 | LF | $ 1.74 | $ 5,698.50 |
| 0010AM | Remove, Rebend & Replace Aluminum Coping | | | | | | 103 | 1725 | | | 1828 | LF | $ 1.00 | $ 1,828.00 |
| 0014AA | Remove Integrated System Air Terminals and Conductors | | | | | | | 6 | | | 6 | EA | $ 500.00 | $ 3,000.00 |
| 0014AB | Work Around Concealed Lightning Protection System, Add This Cost to Roof Installation Cost per SQ | | | | | | | 448 | | | 448 | SQ | $ 10.00 | $ 4,480.00 |
| 0014AC | Restore Integrated System Air Terminals and Conductors | | | | | | | 6 | | | 6 | EA | $ 500.00 | $ 3,000.00 |
| 0014AD | Electrically Test Restored System per Specifications | | | | | | | 1 | | | 1 | EA | $ 2,000.00 | $ 2,000.00 |
| 0015AA | Crane Rental | | | | | | | 80 | | | 80 | HR | $ 200.00 | $ 16,000.00 |
| | | $ 26,358.96 | $ 17,231.40 | $ 21,853.60 | $ 16,126.12 | $ 35,330.60 | $ 26,486.50 | $ 215,264.60 | $ 10,358.80 | $ 819.56 | ESTIMATED TOTAL | | | $ 369,630.08 |

# SCHEDULE OF MATERIAL SUBMITTALS

PROJECT NUMBER: GLHN 01-1004

PROJECT TITLE: Roof Requirements Contract - DO 5004

SOLICITATION/CONTRACT NUMBER:

| | | TO BE COMPLETED BY PROJECT ENGINEER | | | | | | | | | | | TO BE COMPLETED BY CONTRACT ADMINISTRATOR | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | NUMBER OF COPIES REQUIRED | | | | | | | | | | | | | | | DATE CONTRACTOR NOTIFIED | | | | |
| LINE NUMBER | ITEM OR DESCRIPTION OF ITEM, CONTRACT REFERENCE, TYPE OF SUBMITTAL | CERTIFICATION OF COMPLIANCE | SHOP DRAWINGS | SAMPLES | COLOR SELECTION | MANUFACTURE'S RECOMMENDATIONS | MANUFACTURER'S WARRANTY | CATALOG DATA | OPERATING INSTRUCTIONS | TESTS | REPORTS | REQUIRED SUBMISSION DATE | DATE RECEIVED IN CONTRACTING | DATE TO CIVIL ENGINEERING | RETURN SUSPENSE DATE | FOLLOW-UP | APPROVED | DISAPPROVED | CONTRACTOR RESUBMITTAL | FINAL APPROVAL | REMARKS |
| 1 | Shingle (07311) | 5 | | 2 | | 5 | 5 | 5 | | | | | | | | | | | | | Submit with Delivery Order |
| 2 | EPDM (07530) | 5 | | 1 | | 5 | 5 | 5 | | | 5 | | | | | | | | | | Submit with Delivery Order |
| 3 | Metal Roofing Product Data (07611) | | | 1 | | 5 | 5 | 5 | | | | | | | | | | | | | Submit with Delivery Order |
| 4 | Flashing Sample (07620) | | | 1 | | | | | | | | | | | | | | | | | Submit with Delivery Order |
| 5 | Gutter/Downspout (07631) | | | 1 | | | | 5 | | | | | | | | | | | | | Submit with Delivery Order |

AF Form 66, OCT 89 PREVIOUS EDITION WILL BE USED

5004
D.O. ~~5003~~ 06 September 2001
FY01 Roof Requirements Contract

Statement of Work

1. Building 1284 requires partial roof replacement. This building consist of several roofs sections. Work shall be performed on the areas indicated:

   Areas 9- 15 need a complete roof replacement. The Contractor shall completely remove and dispose of existing BURS and insulation underlayment to the decking and install a new fully adhered EPDM roof system including insulation. This work shall also include the replacement of the mechanically fastened wall mounted reglet, any necessary removal, rebending, and refastening of the parapet coping, working around, restoring and testing lightning protection system and all incidental work necessary to provide a fully functional roof.

2. Required Submittals: As per specifications Section 01000, Parts 1.12 and 1.13, the written guarantees, warranties, and any other items listed on the attached AF Form 66 are hereby specified as required submittals for this delivery order. The length and terms of each warranty shall meet the minimum requirements as set forth for that type of roofing system in the contract specifications.

3. All roofing and related work shall be performed in accordance with the specifications of the requirements contract, any attached drawings, and the line item list.

4. Performance Period: All work shall be completed ~~20~~ calendar days after receipt of the Notice to Proceed.
   115

It has been brought to this CA attention the period of performance was mis stated due to a typo. The correct period of performance is 115 calendar days.

Mary J. Abbott
30 Aug 02

| SCHEDULE OF MATERIAL SUBMITTALS | PROJECT NUMBER | PROJECT TITLE | SOLICITATION/CONTRACT NUMBER |
|---|---|---|---|
| | GLHN 01-1004 | Roof Requirements Contract - DO 5003 | |

FURNISH ALL LABOR, EQUIPMENT, APPLIANCES, AND MATERIALS IN PERFORMING ALL NECESSARY TRAVEL AND SERVICES REQUIRED IN ACCORDANCE WITH THE ATTACHED STATEMENT OF WORK. THE CONTRACTOR SHALL PERFORM ALL WORK AS SPECIFIED IN THE INCLUDED SPECIFICATIONS DATED NOV

## ROOF REQUIREMENTS CONTRACT

BASIC CONTRACT PERIOD: ONE (1) YEAR FROM DATE OF AWARD OF CONTRACT

FY 01 D.O. 5003

| CLIN # | DESCRIPTION | Area 9 | Area 10 | Area 11 | Area 12 | Area 13 | Area 14 | Area 15 | EST. QTY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0001AC | Remove BURS (5-ply max) & 2" Insulation (2" Mopped) | 6720 | 6720 | 4080 | 2530 | 2500 | 1345 | 470 | 24,345 | SF | $ 0.80 | $ 19,476.00 |
| 0002AA | Adhered, Less Than 5 SQ Per Delivery Order | | | | | | | | 0 | SQ | $ 240.00 | $ - |
| 0002AB | Adhered, More Than 5 SQ Per Delivery Order | 74 | 74 | 45 | 28 | 28 | 15 | 5 | 269 | SQ | $ 225.00 | $ 60,525.00 |
| 0003AA | Install Insulation, Min r Value >= 12 | 74 | 74 | 45 | 28 | 28 | 15 | 5 | 269 | SQ | $ 85.00 | $ 22,865.00 |
| 0010AE | Step Flashing 12" x 8", 26 Ga. | | | | | | | | 0 | LF | $ 2.30 | $ - |
| 0010AF | Wall Mounted Reglet. 26 Ga., Mechanically Fastened, 8" Face | 450 | 450 | 328 | 355 | 235 | 170 | 110 | 2,098 | LF | $ 1.58 | $ 3,314.84 |
| 0010AG | Counter Flashing 12" Wide 26 Ga. | | | | | | | | 0 | LF | $ 1.74 | $ - |
| 0010AM | Remove, Rebend & Replace Aluminum Coping | 290 | 290 | 328 | 355 | 235 | 170 | 110 | 1,778 | LF | $ 1.00 | $ 1,778.00 |
| 0014AA | Remove Integrated System Air Terminals and Conductors | | | | | | | | 0 | EA | $ 500.00 | $ - |
| 0014AB | Work Around Concealed Lightning Protection System, Add This Cost to Roof Installation Cost per SQ | | | 5 | 6 | 4 | 2 | | 17 | SQ | $ 10.00 | $ 170.00 |
| 0014AC | Restore Integrated System Air Terminals and Conductors | | | | | | | | 0 | EA | $ 500.00 | $ - |
| 0014AD | Electrically Test Restored System per Specifications | | | 1 | 1 | 1 | 1 | | 4 | EA | $ 2,000.00 | $ 8,000.00 |
| 0015AA | Crane Rental | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 | HR | $ 200.00 | $ 1,400.00 |
| | | $ 29,517.00 | $ 29,517.00 | $ 20,294.24 | $ 13,879.90 | $ 13,526.38 | $ 8,384.60 | $ 2,409.60 | ESTIMATED TOTAL | | | $ 117,528.84 |

FOR OFFICIAL USE ONLY

5003

**D.O. (MCP Housing)**
**FY 01 Roof Requirements Contract**

**29 Sept. 01**

**Statement of Work**

1. Building 1900, ~~1926~~ 1906 & 1933, single story duplexes located in MCP Housing, need a total roof replacement. On each unit, the contractor shall completely remove and dispose of the existing built up roofing system down to the wood decking and install a new fully adhered EPDM single ply roofing system, including insulation and all necessary drip edge and eave flashing. The contractor shall install wood nailers as necessary to correctly install the new single ply EPDM system. All the existing gutters and downspouts are to be saved and attached into the new installation. Where rain diverts currently exists over the front door of each unit, similar rain diverts (gravel stop with 2" lip and 5"-6" face) shall be installed in the new roof.

2. All roofing and related work shall be performed in accordance with the specifications of the requirements contract, any attached drawings, and line items list.

3. Performance Period: All work shall be completed 20 calendar days after receipt of the Notice to proceed.

9/29/01

FURNISH ALL LABOR, EQUIPMENT, APPLIANCES, AND MATERIALS IN PERFORMING ALL NECESSARY TRAVEL AND SERVICES REQUIRED IN ACCORDANCE WITH THE ATTACHED STATEMENT OF WORK. THE CONTRACTOR SHALL PERFORM ALL WORK AS SPECIFIED IN THE INCLUDED SPECIFICATIONS DATED NOV 2000 NOTED AS PROJECT NUMBER GHLN 01-1004.

ROOF REQUIREMENTS CONTRACT

BASIC CONTRACT PERIOD: ONE (1) YEAR FROM DATE OF AWARD OF CONTRACT

FY 01 (MCP ROOFS)

| ITEM # | DESCRIPTION | BLDG 1933 | BLDG ~~1926~~ 1906 | BLDG 1900 | TOTAL | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 001AB | Remove BURS (5-ply max) & 2" Insulation (2" Mopped) (Base Housing) | 4500 | 4362 | 4500 | 13,362 | SF | $0.70 | 9,353 |
| 0002AB | Adhered, more than 5 SQ Per Delivery Order (Base Housing) | 47 | 45 | 47 | 139 | SQ | $225.00 | 31,275 |
| 0003AA | Install insulation, min r value >= 12 | 45 | 44 | 45 | 134 | SQ | $110.00 | 14,740 |
| 0010AB | 8" Drip Edge & Eave Flashing, 26 Ga. | 390 | 374 | 390 | 1,154 | LF | $2.13 | 2,458 |
| 0010AH | Gravel Stop, 6" Face, 24 Ga. (Base Housing) | 10 | 10 | 10 | 30 | LF | $1.13 | 34 |
| 0011AC | 3/4" Plywood | 300 | 300 | 300 | 900 | SF | $2.50 | 2,250 |
| 0011AF | Wood Nailer - 6" Nom width | 390 | 374 | 390 | 1,154 | SF | $2.50 | 2,885 |
| 0012AB | Remove Gutter/Downspout | 240 | 232 | 240 | 712 | LF | $1.00 | 712 |
| 0015AB | Factory Formed rubber boot | 6 | 6 | 6 | 18 | Ea | $100.00 | 1,800 |
| | TOTAL ESTIMATED COST PER BUILDING | $22,082.00 | $21,343.32 | $22,082.00 | | DELIVERY ORDER TOTAL | | $ 65,507.32 |

FOR OFFICIAL USE ONLY

D.O. 5002/5
FY01 Roof Requirements Contract

06 September 2001

## Statement of Work

1. Building 1284 requires partial roof replacement. This building consist of several roofs sections. Work shall be performed on the areas indicated:

   Areas 1-8 need a complete roof replacement. The Contractor shall completely remove and dispose of existing BURS and insulation underlayment to the decking and install a new fully adhered EPDM roof system including insulation. This work shall also include the replacement of the mechanically fastened wall mounted reglet, any necessary removal, rebending, and refastening of the parapet coping, working around, restoring and testing lightning protection system and all incidental work necessary to provide a fully functional roof.

2. Required Submittals: As per specifications Section 01000, Parts 1.12 and 1.13, the written guarantees, warranties, and any other items listed on the attached AF Form 66 are hereby specified as required submittals for this delivery order. The length and terms of each warranty shall meet the minimum requirements as set forth for that type of roofing system in the contract specifications.

3. All roofing and related work shall be performed in accordance with the specifications of the requirements contract, any attached drawings, and the line item list.

4. Performance Period: All work shall be completed 70 calendar days after receipt of the Notice to Proceed.

# SCHEDULE OF MATERIAL SUBMITTALS

PROJECT NUMBER: GLHN 01-1004

PROJECT TITLE: Roof Requirements Contract - DO 5002

SOLICITATION/CONTRACT NUMBER:

| TO BE COMPLETED BY PROJECT ENGINEER | | NUMBER OF COPIES REQUIRED | | | | | | | | | | | TO BE COMPLETED BY CONTRACT ADMINISTRATOR | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LINE NUMBER | ITEM OR DESCRIPTION OF ITEM, CONTRACT REFERENCE, TYPE OF SUBMITTAL | CERTIFICATION OF COMPLIANCE | SHOP DRAWINGS | SAMPLES | COLOR SELECTION | MANUFACTURERS RECOMMENDATIONS | MANUFACTURER'S WARRANTY | CATALOG DATA | OPERATING INSTRUCTIONS | TESTS | REPORTS | REQUIRED SUBMISSION DATE | DATE RECEIVED IN CONTRACTING | DATE TO CIVIL ENGINEERING | RETURN SUSPENSE DATE | FOLLOW-UP | DATE CONTRACTOR NOTIFIED: APPROVED | DATE CONTRACTOR NOTIFIED: DISAPROVED | CONTRACTOR RESUBMITTAL | FINAL APPROVAL | REMARKS |
| 1 | EPDM (07530) | 5 | | 1 | | 5 | 5 | 5 | | | | | | | | | | | | | Submit with Delivery Order |
| 2 | Flashing Sample (07620) | | | 1 | | | | | | | | | | | | | | | | | Submit with Delivery Order |
| | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | |

AF Form 66, OCT 89 — PREVIOUS EDITION WILL BE USED

FURNISH ALL LABOR, EQUIPMENT, APPLIANCES, AND MATERIALS IN PERFORMING ALL NECESSARY TRAVEL AND SERVICES REQUIRED IN ACCORDANCE WITH THE ATTACHED STATEMENT OF WORK. THE CONTRACTOR SHALL PERFORM ALL WORK AS SPECIFIED IN THE INCLUDED SPECIFICATIONS DATED NOV 2000 NOTED AS PROJECT NUMBER GHLN 01-1004.

## ROOF REQUIREMENTS CONTRACT

BASIC CONTRACT PERIOD: ONE (1) YEAR FROM DATE OF AWARD OF CONTRACT

FY 01 D.O. 5002

| CLIN # | DESCRIPTION | Area 1 | Area 2 | Area 3 | Area 4 | Area 5 | Area 6 | Area 7 | Area 8 | EST. QTY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0001AC | Remove BURS (5-ply max) & 2" Insulation (2" Mopped) | 10,832 | 10832 | 12880 | 12800 | 6480 | 6460 | 6720 | 6720 | 73,824 | SF | $ 0.80 | $ 59,059.20 |
| 0002AA | Adhered, Less Than 5 SQ Per Delivery Order | | | | | | | | | 0 | SQ | $ 240.00 | $ - |
| 0002AB | Adhered, More Than 5 SQ Per Delivery Order | 120 | 120 | 142 | 142 | 72 | 72 | 74 | 74 | 816 | SQ | $ 225.00 | $ 183,600.00 |
| 0003AA | Install Insulation, Min r Value >= 12 | 120 | 120 | 142 | 142 | 72 | 72 | 74 | 74 | 816 | SQ | $ 85.00 | $ 69,360.00 |
| 0010AE | Step Flashing 12" x 8", 28 Ga. | | | | | | | | | 0 | LF | $ 2.30 | $ - |
| 0010AF | Wall Mounted Reglet, 28 Ga., Mechanically Fastened, 6" Face | 455 | 455 | 515 | 516 | 400 | 400 | 460 | 460 | 3,640 | LF | $ 1.58 | $ 5,751.20 |
| 0010AG | Counter Flashing 12" Wide 28 Ga. | | | | | | | | | 0 | LF | $ 1.74 | $ - |
| 0010AM | Remove, Rebend & Replace Aluminum Coping | 170 | 170 | 165 | 165 | 280 | 280 | 280 | 280 | 1,770 | LF | $ 1.00 | $ 1,770.00 |
| 0014AA | Remove Integrated System Air Terminals and Conductors | 2 | 2 | 3 | 3 | | | | | 10 | EA | $ 500.00 | $ 5,000.00 |
| 0014AB | Work Around Concealed Lightning Protection System, Add This Cost to Roof Installation Cost per SQ | | | | | 3 | 3 | 5 | 5 | 16 | SQ | $ 10.00 | $ 160.00 |
| 0014AC | Restore Integrated System Air Terminals and Conductors | 2 | 2 | 3 | 3 | | | | | 10 | EA | $ 500.00 | $ 5,000.00 |
| 0014AD | Electrically Test Restored System per Specifications | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 8 | EA | $ 2,000.00 | $ 16,000.00 |
| 0015AA | Crane Rental | 3 | 3 | 3 | 3 | 1 | 1 | 1 | 1 | 16 | HR | $ 200.00 | $ 3,200.00 |
| | | $ 51,354.60 | $ 51,354.50 | $ 60,902.70 | $ 60,902.70 | $ 30,626.00 | $ 30,626.00 | $ 31,667.00 | $ 31,567.00 | ESTIMATED TOTAL | | | $ 348,900.40 |

**FOR OFFICIAL USE ONLY**

**D.O. 5006** **10 September 2001**
**FY01 Roof Requirements Contract**

Statement of Work

1. Building 720 requires partial roof replacement. This building consist of several roofs sections. Work shall be performed on the areas indicated:

   Areas 10 &11 need a complete roof replacement. The Contractor shall completely remove and dispose of existing Ballasted EPDM and insulation underlayment to the decking and install a new fully adhered EPDM roof system including insulation. This work shall also include the replacement of the mechanically fastened wall mounted reglet; any removal, rebending & replacing aluminum coping and all incidental work necessary to provide a fully functional roof.

   Conduit is know to exist on the under side of the decking. Contractor shall protect conduit from damage during the performance of this delivery order.

2. Building 1200 requires complete roof replacement. The Contractor shall completely remove and dispose of existing BURS, foam and insulation underlayment to the decking and install a new fully adhered EPDM roof system including insulation. This work shall also include the replacement of the mechanically fastened wall mounted reglet, drip edge flashing, gutter lining and all incidental work necessary to provide a fully functional roof.

3. Building 65 requires partial roof replacement. The Contractor shall completely remove and dispose of existing BURS and insulation underlayment to the decking and install a new fully adhered EPDM roof system including insulation. This work shall also include the replacement of the mechanically fastened wall mounted reglet, drip edge flashing; any removal, rebending & replacing aluminum coping and all incidental work necessary to provide a fully functional roof.

4. Required Submittals: As per specifications Section 01000, Parts 1.11 and 1.37, the written guarantees, warranties, and any other items listed on the attached AF Form 66 are hereby specified as required submittals for this delivery order. The length and terms of each warranty shall meet the minimum requirements as set forth for that type of roofing system in the contract specifications.

5. All roofing and related work shall be performed in accordance with the specifications of the requirements contract, any attached drawings, and the line item list.

6. Performance Period: All work shall be completed 45 calendar days after receipt of the Notice to Proceed.

FURNISH ALL LABOR, EQUIPMENT, APPLIANCES, AND MATERIALS IN PERFORMING ALL NECESSARY TRAVEL AND SERVICES REQUIRED IN ACCORDANCE WITH THE ATTACHED STATEMENT OF WORK. THE CONTRACTOR SHALL PERFORM ALL WORK AS SPECIFIED IN THE INCLUDED SPECIFICATIONS DATED NOV 2000 NOTED AS PROJECT NUMBER GHLN 01-1004.

## ROOF REQUIREMENTS CONTRACT

BASIC CONTRACT PERIOD: ONE (1) YEAR FROM DATE OF AWARD OF CONTRACT

FY 01 D.O. 6007

| CLIN # | DESCRIPTION | Bldg 1200 | Bldg 65 | BLDG 720 Area 10 | BLDG 720 Area 11 | EST. QTY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 0001AC | Remove BURS (5-ply max) & 2" Insulation (2" Mopped) | 74,226 | 3093 | | | 77,319 | SF | $ 0.80 | $ 61,855.20 |
| 0001AD | Remove Ballasted EPDM, Ballast and all Underlayment | | | 1687 | 12114 | 13,801 | SF | $ 0.85 | $ 11,730.85 |
| 0002AB | Adhered, More Than 5 SQ Per Delivery Order | 272 | 34 | 19 | 133 | 458 | SQ | $ 225.00 | $ 103,050.00 |
| 0003AA | Install Insulation, Min r Value >= 12 | 272 | 34 | 19 | 133 | 458 | SQ | $ 85.00 | $ 38,930.00 |
| 0010AB | 8" Drip Edge & Eave Flashing, 26 Ga. | 1513 | 0 | 0 | 0 | 1,513 | LF | $ 2.13 | $ 3,222.69 |
| 0010AF | Wall Mounted Reglet. 26 Ga., Mechanically Fastened, 6" Face | 600 | 160 | 33 | 200 | 993 | LF | $ 1.58 | $ 1,568.94 |
| 0010AM | Remove, Rebend & Replace Aluminum Coping | 0 | 174 | 325 | 331 | 830 | LF | $ 1.00 | $ 830.00 |
| 0012AK | Gutter Lining, EPDM, 60 mil | 143 | 0 | 0 | 0 | 143 | | | |
| 0015AA | Crane Rental | 9 | 2 | 1 | 4 | 16 | HR | $ 200.00 | $ 3,200.00 |
| 0015AB | Factory Formed Rubber Flashing Boot (up to 6" Dia) | 9 | 0 | 0 | 9 | 18 | EA | $ 100.00 | $ 1,800.00 |
| 0016AB | Metal Roof Drain Domes | 0 | 0 | 0 | 0 | 0 | EA | $ 50.00 | $ - |
| | | $ 160,571.49 | $ 13,841.20 | $ 7,901.09 | $ 53,873.90 | TOTAL ESTIMATE | | | $ 226,187.68 |

FOR OFFICIAL USE ONLY

# Attachment 1

## Proposed Costs for Recommended Repairs - Bld. 1200

| ITEM # | DESCRIPTION | ESTIM QUAN | UNIT | UNIT PRICE | ESTIMATED TOTAL |
|---|---|---|---|---|---|
| 0001 | Remove Felt | | | | |
| 0001a | Remove BURS (5-ply max) & 2" Insulation (2" Mopped) | 24,742 | SF | $0.60 | $14,845.20 |
| 0002 | Install EPDM Membrane | | | | |
| 0002a | More than 5 SQ Per Delivery Order | 248 | SQ | $338.55 | $83,960.40 |

ESTIMATED TOTAL $98,805.60

D.O. 5007
FY01 Roof Requirements Contract

10 September 2001

Statement of Work

1. Building 722 requires partial roof replacement. This building consist of several roofs sections. Work shall be performed on the areas indicated:

   Areas 1-9 need a complete roof replacement. The Contractor shall completely remove and dispose of existing, BURS, foam and insulation underlayment to the decking and install a new fully adhered EPDM roof system including insulation. This work shall also include the replacement of the mechanically fastened wall mounted reglet; any removal, rebending & replacing aluminum coping and all incidental work necessary to provide a fully functional roof

   Conduit is know to exist on the under side of the decking. Contractor shall protect conduit from damage during the performance of this delivery order.

2. Building 1152 requires partial roof replacement. This building consist of several roofs sections. Work shall be performed on the areas indicated:

   Areas 3 & 5-17 need a complete roof replacement. The Contractor shall completely remove and dispose of existing BURS, foam and insulation underlayment to the decking and install a new fully adhered EPDM roof system including insulation. This work shall also include the replacement of the mechanically fastened wall mounted reglet, drip edge flashing, gutter lining and all incidental work necessary to provide a fully functional roof.

   This building is located within the Weapons Storage Area (WSA) and all entry and security regulations as explained in the contract specifications (Sec 01010, Parts 1.39, 1.40, 1.41) shall be adhered to at all times

1. Required Submittals: As per specifications Section 01000, Parts 1.11 and 1.37, the written guarantees, warranties, and any other items listed on the attached AF Form 66 are hereby specified as required submittals for this delivery order. The length and terms of each warranty shall meet the minimum requirements as set forth for that type of roofing system in the contract specifications.

2. All roofing and related work shall be performed in accordance with the specifications of the requirements contract, any attached drawings, and the line item list.

3. Performance Period: All work shall be completed 60 calendar days after receipt of the Notice to Proceed.

FURNISH ALL LABOR, EQUIPMENT, APPLIANCES, AND MATERIALS IN PERFORMING ALL NECESSARY TRAVEL AN

| CLIN # | DESCRIPTION | BLDG 722 Area 1 | BLDG 722 Area 2 | BLDG 722 Area 3 | BLDG 722 Area 4 | BLDG 722 Area 5 | BLDG 722 Area 6 |
|---|---|---|---|---|---|---|---|
| 0001AC | Remove BURS (5-ply max) & 2" Insulation (2" Mopped) | 72,132 | 4680 | 1161 | 8250 | 480 | 4830 |
| 0002AB | Adhered, More Than 5 SQ Per Delivery Order | 265 | 18 | 4 | 30 | 5 | 18 |
| 0003AA | Install Insulation, Min r Value >= 12 | 265 | 18 | 4 | 30 | 5 | 18 |
| 0010AB | 8" Drip Edge & Eave Flashing, 26 Ga. | | | | | | |
| 0010AF | Wall Mounted Reglet. 26 Ga., Mechanically Fastened, 6" Face | 150 | 160 | 52 | 87 | 31 | 0 |
| 0010AM | Remove, Rebend & Replace Aluminum Coping | 630 | 98 | 52 | 254 | 31 | 162 |
| 0012AK | Gutter Lining, EPDM, 60 mil | | | | | | |
| 0015AA | Crane Rental | 8 | 1 | 1 | 1 | 1 | 1 |
| 0015AB | Factory Formed Rubber Flashing Boot (up to 6" Dia) | 5 | 0 | 1 | 8 | 1 | 4 |
| 0016AB | Metal Roof Drain Domes | 14 | 2 | 1 | 2 | 1 | 2 |
| | | $ 143,522.60 | $ 9,974.80 | $ 2,652.96 | $ 17,391.46 | $ 2,363.98 | $ 10,306.00 |

1 2 3 4 0 5

FOR OFFICIAL USE ONLY

ID SERVICES REQUIRED IN ACCORDANCE WITH THE ATTACHED STATEMENT OF WORK. THE CONTRACTOR SHALL PERFORM AL

## ROOF REQUIREMENTS CONTRACT

BASIC CONTRACT PERIOD: ONE (1) YEAR FROM DATE OF AWARD OF CONTRACT

FY 01 D.O. 5006

| BLDG 722 Area 7 | BLDG 722 Area 8 | BLDG 722 Area 9 | BLDG 1152 Area 3 | BLDG 1152 Area 5 | BLDG 1152 Area 6 | BLDG 1152 Area 7 | BLDG 1152 Area 8 | BLDG 1152 Area 9 | BLDG 1152 Area 10 |
|---|---|---|---|---|---|---|---|---|---|
| 4830 | 2940 | 4200 | 4356 | 1824 | 10968 | 4644 | 846 | 10545 | 180 |
| 18 | 11 | 15 | 16 | 7 | 40 | 17 | 3 | 39 | 0.7 |
| 18 | 11 | 15 | 16 | 7 | 40 | 17 | 3 | 39 | 0.7 |
| | | | 97 | 89 | 130 | 79 | 50 | 109 | 24 |
| 73 | 166 | 187 | 84 | 32 | 207 | 70 | 65 | 377 | 11 |
| 116 | 76 | 160 | 0 | 0 | 45 | 45 | 0 | 0 | 0 |
| | | | 44 | 0 | 0 | 0 | 0 | 70 | 0 |
| 1 | 1 | 1 | 1 | 1 | 2 | 1 | 1 | 2 | 0 |
| 2 | 3 | 5 | 0 | 0 | 4 | 0 | 0 | 3 | 0 |
| 2 | 2 | 2 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| $ 10,175.34 | $ 6,700.28 | $ 9,265.46 | $ 8,984.13 | $ 4,069.33 | $ 22,623.36 | $ 9,559.07 | $ 2,016.00 | $ 22,053.83 | $ 429.50 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 | (14) | 15 | 16 |

bolam

**FOR OFFICIAL USE ONLY**

L WORK AS SPECIFIED IN THE INCLUDED SPECIFICATIONS DATED NOV 2000 NOTED AS PROJECT NUMBER GHLN 01-1004.

| BLDG 1152 Area 11 | BLDG 1152 Area 12 | BLDG 1152 Area 13 | BLDG 1152 Area 14 | BLDG 1152 Area 15 | BLDG 1152 Area 16 | BLDG 1152 Area 17 | EST. QTY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 6336 | 1824 | 360 | 576 | 576 | 342 | 576 | 147,456 | SF | $ 0.80 | $ 117,964.80 |
| 23 | 7 | 1.5 | 2 | 2 | 1 | 2 | 545 | SQ | $ 225.00 | $ 122,670.00 |
| 23 | 7 | 1.5 | 2 | 2 | 1 | 2 | 545 | SQ | $ 85.00 | $ 46,342.00 |
| 214 | 89 | 35 | 44 | 44 | 30 | 44 | 1,078 | LF | $ 2.13 | $ 2,296.14 |
| 24 | 32 | 22 | 35 | 25 | 30 | 25 | 1,945 | LF | $ 1.58 | $ 3,073.10 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,669 | LF | $ 1.00 | $ 1,669.00 |
| 64 | 0 | 0 | 0 | 0 | 0 | 0 | 178 | | | $ - |
| 1 | 1 | 1 | 1 | 1 | 0 | 1 | 30 | HR | $ 200.00 | $ 6,000.00 |
| 1 | 0 | 0 | 0 | 0 | 0 | 0 | 37 | EA | $ 100.00 | $ 3,700.00 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 29 | EA | $ 50.00 | $ 1,450.00 |
| $ 12,992.54 | $ 4,069.33 | $ 1,062.31 | $ 1,429.82 | $ 1,414.02 | $ 694.90 | $ 1,414.02 | TOTAL AMOUNT | | | $ 305,165.04 |

0010AM

17 18 19 20 21 22 23

8 = ~~13248.04~~ 8031.17

FOR OFFICIAL USE ONLY

D.O. 50048 06 September 2001

FY01 Roof Requirements Contract

Statement of Work

1. Building 1250 requires complete roof replacement. This building consists of several roofs sections. Work shall be performed on the areas indicated:

   Areas 1- 5 need a complete roof replacement. The Contractor shall completely remove and dispose of existing BURS and insulation underlayment to the decking and install a new fully adhered EPDM roof system including insulation. This work shall also include the replacement of the mechanically fastened wall mounted reglet, any necessary removal, rebending, and refastening of the aluminum coping, installing drip edge, lining gutters and all incidental work necessary to provide a fully functional roof. Coordinate function and operation of the micro-wave dish during periods of construction. Work also includes demolition of the existing lightening system without replacement.

2. Required Submittals: As per specifications Section 01000, Parts 1.12 and 1.13, the written guarantees, warranties, and any other items listed on the attached AF Form 66 are hereby specified as required submittals for this delivery order. The length and terms of each warranty shall meet the minimum requirements as set forth for that type of roofing system in the contract specifications.

3. All roofing and related work shall be performed in accordance with the specifications of the requirements contract, any attached drawings, and the line item list.

4. Performance Period: All work shall be completed 75 calendar days after receipt of the Notice to Proceed.

FURNISH ALL LABOR, EQUIPMENT, APPLIANCES, AND MATERIALS IN PERFORMING ALL NECESSARY TRAVEL AND SERVICES REQUIRED IN ACCORDANCE WITH THE ATTACHED STATEMENT OF WORK. THE CONTRACTOR SHALL PERFORM ALL WORK AS SPECIFIED IN THE INCLUDED SPECIFICATIONS DATED NOV 2000 NOTED AS PROJECT NUMBER GHLN 01-1004.

## ROOF REQUIREMENTS CONTRACT

BASIC CONTRACT PERIOD: ONE (1) YEAR FROM DATE OF AWARD OF CONTRACT

FY 01 D.O. 5008

| CLIN # | DESCRIPTION | Area 1 | Area 2 | Area 3 | Area 4 | Area 5 | EST. QTY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 0001AC | Remove BURS (5-ply max) & 2" Insulation (2" Mopped) | 11,964 | 25596 | 6511 | 17111 | 4593 | 64,775 | SF | $ 0.80 | $ 51,820.00 |
| 0001AS | Remove Abandoned Conduit/Wiring | 480 | 495 | 375 | 530 | 212 | 2,092 | LF | $ 2.00 | $ 4,184.00 |
| 0002AB | Adhered, More Than 5 SQ Per Delivery Order | 164 | 340 | 73 | 230 | 61 | 868 | SQ | $ 225.00 | $ 195,300.00 |
| 0003AA | Install Insulation, Min r Value >= 12 | 164 | 340 | 73 | 230 | 61 | 868 | SQ | $ 85.00 | $ 73,780.00 |
| 0010AB | 8" Drip Edge & Eave Flashing, 26Ga. | 240 | 710 | 375 | 500 | 212 | ~~2,037~~ 1835 | LF | $ 0.70 | $ 1,425.90 |
| 0010AF | Wall Mounted Reglet, 26 Ga., Mechanically Fastened, 6" Face | 310 | 510 | 25 | 350 | 200 | ~~1,395~~ 1195 | LF | $ 1.58 | $ 2,204.10 |
| 0010AM | Remove, Rebend & Replace Aluminum Coping | 0 | 220 | 0 | 200 | 0 | 420 | LF | $ 1.00 | $ 420.00 |
| 0012AK | Gutter Lining, EPDM, 60 mil | 120 | 245 | 140 | 104 | 120 | 729 | LF | $ 5.00 | $ 3,645.00 |
| 0015AA | Crane Rental ? | 5 | 10 | 2 | 7 | 2 | 26 | HR | $ 200.00 | $ 5,200.00 |
| 0015AB | Factory Formed Rubber Flashing Boot (up to 6" Dia) | 5 | 3 | 0 | 3 | 2 | 13 | EA | $ 100.00 | $ 1,300.00 |
| | | $ 63,629.00 | $ 131,914.60 | $ 29,190.80 | $ 89,371.80 | $ 24,672.80 | ESTIMATED TOTAL | | | $ 339,279.00 |

FOR OFFICIAL USE ONLY

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M.G. CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 04-00473 |
| | ) | |
| v. | ) | (Judge Horn) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

SUPPLEMENTAL DECLARATION OF MIGUEL GARCIA IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON THE AGGREGATE SURFACING REMOVAL CLAIM

1. I make this declaration under penalty of perjury. I am the owner and president of the Plaintiff. At the time of contracting; Plaintiff was an 8A minority owned business. The contract at issue was an 8A set-aside contract.

2. The technical specifications in the contract that apply to removal of roofing material are attached to my first declaration as "Exhibit 2." When demolishing a BUR roof; first you have to remove the aggregate surfacing, then the multiple plys of the roofing membrane, then the insulation. The aggregate must be removed so that the exposed plys of membrane can be saw cut for removal. As compared with removal of the plys of membrane, the aggregate is heavy and labor intensive to remove.

3. I bid the demolition work as it was broken down by the United States. The first item under demolition is 001AA, "Remove Aggregate Surfacing." It states an estimated quantity of 200 SF. My bid for this item was $1.50 a square foot. For item 001AC, "Remove BURS (5-ply max) & 2" Insulation (2" Mopped)", I bid $.80 a square foot, the price necessary to remove up to 5 layers of roofing membrane

and 2" of insulation. Again, I bid the demolition work as it was broken down by the United States.

Miguel Garcia Pez
S/ "Miguel Garcia"
Dated: 01-25-05