# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **M.G. CONSTRUCTION, INC.,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **No. 04-473C** |
| | | **Filed: June 21, 2005** |
| **UNITED STATES,** | * | |
| **Defendant.** | * | |

* * * * * * * * * * * * * * * * * * *

## O R D E R

The court held a status conference in the above captioned case on June 20, 2005. It was not apparent from the status conference that both parties had stipulated to all of the material facts required to support the claim for aggregate surfacing, or had provided foundational facts sufficient to permit resolution of the claim on summary judgment. As a result of the discussion at the conference, the parties shall adhere to the below schedule and filing requirements. The parties shall file a single, revised, stand alone, joint stipulation of facts on or before **Friday, June 24, 2005 at 12:00 p.m. EDT**. The parties shall review their previously filed joint stipulation of facts, and address the questions raised in the court's order of June 13, 2005 and in the discussion which ensued at the June 20, 2005 status conference. For this submission, the parties are to separately identify, if necessary, any statement of fact which is not agreed upon by both parties, but which one party believes to be at issue, in order to assist the parties and the court in determining whether there are material facts in dispute which would preclude resolution by summary judgment. After reviewing the revised joint filing, the court will reconsider whether the issues raised in the parties' cross-motion for summary judgment concerning the plaintiff's first claim can be resolved on summary judgment.

As discussed at the June 20, 2005 conference, discovery shall be reopened and shall close **Thursday, October 20, 2005**. On or before **Wednesday, August 17, 2005**, the parties shall file a joint status report, discussing their progress in discovery to date, any progress in settlement discussions, and any other pertinent matters. The court **SCHEDULES** a status conference for **Friday, August 19, 2005 at 2:30 p.m. EDT**, at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005 to discuss progress in the case. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (503) 227-1428 and defendant's counsel at (202) 305-7576. Furthermore, trial is tentatively **SCHEDULED** for the week of **December 5, 2005** or **January 2, 2005**, at a location to be determined. RCFC Appendix A submissions and a pretrial conference will be **SCHEDULED** at the August 19, 2005 conference.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**