IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M.G. CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 04-00473 |
| | ) | |
| v. | ) | (Judge Horn) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court enlarge by six days, from June 24, 2005, to and including June 30, 2005, the due date for the parties' filing of the Second Joint Stipulations of Uncontroverted Fact mandated by this Court's June20, 2005, oral order. This is the Government's first such request. On June 22, 2005, undersigned counsel, as part of his attempted discussion with plaintiff's counsel, sought his opinion of this enlargement. Plaintiff's counsel has not yet responded.

During a break in this Court's June 20, 2005, telephone conference with the parties, undersigned counsel asked plaintiff's counsel when we could discuss the Second Joint Stipulations of Uncontroverted Fact that this Court was requesting. Plaintiff's counsel indicated that he would not be able to talk until Wednesday, June 22, 2005. Later on June 20, 2005, however, the parties were able to briefly discuss the nature of the stipulations they could agree upon and undersigned counsel prepared a series of draft stipulations that he sent to plaintiff's counsel by electronic transmission on June 21, 2005. On Wednesday, June 22, 2005, plaintiff's counsel responded electronically that he would agree to the third stipulation that the Government had proposed, but he did not mention the other proposed stipulations nor did he at any time

propose any stipulations. In an electronic response, undersigned counsel examined each proposed stipulation, explaining why he felt it was clear that the parties did not dispute the matters covered and requesting further input from plaintiff's counsel. Plaintiff's counsel did not respond to this message from undersigned counsel.

In the meantime, undersigned counsel's supervisor on this case informed him that he would be unavailable to review any submissions on the initially-mandated filing date of June 24, 2005. Undersigned counsel sent plaintiff's counsel a message informing him of these facts and the Government's intention to seek a six-day extension to file these joint stipulations, and asking his opinion of this proposed extension. Plaintiff's counsel has not responded to that latest message. Given that only one day remains prior to the originally-mandated filing date without a response from plaintiff's counsel, and given the internal review that said Second Joint Stipulations of Uncontroverted Fact will require, more time will be needed to make this filing. The Government is hopeful that, by next Thursday, June 30, 2005, the parties will be able to agree upon Second Joint Stipulations of Uncontroverted Fact that will assist the Court in its deliberations. Granting this enlargement of time should not cause any undue delay or prejudice.

Accordingly, we respectfully request that the Court enlarge by six days, from June 24, 2005 to and including June 30, 2005, the due-date for parties' filing of the Second Joint Stipulations of Uncontroverted Fact in this matter.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ James M. Kinsella
JAMES M. KINSELLA
Deputy Director

s/ James D. Colt
JAMES D. COLT
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 514-7300
Fax: (202) 307-0972

June 23, 2005

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of June, 2005, a copy of the foregoing DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ James D. Colt