# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**M.G. CONSTRUCTION, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 04-473C**
**Filed: June 23, 2005**

**O R D E R**

The court is in receipt of the defendant's June 23, 2005, motion for an enlargement of time of six days, to and including June 30, 2005, within which to file the joint stipulation of facts on count one of the fourth amended complaint as a necessary supplement to previous filings. The court **GRANTS** the defendant's request and **ORDERS** the parties to file a single, revised, stand alone, joint stipulation of facts on or before **Thursday, June 30, 2005**.

As a result of concerns resulting from the recent status conference, the court counsels the parties to work cooperatively to achieve a swift resolution in this case.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**