IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M.G. CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 04-00473 |
| | ) | |
| v. | ) | (Judge Horn) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court enlarge by seven days, from June 30, 2005, to and including July 7, 2005, the due date for the parties' filing of the joint stipulations of uncontroverted fact mandated by this Court's June 20, 2005, oral order. This is the Government's second such request. Plaintiff does not oppose this request.

Since this Court granted its prior enlargement of time to file, undersigned counsel made repeated attempts to contact plaintiff's counsel to discuss the proposed supplemental factual stipulations. On Wednesday, June 29, 2005, the parties were able to discuss by telephone the proposed additional stipulations and we are still discussing changes. However, given that only one day remains prior to the current due date, and given the internal review that said Second Joint Stipulations of Uncontroverted Fact will require, more time will be needed to make this filing. The Government is hopeful that, by next Thursday, July 7, 2005, the parties will be able to agree upon further joint stipulations that will assist the Court in its deliberations. Granting this enlargement of time should not cause any undue delay or prejudice.

Accordingly, we respectfully request that the Court enlarge by seven days, from June 30, 2005 to and including July 7, 2005, the due-date for parties' filing of the supplemental joint stipulations of uncontroverted fact in this matter.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ James M. Kinsella
JAMES M. KINSELLA
Deputy Director

s/ James D. Colt
JAMES D. COLT
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 514-7300
Fax: (202) 307-0972

June 30, 2005

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of June, 2005, a copy of the foregoing DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ James D. Colt