IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M.G. CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 04-00473 |
| | ) | |
| v. | ) | (Judge Horn) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court enlarge by three days, from 10:00 AM July 5, 2005, to and including July 7, 2005, the due date for the parties' filing of the joint stipulations of uncontroverted fact mandated by this Court's June 20, 2005, oral order. This is the Government's third such request. Plaintiff does not oppose this request.

Since this Court granted its prior enlargements of time to file, the parties have attempted to agree upon joint stipulations. We had hoped to be able to file these stipulations on June 30, 2005. Operating under this assumption, undersigned counsel made arrangements to be out of the office on July 1, 2005, for travel related to the Fourth of July weekend. Upon receiving notice from this Court that the deadline for filing had been extended until 10:00AM July 5, 2004, undersigned counsel contacted plaintiff's counsel, who informed him that he would be unavailable for further consultations on this filing after 6:00PM Eastern time on June 30, 2005. In addition, both Government and private firm offices will be closed on Monday July 4, 2005. Finally, the 10:00 AM deadline imposed by this Court falls at 7:00AM in the Pacific time zone where plaintiff's counsel resides, thereby making it impossible for progress on these stipulations to be made on Tuesday July 5, 2005. Because of these logistical difficulties related to the Fourth

of July holiday, and because of the need to submit any filing for internal review, the parties request that the filing deadline for this filing be extended until July 7, 2005. The Government is hopeful that, by next Thursday, July 7, 2005, the parties will be able to agree upon further joint stipulations that will assist the Court in its deliberations. Granting this enlargement of time should not cause any undue delay or prejudice.

Accordingly, we respectfully request that the Court enlarge by three days, from 10:00 AM on July 5, 2005 to and including July 7, 2005, the due-date for parties' filing of the supplemental joint stipulations of uncontroverted fact in this matter.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ James M. Kinsella
JAMES M. KINSELLA
Deputy Director

s/ James D. Colt
JAMES D. COLT
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 514-7300
Fax: (202) 307-0972

July 5, 2005

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of July, 2005, a copy of the foregoing DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ James D. Colt