# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**M.G. CONSTRUCTION, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 04-473C**
**Filed: August 4, 2005**

## O R D E R

After review of the parties' submissions, including the parties' third joint stipulation of facts, filed on July 7, 2005, the court concluded that count one of the plaintiff's fourth amended complaint could be resolved on the parties' cross-motions for summary judgment. The court issued its opinion on count one of the fourth amended complaint on August 4, 2005. The parties shall confer, and propose to the court a mechanism for the resolution of the remaining claims, to include the possibility of settlement of the claims. The court previously scheduled a status conference for **Friday, August 19, 2005 at 2:30 p.m. EDT**, at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (503) 227-1428 and defendant's counsel at (202) 305-7576. The previous requirement for the parties to file a joint status report on or before August 17, 2005 is waived.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**