IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M G CONSTRUCTION, INC. | ) | |
| | ) | No. 04-cv-00473-MBH |
| Plaintiff, | ) | (Judge Horn) |
| vs. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DECLARATION OF JOSEPH A. YAZBECK, JR.**

1. I make this declaration under penalty of perjury. I am the attorney representing Plaintiff.

2. The Court has scheduled a status conference for August 19, 2005 at 2:30 EDT. I have a client meeting scheduled for that date and time. This client meeting cannot be rescheduled. Therefore, I respectfully request that the Court reschedule the status conference.

DATED this 10th day of August, 2005.

“s/Joseph A. Yazbeck, Jr.”
Joseph A. Yazbeck, Jr.
YAZBECK, CLORAN & HANSON, LLC
1300 SW 5th Av.
Suite 2750
Portland, Oregon 97201
(503) 227-1428
Attorney of Record for Plaintiff