# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**M.G. CONSTRUCTION, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 04-473C**
**Filed: September 16, 2005**

## O R D E R

Pursuant to discussions among the parties and chambers staff, the status conference previously scheduled for October 6, 2005, is **RESCHEDULED** for **Friday, October 7, 2005, at 11:30 a.m. EDT**, at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties shall appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (503) 227-1428 and defendant's counsel at (202) 305-7576. The parties shall confer prior to the conference, and propose to the court a mechanism for the resolution of the remaining claims in the case, to include the possibility of settlement of the claims.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**