IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M G CONSTRUCTION, INC. | ) | |
| | ) | No. 04-cv-00473-MBH |
| Plaintiff, | ) | (Judge Horn) |
| vs. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION TO POSTPONE TRIAL DATE**

Plaintiff MG Construction hereby moves the Court for an order postponing the current trial date, currently scheduled for December 5, 2005, for at least 60 days. Counsel for the government support this motion so that dispositive motions can be scheduled. This motion is supported by the Declaration of Joseph A. Yazbeck, Jr.

This is the first requested postponement of the trial. The postponement is requested for multiple reasons. First, Mr. Yazbeck is currently scheduled for two lengthy trials in December in older cases. The USAF wants to schedule depositions of Miguel and Paula Garcia, the principles of MG Construction. The USAF wants to make dispositive motions against the remaining claims. Therefore, Plaintiff respectfully requests that the Court postpone the current trial date at least 60 days and schedule a date for dispositive motions.

DATED this 26th day of October, 2005.

"s/Joseph A. Yazbeck, Jr."
Joseph A. Yazbeck, Jr.
YAZBECK, CLORAN & HANSON, LLC
1300 SW 5th Ave., Suite 2750
Portland, Oregon 97201
(503) 227-1428
Attorney of Record for Plaintiff