IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M G CONSTRUCTION, INC.<br><br>Plaintiff,<br>vs.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-cv-00473-MBH<br>(Judge Horn) |

**DECLARATION OF JOSEPH A. YAZBECK, JR.**

1. I make this declaration under penalty of perjury. I am the attorney representing Plaintiff.

2. The Court has scheduled trial of this matter for December 5, 2005. I am currently scheduled for a lengthy state and federal trial during December 2005, one in Clackamas County Circuit Court (State of Oregon), case number CCV9904624, *Dan Reeves, et al v. Jerry Reeves, et al* and the other in United States District Court (Oregon) case number CV '03 796 KI, *USF&G Co. v. Stanley Contracting, Inc., et al*. The Reeves case was filed in 1999. The Stanley case was filed in 2003. I remember that I informed Mr. Royal during a telephone conversation, when talking about trial dates, that I was unavailable during December.

3. The USAF supports this motion. The USAF, as confirmed by correspondence, wants to postpone the current trial date in order that it may conduct the depositions of Miguel and Paula Garcia and file dispositive motions against the remaining claims.

4. Settlement discussions have not completely broken down.

DATED this 26th day of October, 2005.

"s/Joseph A. Yazbeck, Jr."
Joseph A. Yazbeck, Jr.
YAZBECK, CLORAN & HANSON, LLC

1300 SW 5th Ave, Suite 2750
Portland, Oregon 97201
(503) 227-1428
Attorney of Record for Plaintiff