IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M.G. CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-00473 |
| v. | ) | |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to this Court's October 28, 2005 order, the parties submit the following status report on their attempts to resolve this matter. On November 2, 2005, the parties held a status conference at which counsel for both parties and Mr. Garcia reviewed the remaining issues in this matter. The parties believe that the discussion was productive and, since that time, counsel for both parties have held several discussions. The plaintiff will be completing work on the project underlying this litigation at the end of this week and will be able to make an offer to the Government at that time.

In addition, the plaintiff has yet to provide responses to the defendants last set of written discovery requests that are still outstanding. Plaintiff's counsel has assured Government counsel that they will provide responses no later than November 25, 2005. The parties will continue their attempts to resolve this matter.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/James M. Kinsella
JAMES M. KINSELLA
Deputy Director

s/Joseph A. Yazbeck
JOSEPH A. YAZBECK
Yazbeck, Cloran & Hanson, LLC
Suite 2750
1300 S.W. Fifth Avenue
Portland, OR 97201-5617
Tel: (503) 227-1428
Fax: (503) 227-4866

Attorney for Plaintiff

s/James D. Colt
JAMES D. COLT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 514-7300
Fax: (202) 307-0972

Attorneys for Defendant

November 14, 2005

CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of November, 2005, a copy of the foregoing JOINT STATUS REPORT was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/James D. Colt