# In the United States Court of Federal Claims

| | |
|---|---|
| **M.G. CONSTRUCTION, INC.,**<br>**Plaintiff,**<br>**v.**<br>**UNITED STATES,**<br>**Defendant.** | **No. 04-473C**<br>**Filed: November 15, 2005** |

## O R D E R

The court is in receipt of the parties' November 14, 2005 joint status report, and commends the parties for the settlement efforts described therein. As discussed at the last status conference, in order to keep the court informed as to the status of settlement activity as we move toward the scheduled RCFC Appendix A filings, pretrial conference and trial, the parties shall continue to file joint status reports every other Friday, however, since the court is closed on November 25, 2005, the next report shall be filed on **Monday, November 28, 2005**.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**