IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M.G. CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-00473 |
| v. | ) | |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to this Court's November 15, 2005 order, the parties submit the following status report on their attempts to resolve this matter.

Since our last status report, the plaintiff has made an offer to resolve Counts 2, 3, 5, and 6 of the Fourth Amended Complaint. The Government is currently considering that offer. Count 1 was already resolved upon summary judgment and the parties believe that Counts 4 and 7 may be resolved through dispositive motions.

The Government expects that it will be able to reach a decision upon the plaintiff's settlement offer soon. However, given the progress that has been made, in view of the time required for the Government to consider the settlement proposal, and given the need to avoid the expense of further discovery and the generation of exhibits for a trial that the parties all hope to avoid, the parties request that this Court suspend the scheduled pre-trial filings currently due upon December 29, 2005. The parties will continue filing bi-weekly updates regarding the status of our settlement discussions.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/James M. Kinsella
JAMES M. KINSELLA
Deputy Director

s/Joseph A. Yazbeck
JOSEPH A. YAZBECK
Yazbeck, Cloran & Hanson, LLC
Suite 2750
1300 S.W. Fifth Avenue
Portland, OR 97201-5617
Tel: (503) 227-1428
Fax: (503) 227-4866

Attorney for Plaintiff

December 12, 2005

s/James D. Colt
JAMES D. COLT
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 514-7300
Fax: (202) 307-0972

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December, 2005, a copy of the foregoing JOINT STATUS REPORT was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/James D. Colt