# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **M.G. CONSTRUCTION, INC.,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **No. 04-473C**<br>**Filed: December 9, 2005** |
| **UNITED STATES,** | * | |
| **Defendant.** | * | |

* * * * * * * * * * * * * * * * * * *

**O R D E R**

The court received the parties' December 9, 2005 joint status report, and held a status conference on the same date, with the parties appearing by telephone. As discussed at the conference, the pretrial filings, pretrial conference and trial schedule are stayed. Counts 2, 3, 5 and 6 are under active consideration for settlement. Counts 4 and 7 appear to be amenable to summary judgment motion. On or before **Monday, January 9, 2006**, the parties shall file a joint stipulation of facts with respect to counts 4 and 7. The joint stipulation of facts should be thorough and comprehensive, and a stand alone document, accompanied by a supporting appendix, setting forth specific stipulations of agreed upon facts with appropriate citations to the appendix. If necessary, the parties are to identify any statement of material fact, also with appropriate citations to the appendix, which is not agreed upon by both parties, but which one party believes to be at issue in the case. The joint stipulation of facts is to be filed in lieu of the filing of proposed findings of uncontroverted fact and opposition thereto, pursuant to RCFC 56(h)(3). On or before **Monday, January 9, 2006**, the parties also shall file a joint statement of issues of law, to focus the issues being briefed by the parties. On or before **Monday, January 30, 2006**, defendant shall file its motion for summary judgment, citing to pages and paragraphs in the joint stipulation of facts and supporting appendix. On or before **Friday, February 10, 2006**, plaintiff shall file its response brief, citing to pages and paragraphs in the joint stipulation of facts and supporting appendix. On or before **Friday, February 17, 2006**, defendant shall file its reply brief. The parties shall continue to file their joint status reports every other Friday, with the next report to be filed on **Friday, January 6, 2006**, due to the holidays, and then to resume at two week intervals thereafter.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**