IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M.G. CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 04-00473 |
| | ) | |
| v. | ) | (Judge Horn) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court enlarge by 14 days, from January 9, 2006, to and including January 23, 2006, the due date for the parties' filing of the Joint Stipulations of Fact and Joint Stipulations of Law mandated by this Court's December 9, 2005, order. This is the Government's first such request. Plaintiff does not oppose this motion.

Since this Court’s December 9, 2005 order, the Air Force has given preliminary feedback regarding plaintiff’s settlement offer, which have informed undersigned counsel’s discussions with plaintiff’s counsel. Despite repeated attempts on the part of undersigned counsel to contact plaintiff’s counsel, attorneys for bother parties were not able to talk until the morning of January 5, 2006. Plaintiff’s counsel was not able to discuss the Joint Stipulations of Fact and Law at this time. In addition, the present unresolved nature of settlement discussions prevents the parties from assessing which issues remain to be resolved through dispositive motions. The Government is hopeful that, by January 23, 2006, the parties will be able to discuss this case and formulate required filings for this Court. Granting this enlargement of time should not cause any undue delay or prejudice.

Accordingly, we respectfully request that the Court enlarge by 14 days, from January 9, 2006 to and including January 23, 2006, the due date for the parties' filing of the Joint Stipulations of Fact and Joint Stipulations of Law mandated by this Court's December 9, 2005, order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ James M. Kinsella
JAMES M. KINSELLA
Deputy Director

s/ James D. Colt
JAMES D. COLT
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 514-7300
Fax: (202) 307-0972

January 5, 2005

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of January, 2005, a copy of the foregoing DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ James D. Colt