IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M.G. CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-00473 |
| v. | ) | |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to this Court's December 9, 2005 order, the parties submit the following status report on their attempts to resolve this matter.

Since our last Joint Status Report, the plaintiff has made an offer to resolve Counts 2, 3, 4, 5, and 6 of the Fourth Amended Complaint. The agency has considered the offer and formulated a recommendation and undersigned counsel is composing an internal recommendation as part of the Department of Justice procedure for consideration of settlement proposals. The parties will continue filing bi-weekly updates regarding the status of our settlement discussions until a formal decision is issued.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/James M. Kinsella
JAMES M. KINSELLA
Deputy Director

s/Joseph A. Yazbeck
JOSEPH A. YAZBECK
Yazbeck, Cloran & Hanson, LLC
Suite 2750
1300 S.W. Fifth Avenue
Portland, OR 97201-5617
Tel: (503) 227-1428
Fax: (503) 227-4866

Attorney for Plaintiff

January 5, 2005

s/James D. Colt
JAMES D. COLT
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 514-7300
Fax: (202) 307-0972

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of January, 2006, a copy of the foregoing JOINT STATUS REPORT was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/James D. Colt