# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**M.G. CONSTRUCTION, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 04-473C**
**Filed: January 5, 2006**

## O R D E R

The court received the parties' January 5, 2006 joint status report and the defendant's January 5, 2006 unopposed motion for an enlargement of time of fourteen days, to and including January 23, 2006, within which to file a joint stipulation of fact and a joint statement of issues of law. As requested, the defendant's motion is **GRANTED**, and the joint submissions shall be filed on or before **Monday, January 23, 2006**. The court notes that counts 2 - 6 are under active consideration for settlement, and encourages the parties to revisit the remaining count 7 with a view toward closing out the entire case. As noted in the court's order of December 9, 2005, the joint stipulation of facts shall be thorough and comprehensive, and a stand alone document, accompanied by a supporting appendix, setting forth specific stipulations of agreed upon facts with appropriate citations to the appendix. If necessary, the parties are to identify any statement of material fact, also with appropriate citations to the appendix, which is not agreed upon by both parties, but which one party believes to be at issue in the case. The joint stipulation of facts is to be filed in lieu of the filing of proposed findings of uncontroverted fact and opposition thereto, pursuant to RCFC 56(h)(3).

As a result of this enlargement of time, the previous briefing schedule is amended, as follows. On or before **Monday, February 13, 2006**, defendant shall file its motion for summary judgment, citing to pages and paragraphs in the joint stipulation of facts and supporting appendix. On or before **Friday, February 24, 2006**, plaintiff shall file its response and/or cross-motion, citing to pages and paragraphs in the joint stipulation of facts and supporting appendix. On or before **Friday, March 3, 2006**, defendant shall file its reply brief. On or before **Friday, March 10, 2006**, plaintiff shall file its reply brief. The parties shall continue to file their joint status reports every other Friday, with the next report to be filed on **Friday, January 20, 2006**, and at two-week intervals thereafter.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**