IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M.G. CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-00473 |
| v. | ) | |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to this Court's December 9, 2005 order, the parties submit the following status report on their attempts to resolve this matter.

The Government is considering the plaintiff's settlement offer. However, the parties are not optimistic about the possibility of resolving this matter at this time. Although the parties had hoped that settlement at this stage would negate the necessity of depositions of Miguel Garcia and another witness, the Government previously obtained this Court's permission to take these depositions, even though fact discovery has ended. The parties will schedule such depositions within the next 60 days.

Given the inability of the parties to ascertain prior to the completion of such depositions the extent of the case that may be resolvable through dispositive motions, the parties request that this Court suspend the current schedule for filing of Joint Stipulations of Law and Joint Stipulations of Fact, as well as the filing of dispositive motions, until the parties have completed the planned depositions.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/James M. Kinsella
JAMES M. KINSELLA
Deputy Director

s/Joseph A. Yazbeck
JOSEPH A. YAZBECK
Yazbeck, Cloran & Hanson, LLC
Suite 2750
1300 S.W. Fifth Avenue
Portland, OR 97201-5617
Tel: (503) 227-1428
Fax: (503) 227-4866

Attorney for Plaintiff

January 18, 2005

s/James D. Colt
JAMES D. COLT
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 514-7300
Fax: (202) 307-0972

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of January, 2006, a copy of the foregoing JOINT STATUS REPORT was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/James D. Colt