# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**M.G. CONSTRUCTION, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 04-473C**
**Filed: January 19, 2006**

## O R D E R

The court is in receipt of the parties' January 18, 2006 joint status report, which indicates that depositions will be conducted within the next sixty days, and requests suspension of the current briefing schedule. As a result of this status report from the parties, the court **AMENDS** the schedule, as follows. On or before **Wednesday, March 22, 2006**, the parties shall file a joint status report, reflecting that the depositions were conducted, and addressing the possibilities of settlement. On or before **Monday, April 24, 2006**, the parties shall file a joint stipulation of fact and a joint statement of issues of law. As noted in the court's order of December 9, 2005, the joint stipulation of facts shall be thorough and comprehensive, and a stand alone document, accompanied by a supporting appendix, setting forth specific stipulations of agreed upon facts with appropriate citations to the appendix. If necessary, the parties are to identify any statement of material fact, also with appropriate citations to the appendix, which is not agreed upon by both parties, but which one party believes to be at issue in the case. The joint stipulation of facts is to be filed in lieu of the filing of proposed findings of uncontroverted fact and opposition thereto, pursuant to RCFC 56(h)(3).

On or before **Monday, May 15, 2006**, defendant shall file its motion for partial summary judgment, citing to pages and paragraphs in the joint stipulation of facts and supporting appendix. On or before **Tuesday, May 30, 2006**, plaintiff shall file its combined response and cross-motion, citing to pages and paragraphs in the joint stipulation of facts and supporting appendix. On or before **Tuesday, June 6, 2006**, defendant shall file its reply brief. On or before **Tuesday, June 13, 2006**, plaintiff shall file its reply brief. The parties shall continue to file their joint status reports every other Friday, with the next report to be filed on **Friday, February 3, 2006**, and at two-week intervals thereafter (except that, the above March 22, 2006 joint status report will substitute for the March 17, 2006 report, and the next Friday report will be due on or before **Friday, April 7, 2006**).

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**