IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M.G. CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-00473 |
| v. | ) | |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to this Court's January 19, 2006 order, the parties respectfully submit the following joint status report.

On February 23, 2006, Government counsel took the depositions of Paula and Miguel Garcia. At Mr. Garcia's deposition, plaintiff's counsel stated that, to be consistent with Mr. Garcia's testimony, M.G. Construction withdrew one of the admissions that M.G. Construction had previously made in response to Government Requests for Admission pursuant to Rule 36 of this Court. However, M.G. Construction has not made any motion to withdraw or amend any admissions previously made. The Government is assessing the impact of Mr. Garcia's testimony and reserves the right to seek relief from this Court if necessary.

In subsequent status reports, the parties shall inform the Court of the progress of this matter and the need to seek relief from this Court prior to proceeding with dispositive motions.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/James M. Kinsella
JAMES M. KINSELLA
Deputy Director

s/Joseph A. Yazbeck
JOSEPH A. YAZBECK
Yazbeck, Cloran & Hanson, LLC
Suite 2750
1300 S.W. Fifth Avenue
Portland, OR 97201-5617
Tel: (503) 227-1428
Fax: (503) 227-4866

Attorney for Plaintiff

s/James D. Colt
JAMES D. COLT
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 305-7562
Fax: (202) 305-7643

Attorneys for Defendant

March 3, 2006

CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of March, 2006, a copy of the foregoing JOINT STATUS REPORT was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/James D. Colt