IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M.G. CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-00473 |
| v. | ) | |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to this Court's January 19, 2006 order, the parties respectfully submit the following Joint Status Report.

As the parties reported in the prior Joint Status Report, M.G. Construction had not made a motion to withdraw a prior affirmative response to a Request for Admission propounded by the Government. It is M.G. Construction's intention to make a motion pursuant to Rule 36(b) of this Court to withdraw that admission. In addition the parties are considering settling various portions of the case. The parties cannot proceed with the scheduled Status Reports, Joint Stipulations of Uncontroverted Fact, and dispositive motions until it is determined what prior discovery responses can be relied upon and whether any further discovery will be necessary.

For this reason, the parties request that this Court suspend the schedule previously established in its January 19, 2006 order to allow M.G. Construction to make its Rule 36(b) motion to this Court and allow any further discovery to be resolved.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/James M. Kinsella
JAMES M. KINSELLA
Deputy Director

s/Joseph A. Yazbeck
JOSEPH A. YAZBECK
Yazbeck, Cloran & Hanson, LLC
Suite 2750
1300 S.W. Fifth Avenue
Portland, OR 97201-5617
Tel: (503) 227-1428
Fax: (503) 227-4866

Attorney for Plaintiff

March 22, 2006

s/James D. Colt
JAMES D. COLT
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 305-7562
Fax: (202) 305-7643

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of March, 2006, a copy of the foregoing JOINT STATUS REPORT was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/James D. Colt