# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**M.G. CONSTRUCTION, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 04-473C**
**Filed: April 12, 2006**

## O R D E R

The status of the claims in the above-captioned case were discussed with the parties on April 11, 2006. Pursuant to that discussion, plaintiff indicated that it would file a request to withdraw an admission, although that admission was made on August 5, 2005. Pursuant to the discussion with the parties, the request was to be filed on or before **Monday, April 17, 2006**. Plaintiff, however, filed its "Motion to Amend Admission" on April 11, 2006, almost a week early. Therefore, rather than the May 1, 2006 date originally planned for defendant's response, the response by the defendant shall be filed on or before **Friday, April 28, 2006**.

Furthermore, in order for the parties to argue the admissions issue, and also to address and facilitate settlement of the remaining claims in this case, or in the alternative resolution of the case by motion or trial, the court **SCHEDULES** a hearing for **Tuesday, May 2, 2006, at 11:00 a.m. EST**, at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC 20005. Counsel for the parties shall appear in person. The courtroom number will be posted on the day of the hearing. To facilitate discussions, agency counsel, an agency representative with sufficient authority to represent the agency, and Mr. Garcia are required to appear at the hearing. In this regard, the contracting officer would be a welcome agency representative. The parties will be prepared to argue the admissions issue, to address all remaining claims in detail, and to discuss settlement options. The schedule in the court's order of January 19, 2006 is **SUSPENDED**. The parties shall continue their settlement efforts, and shall advise chambers, at (202) 357-6580, of any successes prior to the May 2, 2006 hearing. At the May 2, 2006 hearing, the parties shall apprise the court of any conferences or discussions undertaken between this day and the date of the hearing.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**