# In the United States Court of Federal Claims

| | |
|---|---|
| **M.G. CONSTRUCTION, INC.,**<br>**Plaintiff,**<br>**v.**<br>**UNITED STATES,**<br>**Defendant.** | **No. 04-473C**<br>**Filed: April 13, 2006** |

**O R D E R**

The court held a conference in the above-captioned case, with the parties appearing by telephone, on April 12, 2006. As discussed at the conference, the plaintiff's April 11, 2006, Motion to Amend Admission is **GRANTED**. Defendant's response to the motion, therefore, is **MOOTED**. As a result of this action, defendant has requested limited discovery on the second claim of the plaintiff's fourth amended complaint. The court will permit the limited discovery. In this regard, defendant shall serve its discovery request on plaintiff on or before **Friday, April 21, 2006**. Plaintiff, in turn, shall respond to the discovery request on or before **Monday, May 1, 2006**.

Also as discussed with the parties at the April 12, 2006 conference, the court **RESCHEDULES** the hearing previously set for May 2, 2006, for **Thursday, May 25, 2006, at 11:00 a.m. EST**, at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC 20005. Counsel for the parties shall appear in person for the May 25, 2006 hearing. The courtroom number will be posted on the day of the hearing. To facilitate discussions, agency counsel, an agency representative with sufficient authority to represent the agency, and Mr. Garcia are required to appear at the hearing. In this regard, the contracting officer would be a welcome agency representative. The parties will be prepared to address and facilitate settlement of the remaining claims in this case, or in the alternative resolution of the case by motion or trial.

On or before **Thursday, May 18, 2006, at 11:00 a.m. EST**, the court also **SCHEDULES** a conference, with the parties appearing by telephone, for the purpose of identifying participants for the May 25, 2006 hearing, by name, and discussing whether the participants will be appearing in person or by telephone (other than counsel of record, who will appear in person). Unless otherwise notified, defendant's counsel will be contacted at (202) 305-7576, and plaintiff's counsel will be contacted at (503) 227-1428, for the May 18, 2006 telephone conference.

The parties shall continue their settlement efforts, and shall advise chambers, at (202) 357-6580, of any successes prior to the May 25, 2006 hearing. At the May 25, 2006 hearing, the parties shall apprise the court of any conferences or discussions undertaken between this day and the date of the hearing.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**