# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * *

**M.G. CONSTRUCTION, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * *

**No. 04-473C**
**Filed: May 19, 2006**

**O R D E R**

The court held a conference in the above-captioned case on May 18, 2006. Defendant appeared by telephone. Plaintiff's counsel, although allowed to appear by telephone, failed to appear. An assistant to plaintiff's counsel was on the telephone during the conference call. Although plaintiff's counsel subsequently called chambers later the same day, the court cannot condone and does not understand plaintiff's failure to appear. The status conference for May 18, 2006 and the time for the conference were set after discussion with and the agreement of the parties during an earlier status conference. A subsequent order also was issued. Any future failure to appear or failure to comply with the court's orders will cause the court to consider issuing an order for the plaintiff to show cause why this case should not be dismissed for failure to prosecute.

Plaintiff's counsel now has assured the court that both he and Miguel Garcia of M.G. Construction will appear in person for a settlement conference previously scheduled for **Thursday, May 25, 2006, at 11:00 a.m. EDT**, at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC 20005. Defendant's counsel and the newly designated contracting officer, Dutch Van Stockum, also will attend in person. On or before **Wednesday, May 24, 2006, at 12:00 p.m. EDT**, the parties shall advise chambers at (202) 357-6580 of any additional personnel who will be attending the May 25, 2006 conference. The settlement conference will be held in a courtroom. The courtroom number will be posted on the day of the conference. The parties shall be prepared to address and facilitate settlement of the remaining claims in this case, or, in the alternative, resolution of the case by motion or trial. Prior to the May 25, 2006 conference, the parties shall continue their settlement efforts, and shall advise chambers, at (202) 357-6580, of any settlement success. At the May 25, 2006 conference, the parties shall apprise the court of settlement discussions undertaken between this day and the date of the conference.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**