# In the United States Court of Federal Claims

| | |
|---|---|
| **M.G. CONSTRUCTION, INC.,**<br>**Plaintiff,**<br>**v.**<br>**UNITED STATES,**<br>**Defendant.** | **No. 04-473C**<br>**Filed: May 25, 2006** |

**O R D E R**

The court held a settlement conference in the above-captioned case on May 25, 2006. All participants are to be commended for the hard work, cooperation, and professionalism exhibited during the conference. As previously discussed with the parties, on or before **Friday, June 16, 2006**, the parties shall submit a joint status report reflecting, in detail, with dates and milestones, the status of their settlement efforts.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**