IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M.G. CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-00473 |
| v. | ) | |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to this Court's May 25, 2006 order, the parties respectfully submit the following Joint Status Report.

On May 30, 2005, M.G. Construction made a formal offer to resolve counts two through seven of the Fourth Amended Complaint. On June 10, 2006, defendant's counsel sent M.G. Construction a letter informing plaintiff's counsel that the Government accepted M.G. Construction's offer. The parties are currently crafting a written agreement to formalize their understanding.

When the representatives of both parties have signed said agreement, and when payment pursuant to said agreement has been effected, the parties shall file a joint stipulation of dismissal, with prejudice, of the resolved counts, pursuant to Rule 41(a)(1) of this Court. After that is complete, this Court will be able to enter a final appealable judgment upon count one of this matter.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/Joseph A. Yazbeck
JOSEPH A. YAZBECK
Yazbeck, Cloran & Hanson, LLC
Suite 2750
1300 S.W. Fifth Avenue
Portland, OR 97201-5617
Tel: (503) 227-1428
Fax: (503) 227-4866

Attorney for Plaintiff

June 16, 2006

s/James D. Colt
JAMES D. COLT
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 305-7562
Fax: (202) 305-7643

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June, 2006, a copy of the foregoing JOINT STATUS REPORT was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/James D. Colt