# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **M.G. CONSTRUCTION, INC.,**<br>**Plaintiff,**<br>**v.**<br>**UNITED STATES,**<br>**Defendant.** | * | **No. 04-473C**<br>**Filed: June 16, 2006** |

**O R D E R**

The court is in receipt of the parties' June 16, 2006 joint status report, reflecting their continued progress in the settlement of this case. The parties are to be commended for their hard work and success to date. On or before **Friday, June 30, 2006**, the parties shall file another joint status report containing a proposed, and realistic, schedule for (1) executing the settlement agreement, (2) completion of payment pursuant to the agreement, and (3) filing a joint stipulation of dismissal, with prejudice, or, the joint stipulation of dismissal, itself, may be filed on or before **Friday, June 30, 2006**, in lieu of the joint status report.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**