IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M.G. CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-00473 |
| v. | ) | |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to this Court's June 16, 2006 order, the parties respectfully submit the following Joint Status Report.

On June 21, 2006, the representatives of both parties executed a settlement agreement in the above-titled matter. On that same day, defendant's counsel began arranging payment of the executed settlement agreement from the Judgment Fund. Defendant's counsel expects that the necessary forms will be submitted to the Judgment Fund by June 30, 2006. Defendant's counsel has been informed that the Judgment Fund payment could be effected by July 21, 2006. Within one week of the actual payment date, the parties shall file a joint stipulation of dismissal, with prejudice, of the resolved counts, pursuant to Rule 41(a)(1) of this Court. After that is complete, this Court will be able to enter a final appealable judgment upon count one of this matter.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/Joseph A. Yazbeck
JOSEPH A. YAZBECK
Yazbeck, Cloran & Hanson, LLC
Suite 2750
1300 S.W. Fifth Avenue
Portland, OR 97201-5617
Tel: (503) 227-1428
Fax: (503) 227-4866

Attorney for Plaintiff

s/James D. Colt
JAMES D. COLT
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
Attn: Classification Unit, 8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 305-7562
Fax: (202) 305-7643

Attorneys for Defendant

June 29, 2006

CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June, 2006, a copy of the foregoing JOINT STATUS REPORT was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/James D. Colt