IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M G CONSTRUCTION, INC. | ) | |
| | ) | No. 04-cv-00473-MBH |
| Plaintiff, | ) | (Judge Horn) |
| vs. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S STATUS REPORT RE JUDGMENT**

For months, Plaintiff MG Construction has been attempting to reach agreement with the Government upon a form of stipulated judgment. With the lack of progress, Plaintiff submitted a form of judgment on January 17, 2007. Plaintiff has been contacted by counsel for the Government. Plaintiff and Defendant believe that they can submit a stipulated judgment within a week of this status report.

DATED this 17th day of January, 2007.

"s/Joseph A. Yazbeck, Jr."
Joseph A. Yazbeck, Jr.
YAZBECK, CLORAN & HANSON, LLC
1300 SW 5th Av.
Suite 2750
Portland, Oregon 97201
(503) 227-1428
Attorney of Record for Plaintiff