IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M G CONSTRUCTION, INC. | ) | |
| | ) | No. 04-cv-00473-MBH |
| Plaintiff, | ) | (Judge Horn) |
| vs. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF COUNTS TWO THROUGH SEVEN AND FOR ENTRY OF FINAL JUDGMENT UPON COUNT ONE**

Pursuant to Rule 41(a)(1) of the Rules of the United States Court of Federal Claims, the parties stipulate to the dismissal, with prejudice, of count two, count three, count four, count five, count six, and count seven of plaintiff's fourth amended complaint in this action, with each party to bear its own costs, expenses, and attorney fees related to those counts. As this stipulation disposes of all of the remaining counts, following the Court's August 4, 2005, opinion, which granted summary judgment in favor of the United States upon count one of plaintiff's fourth amended complaint, the parties request that the Court now enter an appealable final judgment upon count one.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/Joseph A. Yazbeck
JOSEPH A. YAZBECK
Yazbeck, Cloran & Hanson, LLC
1300 S.W. Fifth Avenue
Portland, OR 97201-5617
Attorney for Plaintiff

January 25, 2007

s/Brian S. Smith
BRIAN S. SMITH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Attorneys for Defendant