# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**M.G. CONSTRUCTION, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 04-473C**
**Filed: February 1, 2007**

**O R D E R**

The court is in receipt of the parties' January 29, 2007 submission, titled "Stipulation for Dismissal with Prejudice of Counts Two through Seven and for Entry of Final Judgment upon Count One. As the stipulation of the parties recites, the court's August 4, 2005, opinion granted the defendant's motion for partial summary judgment on Count One of the plaintiff's complaint. The parties are to be commended for their successful settlement efforts on the remaining counts. Pursuant to the joint stipulation of dismissal, the court's August 4, 2005 opinion, and Rule 41(a)(1)(ii) of the Rules of the United States Court of Federal Claims, all of the claims in the above-captioned case are, hereby, **DISMISSED**, with prejudice, with each party to bear its own costs, expenses and attorney fees. The clerk's office shall enter **JUDGMENT** consistent with this order.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**