# In the United States Court of Federal Claims

**No. 04-473 C**

**M.G. CONSTRUCTION, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed February 1, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that all of the claims in the above-captioned case are dismissed, with prejudice. Each party shall bear its own costs, expenses and attorney fees.

Brian Bishop
Clerk of Court

February 2, 2007 By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.