ORIGINAL

#066203

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
FEB 22 2007
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M G CONSTRUCTION, INC. | ) | |
| | ) | No. 04-cv-00473-MBH |
| Plaintiff, | ) | (Judge Horn) |
| vs. | ) | |
| | ) | |
| THE UNITED STATES, | ) | **NOTICE OF APPEAL** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Notice is hereby given that Plaintiff MG Construction, Inc. in the above named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on February 2, 2007.

"s/Joseph A. Yazbeck, Jr."
Joseph A. Yazbeck, Jr.
YAZBECK, CLORAN & HANSON, LLC
1300 SW 5th Ave., Suite 2750
Portland, OR 97201
(503) 227-1428
Attorney of Record for Plaintiff MG

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **NOTICE OF APPEAL** on the following:

BRIAN SMITH, Trial Attorney
Commercial Litigation Branch - Civil Division
United States Department of Justice
Attention: Classification Unit
1100 L Street, N.W.,
Washington, D.C. 20530
Facsimile No. (202) 307-0972
Of Attorneys for United States

by regular mail to said attorney of record a copy thereof, hereby certified by me as such, on this

14th day of February 2007.

Joseph A. Yazbeck, Jr.
Of Attorneys for Appellant MG Construction