# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ORIGINAL

## NOTICE OF DOCKETING

FILED
FEB 28 2007
U.S. COURT OF FEDERAL CLAIMS

**2007-5075 - M G CONSTRUCTION V US**

**Date of docketing**: 02/28/2007

**Appeal from**: United States Court of Federal Claims case no. 04-CV-473

**Appellant(s)**: M G Construction, Inc.

**Critical dates include:**

- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 14 days of the date of docketing.*) See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.fedcir.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**

- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.fedcir.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US Court of Federal Claims
Joseph A. Yazbeck, Jr.
Brian S. Smith

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## Official Caption[1]

2007-5075

M G CONSTRUCTION, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 04-CV-473, Judge Marian Blank Horn.

## Authorized Abbreviated Caption[2]

M G CONSTRUCTION v US, 2007-5075

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.

2007-5075

# In the United States Court of Federal Claims

## Appeal Information Sheet

**Judge Marian Blank Horn**

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 8 2007

JAN HORBALY
CLERK

**Nature of Suit: 100**

**Type of Case**: Contract - Construction (CDA)

M G CONSTRUCTION, INC.,
*Plaintiff,*
v.

THE UNITED STATES,
*Defendant*

**CFC Docket No.:** 04-473 C.

**Cross or Related**? No.

**Appeal filed by:** Plaintiff.

**Date Judgment Entered**: February 2, 2007.

**Notice of Appeal**: February 22, 2007.

**Fee**: $455.00 paid.

*See Docket Sheet for Plaintiff and Defendant attorney information*.