NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

FILED
DEC 28 2007
U.S. COURT OF FEDERAL CLAIMS

2007-5075

M G CONSTRUCTION, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

David Hunter Bowser, Yazbeck, Cloran & Hanson, LLC, of Portland, Oregon, argued for plaintiff-appellant. On the brief was Joseph A. Yazbeck, Jr.

Anuj Vohra, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. Of counsel on the brief were Peter D. Keisler, Acting Attorney General, Jeanne E. Davidson, Director, Franklin E. White, Jr., Assistant Director, and Brian S. Smith, Trial Attorney.

Appealed from: United States Court of Federal Claims

Judge Marian Blank Horn

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

FILED
DEC 2 8 2007
U.S. COURT OF FEDERAL CLAIMS

2007-5075

M G CONSTRUCTION, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

## Judgment

ON APPEAL from the UNITED STATES COURT OF FEDERAL CLAIMS

In CASE NO(S). 04-CV-473.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam: (MAYER, LOURIE and PROST, Circuit Judges):

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
NOV 0 6 2007
JAN HORBALY
CLERK

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATE: NOV 0 6 2007

Jan Horbaly
Jan Horbaly, Clerk

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: [signature] Date: 12/28/07

ISSUED AS A MANDATE: DEC 2 8 2007